JURY, TYPE-B, CLOSED, TRANSFERRED

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:03-cv-01799-RJL
#### Internal Use Only

**04-12218 WGY**

HAPPEL v. ELI LILLY AND COMPANY
Assigned to: Judge Richard J. Leon
Demand: $2000000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/27/2003
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**JULIE A. HAPPEL**         represented by **Aaron M. Levine**
                                           AARON M. LEVINE & ASSOCIATES, P.A.
                                           1320 19th Street, NW
                                           Suite 500
                                           Washington, DC 20036
                                           (202) 833-8040
                                           Fax: (202) 833-8046
                                           Email: aaronlevinelaw@aol.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**ELI LILLY AND COMPANY**   represented by **Lawrence Hedrick Martin**
                                           FOLEY HOAG LLP
                                           1875 K Street, NW
                                           Suite 800
                                           Washington, DC 20006
                                           (202) 223-1200
                                           Fax: (202) 785-6687
                                           Email: lmartin@foleyhoag.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **James J. Dillon**
                                           FOLEY HOAG, LLP
                                           155 Seaport Boulevard
                                           Boston, MA 02210-2600

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
     Deputy Clerk

(617) 832-1000  
Fax: (617) 832-7000  
Email: jdillon@foleyhoag.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2003 | 1 | NOTICE OF REMOVAL from D.C. Superior Court, case number 03ca0006681. ( Filing fee $ 150 ) (Attachments: # 1 Exhibit 1)(mpt, ) (Entered: 09/02/2003) |
| 08/27/2003 | 2 | LCvR 26.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by defendant (mpt, ) (Entered: 09/02/2003) |
| 08/27/2003 | 3 | ANSWER to (Original Complaint) by ELI LILLY AND COMPANY.(mpt, ) (Entered: 09/02/2003) |
| 09/02/2003 | 4 | NOTICE of Appearance by Aaron M. Levine on behalf of JULIE A. HAPPEL (Levine, Aaron) (Entered: 09/02/2003) |
| 09/15/2003 | 5 | ORIGINAL FILE, certified copy of transfer order and docket sheet received from Superior Court of the District of Columbia. Case No. 03-6681 (jf, ) (Entered: 09/23/2003) |
| 12/09/2003 | 6 | NOTICE of Change of Address by Lawrence Hedrick Martin (Martin, Lawrence) (Entered: 12/09/2003) |
| 01/23/2004 | 7 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order)(Martin, Lawrence) (Entered: 01/23/2004) |
| 01/28/2004 |  | Set/Reset Hearings: Status Conference set for 2/25/2004 10:30 AM in Courtroom 7 before Judge Richard J. Leon. (whb) (Entered: 01/28/2004) |
| 02/25/2004 |  | Minute Entry for proceedings held before Judge Richard J. Leon : Status Conference held on 2/25/2004. Status Conference set for 9/20/2003 11:00 AM in Courtroom 7 before Judge Richard J. Leon. (Court Reporter JACKIE WOOD-MILLER.) (whb) (Entered: 02/25/2004) |
| 02/26/2004 | 8 | SCHEDULING ORDER:Deadline for serving discovery request due 6/11/04 Discovery due by 9/13/2004. Dispositive Motions due by 10/18/2004. Plaintiff Rule 26(a)(2) due by 7/12/2004. Defendant Rule 26(a)(2) due by 8/11/2004. Signed by Judge Richard J. Leon on 2/25/04. (whb) (Entered: 02/26/2004) |

| 08/06/2004 | 9 | Consent MOTION to Transfer Case *to the District of Massachusetts* by ELI LILLY AND COMPANY. (Attachments: # 1 Text of Proposed Order)(Dillon, James) (Entered: 08/06/2004) |
| --- | --- | --- |
| 08/11/2004 | 10 | ORDER granting 9 Consent MOTION to Transfer Case to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. 1404(a) by ELI LILLY AND COMPANY. Signed by Judge Richard J. Leon on 8/10/04. (whb) (Entered: 08/11/2004) |
| 08/11/2004 |   | ***Civil Case Terminated. (whb) (Entered: 08/11/2004) |
| 10/15/2004 |   | Case transferred out to the USDC for Massachusetts pursuant to Court's order filed 08/11/04; sent by certified mail. (jf, ) (Entered: 10/15/2004) |