IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 0 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JULIE A. HAPPEL, )
)
Plaintiff, )
)
vs. )   Civil Action No. 03-01799(RJL)
)
ELI LILLY AND COMPANY, )
)
Defendant. )

### [PROPOSED] ORDER

UPON CONSIDERATION of Eli Lilly and Company's Consent Motion to Transfer pursuant to 28 U.S.C. § 1404(a), it is this __10th__ day of __August__, 2004,

ORDERED that the Consent Motion is hereby granted; and it is

FURTHER ORDERED that the case be transferred to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).

__8/10/04__
DATE

__Richard J. Leon__
Judge Richard J. Leon
U.S. District Judge

B1089902.1