UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE ANN HAPPEL,<br><br>        Plaintiff,<br><br>   v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant. | CIVIL ACTION No. 04-12218 (WGY) |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearances of James J. Dillon, John M. Gransky, and Ericka L. Harper of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

                                          Respectfully submitted,

                                          FOLEY HOAG LLP

                                          /s/ John M. Gransky
                                          James J. Dillon (BBO # 124660)
                                          John M. (Granberry) Gransky (BBO# 647086)
                                          Ericka L. Harper (BBO# 652511)
                                          FOLEY HOAG LLP
                                          155 Seaport Boulevard
                                          Boston, MA 02111-2600
                                          (617) 832-1000

Dated: October 28, 2004

FHBOSTON/1124598.1