# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE A. HAPPEL, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] Civil Action No.: 1:04-cv-12218-WGY |
| | ] Next Event: Scheduling Conference on |
| ELI LILLY AND COMPANY, | ] November 15, 2004 at 2:00 p.m. |
| | ] |
| Defendant. | ] |

## PROPOSED SCHEDULING ORDER

The parties propose the following schedule:

January 31, 2005:   All Discovery Closed. The parties agree that experts may be deposed until the closed of discovery.

March 2, 2005:   Deadline for filing Dispositive Motions.

April 2005:   Pre-Trial Conference.


DATED: _____   _____
                                    WILLIAM G. YOUNG
                                    United States District Judge

|  |  |
|---|---|
|  | Respectfully submitted, |
| KENNETH M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Kenneth M. Levine<br>KENNETH M. LEVINE, BBO#296850<br>370 Washington Street<br>Brookline, MA  02445<br>617-566-2700 | /s/ John M. Gransky<br>JAMES J. DILLON, BBO#124660<br>JOHN M. GRANSKY, BBO#647086<br>155 Seaport Boulevard<br>Boston, MA  02210-2600<br>617-832-1000 |
| and | Attorneys for Eli Lilly and Company |
| Aaron M. Levine<br>AARON M. LEVINE & ASSOCIATES<br>1320 19th Street, N.W.<br>Suite 500<br>Washington, DC  20036<br>202-833-8040 |  |
| Attorneys for Plaintiff |  |

Dated: November 3, 2004