IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE A. HAPPEL,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Civil Action No.: 1:04-cv-12218-WGY<br>Next Event: Scheduling Conference on<br>November 15, 2004 at 2:00 p.m. |

## LOCAL RULE 16.1(D) STATEMENT

PLEASE TAKE NOTICE THAT the undersigned party to this action, and her Counsel, hereby certify, pursuant to Local Rule 16.1 (D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

a. they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. they have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

|  |  |
|---|---|
| *[signature]*<br>JULIE A. HAPPEL | Plaintiff<br>By her Attorneys,<br><br>*[signature]*<br>Kenneth M. Levine, BBO#296850<br>Kenneth M. Levine & Associates<br>370 Washington Street<br>Brookline, MA 02445<br>617-566-2700 |