UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE ANN HAPPEL,

    Plaintiff,

v.

ELI LILLY AND COMPANY,

    Defendant.

CIVIL ACTION No. 04-CV-12218 (WGY)

**DEFENDANT ELI LILLY AND COMPANY'S
LOCAL RULE 16.1(D)(3) CERTIFICATION**

Pursuant to Local Rule 16.1(D)(3), defendant Eli Lilly and Company and its attorneys hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the above-captioned litigation and have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

By its attorneys:

_/s/ John M. Gransky_
James J. Dillon  BBO #124660
John M. Gransky  BBO #647086
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210

Dated: _October 29_, 2004

ELI LILLY AND COMPANY,

By:

_/s/ John Leahy_
John Leahy
Associate General Counsel
ELI LILLY AND COMPANY
Lilly Corporate Center
Indianapolis, IN  46285

Dated: _October 28_, 2004