UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JULIA A. HAPPEL

    Plaintiffs

v.                                                          CA. No. 1:04-cv-12218-WGY

ELI LIILY AND COMPANY

    Defendant

## NOTICE OF APPEARANCE

COME NOW Kenneth M. Levine and Sheila mone of the firm of Kenneth M. Levine & associates, 370 Washington Street, Brookline, Massachusetts 02445 and file their appearance as counsel for the Plaintiffs in the above referenced matter.

Respectfully submitted this 11th day of November, 2004

_____
Kenneth M. Levine, BBO#296850
Sheila mone BBO#634615
370 Washington Street
Brookline, MA 02446
617-566-2700

DATED: NOVEMBER 11, 2004

### Certificate of Service

I, Kenneth M. Levine, so state that on this 11th day of November 2004, I did serve the above document upon counsel for the defendant via first class mail.

_____
Kenneth M. Levine