**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JULIA A. HAPPEL
    Plaintiff,

v.                                           CA. No. 1:04-cv-12218-WGY

ELI LILLY AND COMPANY
    Defendant

**ATTORNEY'S AFFIDAVIT**

I, Aaron M. Levine, hereby apply to the Court pursuant to the Rules of the Supreme Court for permission to appear and participate in the action on behalf of the Plaintiff, by whom I have been retained and state:

1. I am a member in good standing of the Bar of the District of Columbia, the United States District Court for the District of Columbia and the United States Court of Appeals.

2. I am the president and principal trial lawyer of the firm Aaron M. Levine & Associates, 1320 19th Street NW, Suite 500, Washington DC, 20036.

3. The case sub judice is a product liability matter involving an injury to the minor child during development before birth.

4. My practice specializes in the area of medical product liability, and in particular DES cases.

5. I have a longstanding relationship with the Plaintiff, and have been requested to become lead counsel in the case by the Plaintiff.

6. It would create serious and substantial hardship to the Plaintiff if the applicant were not allowed to appear as counsel.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Aaron M. Levine

Dated:

SUBSCRIBED AND SWORN TO
Before me this 15th day of November 2004.

_____
NOTARY PUBLIC

Charles Rosenberg
Notary Public, District of Columbia
My Commission Expires 3-31-2100