UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE ANN HAPPEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION No. 04-12218 (WGY) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　Please enter the appearance of Brian L. Henninger of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　FOLEY HOAG LLP


　　　　　　　　　　　　　　　　/s/ Brian L Henninger
　　　　　　　　　　　　　　　　James J. Dillon (BBO # 124660)
　　　　　　　　　　　　　　　　Brian L. Henninger (BBO # 657926)
　　　　　　　　　　　　　　　　John M. (Granberry) Gransky (BBO# 647086)
　　　　　　　　　　　　　　　　Ericka L. Snyder (BBO# 652511)
　　　　　　　　　　　　　　　　FOLEY HOAG LLP
　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　Boston, MA 02111-2600
　　　　　　　　　　　　　　　　(617) 832-1000

Dated: January 3, 2005

FHBOSTON/1150475.1