UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE ANN HAPPEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | CIVIL ACTION No. 04-12218 (WGY) |

**DEFENDANT ELI LILLY AND COMPANY'S RULE 26(a)(2)
SUPPLEMENTAL DISCLOSURE OF EXPERT TESTIMONY**

Defendant Eli Lilly and Company hereby submits this supplemental disclosure of expert testimony.  Lilly's initial Rule 26(a)(2) expert disclosures were served on Plaintiff's counsel on August 11, 2004.  This supplementation does not name any new experts but provides additional details in their reports.  A copy of each witness's curriculum vitae is attached to each disclosure.

　　1.　　Eugene D. Albrecht, Ph.D.

　　2.　　A. Brian Little, M.D.

　　3.　　Karin B. Michels, Sc.D.

　　4.　　Richard E. Blackwell, Ph.D., M.D.

        Respectfully submitted,

        ELI LILLY AND COMPANY,

        /s/ James J. Dillon
        James J. Dillon (BBO # 124660)
        Howard P. Goldberg (BBO # 654316)
        Foley Hoag, LLP
        155 Seaport Boulevard
        World Trade Center West
        Boston, MA 02210
        (617) 832-1000
        Attorneys for Defendant
        Eli Lilly and Company

Dated: January 12, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of Eli Lilly and Company's Supplemental Disclosure of Expert Testimony was served on January 12, 2005 by U.S. First Class Mail, postage prepaid, upon

Aaron M. Levine, Esq.
Aaron Levine & Associates
1320 19th Street, NW, Suite 500
Washington, DC  20036
**Attorney for Plaintiff**

Kenneth M. Levine, Esq.
Kenneth M. Levine & Associates
370 Washington Street
Brookline, MA 02446
**Attorney for Plaintiff**

        /s/ James J. Dillon
        James J. Dillon