UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE ANN HAPPEL,

Plaintiff,

v.

ELI LILLY AND COMPANY,

Defendant.

CIVIL ACTION No. 04-12218 (WGY)

## Expert Report - Eugene D. Albrecht, Ph. D.

### Credentials:

(1)    The current Curriculum Vitae of Eugene D. Albrecht, Ph. D. is attached and incorporated by reference. At trial, Dr. Albrecht will testify to his training, experience, research and positions as set out in that document.

### Expert Opinions:

(2)    Dr. Eugene Albrecht is an endocrinologist and a professor in the Department of Obstetrics and Gynecology and in the Department of Physiology at the University of Maryland School of Medicine in Baltimore, Maryland. Dr. Albrecht has conducted original scientific research in the area of hormones during pregnancy, particularly the role of estrogens and progesterone. Dr. Albrecht will be asked to testify about the soundness of the fundamental theory underlying the use of DES during pregnancy to address progesterone deficiency in women threatening miscarriage in early pregnancy, in women where progesterone deficiency was suspected on the basis of prior habitual abortion, and in addressing certain late accidents of pregnancy in the diabetic population. Dr. Albrecht's opinions, to a reasonable degree of scientific certainty include:

(A)    Based upon his own extensive research reported in the scientific literature and his review of other research on estrogens and progesterones in pregnancy

    (i)    estrogen is essential for stimulating the production of progesterone in primate and human pregnancy;

    (ii)    progesterone is vital in maintaining pregnancy in the primate and in humans; and

    (iii)    interruption in the supply of estrogen during pregnancy in primates and in humans leads to falling levels of progesterone and pregnancy failures.

(B)     The theory underlining the administration of DES to pregnant women who had deficient levels of estrogen or progesterone, or who were suspected to have such deficiencies after a history of habitual abortion or during an episode of threatened early pregnancy loss, was sound and has been confirmed and corroborated by substantial and incontrovertible body of scientific evidence.

(C)     The administration of exogenous estrogens such as DES during pregnancy was therefore an effective method of preventing those adverse pregnancy outcomes that are due to progesterone deficiency in women threatening early abortion or with a history of habitual abortion.

**Areas of Testimony:**

(3)     A primary research interest of Dr. Albrecht has been the role of hormones, particularly estrogen and progesterone, during pregnancy. Some of Dr. Albrecht's research has been done in baboons, the animal model close to the human in terms of reproductive endocrinology; some of Dr. Albrecht's research had been done with human placental tissue.

(4)     Hormones are essential regulators and active agents during pregnancy. The pituitary gland secrets luteinizing hormone (LH) at mid-menstrual cycle and that LH stimulates the ovulation of an egg from the ovary. The follicle from which that egg sprang becomes the corpus luteum which secrets progesterone. In the early stages of human pregnancy, the ovary, including the follicle and the corpus luteum, is the primary source of both progesterone and estrogen.

(5)     In the rat, the ovary is the sole source of progesterone throughout pregnancy. Research in the rat shows that estrogen is essential in stimulating the ovary to produce progesterone. Estrogen works with LH to stimulate progesterone formation. Further, this work in rats shows that estrogen stimulates the formation of LH receptors in the ovary, so that more LH binds to the ovary and more progesterone activity is stimulated and that estrogen plays a role in stimulating ovarian receptors for cholesterol, which is an essential precursor in the formation of progesterone.

(6)     Estrogen also is essential for the formation of progesterone by the human and nonhuman primate placenta. Progesterone, essential for the maintenance of pregnancy from beginning to end, is secreted primarily by the ovary in humans until approximately the eighth to tenth week of pregnancy. At that point, the placenta becomes the primary source of progesterone for the maintenance of human pregnancy. Estrogen stimulates the creation of progesterone by regulating the uptake of precursors for progesterone and the expression of key enzymes in the placenta. Further, estrogen increases the vascularization and growth of the placenta, further encouraging pregnancy maintenance. Therefore, it is clear that adequate levels of estrogen are necessary to encourage the human female to create levels of progesterone adequate to sustain pregnancy.

(7)     These scientific facts are established in the articles listed in Dr. Albrecht's CV and also in research done in baboons by Goldzieher and Castracane; and in articles on estrogen maintenance of ovarian secretion of progesterone, including papers authored by Keyes, Gibori,

and Jackson. The basic role of estrogen and progesterone in the maintenance of pregnancy are scientifically established in articles such as those authored by Csapo.

(8)    The papers authored by Olive Smith and by the team of Olive Smith and George Smith between 1946 and 1954 lay out the theory underlying the use of exogenous estrogens including DES, to maintain certain pregnancies. The Smiths laid out their observations about the levels of progesterone metabolites excreted during pregnancy and their findings that those levels of progesterone metabolites dropped precipitously before adverse pregnancy consequences such as miscarriage. The Smiths, based on their research and the research of others that they cited, believed that estrogen stimulated the production of progesterone and had other beneficial affects, including encouraging placental vascularization. The Smiths did not state that hormonal deficiencies were the sole cause of adverse pregnancy outcomes such as premature delivery, toxemia, or eclampsia but expressed the view that hormonal deficiencies were contributory to those conditions and that maintenance of adequate levels of hormones could delay or prevent the adverse result.

(9)    Accordingly, the Smiths came to believe that hormonal deficiencies were at least a contributing factor to adverse pregnancy outcomes in a number of women who suffered from habitual abortion and who suffered from threatened early pregnancy miscarriage. The early pregnancy miscarriage, at the time when progesterone secretion changed from the ovary to the placenta, was a particularly vulnerable time that logically may be palliated by artificial supply of hormones.

(10)    The papers by the Smiths that lay out the basis for use of estrogens such as DES during pregnancy include the 1946 article in Am.J. OB/Gyn, 51:411 by Olive Smith, et al; the 1948 article in Am.J. OB/Gyn, 56(5):821-834 by Olive Smith; the 1952 article in J. Clinical Endocrinology & Metabolism 8(2):151-168 by Olive Smith, et al and the 1954 article in Obstetrics and Gynecology 4(2):129-141 by George Smith and Olive Smith. Additional publications by the Smiths that bear in part on their theory include two articles in 1947 in the West. Journal Surg. OB/Gyn 55 and the article by George Smith and Olive Smith in the American Journal of OB/Gyn 58(5):994-1009 (1949).

(11)    The fundamental premise of the Smiths' work is now established science. In some particulars not relevant for the need for adequate estrogen during pregnancy the theory of the Smiths has not been borne out. In particular, the Smiths were of the view that the administration of exogenous estrogens stimulated the body to create additional estrogen. This does not appear to be so. If anything, administration of exogenous estrogens such as DES diminishes the body's natural secretion of estrogen.

(12)    At the time the Smiths did their work, some other researchers questioned the accuracy of their scientific methods, particularly in the measurement of increased progesterone after the administration of DES. In particular, Davis and Fugo asserted that the administration of DES to pregnant women did not increase the output of urinary pregnanediol, a metabolite of progesterone. At the time of the Smiths and Davis and Fugo work, hormonal secretion could only be measured by looking at urinary excretion of metabolites. It is significant, however, that Davis and Fugo did not use the same test to measure the excretion of metabolites of progesterone as did the Smiths. The Smiths in fact measured metabolites of progesterone (and there are many)

in addition to the pregnanediol Davis and Fugo isolated. Olive Smith carefully proved the accuracy of the Smiths' methods and the limitation of the argument made by Davis and Fugo in a 1950 paper in Proceedings of the Society For Experimental Biology and Medicine, 73:378-381. The Smiths also addressed the issue in the 1952 article in J. Clinical Endocrinology and Metabolism, 8(2):151-168 and in the 1954 article in Obstetrics and Gynecology which exhibited the differences in metabolite measurement using the Davis and Fugo method and the gravimetric method used by the Smiths and other researchers.

(13)    Based upon Dr. Albrecht's own research and his review of the scientific and medical literature concerning the role of estrogens and progesterones in pregnancy, the position of the Smiths, being that the administration of estrogens encouraged the formation of placental progesterone, is correct. It appears that Davis and Fugo measured only one of the metabolites of progesterone and therefore missed the increase in metabolites that the Smiths measured. It is, in any event, now established medical science that adequate levels of estrogen is essential for the formation of placental progesterone and for the maintenance of levels of progesterone adequate to support a healthy pregnancy.

(14)    Dr. Albrecht may also be asked to comment upon and rebut any state of the art testimony that may be offered on behalf of plaintiffs.

(15)    Dr. Albrecht is compensated at the rate of $250 per hour for his expert consultation. Plaintiff's counsel conducted a deposition of Dr. Albrecht within the last four years in the case of Julia Ellison v. Eli Lilly and Company, U.S.D.C., D.D.C., 1:01-CV-01214, on 1/25/02.

_Eugene D. Albrecht_

Eugene D. Albrecht, Ph. D.

Dated:    12/22/04