03/05/04

# CURRICULUM VITAE

## EUGENE D. ALBRECHT, PH.D.

**I    PERSONAL DATA**

Address

Business – Department of Obstetrics, Gynecology and
Reproductive Sciences
University of Maryland School of Medicine
Bressler Research Laboratories, 11-017
Baltimore, Maryland 21201
Telephone (410) 706-3391
Fax (410) 706-5747
E-mail <calbrech@umaryland.edu>

Residence - 3771 Old Columbia Pike
Ellicott City, Maryland  21043
Telephone (410) 461-2508

Birthplace

Bridgeport, Connecticut

Birthdate

February 1, 1943

Marital Status

Wife - Janet
Children - Christopher and Steven

**II    EDUCATION**

1965

B.S. - Department of Zoology
University of Vermont, Burlington, Vermont
Major in Zoology, Minor in Chemistry
Academic Scholarships:  1960, 1964, 1965

1967

M.S. - Department of Zoology
University of Vermont, Burlington, Vermont
M.S. in Reproductive Endocrinology

1972

Ph.D. - Department of Zoology
Rutgers University, New Brunswick, New Jersey
Ph.D. in Reproductive Endocrinology

1974-78

Senior Staff Fellowship - Pregnancy Research Branch,
NICHD, National Institutes of Health
Bethesda, Maryland

## III    FACULTY AND RESEARCH POSITIONS

| | |
|---|---|
| 1972-74 | Assistant Professor<br>Department of Biological Sciences<br>Purdue University, Fort Wayne, Indiana |
| 1974-78 | Senior Staff Fellow<br>Pregnancy Research Branch, NICHD, National Institutes of Health, Bethesda, Maryland |
| 1978-81<br>1981-86<br>1986-present | Assistant Professor<br>Associate Professor<br>Professor<br>Department of Obstetrics, Gynecology and Reproductive Sciences and<br>Department of Physiology, University of Maryland School of Medicine, Baltimore, Maryland |

Research Program
Maternal-Fetal-Placental Development in the Primate
Uterine Endometrial Development in the Primate

Teaching
MPHY 612, Physiology of Reproduction (course director)
MPHY 501, Medical Physiology (endocrine section)
DBIC 612, Biochemical Endocrinology

Graduate Program
Major advisor to predoctoral and postdoctoral students
Director of Graduate Program in Reproductive Biology

| Predoctoral Students | | Current Positions |
|---|---|---|
| Robert Koos | 1973-75 | Professor, Department of Physiology, University of Maryland, Baltimore, MD |
| William Wehrenberg | 1973-75 | Dean, College of Life Sciences, Clemson University, Clemson, South Carolina |
| Jane Jackson | 1981-86 | Senior Research Scientist, Department of Animal Sciences, University of Illinois, Urbana, IL |
| Steven Bassett | 1985-89 | Professor, Department of Biology, Seton Hill College, PA |
| Randall Grimes | 1985-89 | Pharmacist |
| Safia Baggia | 1985-90 | Research Associate, Oregon Health Sciences University Portland, OR |
| Maria Leavitt | 1994-97 | Research Associate, NIH, Bethesda, MD |

2

| | | |
|---|---|---|
| Graham Aberdeen | 1991-98 | Assistant Professor, Department of Ob/Gyn and Reproductive Sciences, University of Maryland School of Medicine, Baltimore, MD |
| Victoria Hildebrandt | 1996-01 | Postdoctoral Fellow, Department of Medicine, Washington University School of Medicine, St. Louis, MO |
| Nicholas Zachos | 1997-02 | Postdoctoral Fellow, Department of Medicine, Johns Hopkins University, Baltimore, MD |

Postdoctoral Fellows

| | | |
|---|---|---|
| Michael Henson | 1984-89 | Associate Professor, Tulane University |
| Margaret Walker | 1985-87 | Associate Professor, Towson State University |
| Audrey Redmond | 1983-86 | Assistant Professor, Southern Illinois University |
| Brendan Waddell | 1985-89 | Senior Lecturer, University Western Australia |
| Kathie Berghorn | 1988-92 | Assistant Professor, Cornell University |
| Dennis Putney | 1989-91 | Research Associate, University of Maryland |
| William Zollers, Jr. | 1991-94 | Director of Research and Development, Ivy Animal Health, Inc., Kansas |
| Biljana Musicki | 1994-97 | Research Associate, Johns Hopkins University |
| David Burleigh | 1997-00 | Research Associate, University of Wisconsin |
| Graham Aberdeen | 1998-01 | Assistant Professor, Department of Ob/Gyn and Reproductive Sciences, University of Maryland School of Medicine |
| Andrea Niklaus | 1999-2002 | Research Associate, Albert Einstein College of Medicine |
| Thomas Bonagura | 2001-present | Current Postdoctoral Fellow |
| Adina Dumitrescu | 2003-present | Current Postdoctoral Fellow |

## IV    ADMINISTRATIVE POSITIONS

1987-88          Acting Director, Central Animal Facility
                 University of Maryland School of Medicine

1978-present     Director, Division of Perinatal Research
                 Department of Obstetrics/Gynecology and Reproductive Sciences
                 University of Maryland School of Medicine

1986-92          Associate Director, Center for Studies in Reproduction
                 University of Maryland School of Medicine

1997-00          Member, Board of Directors
                 Society for the Study of Reproduction

1993-present     Director, Center for Studies in Reproduction
                 University of Maryland School of Medicine

1993-01          Director, NICHD Training Program in Reproductive Biology

Department of Physiology
University of Maryland School of Medicine

1998-present          Director, NICHD Specialized Cooperative Centers Program in
                      Reproduction Research
                      University of Maryland School of Medicine

V    **COMMITTEES AND ADVISORY BOARDS**
                      National

1988                  Member, Program Committee, Society for Gynecologic
                      Investigation

1982-84               Member, Public Affairs Committee, Society for the
                      Study of Reproduction

1986-present          Ad Hoc, Maternal and Child Health Research
                      Committee and Population Research Committee
                      National Institutes of Health, PHS, HHS

1983-87               Member, Physiological Sciences Study Section
                      National Institutes of Health, PHS, HHS

1988-90               Member, Physiological Sciences Study Section
                      National Institutes of Health, PHS, HHS

1994                  Member, Task Force on Initiatives in Placental Growth
                      and Function, NICHD, NIH

1995                  Member, Program Committee, Society for the Study of
                      Reproduction

1992-96               Member, Human Embryology and Development Study
                      Section, National Institutes of Health, PHS, HHS

1996                  Chair, Program Committee, Society for the Study of
                      Reproduction

1998-present          Member, Directors of NIH NICHD Reproductive Sciences
                      Research Centers

2001-present          Member, Development Committee, Society for the Study of
                      Reproduction

| 2003-present | Member, Human Embryology and Development Study Section, NIH, PHS, HHS |
| 2004 | Chair, Scientific Program Committee, Society for Gynecologic Investigation |

University

| 1983-88 | Chairman, Animal Services Task Force<br>University of Maryland at Baltimore |
| 1982-88 | Chairman, Institutional Animal Care and Use Committee<br>University of Maryland School of Medicine |
| 1985 | Member, UMAB Accreditation Committee<br>University of Maryland at Baltimore |
| 1996 | Coordinator, Maryland Charity Campaign of State Employees |
| 1997-present | Member, Promotions Committee<br>Department of Ob/Gyn and Reproductive Sciences<br>University of Maryland School of Medicine |

## VI   PROFESSIONAL SOCIETY MEMBERSHIPS

Endocrine Society
Society for the Study of Reproduction
Society for Gynecologic Investigation
Perinatal Research Society
Society for Experimental Biology and Medicine
Sigma Xi Society (Maryland Chapter)
Maryland Society for Medical Research
American Association for the Advancement of Science

## VII   EDITORIAL TASKS

| 1986-90 | Member, Editorial Board of Biology of Reproduction |
| 1983-present | Ad Hoc reviewer for Endocrinology, American Journal of Physiology, Journal of Clinical Endocrinology and Metabolism |
| 1994-present | Member, Editorial Board of Journal of the Society for Gynecologic Investigation |
| 1999-present | Member, Editorial Board of Placenta |

| | |
|---|---|
| 1999-present | Member, Editorial Board of Steroids |
| 1999-2004 | Member, Editorial Board of Biology of Reproduction |
| 2002 - present | Member, Managing Editorial Board, Frontiers in Bioscience |

## VIII  INVITED LECTURES/SYMPOSIA

Chairman, Conference on Aging, Reproduction and the Climacteric, NIH, Washington, DC, June, 1984

Speaker, Symposium on Perinatal Endocrinology, Satellite Symposium of 67th Annual Meeting of the Endocrine Society, Baltimore, MD, June 14-15, 1985

Invited Speaker, Reproductive Sciences and Endocrinology Laboratory, University of Miami School of Medicine, Miami, FL, May 20, 1986

Keynote Speaker, 7th Annual Symposium, Center for Study of Reproduction, McGill University, Montreal, P.Q., November 15-16, 1989

Guest Lecturer, Laboratory of Pregnancy and Newborn Research, Cornell University, Ithaca, NY, December 5-6, 1989

Grand Rounds Speaker, Department of Ob/Gyn, Harbor Hospital Center, Baltimore, MD, December 13, 1989

Guest Lecturer, Department of Medicine, College of Physicians and Surgeons, Columbia University, New York, NY, November 2, 1990

Invited Speaker, Laboratory of Human Reproduction and Reproductive Biology, Harvard Medical School, Boston, MA, May 28, 1991

Grand Rounds Speaker, Department of Ob/Gyn, Georgetown University Medical Center, Washington, DC, November 13, 1991

Invited Speaker, Division of Reproductive Biology, Johns Hopkins University, Baltimore, MD, December 18, 1991

Grand Rounds Speaker, Department of Ob/Gyn, Mercy Medical Center, Baltimore, MD, October 7, 1992

Invited Speaker, MRC Group in Fetal and Neonatal Health and Development, University of Western Ontario, London, Western Ontario, Canada, April 20, 1993

Invited Speaker, Laboratory of Pregnancy and Newborn Research, Cornell University, Ithaca, NY, February 22-24, 1994

Chairman and Speaker, Workshop, "Primate Models for the Study of the Molecular Regulation of Placental Hormone Biosynthesis," First International Meeting of World Placenta Associations, Sydney, Australia, October 24-28, 1994

Invited Speaker, International Symposium, The Maternal-Placental-Fetal Dialogue, Maui, Hawaii. February 1-3, 1996

Invited Speaker, Food and Drug Administration, DHHS, Rockville, MD, April 11, 1996

Invited Speaker, Department of Physiology, Bowman Gray School of Medicine, Winston-Salem, NC, April 17-18, 1996

Chair, Symposium: Cellular Remodeling and Differentiation in the Reproductive System, 29th Annual Meeting of Society for the Study of Reproduction, London, Ontario, Canada, July 27-30, 1996.

Grand Rounds Speaker, Department of Ob/Gyn and Reproductive Sciences, University of Maryland School of Medicine, Baltimore, MD, September 20, 1996.

Chair and Speaker, Symposium: Fetal-Placental Dialogue in Regulating Differentiation of the Decidua, Trophoblast, and Fetal Adrenal Gland, 44th Annual Meeting of Society for Gynecologic Investigation, San Diego, CA, March 19-22, 1997.

Invited Speaker:  "Novel Basic and Applied Approaches to Parturition Timing: Investigating the Fetal-Placental Clock," American College of Obstetricians and Gynecologists, Washington, DC, June 4, 1997.

Chair, Symposium:  Hormonal Mechanisms of Parturition, 30th Annual Meeting of Society for the Study of Reproduction, Portland, OR, August 2-5, 1997.

Greenblatt Lecturer, 1997 Robert B. Greenblatt Lectureship, Department of Physiology and Endocrinology, Medical College of Georgia, Augusta, GA, November 9-10, 1997.

Chair, Session on Placenta, 45th Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 13, 1998.

Invited Speaker, Symposium on Fetal Signaling and Labor, 45th Annual Meeting of the Society for Gynecologic Investigation, Atlanta, GA, March 14, 1998.

Invited Speaker, Women's Health Seminar Series, Department of Obstetrics and Gynecology, Ohio State University Medical Center, Columbus, OH, May 1, 1998.

Invited Speaker, 27th Annual Meeting of NICHD Reproductive Sciences Research Centers, University of North Carolina, Chapel Hill, NC, May 11-12, 1998.

Invited Speaker, Frontiers in Reproduction Research Symposium "Maternal-Fetal Issues and Differentiation," Marine Biological Laboratory, Woods Hole, MA, June 23-27, 1998.

Invited Speaker, Reproductive Biology and Hormone Action Symposium, Medical College of Georgia, Augusta, GA, October 2, 3, 1998.

Grand Rounds Speaker, Ob/Gyn and Reproductive Sciences, University of Maryland School of Medicine, Baltimore, MD, February 12, 1999.

Invited Lecturer, Molecular Endocrinology Course, Johns Hopkins University, Baltimore, MD, February 16, 1999.

Invited Speaker, Frontiers in Reproduction Research Symposium, "Maternal-Fetal Issues and Differentiation," Marine Biological Laboratory, Woods Hole, MA, June 30-July 2, 1999.

Invited Speaker, Federation of American Societies of Experimental Biology Conference, "Perinatal Regulation of the Cardiovascular System," Copper Mountain, CO, June 4-9, 2000.

Grand Rounds Speaker, Obstetrics, Gynecology and Reproductive Sciences, University of Maryland School of Medicine, Baltimore, MD, June 16, 2000.

Invited Speaker, Department of Comparative Medicine, Johns Hopkins University, Baltimore, MD, March 9, 2001

Grand Rounds Speaker, Department of Ob/Gyn, Maryland General Hospital, Baltimore, MD, May 31, 2001.

Invited Speaker, NICHD Frontiers in Reproduction Symposium, "Effects of Maternal, Placental and Fetal Hormones on Fetal Development," Marine Biological Laboratory, Woods Hole, MA, June 15, 2001.

Grand Rounds Speaker, Department of Ob/Gyn, Washington Hospital Center, Washington, DC, January 15, 2002.

Invited Speaker, Federation of American Societies of Experimental Biology Conference, "Molecular and Cellular Signaling in the Perinatal Cardiovascular System," Tucson, AR, August 14-19, 2004.

IX    HONORS AND AWARDS

8

| 1960-65 | Undergraduate academic scholarships, University of Vermont |
|---|---|
| 1971-72 | NDEA Predoctoral Research Fellowship, Rutgers University |
| 1977-78 | Secretary, Assembly of Scientists, NICHD, NIH |
| 1997 | 1997 Robert B. Greenblatt Lecturer, Department of Physiology and Endocrinology, Medical College of Georgia |
| 2001 | Chair of American Physiological Society Symposium on Programming of the Fetus, American Physiological Society Meeting, Orlando, FL |
| 2001 | Distinguished Scientist Series Lecturer, Oregon Health Sciences University, Oregon Regional Primate Research Center, Portland, OR |
| 2001 | Key Speaker at 2001 Northwest Reproductive Sciences Symposium, Corvallis, OR |

## X    PEER-REVIEWED GRANT SUPPORT

| 1972 | Rutgers University<br>NDEA Pre-Doctoral Research Fellowship |
|---|---|
| 1973-74 | Purdue University<br>Purdue Research Foundation XL Research Grant<br>Sigma Xi Society Grant-in-Aid of Research<br>Indiana Academy of Science Research Grant |
| 1974-78 | National Institutes of Health<br>NIH Staff Fellowship |
| 1979-82 | National Institutes of Health<br>National Institute on Aging<br>"Ovarian Steroid Biosynthesis in Aged Pregnant Rats."<br>Grant No. 1 R23 AGO1336<br>E. Albrecht, Principal Investigator<br>Project Period:  4/1/79-12/31/83<br>Total Direct Costs:  $88,319. |
| 1979-81 | University of Maryland Pangborn Fund<br>"Regulation of Progesterone Production in Human Pregnancy"<br>($1,000)<br>"The Role of Estrogen in Functional Luteolysis in Baboons"<br>($1,000) |
| 1980-84 | National Institutes of Health, NICHD<br>"Maternal-Fetal Steroid Regulation in Pregnant Baboons" |

Grant No. 1 R01 HD 13294-01
E. Albrecht, Principal Investigator
Project Period: 7/1/80-6/30/84
Total Direct Costs: $162,060.

1984-87          National Institutes of Health, NICHD
                 "Maternal-Fetal Steroid Regulation in Pregnant Baboons"
                 Grant No. 2 R01 HD 13294-04
                 E. Albrecht, Principal Investigator
                 Project Period: 7/1/84-6/30/87
                 Total Direct Costs: $640,773.

1984-89          National Institutes of Health
                 NICHD Training Grant in Reproductive Biology
                 Grant No. 2 T32 HD 07170-06
                 Charles Barraclough, Principal Investigator
                 E. Albrecht, 15% Effort
                 Project Period: 7/1/84-6/30/89

1985-88          National Institutes of Health
                 NRSA to postdoctoral fellow Michael Henson
                 Grant No. 1 F32 HD 06832-01
                 Total Direct Costs: $63,996.

1986-89          National Institutes of Health
                 NRSA to postdoctoral fellow Margaret Walker
                 Grant No. 1 F32 HD 06903-01
                 Total Direct Costs: $74,000.

1987-92          National Institutes of Health, NICHD
                 "Maternal-Fetal Steroid Regulation in Pregnant Baboons"
                 Grant No. 2 R01 HD 13294-07-11
                 E. Albrecht, Principal Investigator
                 Project Period: 7/1/87-6/30/92
                 Total Direct Costs: $1,806,518.

1990-96          National Institutes of Health, NICHD
                 Training Program in Reproductive Biology
                 Grant No. 2 T32 HD 07170-11-15
                 E. Albrecht, Principal Investigator
                 Project Period: 7/1/90-6/30/96
                 Total Direct Costs: $665,633.

1992-97          National Institutes of Health, NICHD
                 "Maternal-Fetal Steroid Regulation in Pregnant Baboons"
                 Grant No. 2 R01 HD 13294-12-16

E. Albrecht, Principal Investigator
Project Period: 7/1/92-6/30/97
Total Direct Costs: $1,935,597.

1995-97         National Institutes of Health, NICHD
                NRSA to postdoctoral fellow Biljana Musicki
                Project Period: 12/15/95-8/15/97
                Grant No. 1 F32 HD 08075-01
                Total Direct Costs: $55,600.

1996-01         National Institutes of Health, NICHD
                Training Program in Reproductive Biology
                Grant No. 2 T32 HD 07170-16-20
                Project Period: 7/1/96-6/30/01
                Total Direct Costs: $702,250.

1997-01         National Institutes of Health, NICHD
                "Regulation of Fetal-Placental Development in the Primate"
                Grant No. R01 HD 13294-17-20
                Project Period: 7/1/97-6/30/01
                Total Direct Costs: $2,577,329

1998 - 2004     National Institutes of Health, NICHD
                Specialized Cooperative Centers Program in Reproduction Research
                "A Multidisciplinary Program in Female Reproduction"
                Grant No. 1 U54 HD 36207-01
                Project Period: 04/01/98-03/31/04
                Total Direct Costs: Approximately $2,652,938

2000-2002       The Lalor Foundation, Inc.
                Support of postdoctoral fellow Andrea Niklaus, Ph.D.
                "Steroid Hormone Regulation of Neovascularization of the
                  Baboon Uterine Endometrium"
                Project Period: 04/01/00-03/31/02
                Total Direct Costs: $56,000

2001-2006       National Institutes of Health, NICHD
                "Regulation of Fetal-Placental Development in the Primate"
                Grant No. R01 HD-13294-21-25
                Project Period: 07/01/01-06/30/06
                Total Direct Costs: $3,260,070
                Total Indirect Costs: $796,110

2004-2009       National Institutes of Health, NICHD
                Specialized Cooperative Centers Program in Reproduction Research
                "A Multidisciplinary Program in Female Reproduction"

11

Grant No. 1 U54 HD 36207-01
Project Period: 04/01/04-03/31/09
Total Direct Costs: Approximately $5,832,691
Total Indirect Costs: $7,534,232

## XI    REVIEWER ON NIH SPECIAL EMPHASIS PANELS AND ADVISORY COMMITTEES

06/24/86    NIH NICHD, Maternal and Child Health Research Committee, P01 Reviews, Bethesda, MD

09/29/88    NIH NICHD, Animal Resources Review Committee, P51 Site Visit, Wisconsin Regional Primate Research Center, Madison, WI

04/03/89    NIH NICHD, Special Emphasis Panel, RFA Reviews, Bethesda, MD

05/09/89    NIH NICHD, Special Emphasis Panel, P50 Site Visit, Department of Ob/Gyn, Columbia University, New York, NY

02/14/90    NIH NICHD, Special Emphasis Panel, P01 Site Visit, Department of Ob/Gyn, University of Massachusetts Medical Center, Worcester, MA

09/05/90    NIH NICHD, Population Research Committee, P50 Site Visit, Department of Medicine, UCLA Medical Center, Los Angeles, CA

11/29/90    NIH NICHD, Special Emphasis Panel, Bethesda, MD

05/01/91    NIH NICHD Population Research Committee, P01 Site Visit, Department of Ob/Gyn, University of Pennsylvania Medical Center, Philadelphia, PA

11/13/91    NIH NICHD, Population Research Committee, P50 Site Visit, Department of Pharmacology, University of Iowa College of Medicine, Iowa City, IO

02/20/97    NIH NICHD, Population Research Committee, P01, Site Visit, Department of Ob/Gyn, University of Pennsylvania Medical Center, Philadelphia, PA

11/07/97    NIH NICHD, Special Emphasis Panel, P01 Site Visit, University of Texas Southwestern Medical Center, Dallas, TX

11/20/97    NIH NICHD, Special Emphasis Panel, Metabolism Study Section, R01 Reviews, Bethesda, MD

02/09/98    NIH NICHD, Reproductive Biology Study Section, R01/R15 Reviews, Bethesda, MD

10/12/99    NIH NICHD, Maternal and Child Health Research Committee, P01 Site Visit, Department of Ob/Gyn, University of Wisconsin School of Medicine, Madison, WI

12/06/99    NIH NICHD, Maternal and Child Health Research Committee, Special Emphasis Panel, P50 Site Visit, Department of Pediatrics, Columbia University, New York, NY

02/22/00    Medical Research Council, Program Project Review, Division of Medical Sciences, University of Birmingham, UK

09/01/01    Canada Foundation for Innovation, Proposal to Establish National Centre for Fetal and Newborn Diagnosis and Therapy, Ottawa, Canada

03/05/04    US - Israel Bionational Science Foundation, Proposal on Regulatory Mechanisms of Vasoconstrictors in the Placenta in Preeclampsia and IUGR

## XII    PUBLICATIONS

### FULL PAPERS

1.  Chipman RK, Albrecht ED 1974 The relationship of the male preputial gland to the acceleration of oestrus in the laboratory mouse. Journal of Reproduction and Fertility 38:91-96.

2.  Leathem JH, Albrecht ED 1974 Effect of age on testis $\Delta^5$-3β-hydroxysteroid dehydrogenase in the rat. Proceedings of the Society for Experimental Biology and Medicine 145:1212-1214.

3.  Albrecht ED, Koos RD, Wehrenberg WB 1975 Ovarian $\Delta^5$-3β-hydroxysteroid dehydrogenase and cholesterol in the aged mouse during pregnancy. Biology of Reproduction 13:158-162.

4.  Wehrenberg WB, Gottlieb SF, Albrecht ED 1976 Ageing and Ovarian $\Delta^5$-3β-hydroxysteroid dehydrogenase in the pregnant mouse. Journal of Endocrinology 70:183-187.

5.  Albrecht ED, Townsley JD 1976 Serum progesterone in the pregnant baboon (*Papio papio*). Biology of Reproduction 14:610-612.

6.  Albrecht ED, Townsley JD 1976 Metabolic clearance and production rates of progesterone in non-pregnant and pregnant baboons (*Papio papio*). Endocrinology 99:1291-1294.

7.  Albrecht ED, Koos RD, Wehrenberg WB 1977 Ageing and adrenal $\Delta^5$-3β-hydroxy-steroid dehydrogenase in female mice. Journal of Endocrinology 73:193-194.

8.  Albrecht ED, Koos RD, Gottlieb SF 1977 Pregnant mare serum and human chorionic gonadotropin stimulate ovarian $\Delta^5$-3β-hydroxysteroid dehydrogenase in aged mice. Fertility and Sterility 28:762-765.

9.  Pepe GJ, Albrecht ED, Townsley JD 1977 Serum cortisol levels affect the metabolic clearance rate of progesterone in female baboons. Steroids 30:561-568.

10. Albrecht ED, Townsley JD 1978 Serum estradiol in mid and late gestation and estradiol/progesterone ratio in baboons near parturition. Biology of Reproduction 18:247-250.

11. Albrecht ED, Nightingale MS, Townsley JD 1978 Stress-induced decreases in serum concentration of progesterone in the pregnant baboon. Journal of Endocrinology 77:425-426.

12. Albrecht ED 1980 A role for estrogen in progesterone production during baboon pregnancy. American Journal of Obstetrics and Gynecology 136:569-574.

13. Pepe GJ, Albrecht ED 1980 The utilization of placental substrates for cortisol synthesis by the baboon fetus near term. Steroids 35:591-597.

14. Albrecht ED 1980 Prevention of cystic ovary induction in rabbits by aminoglutethimide. Acta Endocrinologica 94:242-245.

15. Albrecht ED, Haskins AL, Pepe GJ 1980 The influence of fetectomy at midgestation upon the serum concentrations of progesterone, estrone and estradiol in baboons. Endocrinology 107:766-770.

16. Albrecht ED 1981 Effect of aging and adrenocorticotropin on adrenal $\Delta^5$-3β-hydroxysteroid dehydrogenase activity in male rats. Experimental Aging Research 7:11-15.

14

17. Albrecht ED, Johnson DK, Pepe GJ 1981  Effect of maternal administration of theantiestrogen ethamoxytriphetol throughout the last third of baboon gestation upon neonatal corticoid production. Steroids 37:45-50.

18. Albrecht ED, Haskins AL, Hodgen GD, Pepe GJ 1982 Luteal function in baboons with administration of the antiestrogen ethamoxytriphetol (MER-25) throughout the luteal phase of the menstrual cycle. Biology of Reproduction 25:451-477.

19. Pepe GJ, Johnson DK, Albrecht ED 1982 The effects of estrogen on cortisol metabolism in female baboons. Steroids 39:471-478.

20. Kneussl ES, Ances IG, Albrecht ED 1982 A specific cytosolic estrogen receptor in human term placenta. American Journal of Obstetrics and Gynecology 144:803-809.

21. Albrecht ED, Pepe GJ 1984 Source and regulation of $17\alpha$-hydroxyprogesterone during baboon pregnancy. Biology of Reproduction 31:471-479.

22. Albrecht ED 1984 Pregnancy in young and aged rats. I. Ovarian progesterone and $20\alpha$-hydroxypregn-4-en-3-one formation. Endocrinology 115:1418-1425.

23. Pepe GJ, Albrecht ED 1984 Transuteroplacental metabolism of cortisol and cortisone during mid and late gestation in the baboon. Endocrinology 115:1946-1951.

24. Albrecht ED, Pepe GJ 1984 Effect of the antiestrogen ethamoxytriphetol (MER-25) and luteectomy on serum progesterone concentrations in pregnant baboons. Endocrinology 115:1717-1721.

25. Pepe GJ, Albrecht ED 1984 Comparison of cortisol-cortisone interconversion *in vitro* by the human and baboon placenta. Steroids 44:229-240.

26. Albrecht ED, Pepe GJ 1985  The placenta remains functional following fetectomy in baboons. Endocrinology 116:843-845.

27. Albrecht ED 1985 Pregnancy in young and aging rats. II.  Peripheral serum progesterone concentrations. Biology of Reproduction 33:432-435.

28. Jackson JA, Albrecht ED 1985 The development of placental androstenedione and testosterone production and their utilization by the ovary for aromatization to estrogen during rat pregnancy. Biology of Reproduction 33:451-457.

29. Pepe GJ, Albrecht ED 1985 Regulation of baboon fetal adrenal androgen production by adrenocorticotropic hormone, prolactin, and growth hormone. Biology of Reproduction 33:545-550.

30. Pepe GJ, Albrecht ED 1985 The effects of cortisone on the interconversion of cortisol and cortisone in the baboon. Journal of Steroid Biochemistry 23:275-278.

31. Pepe GJ, Albrecht ED 1985 Prolactin stimulates adrenal androgen secretion in infant baboons. Endocrinology 117:1968-1973.

32. Wunsch DM, Anderson LD, Pepe GJ, Albrecht ED 1986 Regulation of progesterone formation by human placental cells in culture. Endocrinology 119:998-1003.

33. Redmond AF, Albrecht ED, Pepe GJ  1986 Testosterone production by collagenase-dispersed cells from baboon fetal testis. Biology of Reproduction 35:371-376.

34. Jackson JA, Albrecht ED 1986 Estrogen regulates placental androstenedione production during rat pregnancy. Endocrinology 119:1052-57.

35. Pepe GJ, Albrecht ED 1987 Fetal regulation of transplacental cortisol-cortisone metabolism in the baboon. Endocrinology 120:2529-2533.

36. Albrecht ED, Pepe GJ 1987 Effect of estrogen on dehydroepiandrosterone formation by baboon fetal adrenal cells *in vitro*. American Journal of Obstetrics and Gynecology 156:1275-1278.

15

37.  Walker ML, Pepe GJ, Garnett NL, Albrecht ED 1987 Effects of anesthetic agents on the adrenocortical system of female baboons. American Journal of Primatology 13:325-332.

38.  Henson MC, Pepe GJ, Albrecht ED 1987 Transuterofetoplacental conversion of pregnenolone to progesterone in antiestrogen-treated baboons, Endocrinology 121:1265-1271.

39.  Walker ML, Pepe GJ, Albrecht ED 1987 Changes in the pattern of androgen formation *in vitro* by the baboon fetal adrenal gland at mid- and late gestation. Biology of Reproduction 37:1192-1197.

40.  Pepe GJ, Waddell BJ, Stahl SJ, Albrecht ED 1988 The regulation of transplacental cortisol-cortisone metabolism by estrogen in pregnant baboons. Endocrinology 122:78-83.

41.  Waddell BJ, Albrecht ED, Pepe GJ 1988 Metabolism of cortisol and cortisone in the baboon fetus at midgestation. Endocrinology 122:84-88.

42.  Walker ML, Pepe GJ, Albrecht ED 1988 Regulation of baboon fetal adrenal androgen formation by pituitary peptides at mid- and late gestation. Endocrinology 122:546-551.

43.  Pepe GJ, Waddell BJ, Albrecht ED 1988 The effects of adrenocorticotropin and prolactin on adrenal dehydroepiandrosterone secretion in the baboon fetus. Endocrinology 122:646-650.

44.  Henson MC, Babischkin JS, Pepe GJ, Albrecht ED 1988 Effect of the antiestrogen ethamoxytriphetol (MER-25) on placental low density lipoprotein uptake and degradation in baboons. Endocrinology 122:2019-2026.

45.  Waddell BJ, Albrecht ED, Pepe GJ 1988 Effect of estrogen on the metabolism of cortisol and cortisone in the baboon fetus at midgestation. Biology of Reproduction 38:1006-1011.

46.  Albrecht ED, Crenshaw MC, Jr, Pepe GJ 1989 The effect of estrogen on placental delivery after fetectomy in baboons. American Journal of Obstetrics and Gynecology 160:237-241.

47.  Jackson JA, Butterstein GM, Albrecht ED 1989 The effect of estrogen on androstenedione production by rat placental cells *in vitro*. Biology of Reproduction 40:74-80.

48.  Babischkin JS, Pepe GJ, Albrecht ED 1989 Regulation of progesterone biosynthesis by estrogen during baboon pregnancy:Placental mitochondrial cholesterol side-chain cleavage activity in antiestrogen (ethamoxytriphetol, MER-25)-treated baboons. Endocrinology 124:1638-1645.

49.  Pepe GJ, Waddell BJ, Albrecht ED 1989 Effect of estrogen on pituitary peptide-induced dehydroepiandrosterone secretion in the baboon fetus at midgestation. Endocrinology 125:1519-1524.

50.  Brodie AMH, Hammond JO, Ghosh M, Meyer K, Albrecht ED 1989 Effect of treatment with aromatase inhibitor 4-hydroxyandrostenedione on the nonhuman primate menstrual cycle. Cancer Research 49:4780-4784.

51.  Baggia S, Albrecht ED, Pepe GJ 1990 Regulation of $11\beta$-hydroxysteroid dehydrogenase activity in the baboon placenta by estrogen. Endocrinology 126:2742-2748.

52.  Albrecht ED, Pepe GJ 1990 Placental steroid hormone biosynthesis in primate pregnancy. Endocrine Reviews II:124-150.

53.  Pepe GJ, Albrecht ED 1990 Regulation of the primate fetal adrenal cortex. Endocrine Reviews 11:151-176.

54. Albrecht ED, Henson MC, Walker ML, Pepe GJ 1990 Modulation of adrenocorticotropin-stimulated baboon fetal adrenal dehydroepiandrosterone formation *in vitro* by estrogen at mid- and late gestation. Endocrinology 126:3083-3088.

55. Baggia S, Albrecht ED, Babischkin JS, Pepe GJ 1990 Interconversion of cortisol and cortisone in baboon trophoblast and decidua cells in culture. Endocrinology 127:1735-1741.

56. Putney DJ, Pepe GJ, Albrecht ED 1990 Influence of the fetus and estrogen on serum concentrations and placental formation of insulin-like growth factor I during baboon pregnancy. Endocrinology 127:2400-2407.

57. Pepe GJ, Waddell BJ, Albrecht ED 1990 Activation of the baboon fetal hypothalamic-pituitary-adrenocortical axis at midgestation by estrogen-induced changes in placental corticosteroid metabolism. Endocrinology 127:3117-3123.

58. Albrecht ED, Henson MC, Pepe GJ 1991 Regulation of placental low density lipoprotein uptake in baboons by estrogen. Endocrinology 128:450-458.

59. Pepe GJ, Albrecht ED 1991 Activation of the baboon fetal pituitary-adrenocortical axis at midgestation by estrogen:Adrenal Δ$^5$-3β-hydroxysteroid dehydrogenase and 17α-hydroxylase-17,20-lyase activity. Endocrinology 128:2395-2401.

60. Henson MC, Pepe GJ, Albrecht ED 1991 Regulation of placental low density lipoprotein uptake in baboons by estrogen:Dose-dependent effects of the antiestrogen ethamoxytriphetol (MER-25). Biology of Reproduction 45:43-48.

61. Berghorn KA, Albrecht ED, Pepe GJ 1991 Responsivity of the baboon fetal pituitary to corticotropin releasing hormone *in utero* at midgestation. Endocrinology 129:1424-1428.

62. Putney DJ, Henson MC, Pepe GJ, Albrecht ED 1991 Influence of the fetus and estrogen on maternal serum growth hormone, insulin-like growth factor-II and epidermal growth factor concentrations during baboon pregnancy. Endocrinology 129:3109-3117.

63. Waddell BJ, Albrecht ED, Pepe GJ 1992 Utilization of maternal and fetal androstenedione for placental estrogen production at mid and late baboon pregnancy. Journal of Steroid Biochemistry and Molecular Biology 41:171-178.

64. Henson MC, Pepe GJ, Albrecht ED 1992 Developmental increase in placental low density lipoprotein uptake during baboon pregnancy. Endocrinology 130:1698-1706.

65. Davies WA, Berghorn KA, Albrecht ED, Pepe GJ 1993 Developmental regulation of protein kinase A and protein kinase C activities in the baboon fetal adrenal. Endocrinology 132:2491-2497.

66. Pepe GJ, Waddell BJ, Sinosich MJ, Albrecht ED 1994 Influence of fetectomy on serum pregnancy-associated plasma protein-A concentrations in the baboon. Biology of Reproduction 50:442-448.

67. Pepe GJ, Davies WA, Albrecht ED 1994 Activation of the baboon fetal pituitary-adrenocortical axis at midgestation by estrogen: enhancement of fetal pituitary proopiomelanocortin messenger ribonucleic acid expression. Endocrinology 135:2581-2587.

68. Pepe GJ, Albrecht ED 1995 Actions of placental and fetal adrenal steroid hormones in primate pregnancy. Endocrine Reviews 16:608-648.

69. Berghorn KA, Albrecht ED, Pepe GJ 1995 Activation of the baboon fetal pituitary-adrenocortical axis at midgestation by estrogen: Responsivity of the fetal adrenal gland to adrenocorticotropic hormone *in vitro*. Biology of Reproduction 53:996-1002.

17

70. Albrecht ED, Pepe GJ 1995 Suppression of maternal adrenal dehydroepiandrosterone and dehydroepiandrosterone sulfate production by estrogen during baboon pregnancy. Journal of Clinical Endocrinology and Metabolism 80:3201-3208.

71. Albrecht ED, Babischkin JS, Koos RD, Pepe GJ 1995 Developmental increase in low density lipoprotein receptor messenger ribonucleic acid levels in placental syncytiotrophoblasts during baboon pregnancy. Endocrinology 136:5540-5546.

72. Albrecht ED, Aberdeen GW, Babischkin JS, Tilly JL, Pepe GJ 1996 Biphasic developmental expression of ACTH receptor messenger ribonucleic acid levels in the baboon fetal adrenal gland. Endocrinology 137:1292-1298.

73. Grimes RW, Pepe GJ, Albrecht ED 1996 Regulation of human placental trophoblast low-density lipoprotein uptake *in vitro* by estrogen. Journal of Clinical Endocrinology and Metabolism 81:2675-2679..

74. Pepe GJ, Jury HH, Hammond GL, Albrecht ED 1996 Developmental regulation of corticosteroid-binding globulin biosynthesis in the baboon fetus. Endocrinology 137:3323-3328.

75. Davies WA, Albrecht ED, Pepe GJ 1996 Hypothalamic corticotropin-releasing hormone expression in the baboon fetus at mid- and late gestation. Biology of Reproduction 55:559-566.

76. Waddell BJ, Pepe GJ, Albrecht ED 1996 Progesterone and 20α-hydroxypregn-4-en-3-one (20α-OHP) in the pregnant baboon: Selective placental secretion of 20α-OHP into the fetal compartment. Biology of Reproduction 55:854-859.

77. Pepe GJ, Waddell BJ, Burch MG, Albrecht ED 1996 Interconversion of cortisol and cortisone in the baboon placenta at midgestation: Expression of 11β-hydroxysteroid dehydrogenase type 1 messenger RNA. Journal of Steroid Biochemistry and Molecular Biology 58:403-410.

78. Pepe GJ, Babischkin JS, Burch MG, Leavitt MG, Albrecht ED 1996 Developmental increase in expression of the messenger RNA and protein levels of 11β-hydroxysteroid dehydrogenase types 1 and 2 in the baboon placenta. Endocrinology 137:5678-5684.

79. Babischkin JS, Pepe GJ, Albrecht ED 1996 Developmental expression of placental trophoblast P-450 cholesterol side-chain cleavage, adrenodoxin, and $\Delta^5$-3β-hydroxysteroid dehydrogenase isomerase messenger ribonucleic acids during baboon pregnancy. Placenta 17:595-602.

80. McCarthy MM, Albrecht ED 1996 Steroid regulation of sexual behavior. Trends in Endocrinology and Metabolism 7:324-327.

81. Babischkin JS, Pepe GJ, Albrecht ED 1997 Estrogen regulation of placental P-450 cholesterol side-chain cleavage enzyme messenger ribonucleic acid levels and activity during baboon pregnancy. Endocrinology 138:452-459.

82. Babischkin JS, Grimes RW, Pepe GJ, Albrecht ED 1997 Estrogen stimulation of P-450 cholesterol side-chain cleavage activity in cultures of human placental syncytiotrophoblasts. Biology of Reproduction 56:272-278.

83. Billiar RB, Pepe GJ, Albrecht ED 1997 Immunocytochemical identification of the oestrogen receptor in the nuclei of cultured human placental syncytiotrophoblasts. Placenta 18:365-370.

84. Aberdeen GW, Babischkin JS, Davies, WA, Pepe GJ, Albrecht ED 1997 Decline in adrenocorticotropin receptor messenger ribonucleic acid expression in the baboon fetal adrenocortical zone in the second half of pregnancy. Endocrinology 138:1634-1641.

18

85.  Leavitt MG, Aberdeen GW, Burch MG, Albrecht ED, Pepe GJ 1997 Inhibition of fetal adrenal adrenocorticotropin receptor messenger ribonucleic acid expression by betamethasone administration to the baboon fetus in late gestation. Endocrinology 138:2705-2712.

86.  Davies WA, Luo H, Dong KW, Albrecht ED, Pepe GJ 1997 Cloning and expression of the 11β-hydroxysteroid dehydrogenase type 1 gene in the baboon. Molecular and Cellular Endocrinology 127:201-209.

87.  Musicki B, Pepe GJ, Albrecht ED 1997 Functional differentiation of placental syncytiotrophoblasts during baboon pregnancy: Developmental expression of chorionic somatomammotropin messenger ribonucleic acid and protein levels. Journal of Clinical Endocrinology and Metabolism 82:4105-4110.

88.  Kugu K, Ratts VS, Piquette GN, Tilly KI, Tao XJ, Martimbeau S, Aberdeen GW, Krajewski S, Reed JC, Pepe GJ, Albrecht ED, Tilly JL 1998 Analysis of apoptosis and expression of bcl-2 gene family members in the human and baboon ovary. Cell Death and Differentiation 5:67-76.

89.  Aberdeen GW, Leavitt MG, Pepe GJ, Albrecht ED 1998 Effect of maternal betamethasone administration at midgestation on baboon fetal adrenal gland development and ACTH receptor messenger ribonucleic acid expression. Journal of Clinical Endocrinology and Metabolism 83:976-982.

90.  Rosenthal MD, Albrecht ED, Pepe GJ 1998 Developmental maturation of baboon placental trophoblast: Expression of messenger ribonucleic acid and protein levels of cytosolic and secretory phospholipase $A_2$. Journal of Clinical Endocrinology and Metabolism 83:2861-2867.

91.  Pepe GJ, Albrecht ED 1998 Central integrative role of oestrogen in the regulation of placental steroidogenic maturation and the development of the fetal pituitary-adrenocortical axis in the baboon. Human Reproduction Update 4:406-419.

92.  Pepe GJ, Davies WA, Dong KW, Luo H, Albrecht ED 1999 Cloning of the 11β-hydroxysteroid dehydrogenase (11β-HSD)-2 gene in the baboon: effects of estradiol on promoter activity of 11β-HSD-1 and −2 in placental JEG-3 cells. Biochemica et Biophysica Acta 1444:101-110.

93.  Albrecht ED, Pepe GJ 1999 Central integrative role of oestrogen in modulating the communication between the placenta and fetus that results in primate fetal-placental development. Placenta 20:129-139.

94.  Billiar RB, Leavitt MG, Smith P, Albrecht ED, Pepe GJ 1999 Functional capacity of fetal zone cells of the baboon fetal adrenal gland: a major source of α-inhibin. Biology of Reproduction 61:142-146.

95.  Nakamura J, Lu Q, Aberdeen G, Albrecht E, Brodie A 1999 The effect of estrogen on aromatase and vascular endothelial growth factor messenger ribonucleic acid in the normal nonhuman primate mammary gland. Journal of Clinical Endocrinology and Metabolism 84:1432-1437.

96.  Pepe GJ, Burch MG, Albrecht ED 1999 Expression of 11β-hydroxysteroid dehydrogenase types 1 and 2 proteins in human and baboon placental syncytiotrophoblast. Placenta 20:575-582.

97.  Pepe GJ, Albrecht ED 1999 Regulation of functional differentiation of the placental villous syncytiotrophoblast by estrogen during primate pregnancy. Steroids 64:624-627.

98.  Aberdeen GW, Pepe GJ, Albrecht ED 1999 Developmental expression of and effect of

betamethasone on the messenger ribonucleic acid levels for peptide growth factors in the baboon fetal adrenal gland. Journal of Endocrinology 163:123-130.

99. Leavitt MG, Albrecht ED, Pepe GJ 1999 Development of the baboon fetal adrenal gland: Regulation of the ontogenesis of the definitive and transitional zones by ACTH. Journal of Clinical Endocrinology and Metabolism 84:3831-3835.

100. Albrecht ED, Babischkin JS, Davies WA, Leavitt MG, Pepe GJ 1999 Identification and developmental expression of the estrogen receptor α and β in the baboon fetal adrenal gland. Endocrinology 140:5953-5961.

101. Albrecht ED, Aberdeen GW, Pepe GJ 2000 The role of estrogen in the maintenance of primate pregnancy. Am J Obstet Gynecol 182:432-438.

102. Pepe GJ, Burch MG, Albrecht ED 2001 Localization and developmental regulation of 11β-hydroxysteroid dehydrogenase-1 and -2 in the baboon syncytiotrophoblast. Endocrinology 142:68-80.

103. Babischkin JS, Burleigh DW, Mayhew TM, Pepe GJ, Albrecht ED 2001 Developmental regulation of morphological differentiation of placental villous trophoblast in the baboon. Placenta 22:276-283.

104. Hildebrandt VA, Babischkin JS, Koos RD, Pepe GJ, Albrecht ED 2001 Developmental regulation of vascular endothelial growth/permeability factor messenger ribonucleic acid levels in and vascularization of the villous placenta during baboon pregnancy. Endocrinology 142:2050-2057.

105. Pepe GJ, Burch MG, Sibley CP, Davies WA, Albrecht ED 2001 Expression of the mRNAs and proteins for the $Na^+/H^+$ exchangers and their regulatory factors in baboon and human placental syncytiotrophoblast. Endocrinology 142:3685-3692.

106. Pepe GJ, Burch MG, Albrecht ED 2001 Estrogen regulates 11β-hydroxysteroid dehydrogenase -1 and -2 localization in placental syncytiotrophoblast in the second half of primate pregnancy. Endocrinology 142:4496-4503.

107. Rosenthal MD, Albrecht ED, Pepe GJ 2001 Developmental maturation of primate placental trophoblast: Placental cytosolic and secretory phospholipase $A_2$ expression after estrogen suppression of baboons. Prostaglandins and Other Lipid Mediators 66:155-163.

108. Zollers Jr WG, Babischkin JS, Pepe GJ, Albrecht ED 2001 Regulation of placental insulin-like growth factor (IGF)-II and IGF binding protein -1 and -2 messenger ribonucleic acid expression during primate pregnancy. Biology of Reproduction 65:1208-1214.

109. Pepe GJ, Billiar RB, Leavitt MG, Zachos NC, Gustafsson JA, Albrecht ED 2002 Expression of estrogen receptors α and β in the baboon fetal ovary. Biology of Reproduction 66:1054-1060.

110. Zachos NC, Billiar RB, Albrecht ED, Pepe GJ 2002 Developmental regulation of baboon fetal ovarian maturation by estrogen. Biology of Reproduction 67:1148-1156.

111. Niklaus AL, Babischkin JS, Aberdeen GW, Pepe GJ, Albrecht ED 2002 Expression of vascular endothelial growth/permeability factor by endometrial glandular epithelial and stromal cells in baboons during the menstrual cycle and after ovariectomy. Endocrinology 143:4007-4017.

112. Pepe GJ, Ballard PL, Albrecht ED 2003 Fetal lung maturation in estrogen-deprived baboons. Journal of Clinical Endocrinology and Metabolism 88:471-477.

113. Zachos NC, Billiar RB, Albrecht ED, Pepe GJ 2003 Developmental regulation of follicle

stimulating hormone receptor messenger RNA expression in the baboon fetal ovary. Biology of Reproduction 68:1911-1917.

114. Niklaus AL, Aberdeen GW, Babischkin JS, Pepe GJ, Albrecht ED 2003 Effect of estrogen on vascular endothelial growth/permeability factor expression by glandular epithelial and stromal cells in the baboon endometrium. Biology of Reproduction 68:1997-2004.

115. Albrecht ED, Aberdeen GW, Niklaus AL, Babischkin JS, Suresch DL, Pepe GJ 2003 Acute temporal regulation of vascular endothelial growth/permeability factor expression and endothelial morphology in the baboon endometrium by ovarian steroids. Journal of Clinical Endocrinology and Metabolism 88:2844-2852.

116. Musicki B, Pepe GJ, Albrecht ED 2003 Functional differentiation of the placental syncytiotrophoblast: effect of estrogen on chorionic somatomammotropin expression during early primate pregnancy. Journal of Clinical Endocrinology and Metabolism 88:4316-4323.

117. Albrecht ED, Babischkin JS, Lidor Y, Anderson LD, Udoff LC, Pepe GJ 2003 Effect of estrogen on angiogenesis in cocultures of human endometrial cells and microvascular endothelial cells. Human Reproduction 18:2039-2047.

118. Reynolds MA, Aberdeen GW, Albrecht ED, Pepe GJ, Sauk JJ 2004 Estrogen suppression induces papillary gingival overgrowth in pregnant baboons. Journal of Periodontology (in press).

119. Zachos NC, Billiar RB, Albrecht ED, Pepe GJ 2004 Regulation of Oocyte Microvilli Development in the Baboon Fetal Ovary by Estrogen. Endocrinology 145:959-966.

120. Billiar RB, Zachos NC, Burch MG, Albrecht ED, Pepe GJ 2003 Up-regulation of α-inhibin expression in the fetal ovary of estrogen-suppressed baboons is associated with impaired fetal ovarian folliculogenesis. Biology of Reproduction 68, 1989-1996.

121. Albrecht ED, Billiar RB, Aberdeen GW, Babischkin JS, Pepe GJ 2004 Expression of estrogen receptor α and β in the fetal baboon testis and epididymis. Biology of Reproduction 70,000-000.

122. Billiar RB, St Clair JB, Zachos NC, Burch MG, Albrecht ED, Pepe GJ 2004 Localization and developmental expression of the activin signal transduction proteins smads 2, 3 and 4 in the baboon fetal ovary. Biology of Reproduction (in press).

21

BOOKS

Albrecht ED, Pepe GJ 1985 Editors, Research in Perinatal Medicine (IV):Perinatal Endocrinology, Perinatology Press, Ithaca, NY, 315 pages.

CHAPTERS

1.  Albrecht ED, Pepe GJ 1985 Regulation of progesterone and estrogen formation during baboon pregnancy. In: Research in Perinatal Medicine (IV), Perinatal Endocrinology, Albrecht, E.D. and Pepe, G.J. (eds) Perinatology Press, Ithaca, NY, pp 175-199.

2.  Pepe GJ, Albrecht ED 1985 Transplacental corticosteroid metabolism during baboon pregnancy. In: Research in Perinatal Medicine (IV), Perinatal Endocrinology. Albrecht ED, Pepe GJ (eds) Perinatology Press, Ithaca, NY, pp 201-218.

3.  Albrecht ED 1986 Age-related changes in regulatory systems (Discussion Section), In: Aging, Reproduction and the Climacteric. Plenum Press, New York, NY.

4.  Albrecht ED, Pepe GJ 1988 Endocrinology of Pregnancy. In: Non-Human Primates in Perinatal Research, Brans YW, Kuehl TJ (eds). John Wiley and Sons, New York, pp 13-78.

5.  Albrecht ED, Pepe GJ 1998 Secretion and metabolism of steroids in primate mammals during pregnancy. In: Contemporary Endocrinology, Endocrinology of Pregnancy, Bazer FW (ed), Humana Press Inc., Totowa, NY, pp 319-351.

6.  Albrecht ED, Pepe GJ 1999 Placental steroidogenesis in primate pregnancy. In: Encyclopedia of Reproduction, Knobil E, Neill JD (eds), Academic Press, San Diego, Vol 3, pp 889-898.

7.  Pepe GJ, Albrecht 1999 Protein hormones of primate pregnancy. In: Encyclopedia of Reproduction, Knobil E, Neill JD (eds), Academic Press, San Diego, Vol 4, pp 96-109.

8.  Pepe GJ, Albrecht 2001 Steroid endocrinology of pregnancy. In: Gynecology and Obstetrics, Sciarra JJ (ed), Lippincott Williams and Wilkins, Chicago, IL.

9.  Albrecht ED, Pepe GJ 2003 Steroid hormone regulation of angiogenesis in the primate endometrium. In: Progesterone Action and the Endometrium, Frontiers in Bioscience 8:416-429.

## XIII  PUBLISHED ABSTRACTS

1.  Albrecht ED, Leathem JH 1970 Ovarian and adrenal $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase activity following induction of polycystic ovaries in rabbits. New Jersey Academy of Science.

2.  Albrecht ED, Jordan AW, Leathem JH 1972 Prevention of polycystic ovary induction with aminoglutethimide. FASEB.

3.  Leathem JH, Albrecht ED 1973 Testis cholesterol and $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase activity in aging rats. Gerontological Society.

4.  Albrecht ED, Koos RD, Wehrenberg WB 1974 Ovarian $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase and cholesterol in the aged C57BL mouse. Society for the Study of Reproduction, Abst 35.

5.  Albrecht ED 1974 Ovarian steroidogenesis in the aging pregnant mouse.   Fourth International Congress on Hormonal Steroids, Abst 72.

6.  Albrecht ED, Townsley JD 1976 Progesterone metabolic clearance rate in pregnant and non-pregnant baboons (*Papio papio*). Endocrine Society, Abst 245.

7.  Albrecht ED, Nightingale MS, Townsley JD 1977 Stress decreases serum progesterone (SP) concentrations in pregnant baboons (*Papio papio*). FASEB, Abst 643.

8.  Pepe GJ, Albrecht ED, Townsley JD 1977 Variations in circulating cortisol levels affect the metabolic clearance of progesterone in non-pregnant and pregnant baboons (*Papio papio*). Endocrine Society, Abst 284.

9.  Albrecht ED, Townsley JD 1978 Antiestrogen treatment decreases progesterone (P) production in pregnant baboons. Endocrine Society, Abst 501.

10.  Pepe GJ, Albrecht ED 1978 Uterine extraction of cortisol in late baboon gestation. Society for the Study of Reproduction, Abst 181.

11.  Albrecht ED, Pepe GJ 1979 Estrogen influences corticoid metabolism in neonatal baboons. Endocrine Society, Abst 546.

12.  Pepe GJ, Albrecht ED 1979 Estrogen influences cortisol (F) metabolism in baboons (*Papio papio*). Society for the Study of Reproduction.

13.  Albrecht ED 1979 Adrenal responsiveness to adrenocorticotropin in aged male rats. Gerontological Society.

14.  Albrecht ED, Haskins AL, Pepe GJ 1980 Fetectomy in baboons at mid-gestation causes a decline in maternal serum progesterone concentrations.   Society for Gynecologic Investigation, Abst 165.

15.  Pepe GJ, Albrecht ED 1980 Transuterine metabolism of cortisol at midgestation in the baboon (*Papio papio*). Endocrine Society, Abst 814.

16.  Albrecht ED, Haskins AL, Pepe GJ 1980 Effect of antiestrogen administration upon serum progesterone concentrations in non-pregnant baboons. Endocrine Society, Abst 444.

17.  Albrecht ED, Pepe GJ 1981 Function of the corpus luteum in baboons during administration of antiestrogen throughout the luteal phase of the menstrual cycle. Society for Gynecologic Investigation, Abst 224.

18.  Pepe GJ, Albrecht ED 1981 Prolactin stimulation of adrenal androgen secretion in prepubertal baboons (*Papio anubis*). Endocrine Society, Abst 605.

19.  Kneussl ES, Ances IG, Albrecht ED 1981 A specific cytosolic estrogen receptor in human term placenta. Endocrine Society, Abst 854.

23

20.    Albrecht ED, Pepe GJ 1981 Effect of administration of the antiestrogen ethamoxytriphetol and luteectomy/or ovariectomy upon serum progesterone concentrations in pregnant baboons. Society for the Study of Reproduction, Abst 78.

21.    Albrecht ED, Pepe GJ 1982 An influence of antiestrogen (MER-25) upon placental progesterone production during baboon pregnancy.  Society for Gynecologic Investigation, Abst 20.

22.    Albrecht ED 1982 Ovarian metabolism of progesterone in young and aged rats throughout pregnancy. Endocrine Society, Abst 139.

23.    Pepe GJ, Albrecht ED 1982 Inhibition of human placental 11β-hydroxysteroid dehydrogenase by progesterone. Endocrine Society, Abst 182.

24.    Albrecht ED 1982 Ovarian formation of estradiol and serum progesterone concentrations in young and aged rats throughout pregnancy. Gerontological Society of America, Abst 48-18.

25.    Albrecht ED, Pepe GJ 1983 Effect of the antiestrogen MER-25 upon 17-hydroxyprogesterone in pregnant baboons. Society for Gynecologic Investigation, Abst 157.

26.    Pepe GJ, Albrecht ED 1983 Regulation of steroidogenesis by baboon fetal adrenal cells. Society for Gynecologic Investigation, Abst 252.

27.    Pepe GJ, Albrecht ED 1983 Role of the placenta and fetus in transuterine cortisol metabolism in the baboon (Papio anubis). Endocrine Society, Abst 620.

28.    Pepe GJ, Albrecht ED 1984 The placenta remains functional following fetectomy in baboons. Society for Gynecologic Investigation, Abst 59.

29.    Albrecht ED, Pepe GJ 1984 Estrogen prevents placental delivery in fetectomized baboons. Society for Gynecologic Investigation, Abst 399.

30.    Pepe GJ, Albrecht ED 1984 The effects of exogenous cortisone (E) on the interconversion of cortisol (F) and E in the baboon.  Seventh International Congress of Endocrinology, Abst 1947.

31.    Jackson JA, Albrecht ED 1984 A possible role for estrogen in the regulation of placental androgen synthesis during rat pregnancy.  Seventh International Congress of Endocrinology, Abst 1247.

32.    Albrecht ED, Pepe GJ 1985 Effect of ACTH and prolactin (PRL) in the presence or absence of estrogen on dehydroepiandrosterone (DHA) formation by baboon fetal adrenal cells. Society for Gynecologic Investigation, Abst 466.

33.    Wunsch DM, Anderson LD, Albrecht ED 1985 A role for estrogen on progesterone formation by human placental cells in culture. Society for the Study of Reproduction, Abst 226.

34.    Jackson JA, Albrecht ED 1985 The development of placental androstenedione and testosterone production and their utilization by the ovary for aromatization to estrogen during rat pregnancy. Endocrine Society, Abst 642.

35.    Walker ML, Pepe GJ, Albrecht ED 1986 Developmental differences in the pattern of androgen formation by the baboon fetal adrenal. Endocrine Society, Abst 1054.

36.    Jackson JA, Albrecht ED 1986 Estrogen regulates placental androstenedione production during rat pregnancy. Endocrine Society, Abst 1433.

37.    Henson MC, Pepe GJ, Albrecht ED 1986 Transuteroplacental conversion of pregnenolone to progesterone in antiestrogen-treated baboons. Society for the Study of Reproduction, Abst 198.

24

38.   Brodie AH, Hammond JO, Albrecht ED 1986 The effect of aromatase inhibitor 4-hydroxyandrostenedione on the menstrual cycle of the baboon. Society for the Study of Reproduction, Abst 291.

39.   Pepe GJ, Waddell BJ, Albrecht ED 1987 Effect of ACTH and prolactin on dehydroepiandrosterone secretion by the baboon fetus *in vivo*. Society for Gynecologic Investigation, Abst 39.

40.   Waddell BJ, Albrecht ED, Pepe GJ 1987 *In vivo* metabolism of corticosteroids in the fetal baboon. Society for Gynecologic Investigation, Abst 185.

41.   Walker ML, Pepe GJ, Albrecht ED 1987 Adrenocorticotropic regulation of baboon fetal adrenal androgen production changes during gestation. Society for Gynecologic Investigation, Abst 305.

42.   Waddell BJ, Albrecht ED, Pepe GJ 1987 Regulation of fetal corticosteroid metabolism by placental estrogen in the baboon. Society for the Study of Reproduction, Abst 359.

43.   Henson MC, Pepe GJ, Albrecht ED 1987 Placental low density lipoprotein (LDL) binding in antiestrogen-treated baboons. Society for the Study of Reproduction, Abst 163.

44.   Waddell BJ, Albrecht ED, Pepe GJ 1988 Interconversion of cortisol (F) and cortisone (E) in baboon placenta, decidua, and chorion at midgestation. Society for Gynecologic Investigation, Abst 352.

45.   Baggia S, Albrecht ED, Pepe GJ 1988 Effect of estrogen on 11β-hydroxysteroid dehydrogenase (11β-HSD) activity in baboon placenta. Society for Gynecologic Investigation, Abst 353.

46.   Henson MC, Pepe GJ, Albrecht ED 1988 Placental uptake and degradation of low density lipoprotein (LDL) in antiestrogen-treated baboons. Society for Gynecologic Investigation, Abst 357.

47.   Waddell BJ, Pepe GJ, Albrecht ED 1988 Changes in the placental secretion of progesterone ($P_4$) and 20α-hydroxypregn-4-en-3-one (20α-OHP) into the fetus between mid and late pregnancy in the baboon. Society for the Study of Reproduction, Abst 48.

48.   Albrecht ED, Henson MC, Pepe GJ 1989 Regulation of progesterone biosynthesis by estrogen during baboon pregnancy: Placental low density lipoprotein (LDL) uptake in fetectomized baboons. Society for Gynecologic Investigation, Abst 93.

49.   Albrecht ED, Henson MC, Walker ML, Pepe GJ 1990 Modulation of ACTH-stimulated baboon fetal adrenal dehydroepiandrosterone formation by estrogen at mid/late gestation. Society for Gynecologic Investigation, Abst 100.

50.   Berghorn KA, Albrecht ED, Pepe GJ 1990 Responsivity of the baboon fetal pituitary to corticotropin-releasing factor (CRF) in utero. Society for Gynecologic Investigation, Abst 117.

51.   Baggia S, Albrecht ED, Pepe GJ 1990 Corticosteroid metabolism in cultured baboon trophoblast and decidua: Regulation by estrogen. Society for Gynecologic Investigation, Abst 336.

52.   Putney DJ, Pepe GJ, Albrecht ED 1990 Influence of the fetus and estrogen on placental insulin-like growth factor-I (IGF-I) formation during baboon pregnancy. Society for Gynecologic Investigation, Abst 374.

53.   Grimes RW, Pepe GJ, Albrecht ED 1990 Estrogen regulates low density lipoprotein uptake by human placental trophoblasts in culture. The Endocrine Society, Abst 366.

25

54.    Pepe GJ, Waddell BJ, Albrecht ED 1990 Activation of the baboon fetal hypothalamic-pituitary-adrenal-axis (HPAA) by estrogen-induced changes in placental corticosteroid metabolism. The Endocrine Society, Abst 1456.

55.    Grimes RG, Pepe GJ, Albrecht ED 1990 Progesterone ($P_4$) formation and activities of 3-hydroxy-3-methylglutaryl coenzyme-A (HMG CoA) reductase, acylcoenzyme-A: cholesterol acyl transferase (ACAT), and cholesterol ester hydrolase (CEH) in human trophoblasts cultured with estradiol ($E_2$). Society for the Study of Reproduction, Abst 314.

56.    Putney DJ, Pepe GJ, Albrecht ED 1991 Regulation of placental formation and maternal serum concentrations of insulin-like growth factor II (IGF-II) by the fetus during baboon pregnancy. Society for Gynecologic Investigation, Abst 579.

57.    Billiar RB, Pepe GJ, Albrecht ED 1991 Immunocytochemical identification of the estrogen receptor in the nuclei of cultured human placental syncytiotrophoblast cells. Society for Gynecologic Investigation, Abst 299.

58.    Henson MC, Pepe GJ, Albrecht ED 1991 Dose-dependent effects of the antiestrogen ethamoxytriphetol (MER-25) on placental low density lipoprotein (LDL) uptake in baboons. Society for Gynecologic Investigation, Abst 298.

59.    Albrecht ED, Babischkin JS, Pepe GJ 1991 Regulation of placental mitochondrial cholesterol side-chain cleavage (P-450scc) activity in baboons by estrogen. Society for Gynecologic Investigation, Abst 246.

60.    Pepe GJ, Albrecht ED Activation of the baboon fetal pituitary adrenocortical axis at midgestation by estrogen: adrenal $\Delta^5$-3$\beta$-hydroxysteroid dehydrogenase and 17$\alpha$-hydroxy lase-17,20-lyase activity. Society for Gynecologic Investigation, Abst 243.

61.    Putney DJ, Henson MC, Pepe GJ, Albrecht ED 1991 Maternal serum growth hormone (GH) concentrations during baboon pregnancy: Role of the fetus and estrogen. Society for the Study of Reproduction, Abst 151.

62.    Sinosich MJ, Waddell BJ, Pepe GJ, Albrecht ED 1991 Effects of fetectomy on pregnancy-associated plasma protein-A concentrations in the baboon (*Papio anubis*). Society for the Study of Reproduction, Abst 503.

63.    Henson MC, Pepe GJ, Albrecht ED 1992 Developmental increase in placental low density lipoprotein uptake during baboon pregnancy. Society for Gynecologic Investigation, Abst 60.

64.    Albrecht ED, Babischkin JS, Pepe GJ 1993 Developmental increase in low density lipoprotein receptor ($LDL_R$) mRNA levels in placental syncytiotrophoblasts during baboon pregnancy. Endocrine Society, Abst 1190.

65.    Davies WA, Berghorn KA, Albrecht ED, Pepe GJ 1993 Developmental regulation of protein kinase A and protein kinase C activity in the baboon fetal adrenal. Society for Gynecologic Investigation, Abst 173.

66.    Babischkin JS, Pepe GJ, Albrecht ED 1994 Developmental regulation of placental P-450 cholesterol side-chain cleavage (P-450scc) mRNA expression during baboon pregnancy. Society for Gynecologic Investigation, Abst 138.

67.    Pepe   GJ,   Davies   WA,   Albrecht   ED   1994   Developmental   regulation   of proopiomelanocortin mRNA expression in the baboon fetal pituitary.   Society for Gynecologic Investigation, Abst 24.

68.    Berghorn KA, Pepe GJ, Albrecht ED 1994 Activation of the baboon (Papio anubis) fetal hypothalamic-pituitary-adrenocortical axis (HPAA) at midgestation by estrogen:

26

responsivity of the fetal adrenal to ACTH *in vitro*. Society for the Study of
Reproduction, Abst 159.

69.  Albrecht ED, Pepe GJ 1994 Developmental regulation of placental progesterone
biosynthetic pathway and peptide growth factor expression by estrogen during baboon
pregnancy. 1st International Meeting of World Placenta Associations, Abst W10.3.

70.  Pepe, GJ, Albrecht ED 1994 Developmental activation of the baboon fetal hypothalamic-
pituitary-adrenocortical axis by estrogen-induced alterations in placental corticosteroid
metabolism. 1st International Meeting of World Placenta Associations, Abst W10.4.

71.  Nakamura J, Lu Q, Albrecht E, Brodie A 1995 Aromatase expression and the effect of
hormones and locally produced estrogen on growth of the normal primate mammary
gland. Endocrine Society, Abst P3-594.

72.  Albrecht ED, Tilly JL, Aberdeen GW, Babischkin JS, Pepe GJ 1995 Biphasic
developmental regulation of ACTH receptor mRNA expression in the baboon fetal
adrenal gland. Endocrine Society, Abst P3-592.

73.  Albrecht ED, Pepe GJ 1995 Suppression of maternal adrenal dehydroepiandrosterone
(DHA) and DHA sulphate (DHAS) by estrogen during baboon pregnancy. Society for
Gynecologic Investigation, Abst P375.

74.  Aberdeen GW, Babischkin JS, Pepe GJ, Albrecht ED 1995 Developmental regulation of
insulin-like growth factor-II (IGF-II) and IGF binding protein-2 (IGFBP-2) mRNA
expression in the baboon fetal adrenal. Society for Gynecologic Investigation, Abst
P258.

75.  Pepe GJ, Babischkin JS, Burch MG, Albrecht ED 1995 Developmental regulation of 11β-
hydroxysteroid      dehydrogenase      (11β-HSD)      mRNA      levels      in      placental
syncytiotrophoblasts during baboon pregnancy. Society for Gynecologic Investigation,
Abst 0151.

76.  Tilly JL, Kugu K, Ratts VS, Piquette GN, Tilly KI, Aberdeen GW, Pepe GJ, Albrecht ED
1996 Apoptosis and cell death gene expression in the human and baboon ovary. Society
for Gynecologic Investigation, Abst 24.

77.  Davies WA, Brien PJ, Albrecht ED, Pepe GJ 1996 Developmental activation of the
baboon fetal hypothalamic-pituitary-adrenocortical axis (HPAA) by estrogen is not
related to enhanced hypothalamic corticotropin-releasing hormone (CRH) expression.
Society for Gynecologic Investigation, Abst 126.

78.  Albrecht ED, Aberdeen GW, Babischkin JS, Tilly JL, Pepe GJ 1996 The decline in
ACTH receptor mRNA expression in the baboon fetal adrenal gland in late gestation is
not related to programmed cell death. Society for Gynecologic Investigation, Abst 130.

79.  Aberdeen GW, Babischkin JS, Pepe GJ, Albrecht ED 1996 Differential expression of
mRNAs for steroid biosynthetic components and peptide growth factors in the baboon
fetal adrenal during development. International Congress of Endocrinology, Abst OR6-
4.

80.  Albrecht ED, Pepe GJ 1996 Central integrative role of estrogen in the regulation of
primate fetal-placental development. The Maternal-Placental-Fetal Dialogue, Maui, HI.

81.  Aberdeen GW, Pepe GJ, Albrecht ED 1997 *In vivo* regulation of baboon fetal adrenal
gland development and ACTH receptor expression at midgestation by ACTH. Society
for Gynecologic Investigation, Abst 7.

27

82.    Musicki B, Pepe GJ, Albrecht ED 1997 Developmental expression of chorionic somatomammotropin messenger ribonucleic acid and protein in placental syncytiotrophoblasts during baboon pregnancy. Society for Gynecologic Investigation, Abst 245.

83.    Leavitt MG, Aberdeen GW, Burch MG, Albrecht ED, Pepe GJ 1997 Inhibition of fetal adrenal ACTH receptor messenger RNA expression by betamethasone administration to the baboon fetus in late gestation. Society for Gynecologic Investigation, Abst 696.

84.    Pepe GJ, Davies WA, Luo H, Dong KW, Albrecht ED 1997 Cloning and expression of the genes for 11β-hydroxysteroid dehydrogenase (11β-HSD) types 1 and 2 in the baboon. Society for the Study of Reproduction, Abst 179.

85.    Rosenthal MD, Albrecht ED, Pepe GJ 1998 Developmental expression of the mRNA and protein levels of cytosolic and secretory phospholipases $A_2$ in the baboon placenta. Society for Gynecologic Investigation, Abst 67.

86.    Pepe GJ, Davies WA, Dong K-W, Albrecht ED 1998 Estrogen regulation of the promoter activity of the genes for 11β-hydroxysteroid dehydrogenase (11β-HSD)-1 and -2. Society for Gynecologic Investigation, Abst F331.

87.    Billiar RB, Leavitt MG, Albrecht ED, Pepe GJ 1998 Expression of α-inhibin in fetal zone cells of the baboon fetal adrenal gland during gestation. Society for Gynecologic Investigation, Abst 21.

88.    Pepe GJ, Burch MG, Albrecht ED 1998 Expression of the 11β-hydroxysteroid dehydrogenase types 1 and 2 proteins in human and baboon placental syncytiotrophoblast. Society for Gynecologic Investigation, Abst 395.

89.    Aberdeen GW, Pepe GJ, Albrecht ED 1999 Maturation of the baboon fetal adrenal cortex: Developmental expression of and role of ACTH on the messenger ribonucleic acid levels for peptide growth factors. Society for Gynecologic Invesitgation, Abst 205.

90.    Albrecht ED, Aberdeen GW, Pepe GJ 1999 Estrogen is essential for the maintenance of primate pregnancy. Endocrine Society, Abst. P1-14.

91.    Pepe GJ, Burch MG, Albrecht ED 2000 Localization and developmental regulation of 11β-hydroxysteroid dehydrogenase-1 and -2 in the baboon syncytiotrophoblast. Society for Gynecologic Investigation, Abst 338.

92.    Hildebrandt VA, Koos RD, Pepe GJ, Albrecht ED 2000 Developmental regulation of placental villous angiogenesis during baboon pregnancy. Society for Gynecologic Investigation, Abst 346.

93.    Pepe GJ, Billiar RB, Leavitt MG, Albrecht ED 2000 Development expression of estrogen receptor α and β in the baboon fetal ovary. Society for the Study of Reproduction, Abst 321.

94.    Zachos NC, Billiar RB, Albrecht ED, Pepe GJ 2000 Developmental expression of the follicle-stimulating hormone receptor mRNA in the baboon fetal ovary. Society for the Study of Reproduction, Abst 498.

95.    Pepe GJ, Burch MG, Sibley CP, Davies WA, Albrecht ED 2001 Expression of the messenger ribonucleic acids and proteins for the $Na^+/H^+$ exchangers and their regulatory factors in baboon and human placental syncytiotrophoblast. Society for Gynecologic Investigation, Abst 54.

96.    Zachos NC, Billiar RB, Albrecht ED, Pepe GJ 2001 Developmental regulation of baboon fetal ovarian maturation by estrogen. Society for the Study of Reproduction, Abst 3.

28

03/05/2004  15:54   4107065747                 OB/GYN                              PAGE 01





F. C. Bressler Research Laboratories
Room 11-019
655 West Baltimore Street
Baltimore, Maryland 21201-1559
*Tel:  410-706-3390*
*Fax: 410-706-5747*

# FAX

TO:_____ Jane Foley _____

COMPANY:_____

FAX #:____ 617 - 832 - 7000 _____

DATE:____ 3/5/04 _____

FROM:____ Eugene D. Albrecht _____

**NUMBER OF PAGES INCLUDING THIS COVER SHEET:** _29_

---

**FAX MESSAGE**

Dr. Albrecht's CV