3 March 2004

# CURRICULUM VITAE

**NAME:** **ALAN BRIAN LITTLE, M.D.**

**HOME ADDRESS:** 1 Cascade Court
Skillman, NJ 08558

**HOME PHONE:** (609) 333-0554

**OFFICE ADDRESS:** Department of Obstetrics and Gynecology
UMDNJ-New Jersey Medical School
185 South Orange Avenue, MSB E506
Newark, NJ 07103

**OFFICE PHONE:** (973) 972-4127

## 1. EDUCATION:

a. Undergraduate

| | |
|---|---|
| 1941 - 1942 | Upper Canada College<br>Toronto, Ontario<br>First Year BA Course equivalent<br>(called senior matriculation) |
| 1942 - 1948 | B.A.<br>(Service 1943-1945)<br>Mc Gill University<br>Montreal, Canada |

b. Graduate and Professional

| | |
|---|---|
| 1946 - 1950 | M.D., C.M.<br>McGill University<br>Montreal, Canada |

## 2. POSTDOCTORAL TRAINING

a. Internship and Residencies

| | |
|---|---|
| 1950 - 1951 | Internship (Rotating)<br>Montreal General Hospital |

| | |
|---|---|
| 1951-(6 months) | Pathology<br>Harvard Medical School |
| 1952 - 1954 | Residency<br>Obstetrics and Gynecology<br>Boston Lying-in Hospital and<br>Free Hospital for Women |

b. Research Fellowships - None

**3. MILITARY**

| | |
|---|---|
| 1943 - 1945 | Flying Officer (Navigator)<br>Royal Canadian Air Force |

**4. LICENSURE**

a. N.J. Medical License - MA 60994 Exp: 6/30/05

b. Other Medical Licenses

| | |
|---|---|
| Quebec Province #51296 | Exp. 6/30/04 |
| Massachusetts #24054 | No expiration |
| Ohio #35-028727 | Exp. 7/1/04 |

**5. CERTIFICATION:**

a. Specialty Board: American Board of Obstetrics & Gynecology / 1959
(Name of Board) Date

b. Subspecialty Board: American Board of Obstetrics and Gynecology Reproductive Endocrine/Infertility / 1974
Name of Board Date

c. Specialty Board: American Board of Obstetrics and Gynecology Reproductive Endocrinology and Infertility / 1989
Name of Board Date

d. Certificate in Obstetrics and Gynecology 1955
Royal College of Physicians and Surgeons of Canada Date

## 6. NARCOTICS CERTIFICATION

a. NJ CDS #DO65714 Expiration Date: 10/31/04

b. NJ DEA #BA4309476 Expiration Date: 6/30/06

## 7. UNIVERSITY APPOINTMENTS

| | |
|---|---|
| 1994 - Present | Clinical Professor<br>Department of Obstetrics & Gynecology<br>UMDNJ-New Jersey Medical School<br>Newark, NJ |
| 1994 - Present | Professor (post retirement)<br>Department of Obstetrics & Gynecology<br>McGill University<br>Montreal, Canada |
| 1983 - 1994 | Professor and Chairman<br>Department of Obstetrics & Gynecology<br>McGill University<br>Montreal, Canada |
| 1972 - 1982 | Chairman<br>Department of Reproductive Biology<br>Case Western Reserve University<br>Cleveland, OH |
| 1970 - 1971 | Faculty Senate<br>Case Western Reserve University<br>Cleveland, OH |
| 1966 - 1983 | Professor<br>Department of Obstetrics & Gynecology<br>Case Western Reserve University<br>(Arthur H. Bill Professor of Obstetrics and Gynecology, 1972 - 1983) |
| 1963 - 1965 | Assistant Professor<br>Department of Obstetrics & Gynecology<br>Harvard Medical School |

1958 - 1963 Associate
Department of Obstetrics & Gynecology
Harvard Medical School

1957 - 1965 Tutor in the Medical Sciences
Harvard Medical School

1956 - 1958 Instructor
Department of Obstetrics & Gynecology
Harvard Medical School

1955 - 1957 Instructor
Department of Obstetrics & Gynecology
Boston University

1955 - 1956 Assistant in Obstetrics
Harvard Medical School

1952 - 1954 Teaching Fellow
Department of Obstetrics & Gynecology
Harvard Medical School

1951 - 1957 Part-Time Instructor in Embryology and Obstetrics
Boston University School of Nursing

## 8. HOSPITAL APPOINTMENTS

1994 - Present Attending
Department of Obstetrics & Gynecology
UMDNJ-University Hospital
Newark, NJ

1994 - Present Obstetrician and Gynecologist (Ambulatory care)
Department of Obstetrics & Gynecology
Royal Victoria Hospital
Montreal, Quebec, Canada

1983 - 1994 Chief-Obstetrician and Gynecologist
Department of Obstetrics & Gynecology
Royal Victoria Hospital
Montreal, Quebec, Canada

| | |
|---|---|
| 1983 - Present | Obstetrician and Gynecologist<br>Montreal General Hospital<br>Montreal, Canada |
| 1983 - 1994 | Director, Department of Obstetrics and Gynecology<br>Royal Victoria Hospital<br>Montreal, Canada |
| 1973 - 1983 | Associate Visiting Obstetrician and Gynecologist<br>Cleveland Metropolitan General Hospital<br>Cleveland, OH |
| 1972 - 1982 | Director<br>Department of Obstetrics & Gynecology<br>University Hospitals of Cleveland<br>Cleveland, OH |
| 1967 - 1973 | Director<br>Maternity and Infant Care Project<br>Cleveland, OH |
| 1966 - 1973 | Director, Department of Obstetrics & Gynecology<br>Cleveland Metropolitan General Hospital<br>Cleveland, OH |
| 1966 - 1973 | Executive Medical Staff<br>Cleveland Metropolitan General Hospital<br>Cleveland, OH |
| 1955 - 1966 | Associate and Visiting Surgeon<br>Department of Obstetrics & Gynecology<br>Boston City Hospital, Boston, MA |
| 1963 - 1965 | Director, Department of Gynecology & Obstetrics<br>Boston City Hospital<br>Boston, MA |
| 1959 - 1965 | Obstetrician and Gynecologist<br>Boston Lying-in Hospital<br>Boston, MA |
| 1955 - 1964 | Assistant Surgeon<br>Free Hospital for Women |

| | |
|---|---|
| 1955 - 1963 | Associate Director<br>Department of Gynecology & Obstetrics<br>Boston City Hospital<br>Boston, MA |
| 1966 - 1983 | Associate Obstetrician and Gynecologist<br>University Hospitals of Cleveland<br>Cleveland, OH |

**9. OTHER PROFESSIONAL POSITIONS AND MAJOR VISITING APPOINTMENTS**

| | |
|---|---|
| 1982 - 1983 | Visiting Professor<br>Department of Anatomy<br>Harvard Medical School |

**10. AWARDS AND HONORS**

**HONORARY MEMBERSHIPS:**

| | |
|---|---|
| 1972 | Alpha Omega Alpha (Chapter, Case Western Reserve Univ.) |
| 1981 | Bellevue Obstetrical and Gynecological Society |
| 1975 | Kane-King Obstetrical Society of George Washington University |
| 1969 | Kansas City Gynecological Society |
| 1968 | Pacific Northwest Obstetrical and Gynecological Association |

**11. BOARDS OF DIRECTORS/TRUSTEES:**

None

**12. MAJOR COMMITTEE ASSIGNMENTS**

a. National and Regional -

National Institute of Child Health and Human Development:

| | |
|---|---|
| 1993 | Chairman, Steering Committee, Reproductive Med Centers |
| 1983 - 1987 | Council Member, National Advisory Committee |
| 1974 - 1979 | Population Research Committee |
| 1978 - 1979 | Chairman, NICHD |
| 1980 | Consultant, NICHD Five Year Research Plan Study Group |
| 1973 - 1975 | Consultant, NICHD Amniocentesis Registry |
| 1980 | Reviewer, NICHD Pregnancy Research Branch Program |
| | National Lung and Blood Institute: |

| | |
|---|---|
| 1977 - 1982 | Chairman, Policy Data Monitoring Panel<br>Clinical Trial of Antenatal Steroid Therapy |

Food and Drug Administration:

| | |
|---|---|
| 1978 - 1981 | Consultant and Member - Fertility and Maternal Health Drugs Advisory Committee |

Division of Research Grants

| | |
|---|---|
| 1982 - 1983 | Chairman, Reproductive Biology Study Section |
| 1989 - | Ad hoc member, Reproductive Biology Study Section |
| 1995 - 1996 | Ad hoc member, Small Business Study Section |

b. Medical School

| | |
|---|---|
| 1995 - Present | Billing Committee<br>Department of Obstetrics & Gynecology<br>UMDNJ-New Jersey Med School |
| 1983 - 1994 | Student Promotions Committee<br>McGill University |
| 1966 - 1982 | Executive Committee<br>School of Medicine<br>Case Western Reserve University |
| 1969 - 1970 | Program Advisory Committee<br>Cleveland College |
| 1967 | Hospital Affiliation Committee<br>Case Western Reserve University |

c. Hospital

| | |
|---|---|
| 1983 - 1994 | Member, Executive Committee<br>Royal Victoria Hospital, Montreal |
| 1972 - 1982 | Medical Council, University Hospitals of Cleveland, Ohio |

d. Department

| | |
|---|---|
| 1983 - 1994 | Ad Hoc Committee<br>Department of Obstetrics and Gynecology<br>Royal Victoria Hospital |
| 1983 - 1994 | RVH Administrative Committee<br>Department of Obstetrics and Gynecology<br>Royal Victoria Hospital |
| 1983 - 1994 | TSU Committee<br>Department of Obstetrics and Gynecology<br>Royal Victoria Hospital |

e. Editorial Boards

| | |
|---|---|
| 1973 - 1978 | European Journal of Obstetrics, Gynaecology and Reproductive Biology, Excerpta Medica, Amsterdam |
| 1974 - 1992 | Endocrine Research Communication<br>Marcel Dekker, Inc.<br>New York, New York |
| 1978 - 1990 | Infertility<br>Marcel Dekker, Inc.<br>New York, New York |

**Ad Hoc Reviewer:**

American Journal of Obstetrics and Gynecology
American Journal of Physiology
Endocrinology
Journal of Biological Chemistry
Journal of Clinical Endocrinology and Metabolism
New England Journal of Medicine
Obstetrics and Gynecology

## 13. MEMBERSHIPS, OFFICES AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1988 | President, American Gynecological and Obstetrical Society |
| 1986 - 1987 | American Gynecological and Obstetrical Society - President-elect |
| 1974 - 1983 | American Board of Obstetrics and Gynecology<br>Director |
| 1975 - 1981 | Representative to the Council on Resident Education<br>in Obstetrics and Gynecology |

| | |
|---|---|
| 1975 - 1980 | Division of Reproductive Endocrinology:<br>Director |
| 1975 - 1981 | Member |
| 1981 - 1987 | American College of Surgeons: Governor |
| 1975 - 1978 | American Gynecological Society Assistant Secretary |
| 1978 - 1981 | Secretary |
| 1973 - 1978 | Committee on Education |
| 1974 - 1978 | Chairman |
| 1970 - 1976 | Association of American Medical Colleges:<br>Biomedical Research Policy Committee of the Council of Academic Societies |
| 1973 - 1976 | Association of Professors of Gynecology and Obstetrics: Council Member |
| 1977 - 1978 | Endocrine Society:<br>Subcommittee on Funding for Endocrine Research |
| 1974 - 1982 | Northeastern Chapter of the National Foundation:<br>Chairman, Medical Advisory Committee |
| 1982 | Perinatal Research Society:<br>President |
| 1973 - 1976 | Council Member |
| 1957 - Present | Society for Gynecologic Investigation: |
| 1979 - 1980 | President |
| 1967 - 1969 | Council Member |
| 1985 | Program Chairman |
| 1969 - 1983 | Academy of Medicine of Cleveland |
| 1961 - Present | Aesculapian Club (Harvard Medical School) |
| 1957 - Present | American Association for the Advancement of Science |
| 1975 | American Association of Obstetricians and Gynecologists |
| 1957 - Present | American College of Obstetricians and Gynecologists - Life Fellow |
| 1960 - Present | American College of Surgeons, Fellow |
| 1975 | American Fertility Society |
| 1974 | American Gynecological Club |
| 1954 - 1983 | American Medical Association |
| 1958 | Boston Obstetrical Society |
| 1962 - 1965 | Fellow |
| 1966 | Emeritus Fellow |
| 1970 - 1983 | Central Association of Obstetricians and Gynecologists |
| 1966 - 1983 | Cleveland Academy of Medicine |
| 1966 - 1983 | Cleveland Society of Obstetrics and Gynecology |
| 1954 - Present | Massachusetts Medical Society |
| 1967 - Present | New York Academy of Sciences |
| 1969 - 1983 | Ohio State Medical Association |
| 1968 - 1983 | Pasteur Club of Cleveland |

| | |
|---|---|
| 1955 | Royal College of Physicians and Surgeons of Canada |
| 1967 - 1992 | Society for Experimental Biology and Medicine |
| 1967 - 1995 | Society for the Study of Reproduction - Life member |
| 1983 - 1996 | Society of Obstetricians and Gynecologists of Canada Life member |
| 1983 - | Society of Obstetricians and Gynecologists of Quebec |

## 14. MAJOR RESEARCH INTERESTS

Hormones in Reproduction
Neuroendocrinology of Reproduction
Clinical trials (e.g. Prenatal steroid, Reproductive Medicine, NICHD

## 15. GRANT HISTORY

a. Principal Investigator or P.I. of Sub-contract

1959 - 1978 National Institutes of Child Health and Human Development,"Hormone Metabolism in Reproduction" ($675,713.00).

1962 - 1963 American Cancer Society, "Protein Synthesis by Human Endometrium and Myometrium" ($17,475.00).

1964 - 1965 American Cancer Society, "The Study of hydroxysteroid dehydrogenases in normal and tumor tissue" ($12,634.00).

1965 - 1969 American Cancer Society, "Hydroxysteroid dehydrogenases in tissues" (41,351.00).

1966 - 1974 National Institutes of Child Health and Human Development, "Hormone Metabolism in Reproduction" ($98,630.00).

1969 - 1971 American Cancer Society, "Hydroxysteroid dehydrogenases and steroid hydroxylase in tissue" ($35,361.00).

1970 - 1972 National Institutes of Child Health and Human Development, "Progesterone production and metabolism during human female reproductive cycle" ($65,542.00).

1974 - 1984 National Institutes of Child Health and Human Development, "Specialized Population Research Center in Reproductive Biology" ($2,550,526.00). Relinquished December 31, 1983 for move to McGill.

1977 - 1982 National Institutes of Child Health and Human Development, "Biology of Human Reproduction" Training grant, ($271,903.00)

1984 - 1987 Medical Research Council of Canada, "Hormone Metabolism in Reproduction" ($157,825.00).

b. Co-Investigator

1979 - 1982 National Institutes of Child Health and Human Development, "Gonadal Hormone Metabolism" ($1,543,454.00 ± 10% to Little). PI: E. Knobil.

## 16. MAJOR TEACHING EXPERIENCE

Instruction to medical students, residents and fellows in the specialty of obstetrics and gynecology and the subspecialty of reproductive endocrinology and infertility.

## 17. PRINCIPAL CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES

1959 - 1962 Associate Director
Ob/Gyn
Boston City Hospital

1962 - 1965 Director
Ob/Gyn
Boston City Hospital

1966 - 1972 Director
Ob/Gyn
Cleveland Metropolitan General

1973 - 1982 Director
Ob/Gyn
University Hospital Cleveland

1983 - 1994 Chief
Ob/Gyn
Royal Victoria Hospital

## 18. MAJOR ADMINISTRATIVE RESPONSIBILITIES

1983 - 1994 Professor and Chairman, McGill University
Department of Obstetrics & Gynecology
Montreal, Canada

| | |
|---|---|
| 1972 - 1982 | Chairman<br>Department of Reproductive Biology<br>Case Western Reserve University<br>Cleveland, OH |

**19. PRIVATE PRACTICE**

| | |
|---|---|
| 1/55 - 12/65 | Boston Lying-In Hospital<br>221 Longwood Avenue<br>Boston, Massachusetts 02115 |
| 1/55 - 12/65 | Free Hospital for Women<br>245 Pond Avenue<br>Brookline, MA 02146 |
| 1/66 - 2/72 | Cleveland Metropolitan Hospital<br>3395 Scranton Road<br>Cleveland, OH 44109 |
| 2/72 - 8/82 | MacDonald House<br>University Hospitals of Cleveland<br>Adelbert Road<br>Cleveland, Ohio |
| 7/83 - Present | Royal Victoria Hospital<br>Women's Pavilion<br>687 Pine Avenue West<br>Montreal, Quebec H3A 1A1 |
| 10/94 - Present | University Hospital<br>Department of Obstetrics and Gynecology<br>150 Bergen Street<br>Newark, NJ |

Alan Brian Little, M.D.

**BIBLIOGRAPHY**

**20. ARTICLES**

1. Little B: The responsibility of the teaching hospitals to practicing obstetricians, Bull. Mat. Welfare 3:21-24, 1956.

2. Little B, and Rossi E: Production of Porter Silber reactive material by human placenta incubated in vitro, Endocrinology 61:109-111, 1957.

3. Tenney B Jr, Little B, and Wamsteker E: Septic abortion, New England J. Med. 257:1022-1025, 1957.

4. Little B, Vance VK, and Rossi E: Plasma 17-hydroxy-corticosteroid in patients with abnormal glucose tolerance during pregnancy, J. Clin. Endocrinol. Metab. 18:49-53, 1958.

5. Little B, Smith OW, Jessiman A, Selenkow H, Van't Hoff W, Eglin J, and Moore FD: Hypophysectomy during pregnancy in a patient with cancer of the breast: A case report with hormone studies, J. Clin. Endocrinol Metab. 18:425-443, 1958.

6. Tenny B Jr, and Little B: Progress in Obstetrics, New England J. Med. 259:625-633, 1958.

7. Little B, Dimartinis J, and Nyholm B: The conversion of progesterone to $\Delta^4$-pregnene-20$\alpha$ol, 3-one by human placenta in vitro, Acta Endocrinol. 30:530-538, 1959.

8. Tait J, Tait S, Little B, and Laumas K: The disappearance of $^7$-$H^3$-d aldosterone in the plasma of normal subject, J. Clin. Invest. 40:72-80, 1961.

9. Little B, and Shaw A: The conversion of progesterone to 17$\alpha$-hydroxy-progesterone by human placenta in vitro, Acta Endocrinol. 36:455-461, 1961.

10. Tait JF, Little B, Tait SAS, and Flood C: The metabolic clearance rate of aldosterone in pregnant and non-pregnant subjects estimated by both single injection and constant infusion methods, J. Clin. Invest. 41:2093-2100, 1962.

11. Tait JF, Little B, Tait SAS, Riondel A, Flood C, Joachim E and Gut M: Isotopic methods for steroids in human blood. Atomlight (New England Nuclear Corp.), No. 28, p 2-8, May 1963 .

12. Little B, Shaw A and Purdy R: The conversion of progesterone to a 16α-hydroxypregn-4-ene-3, 20-dione and androst-4-ene-3, 17-dione by human placenta in vitro, Acta Endocrinol. 43:510-520, 1963.

13. Riondel A, Tait JF, Gut M, Tait SAS, Joachim E, and Little B: Estimation of testosterone in human peripheral blood testing using $S^{35}$-Thiosemicarbazide, J. Clin. Endocrinol. Metab. 23:620-628, 1963.

14. Little B: The treatment of pre-eclampsia, In Current Concepts in Therapy, New England J. Med., 270:94-96, 1965.

15. Little B, and Lincoln E: Effect of estrogen, progesterone and testosterone on the incorporation of L-valine-1-$C^{14}$ into protein of the rat liver and uterus, Endocrinology 74:1-8, 1964.

16. Little B, and Tenney B Jr: Gynecologic infections at the Boston City Hospital, Am. J. Surg., 107:673-677, 1964.

17. Purdy RH, Halla M, and Little B: 20α-hydroxysteroid dehydrogenase activity a function of human placental 17β-hydroxysteroid dehydrogenase, Biochim. Biophys. Acta 89:557-560, 1964.

18. Purdy RH, Halla M, and Little, B: Biosynthesis of 4-$^{14}$C and 7-$^{3}$H labelled 20α-hydroxypregn-4-ene-3-one and 7-$^{3}$H 3α, 20α-dihydroxypregn-5-ene, Steroids 4:625-633, 1964 (Nov.)

19. Little B, and Ingbar S: A comparison of volumes and clearances between thyroid and steroid hormones, Proc. International Congress of Endocrinology, London, Excerpta Medica International Congress Series No. 83, p. 230-239 (1964).

20. Tait JF, Bougas J, Little B, Tait SAS, and Flood C: The splanchnic extraction and clearance of aldosterone in subjects with minimal and marked cardiac dysfunction, J. Clin. Endocrinol. Metab. 25:219-228, 1965 (Feb.).

21. Riondel A, Tait JF, Tait SAS, Gut M, and Little B: Estimation of progesterone in human peripheral blood using $^{35}$S-Thiosemicarbazide, J. Clin. Endocrinol. Metab. 25:229-242, 1965 (Feb.).

22. Little B: Water and electrolyte balance during pregnancy, Anesthesiology 26:400-408, 1965.

23. Desai RG, McCutcheon E, Little B, Driscoll SG: Fetomaternal passage of leukocytes and platelets in erythroblastosis fetalis, Blood 27:858-862, 1966.

24. Little B, McCutcheon E, and DesForges J: Amniocentesis and intrauterine transfusion in Rh sensitized pregnancy, New Eng. J. Med. 274:332-335, 1966.

25. Little B, Tait JF, Tait SAS and Erlenmeyer F: The metabolic clearance rate of progesterone in males and ovariectomized females, J. Clin. Invest. 45:901-912, 1966.

26. Billiar RB, and Little B: The substitution of placental "mitochondrial" extracts for adrenal "mitochondrial" factors in steroid 11β -hydroxylation, Biochim. Biophys. Acta 122:122:559-563, 1966.

27. Little B: Advances in obstetrics and gynaecology, The Practitioner (London) 197:428-434, 1966.

28. Streiff RR and Little B: Folic acid deficiency in pregnancy, New Eng. J. Med. 276:776-779, 1967.

29. McCutcheon E and Little B: Amniotic fluid evaluation and the management of erythroblastosis fetalis, Am. J. Obstet. Gynecol. 98:266-274, 1967.

30. Hajdu SI, So-Bosita J, and Little B: Epidermoid carcinoma of the cervix in a young girl, Am. J. Obstet. Gynecol. 100:1154-1155, 1968.

31. Tait JF and Little B: The metabolism of orally and intravenously administered labeled aldosterone in pregnant subjects, J. Clin. Invest. 47:2423-2429, 1968 (Nov.).

32. Yen SSC, Llerena O, Little B, and Pearson OH: Disappearance rates of endogenous luteinizing hormone and chorionic gonadotropin in man, J. Clin. Endocrinol. Metab. 28:1763-1767, 1968 (Dec.).

33. Billiar RB, Tanaka Y, Knappenberger M, Hernandez R, and Little B: Influence of transcortin and albumin on the rate of reduction of progesterone by human placental 20α-hydroxysteroid dehydrogenase, Endocrinology 84:1152-1160, 1969 (May).

34. Little B and Billiar RB: Progesterone production, In Progress in Endocrinology, edited by C. Gual, Excerpta Medica Foundation, 1969, International Congress Series No. 194, pp. 871-879. (Proceedings of the Third International Congress of Endocrinology, Mexico City, 1968).

35. Billiar RB, Kline IT, Heinsons AJ, Knappenberger MH, and Little B: The blood concentration and production rate ($P^I$) of pregnenolone (Preg) in males, Program of the Fifty-First Meeting of the Endocrine Society, New York City, 1969, p. 38.

36. Billiar RB and Little B: Isolation of placental and liver "mitochondrial" fractions which support steroid 11β -hydroxylation, Biochim. Biophys. Acta 187:243-249, 1969.

37. Billiar RB, Knappenberger M, and Little B: Xanthine oxidase for calibration of the oxygen electrode apparatus, Analytical Biochemistry 36:101-104, 1970 (July).

38. Little B: George Van S and Olive Watkins Smith and the Free Hospital for Women, Brookline, Massachusetts, Obstet. Gynec. Survey 25:631-648, 1970 (July).

39. Billiar RB and Little B: Albumin stimulation and fatty acid inhibition of placental 20α -hydroxysteroid dehydrogenase, Endocrinology 88:263-267, 1971.

40. Billiar RB, Alousi MA, Knappenberger MH and Little B: Distribution of cholesterol side-chain cleavage and 11β -hydroxylase in the mitochondria of bovine adrenal cortex: Released by phospholipase A, Arch. Biochem. Biophys. 144:30-50, 1971.

41. Little B and Weed LL: The scope and potential of outpatient care in obstetrics and gynecology, J. Reprod. Med. 7:127-132, 1971.

42. Little B, Billiar RB, Halla M, Heinsons A, Jassani M, Kline IT, and Purdy RH: Pregnenolone production in pregnancy, Am. J. Obstet. Gynecol. 111:505-514, 1971.

43. Little B, Chang T, Chucot L, Dill WA, Enrile LL, Glazko AJ, Jassani M, Kretchmer H, and Sweet AY: Study of Ketamine as an obstetric anesthetic agent, Am. J. Obstet. Gynecol. 113:247-260, 1972.

44. Lin TJ, Lin SC, Erlenmeyer F, Kline IT, Underwood R, Billiar RB, and Little B: Progesterone production rates during the third trimester of pregnancy in normal women, diabetic women and women with abnormal glucose tolerance, J. Clin. Endocrinol. 34:287-297, 1972.

45. Lin TJ, Billiar RB, and Little B: Metabolic clearance rate of progesterone in the menstrual cycle, J. Clin. Endocrinol. 35:879-886, 1972.

46. Palomaki JF and Little B: Surgical management of abortion, New Eng. J. Med. 287:752-, 1972.

47. Little B, Billiar RB, Bougas J, and Tait JF: The splanchnic clearance rate of progesterone in patients with cardiac disease, J. Clin. Endocrinol. Metab. 36:1222-1229, 1973.

48. Lin TJ, Tanaka Y, Aznar R, Lin SC, Yamasaki Y, Hori S, Brar HK, Kirton KT, and Little B: Contraceptive effect of intrauterine application of Lugol's solution, Am. J. Obstet. Gynecol. 116:167-174, 1973.

49. Selim MA, So-Bosita JL, Blair OM, and Little B: Cervical biopsy versus conization, Obstet. Gynecol. 41:177-182, 1973.

50. Billiar RB, Lin TJ, and Little B: Metabolic clearance rate and production rate of $20\alpha$ -hydroxypregn-4-ene-3-one in the menstrual cycle, Gynecol. Invest. 4:148-154, 1973.

51. Billiar RB, Jassani M, Saarikoski S, and Little B: Pregnenolone and pregnenolone sulfate metabolism in vivo and uterine extraction at midgestation, J. Clin. Endocrinol. Metab. 39:27-35, 1974.

52. Booher D and Little B: Current concepts: Vaginal hemorrhage in pregnancy, New Eng. Med. 290:611-613, 1974.

53. Selim MA, So-Bosita JL, Little B, and Topolnicki W: Carcinoma of the cervix: Clinical experience during a 10-year period 1958-1967, Obstet. Gynecol. 44:77-83, 1974.

54. Billiar RB, Jassani M, and Little B: The metabolic clearance rate and uterine extraction of progesterone at midgestation, Endocr. Res. Commun. 1:339-345, 1974.

55. Billiar RB, Jassani M, and Little B: Estrogen and the metabolism of progesterone in vivo, Am. J. Obstet. Gynecol. 121:877-884, 1975.

56. Rahman SS, Billiar RB, and Little B: Induction of uteroglobin in rabbits by progestogens, estradiol-$17\beta$ and ACTH, Biol. Reprod. 12:305-314, 1975.

57. Billiar RB, Little B, Kline IT, Reier P, Takaoka Y, and White RJ: The metabolic clearance rate, head and brain extractions, and brain distribution and metabolism of progesterone in the anesthetized, female monkey, Brain Research 94:99-113, 1975.

58. Little B, Billiar RB, Rahman SS, Johnson WA, Takaoka Y, and White RJ: In vivo aspects of progesterone distribution and metabolism, Am. J. Obstet. Gynecol.d 123(5):527-534, 1975.

59. Rahman SS, Billiar RB, and Little B: The plasma level of $5\alpha$ -DHP and the induction of uteroglobin in ovariectomized rabbits, Biol. Reprod. 1:416-420, 1976.

60. Johnson WA, Billiar RB, Rahman SS, and Little B: The head extractions, brain and pituitary uptake and metabolism of progesterone and $5\alpha$-dihydroprogesterone in anesthetized, female rabbits, Brain Research 111:147-155, 1976.

61. Johnson WA, Billiar RB, and Little B: Progesterone and 5α -reduced metabolites: facilitation of lordosis behavior and brain uptake in female hamster, Behav. Biol. 18:489-497, 1976.

62. Gyves MT, Rodman HM, Little B, Fanaroff AA, and Merkatz IR: A modern approach to management of pregnant diabetics: A two year analysis of perinatal outcomes, Am. J. Obstet. Gynecol. 128: 606-616, 1977.

63. Rahman SS, Billiar RB, and Little B: In vivo uterine metabolism of progesterone and 5 -pregnane-3,20-dione during the synthesis and release of uteroglobin in ovariectomized, steroid treated rabbit. Endocrinology 102: 1901-1908, 1978.

64. Takaoka Y, White R, Billiar RB, and Little B: Regional arterial blood flow in the primate pituitary gland, Surgical Forum, Vol. XXVIII, 1977.

65. Rahman SS, Billiar RB, Miguel R, Johnson W, and Little B: The metabolic clearance rate, the brain extraction and distribution and the uterine extraction and retention of progesterone and R 5020 in estrogen treated ovariectomized rabbits. Endocrinology 101: 464-468, 1977.

66. Mahajan DK, Billiar RB, Jassani M, and Little B: Ethinyl estradiol administration and plasma steroid concentrations in ovariectomized women. Am. J. Obstet. Gynecol. 130: 398-402, 1978.

67. Mahajan DK and Little B: Specific cortisol binding protein in porcine follicular fluid. Biol. Reprod. 17:834-842, 1978.

68. Billiar RB, Rahman SS, and Little B: The metabolic clearance rate and uterine metabolism and retention of progesterone and 20α -hydroxypregn- 4-ene-3-one during the secretion of uteroglobin in ovariectomized steroid-treated rabbits. Endocrinology 103: 990-996, 1978.

69. Little B: Endocrinologic aspects of oral contraception. J. Reprod. Med. 21:247-250 (Supplement), 1978.

70. Little B, Billiar RB, Longcope C, and Jassani M: Uterine metabolism of gonadal steroids during the menstrual cycle. Am. J. Obstet. Gynecol. 135:957-964, 1979.

71. Mahajan DK, Billiar RB, and Little B: Isolation of cortisol binding globulin (CBG) from porcine follicular fluid by affinity chromatography. J. Steroid Biochem. 13:67-71, 1980.

72. Goldfarb J and Little B: Current concepts: Abnormal vaginal bleeding. New Eng. J. Med. 302:666-669, 1980.

73. Garris DR, Billiar RB, Takaoka Y, White RJ, and Little B: In situ estradiol and progestin (R5020) localization in the vascularly separated and isolated hypothalamus of the rhesus monkey. Neuroendocrinology 32:202-208, 1981.

74. Billiar RB, Takaoka Y, Reddy PS, Hess DL, Longcope C, and Little B: Specific tissue metabolism of progesterone in vivo in the anesthetized female rhesus monkey during the follicular and luteal phase of the menstrual cycle. Endocrinol. 108:1643-1648, 1981.

75. Longcope C, Billiar RB, Takaoka Y, Reddy SP, Hess D, and Little B: Tissue metabolism of estrogens in the female rhesus monkey. Endocrinol. 109:392-396, 1981.

76. Rahman S, Billiar RB, and Little B: Studies of the decline of uteroglobin synthesis and secretion in the rabbit uterus during the continued presence of circulating progesterone. Endocrinol. 108:2222-2227, 1981.

77. Billiar RB, Takaoka Y, Johnson W, White RJ, and Little B: In situ subcellular distribution and metabolism of progesterone estradiol and androstenedione in the vascularly separated and isolated hypothalamus of the female rhesus monkey. Neuroendocrinology 32:355-363, 1981

78. Rahman SS, Billiar RB, and Little B: The effect of implantation on the induction and synthesis of uteroglobin in the rabbit. Proc. Soc. Exptl. Biol. Med. 170:75-77, 1982.

79. Garris DR, Billiar RB, Takaoka Y, White R, and Little B: Autoradiographic analysis of progestin-concentrating cells in the isolated rhesus monkey hypothalamus. Neuroendocrinology 35:388-395, 1982.

80. Mahajan DK, Anderson G, Pool K, Billiar RB, and Little B: Changes in the concentration of 17$\alpha$, 20$\alpha$ -dihydroxypregn-4-ene-3-one during pregnancy, labor and delivery, and the Effect of dexamethasone treatment during the third trimester of pregnancy. J. Clin. Endocrin. Metab. 57:585-591, 1983.

81. Longcope C, Billiar RB, Takaoka Y, Reddy SP, Richardson D, and Little B: Tissue sites or aromatization in the female rhesus monkey. Endocrinology 113:1679-1682, 1983.

82. Garris DR, Billiar RB, Takaoka Y, White R, and Little B: Simultaneous autoradiographic localization of estradiol- and progesterone- concentrating neurons in the isolated rhesus monkey hypothalamus. Neuroscience Letters 37:149-154, 1983.

83. Billiar RB, Richardson D, Anderson E, Mahajan D, and Little B: The effect of chronic and acyclic elevation of circulating androstenedione or estrone concentrations on ovarian function in the rhesus monkey. Endocrinology 116:2209-2220, 1985.

84. Little B: Gynecology and Obstetrics: What's new in surgery? Bulletin of the American College of Surgeons, vol. 71, no. 1, pg. 14-18, January 1986.

85. Avery ME, Aylward G, Creasy R, Little B, and Stripp B: Update on prenatal steroid for prevention of respiratory distress. Report on a conference, September 26-28, 1985. Am. J. Obs. Gynecol. 155:2-5, 1986. Collaborative group on antenatal steroid therapy. Effect of antenatal dexamethasone administration on the prevention of respiratory distress syndrome. Am. J. Obs. Gynecol. 141:276-287, 1981. Collaborative group on antenatal steroid therapy. Effect of antenatal dexamethasone administration in the infant: long-term follow-up. J. Pediatr 104:259, 1984.

86. Anderson E, Little B, and Lee G: Androgen-induced changes in rat ovarian granulosa cells in vitro. Tissue and Cell, 19(2):217-234, 1987.

87. Billiar RB, Richardson D, Schwartz R, Posner B, and Little B: Effect of chronically elevated androgen or estrogen on the glucose tolerance test and insulin response in female rhesus monkeys. Am. J. Obs. Gynecol. 157:1297-1302, 1987.

88. Little B: There's many a slip 'twixt implantation and the crib. New Eng. J. Med. 319:241-242, 1988 (editorial).

89. Little B: The sin of pride. Research in Obstetrics and Gynecology, Am. J. Obstet. Gynecol. 160:771-781, 1989 (Presidential address).

90. Billiar R, Richardson DW, and Little B: Escape from chronic strogenic suppression of ovarian function in the adult rhesus monkey: Evidence for changing sensitivity of gonadotropin secretion to estrogen inhibition. Endocrinology 124:2373-2382, 1989.

91. Little B: Why can't a woman be more like a man? New Eng. J. Med. 3231064-1065, 1990 (Editorial).

92. Billiar RB, Richardson DW, and Little B: Reduced serum inhibin concentrations during ovulatory cycles of estrogen-treated rhesus monkeys: An indication of FSH bioactivity Endocrinology 128:1-5, 1991.

93. Falcone T, Little B, and Morris D: Impaired glucose effectiveness in patients with polycystic ovary syndrome. Human Reproduction 7:922-925, 1992.

**21. BOOKS, MONOGRAPHS AND CHAPTERS (authored)**

1. Tenney B Jr and Little B: Clinical Obstetrics, W. B. Saunders Co., Philadelphia, 1961.

2. Little B and Tenney B Jr: The incompetent cervical os, Clin. Obstet. Gynecol. W. Lang, ed., 6:403-412, 1963.

3. Tait JF, Little B, Tait SAS, Black WP, Riondel A, and Gut M: Some aspects of steroid dynamics, Hormonal Steroids I. Proceedings of the First International Congress on Hormonal Steroids, Ed. L. Martini and Pecile, Academic Press, New York, 1964, p. 81.

4. Bougas J, Flood C, Little B, Tait JF, Tait SAS, and Underwood R: Dynamic aspects of aldosterone metabolism, In Aldosterone: Symposium organized by the Council for International Organizations of Medical Sciences, Chairman RS Mach, Edited by EE Baulieu and P Robel, Blackwell Scientific Publications, Oxford, 1965, p. 24.

5. Little, B: Hemorrhage in late pregnancy, In Current Therapy, HF Conn, Ed., W.B. Saunders, Philadelphia, 1965, p. 626-631.

6. Little B: Intrauterine infections in obstetrics, In Advances in Obstetrics and Gynecology, Vol. 1, Edited by Stewart Marcus and Cyril Marcus, Baltimore, Williams and Wilkins Co., 1967.

7. Little B: Amniotic fluid in the Rh-sensitized patient, In The Water Metabolism of the fetus, A.C. Barnes and A.E. Seeds, Eds., Charles C. Thomas, Springfield, IL, 1972, Chapter 6, p. 94-130.

8. Palomaki JF and Little B: Hypertensive disorders of pregnancy, In Current Therapy 1972, H.F. Conn, Ed., W.B. Saunders, Philadelphia, 1973, p. 761-763.

9. Little B, Billiar RB, Jassani M, Kline IT, Lin TJ, and Schnatz P: Dynamic studies of progesterone secretion, In Endocrinology, Proceedings of the Fourth International Congress of Endocrinology (1972), R.O. Scow, Ed., F.J.G. Ebling and I.W. Henderson, Co-Eds, Excerpta Medica International Congress Series No. 273, 1973, p. 864-869.

10. Merkatz IR, Aladjem S, and Little B: The value of biochemical estimations on amniotic fluid in the management of high-risk pregnancy, Clinics in Perinatology, W.B. Saunders Co, 301-319, 1974 (Sept.).

11. Little B, Billiar RB: Progestagens. In Endocrinology of Pregnancy, Third Edition, Editors: Fritz Fuchs and Arnold Klopper, Harper & Row, Publishers, Inc. 1983, p 92.

12. Anderson E and Little B: The ontogeny of the rat granulosa cell, in proceedings of the fifth ovarian workshop, D.O. Toft and R.J. Ryan, eds. Champaign, Ovarian Workshops, 1985, 203-225.

13. Little B and Boyd ME: Abnormal uterine bleeding. In: Current therapy in emergency Medicine, edited by Callahan, M.L., B.C. Decker, Inc., 1987, p. 664-666.

14. Anderson E, Selig M. Lee G, and Little B: Androgen-induced changes in ovarian granulosa cells from immature rats in vitro. In: Regulation of ovarian and testicular function, 1987, eds. Mahesh, VB, Dhindsa DS, Anderson E, and S.P. Kalra (Advances in experimental medicine and biology, vol. 219), Plenum Press, New York p. 259.-274.

15. Tulchinsky D and Little B: Maternal and fetal endocrinology. W. B. Saunders, Philadelphia, PA, 1994.

16 McGovern P and Little B: Dysfunctional Uterine Bleeding. In: Current Therapy in Obstetrics and Gynecology 5th ed, Editors: Quilligan EJ, Zuspan F.P, W.B. Saunders, Philadelphia, PA, 2000.

17 Cho M, Little B and Marraccini J: Contraception in Women Over Age 40 Years. In: Advances in Reproductive Endocrinology, and Infertility, Editors: Tan and Tulandi, Marcel Dekker, Chapter 1, pgs 1-22, October 2002.

## 22. ABSTRACTS

1. Layne DS, Little B, Meyer CJ, Tait J, and Tait S: The turnover rate, distribution, and plasma binding of aldosterone in pregnancy, Program of 43rd Meeting, The Endocrine Society, 1961, p. 16 abstract.

2. Little B, Tait JF, Black WP, and Tait SAS: The secretion rate and metabolic clearance rate of progesterone 7-$H^3$ in men and ovariectomized women, Program of the 44th Meeting, The Endocrine Society, June 1962, p. 17.

3. Billiar RB and Little B: Placental "mitochondrial" factors and steroid hydroxylation, Third International Congress of Endocrinology, Mexico City, 1968, Excerpta Medica International Congress Series, No. 157 (abstract no. 491, p. 197).

4. Billiar RB, Knappenberger M, Young J, and Little B: Submitochondrial distribution of steroid 11β -hydroxylase and cholesterol side-chain cleavage in adrenal cortical mitochondria, Third International Congress of Hormonal Steroids, Hamburg, Germany, 1970, Excerpta Medica International Congress Series No. 210, p. 109.

5. Little B, Tait JF, Tait SAS, and Erlenmeyer F: Progesterone clearance in non-pregnant and pregnant subjects, 2nd International Congress on hormonal Steroids, Milan, 1966, Excerpta Medica International Series No. 11, No. 240, (abstract).

6. Little B, Lin TJ, and Billiar RB: The metabolic clearance rate of progesterone in the menstrual cycle and per cent interconversion to 20 -dihydroprogesterone, Third International Congress on Hormonal Steroids, Hamburg, Germany, 1970, Excerpta Medica International Congress Series No. 210, p. 211-212.

7. Lin TJ, Jassani M, Kline IT, Billiar RB, and Little B: Repeated metabolic clearance (MCR) and production rates ($P^I$) of progesterone (Prog) in the same menstrual cycle, The Endocrine Society, Program of the Fifty-Third Meeting, San Francisco, June 1971 (Abstract No. 357).

8. Billiar RB, Jassani M, Saarikoski S, and Little B: Uterine extraction of progesterone (P), pregnenolone (Pr) and pregnenolone sulfate (PrS) in midgestation, The Endocrine Society, Program of the Fifty-Fifth Meeting, Chicago, June 1973. (Abstract No. 254).

9. Rahman SS, Billiar RB, and Little B: A competitive protein-binding assay of 5-Pregnane-3,20-dione in plasma, Gynecologic Investigation 6:22, 1975

10. Mahajan DK, Vasilenko P, and Libble B: Proteins Synthesized and secreted by porcine granulosa cells. Satellite symposium - 7th International Congress of Endocrinology. Published in proceedings of this Satellite Symposium.

11. Billiar RB, Richardson B, Mahajan, and Little B: Androstenedione and anovulation in the rhesus monkey. Thirty-first meeting of the Society for Gynecologic Investigation. San Francisco, 1984.

12. Mahajan DK, Murray FA, and Little B: Concentration of steroids in peripheral, ovarian venous and perifollicular bloods and follicular fluid of gilts. Second International Conference on Pig Reproduction. Columbia, Missouri, 1985.

**23. REVIEWS:**

None

**24. REPORTS:**

None

## 25. PRESENTATIONS

1. Little AB, "Dysfunctional Uterine Bleeding/Dysmenorrhea", Didactic Lecture, Department of Obstetrics, Gynecology and Women's Health, New Jersey Medical School, Newark, NJ, October 28, 1998.

2. Little AB, "Recurrent Miscarriage (REMIS)", Didactic Lecture, Department of Obstetrics, Gynecology and Women's Health, New Jersey Medical School, Newark, NJ, December 2, 1998.

3. Little AB, "Hormone Synthesis and Metabolism", Didactic Lecture, Department of Obstetrics, Gynecology and Women's Health, New Jersey Medical School, Newark, NJ, September 22, 1999.

4. Little AB, "Endocrinology of Pregnancy", Didactic Lecture, Department of Obstetrics, Gynecology and Women's Health, New Jersey Medical School, Newark, NJ, December 15, 1999.

5. Little AB, "Evaluation of Pelvic Masses", Didactic Lecture, Department of Obstetrics, Gynecology and Women's Health, New Jersey Medical School, Newark, NJ, October 28, 1998.

6. Little AB, "Endocrinology of Pregnancy", Didactic Lecture, Department of Obstetrics, Gynecology and Women's Health, New Jersey Medical School, Newark, NJ, October 9, 2002.

## ADDENDUM

Little B, Hamilton E, Quillen E, Watkin K, Nuwayhid B, and Stripp B: The novel perplexity of perinatal research and its support. (Submitted for publication - Journal of Reproductive Medicine).

## VISITING LECTURESHIPS

1996 Semmelweis Lecturer for Nurse Midwifery Management
Abescon, NJ

1995 University of Chicago - Visiting Lecturer
Chicago, IL

1994 Lecturer - Semmelweis Annual Conference
Atlantic City, NJ

1993 UMDNJ - Visiting Lecturer
Newark, NJ

1992 Baker Channing Society Lecturer
Boston, MA

Leon Steiner McGoogan Lecturer
Omaha, NE

1991 Women's Medical Society
Montreal, Quebec

Visiting Professor
Cleveland, OH

1990 Visiting Professor
Grand Rounds - Yale University
New Haven, CT

Visiting Professor
Grand Rounds - Hutzel Hospital
Detroit, MI

1989 Visiting Professor
Endocrine Guest Lecture Series
Worcester, MA

1987 Workshop
Medical College of Georgia
Augusta, Georgia

Columbia University
New York, NY

Long Island Jewish Medical Center &
North Shore University Hospital
New York, NY

Tenth Annual APPO Medicine Update
Cleveland, OH

Kenneth Beezer Memorial Lecture
Providence, RI
SUNYB/Millard Fillmore Hospitals
New York, NY

1986 American College of Surgeons
Postgraduate Course
New Orleans, LA

Montefiore Hospital
Bronx, NY

Postgraduate Course
College of Physicians & Surgeons
Columbia-Presbyterian University
New York

George W. Mitchell Memorial Lecturer
Tuft University School of Medicine
Boston, MA

University of Chicago
Chicago, IL

North York General Hospital
Toronto, Ontario

1985 36th Annual Holmes Lecturer
Chicago Gynecological Society
Chicago, IL

1983 Maine General Hospital
Portland, ME

1982 Obstetrical Society of Boston
University of Massachusetts Medical Center
Boston, MA

Cleveland Metropolitan General Hospital
Cleveland, OH

American Fertility Society
Postgraduate Course
Buena Vista, FL

Fairview General Hospital
Cleveland, OH

1981 William E. Studdiford Memorial Lecturer
New York University School of Medicine
New York, NY

Michael Reese Hospital
Chicago, IL

St. Alexis Hospital
Cleveland, OH

Chicago Lying-In Hospital
Chicago, IL

Dayton Ob/Gyn Society

Fairview General Hospital
Cleveland, OH

1990 New York Hospital
Cornell Medical Center
New York, NU

Cleveland Ob/Gyn Society
Cleveland, OH

St. Joseph Hospital
Chicago, IL

Ob/Gyn Symposium
Jackson Hole

Loyola University Medical Center
Chicago, IL

Mt. Sinai Hospital
Cleveland, OH

1979 West Virginia University Medical Center

James Platt White Lecturer
Buffalo Obstetrical and Gynecological Society

Indiana University Medical Center
Indianapolis, IN

Daniel McSweeney Lecturer
Tufts Medical School
Boston, MA