Curriculum Vitae                                  March 2004

**Name:**              Karin B. Michels

**Office Address:**    Obstetrics & Gynecology Epidemiology Center,
                       221 Longwood Avenue, Boston, MA 02115

**Telephone:**         (617) 732-8496

**Fax:**               (617) 732-4899

**E-mail:**            kmichels@rics.bwh.harvard.edu

## EDUCATION

1996    London School of Hygiene & Tropical Medicine, London, UK
        **Master of Science in Medical Statistics**
        Thesis: "*Childhood Diet and Adult Risk of Breast Cancer - An Analysis
        with Special Consideration to the Handling of Missing Values in Dietary Data*"

1996    London School of Hygiene & Tropical Medicine, London, UK
        **Diploma** (DLSHTM)

1995    Harvard School of Public Health, Boston, MA
        **Doctor of Science in Epidemiology**
        Major: Epidemiology;  Minors: Biostatistics and Nutrition
        Thesis: "*Perinatal and Reproductive Risk Factors for Breast Cancer*"

1994    Harvard School of Public Health, Boston, MA
        **Master of Public Health**
        Concentration in Quantitative Methods

1991    Columbia University School of Public Health, New York, NY
        **Master of Science in Epidemiology**
        Thesis: "*PTCA in Acute Myocardial Infarction: a Quantitative Overview
            (Meta-analysis)*"

1982    University of Freiburg Medical School, Freiburg, Germany
        Bachelor of Science equivalent
        Concentration: Pre-Med

## POSTDOCTORAL TRAINING

1995    Harvard School of Public Health, Boston, MA
        *Research Fellow*, Department of Nutrition

## ACADEMIC APPOINTMENTS

2003-      Harvard School of Public Health
           *Associate Professor in the Department of Epidemiology*

2003-      Harvard Medical School, Boston, MA
           *Associate Professor in Obstetrics, Gynecology & Reproductive Biology*

2000-2003  Harvard School of Public Health
           *Assistant Professor in the Department of Epidemiology*

2000-2002  Harvard Medical School, Boston, MA
           *Assistant Professor in Obstetrics, Gynecology & Reproductive Biology*

1998-      Harvard Extension School, Boston, MA
           *Member of the Faculty*

1997-2000  Harvard School of Public Health, Boston, MA
           Department of Epidemiology
           *Instructor in Epidemiology*

1997-1999  Harvard Medical School, Boston, MA
           *Instructor in Medicine* [Tenure Track Faculty]

1996-1997  Harvard Medical School, Boston, MA
           *Research Associate in Medicine*

1993-1995  Harvard School of Public Health, Boston, MA
           Department of Epidemiology
           *Teaching Fellow in Epidemiology*

## HOSPITAL APPOINTMENTS

1999-      Brigham & Women's Hospital, Boston, MA
           Department of Obstetrics, Gynecology & Reproductive Biology
           *Clinical Epidemiologist*

1996-      Brigham & Women's Hospital, Boston, MA
           Department of Medicine
           *Associate Epidemiologist*

## OTHER PROFESSIONAL POSITIONS

1993-1995  Harvard School of Public Health, Boston, MA
           Department of Nutrition
           *Research Assistant*, Nurses' Health Study II

1989-      Süddeutsche Zeitung, Munich, Germany
           *U.S. Science Correspondent*

1988-1995  European Society of Cardiology, Nice, France
           *Press Officer*

1987-1990  Ärzte Zeitung, New York, NY
           *U.S. Chief Medical Correspondent*

1985-1987  Ärzte Zeitung, Frankfurt, Germany
           *Medical Editor*

1984-1985  Deutscher Ärzte-Verlag, Cologne, Germany
           *Medical Editor*

1982-1983  University of Freiburg, Freiburg, Germany
           Institute for Biochemistry
           *Research Associate*

## MAJOR VISITING APPOINTMENTS

1999/2002  Karolinska Institute, Stockholm, Sweden
           *Visiting Scientist* (3 months)

1999       Department of Epidemiology Research, Statens Serum Institute, Copenhagen,
           Denmark
           *Visiting Scientist* (1 month)

1999/2000  University of Cambridge, United Kingdom
           *Visiting Scientist* (9 months)

## AWARDS AND HONORS

1991-1994  Gottlieb Daimler and Karl Benz Fellowship, Germany
1992-1993  German Academic Exchange Program Fellowship
1993-1994  Alumni Scholarship Award Harvard University
1999/2000  Commonwealth Fund Scholarship, Cambridge University, UK
2000       Fellow, Cambridge European Society

## MAJOR COMMITTEE ASSIGNMENTS

1998       National Council on Ethics in Human Research, Canada
1998       Task Force on Ethical and Legal Issues in the Conduct of Clinical Research,
           Placebo Subcommitte, American College of Neuropsychopharmacology
2000       National Cancer Institute, Colorectal Cancer Progress Review Group Advisory
           Committee

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1988- | American Association of Science Writers |
| 1994- | Society for Epidemiologic Research |
| 1994- | International Society for Pharmacoepidemiology |
| 1996- | German Epidemiological Association |
| 1998- | Scientific Council in Epidemiology, American Heart Association |
| 2000- | International Epidemiological Association |

## COMMUNITY SERVICE RELATED TO PROFESSIONAL WORK

| | |
|---|---|
| 2002 | Grant Review Panel World Cancer Research Fund |
| 2003 | Grant Review Panel World Cancer Research Fund |
| 2003 | Grant Review Panel American Association for the Advancement of Sciences |

## EDITORIAL BOARDS

Associate Editor,   *International Journal of Epidemiology*
Statistical Reviewer,  *The Lancet*

Ad Hoc Reviewer,  *Epidemiology*
Ad Hoc Reviewer,  *The Lancet*
Ad Hoc Reviewer,  *American Journal of Epidemiology*
Ad Hoc Reviewer,  *Cancer Causes and Control*
Ad Hoc Reviewer,  *International Journal of Epidemiology*
Ad Hoc Reviewer,  *American Journal of Public Health*
Ad Hoc Reviewer,  *Cancer*
Ad Hoc Reviewer,  *Preventive Medicine*
Ad Hoc Reviewer,  *Cancer Epidemiology, Biomarkers & Prevention*
Ad Hoc Reviewer,  *Archives of General Psychiatry*
Ad Hoc Reviewer,  *Clinical Drug Investigation*
Ad Hoc Reviewer,  *Western Journal of Medicine*
Ad Hoc Reviewer,  *European Journal of Epidemiology*
Ad Hoc Reviewer,  *Public Health Nutrition*
Ad Hoc Reviewer,  *European Journal of Clinical Nutrition*
Ad Hoc Reviewer,  *Journal of the American Medical Association*
Ad Hoc Reviewer,  *International Journal of Cancer*
Ad Hoc Reviewer,  *Journal of the National Cancer Institute*
Ad Hoc Reviewer,  *Journal of Women's Health*
Ad Hoc Reviewer,  *Cochrane Collaboration*
Ad Hoc Reviewer,  *Breast Cancer Research*
Ad Hoc Reviewer,  *Schizophrenia Research*

**MAJOR RESEARCH INTERESTS**

    1. Nutritional Epidemiology and Methodology
    2. Etiology of Breast Cancer
    3. Perinatal Risk Factors for Chronic Disease
    4. Epidemiologic Methods
    5. Meta-Analysis

**RESEARCH FUNDING INFORMATION**

Past:     1993-1995     Massachusetts Department of Public Health
    & National Cancer Institute -- **Project Director**
*"In Utero and Early Life Risk Factors for Breast Cancer"*

    1999-2000     Massachusetts Department of Public Health
**Principal Investigator**
*"Lactation and Breast Cancer Risk Among Premenopausal Women"*

Present:     1999-2003     European Commission
**Consultant**
*"Prevention of allergy – Risk factors for sensitisation in children related to farming and anthroposophic lifestyle (PARSIFAL)"*

    2000-2002     Research Project Grant, American Cancer Society
**Principal Investigator**
*"Induced Abortion and Risk of Breast Cancer"*

    2000-2003     R01 Research Grant, National Institutes of Health
**Principal Investigator**
*"Methodologic Issues in Nutritional Epidemiology"*

    2000-2004     Research Contract, National Cancer Institute
**Principal Investigator, Subcontract**
*"Maternal Cohort Study of the Nurses'Health Study"*

    2001-2003     F06 Senior International Fogarty Fellowship
**Principal Investigator**
*"Assessment and Analysis of Dietary Data in Epidemiology"*

    2001-2003     Research Grant, U.S. Army
**Principal Investigator**
*"Severe Caloric Restriction in Adolescence and Incidence of Breast Cancer"*

    2002-2003     Massachusetts Department of Public Health
**Principal Investigator**
*"Obesity, menstrual cycle characteristics, and premenopausal breast cancer"*

2002-2003    Research Grant Supplement, National Institutes of Health
**Principal Investigator, Subcontract**
*"A New Analytic Approach Relating HRT and CVD in the Nurses'*
*Health Study"*

2002-2003    Research Contract, National Institutes of Health
**Principal Investigator**
*"Data Analysis for Maternal Cohort Study"*

## TEACHING EXPERIENCE

1981-1983    **Physiology**
University of Freiburg Medical School, Freiburg, Germany
*Section Leader*
15 Medical Students - 40 hours/yr

1981-1982    **Biochemistry**
University of Freiburg Medical School, Freiburg, Germany
*Section Leader*
15 Medical Students - 40 hours/yr

1990-1991    **Analysis of Categorical Data**
Columbia University School of Public Health, New York, New York
*Teaching Assistant*
40 Master/Doctoral students - 160 hours/yr

1992-1995    **Nutritional Epidemiology**
Harvard School of Public Health, Boston, Massachusetts
*Teaching Fellow*
30 Master/Doctoral students - 80 hours/yr

1996    **Nutritional Epidemiology**
Summer School in Epidemiology, University of Münster, Germany
*Course Developer and Lecturer*
20 Physicians/Epidemiologists/Dieticians - 1 week/yr

1996-1998    **Critical Reading of the Medical Literature**
Harvard Medical School, Boston, Massachusetts
*Section Leader*
10 Medical students - 80 hours/yr

1997-1999    **The Practice of Quantitative Methods**
Harvard School of Public Health, Boston, Massachusetts
*Guest Lecturer*
25 Master students - 15 hours/yr

1997-1998    **Special Topics in Epidemiology**
Boston University School of Public Health, Boston, Massachusetts
*Guest Lecturer*
20 Master/Doctoral students - 6 hours/yr

1998-    **Introduction to Epidemiology**
Harvard Extension School, Cambridge, Massachusetts
*Course Director and Principal Instructor*
80 students - 120 hours/yr

1999-2001  **How to Write a Scientific Paper**
Karolinska Institute, Stockholm, Sweden
*Course Director and Principal Instructor*
20 doctoral students - 1 week/yr

1999-2000  **Epidemiology**
University of Cambridge, UK
*Guest Lecturer*
25 Master students - 12 hours/yr

1999-2000  **Cancer Epidemiology**
University of Cambridge, UK
*Co-Instructor* (with Professor Nicholas E. Day)
25 Master students – 1 week/yr

1999-    **Epidemiologic Research in Obstetrics and Gynecology**
Harvard School of Public Health
*Co-Instructor*
20 Master/Doctoral students - 30 hours/yr

2000-2002  **Protecting Human Research Subjects: Ethical, Regulatory, and Scientific Considerations**
Massachusetts College of Pharmacy and Health Sciences
*Guest Lecturer*
25 Master Students – 3 hours/yr

2001    **Course in Scientific Writing**
Uppsala University, Sweden
*Course Director and Principal Instructor*
25 Professors – 1 week/yr

2001    **Scientific Writing**
Mediterranean Summer School, Italy
*Course Director and Principal Instructor*
10 Physicians/Epidemiologists – 1 week/yr

2001    **Advances in College Women's Health**
Brandeis University, Waltham, Massachusetts
*Guest Lecturer*
6 Students – 2 hours/yr

2001    **How to Write a Scientific Paper**
Karolinska Hospital, Stockholm, Sweden
*Course Director and Principal Instructor*
25 Physicians – 3 days/yr

LANGUAGES:          English, German

COMPUTER SKILLS:   SAS, STATA, S-Plus, GLIM, StatExact, SPSS, Wordperfect, Word

SCIENTIFIC PUBLICATIONS

1.  Villringer A, Kühn B, Schneider K, Andus T, Michels K, et al. Small cytoplasmic RNAs from rat liver mRNP particles. *Molecular Biology Rep* 1983;9:65-74.

2.  Michels KB, Heinrich PC. Cytoplasmic ribonucleoprotein particles of normal rat liver and hepatoma 3924A. *Hoppe Seyler's Zeitschrift für Physiologische Chemie* 1984;365:1034.

3.  Michels KB, Faich GA. Linked databases and epidemiology. *J Clin Res Pharmacoepidemiol* 1991;5:11-18.

4.  Hardy J, Hall G, Boivin J, Michels K, Spitzer W. Controversy, consensus and data: the Gestodene case in Germany. *J Clin Res Pharmacoepidemiol* 1991; 5: 153-4.

5.  Spitzer WO, Boivin JF, Hardy J, Suissa S, Astedt B, Begaud B, Bhavnani B, Faich GA, Fleiss JL, Gibson M, Goldzieher JW, Hall G, Heinemann LAJ, Horwitz RI, Lawrence V, Longcope C, Michels K, Ramcharan S, Ray W, Weber E. Die Sicherheit von Gestoden. Eine Bewertung der pharmakokinetischen und epidemiologischen Daten. *Deutsches Ärzteblatt - Ärztliche Mitteilungen* 1991;38(A):3102-4.

6.  Michels KB, Willett WC. The Women's Health Initiative: daughter of politics or science? In: DeVita VT, Hellman S, Rosenberg SA, eds. *Cancer Prevention*. Philadelphia: Lippincott, September 1991.

7.  Michels KB. Quo vadis meta-analysis? A potentially dangerous tool if used without adequate rules. In: DeVita VT, Hellman S, Rosenberg SA, eds. *Important Advances in Oncology 1992*. Philadelphia: Lippincott 1992. pp 243-8.

8.  Michels KB, Willett WC. Will vitamins prevent cancer? In: DeVita VT, Hellman S, Rosenberg SA, eds. *Cancer Prevention*. Philadelphia: Lippincott, July 1993:1-16.

9.  Michels KB. Pharmakoepidemiologie. In: Rietbrock N, Staib AH, Loew D, eds. *Klinische Pharmakologie*. Darmstadt: Steinkopff Verlag. 1994 (2nd edition). pp 538-544, and 1996 (3rd edition), pp 211-222.

10. Michels KB, Willett WC. Vitamins and cancer - a practical means of prevention? In: DeVita VT, Hellman S, Rosenberg SA, eds. *Important Advances in Oncology 1994*. Philadelphia: Lippincott 1994, pp 85-114.

11. Rothman KJ, Michels KB. The continuing unethical use of placebo controls. *N Engl J Med* 1994;331:394-398. [The authors reply. *N Engl J Med* 1995;332:62.]

12. Michels KB, Yusuf S. Does PTCA in acute myocardial infarction affect mortality and reinfartcion rates? A quantitative overview (meta-analysis) of the randomized clinical trials. *Circulation* 1995;91:476-485.

13. Michels KB, Hsieh C-c, Trichopoulos D, Willett WC. Abortion and breast cancer risk in seven countries. *Cancer Causes Control* 1995;6:75-82.

14. Michels KB. Meta-Analyse - Fluch oder Segen? *Münch med Wschr* 1995;137:81-82.

15. Michels K, Sacks F. Trans fatty acids in European margarines. *N Engl J Med* 1995;332:541-542. [The authors reply. *N Engl J Med* 1995;333:131-132.]

16. Lipworth L, Katsouyanni K, Ekbom A, Michels KB, Trichopoulos D. Abortion and the risk of breast cancer: a case-control study in Greece. *Int J Cancer* 1995;61:181-184.

17. Michels KB. Book Review: Pharmacoepidemiology. B Strom, ed, J Wiley & Sons, 1994, 2nd edition, 741 pp. *J Clin Epidemiol* 1995;48:721.

18. Michels KB. The origins of Hodgkin's disease. *Eur J Cancer Prev* 1995;4:379-388.

19. Michels KB, Willett WC. The Women's Health Initiative: Will it resolve the issues? In: Senn HJ, Gelber RD, Goldhirsch A, Thurlimann B, eds. Recent Results in Cancer Research. Adjuvant Therapy of Breast Cancer V. Heidelberg: Springer 1996;140:295-305.

20. Troy LM, Michels KB, Hunter DJ, Spiegelman D, Manson JE, Colditz GA, Stampfer MJ, Willett WC. Self-reported birthweight and history of having been breastfed among younger women: an assessment of validity. *Int J Epidemiol* 1996;25:122-127.

21. Michels KB, Willett WC, Rosner BA, Manson JE, Hunter DJ, Colditz GA, Hankinson SE, Speizer FE. Prospective assessment of breastfeeding and breast cancer incidence among 89,887 women. *Lancet* 1996;347:431-436.

22. Michels KB, Willett WC. Does induced or spontaneous abortion affect the risk of breast cancer? *Epidemiology* 1996;7:521-528.

23. Michels KB, Rosner BA. Data trawling: to fish or not to fish. *Lancet* 1996;348:1152-1153.

24. Michels KB, Trichopoulos D, Robins JM, Rosner BA, Manson JE, Hunter DJ, Colditz GA, Hankinson SE, Speizer FE, Willett WC. Birthweight as risk factor for breast cancer. *Lancet* 1996;348:1542-1546. [The authors reply. *Lancet* 1997;349:501-502]

25. Michels KB, Trichopoulos D, Robins JM, Rosner BA, Hunter DJ, Colditz GA, Manson JE, Hankinson SE, Speizer FE, Willett WC. Future risk of breast cancer among breast-fed infants. *Am J Epidemiol* 1997;145:S52.

26. Ascherio A, Rimm EB, Michels KB, Walker AM. Stampfer WC, Willett WC. Preliminary results on antihypertensive agents and risk of coronary heart disease in men. *Am J Hypertension* 1997; 10 (2): L2.

27. Michels KB, Greenland S, Rosner BA. Does body mass index adequately capture the relation of body composition and body size to health outcomes? *Am J Epidemiol*

1998;47:167-172.

28. Michels KB, Rosner BA, Manson JE, Stampfer MJ, Walker AM, Willett WC, Hennekens CH. Calcium channel blockers in relation to incidence of cardiovascular disease and total mortality among hypertensive women. *Circulation* 1998;97:1540-1548.

29. Michels KB, Rosner BA, Walker AM, Stampfer MJ, Manson JE, Colditz GA, Hennekens CH, Willett WC.  Calcium channel blockers, cancer incidence and cancer mortality in a cohort of U.S. women.  *Cancer* 1998;83:2003-2007.

30. Solomon CG, Michels KB, Hu FB, Cohen RM, Hankinson SE, Willett WC, Speizer FE, Manson JE. Elevated insulin and C-peptide levels predict subsequent development of Type 2 diabetes mellitus in women. *Diabetes* 1999;48(suppl1):A174.

31. Michels KB, Hennekens CH. Calcium channel blockade and mortality in hypertensive women. *Cardiology Review* 1999;16:12-16.

32. Hu FB, Manson JE, Liu S, Hunter D, Colditz GA, Michels KB, Speizer FE, Giovannucci E. A prospective study of diabetes mellitus and risk of colorectal cancer in women. *J Natl Cancer Inst* 1999;91:542-547.

33. Michels KB.  Problems assessing nonserious adverse drug reactions: Antidepressant drug therapy and sexual dysfunction. *Pharmacotherapy* 1999;19:424:429.

34. Greenland S, Michels KB, Robins JM, Poole C, Willett WC. Presenting statistical uncertainty in trends and dose-response relations. *Am J Epidemiol* 1999;149:1077-1086.

35. Tomeo CA, Rich-Edwards JW, Michels KB, Berkey CS, Hunter DJ, Frazier AL, Willett WC, Buka SL. Reproducibility and validity of maternal recall of pregnancy-related events. *Epidemiology* 1999;10:774-7.

36. Michels KB. The placebo problem remains. *Arch Gen Psych* 2000;57:321-2.

37. Melbye M, Wohlfahrt J, Lei U, Nørgaard-Pedersen B, Mouridsen HT, Lambe M, Michels KB. Alpha-fetoprotein levels in maternal serum during pregnancy and maternal breast cancer risk. *J Natl Cancer Inst* 2000;92:1001-5.

38. Michels KB. The risk of breast cancer with hormone replacement therapy. *Maturitas* 2000;35(suppl1):S41.

39. Rothman KJ, Michels KB. The Declaration of Helsinki should be strengthened. *BMJ* 2000;321:442-5.

40. Michels KB, Day NE. Re: Implications of a new measurement error model for estimation of relative risk: application to four calibration studies (Letter). *Am J Epidemiol* 2000;152:494-5.

41. Michels KB, Giovannucci E, Joshipura KJ, Rosner BA, Stampfer MJ, Fuchs CS, Colditz GA, Speizer FE, Willett WC. A prospective study of fruit and vegetable consumption and colorectal cancer incidence. *J Natl Cancer Inst* 2000;92:1740-52.

42. Michels KB, Trichopoulos D, Rosner BA, Hunter DJ, Colditz GA, Hankinson SE, Speizer FE,

Willett WC. Being breast-fed in infancy and breast cancer incidence in adult life: results from the two Nurses' Health Studies. *Am J Epidemiol* 2001;153:275-83.

43. Michels KB, Holmberg L, Bergkvist L, Ljung H, Bruce Å, Wolk A. Dietary antioxidant vitamins, retinol, and breast cancer incidence in a cohort of Swedish women. *Int J Cancer* 2001;91:563-7.

44. Terry P, Giovannucci E, Michels KB, Bergkvist L, Hansen H, Holmberg L, Wolk A. Fruit, vegetables, dietary fiber, and the risk of colorectal cancer. *J Natl Cancer Inst* 2001;93:525-33.

45. Michels KB, Giovannucci E, Feskanich D, Willett WC. Diet and cancer prevention (Letter). *J Natl Cancer Inst* 2001;93:791.

46. Michels KB. A renaissance for measurement error. *Int J Epidemiol* 2001;30:421-422.

47. Michels KB, Holmberg L, Bergkvist L, Wolk A. Coffee, tea, and caffeine consumption and breast cancer incidence in a cohort of Swedish women. *Ann Epidemiol* 2002;12:21-26.

48. Michels KB. Risk of breast cancer with hormone replacement therapy. *International Congress Series* 2002;1229;135-141.

49. Michels KB. The contribution of the environment (especially diet) to breast cancer risk. *Breast Cancer Res* 2002;4:58-61.

50. Rothman KJ, Michels KB. When is it appropriate to use a placebo arm in a trial? In: Guess HA, Kleinman A, Kusek JW, Engel LW (eds): *The Science of the Placebo.* London: BMJ Books 2002.

51. Michels KB, Braunwald E. Estimating treatment effects from observational data – dissonant and resonant notes from the SYMPHONY trials. *JAMA* 2002;287:3130-32.

52. Michels KB, Wolk A. A prospective study of variety of healthy foods and mortality in women. *Int J Epidemiol* 2002;31:847-54.

53. Michels KB, Day NE. The role of correlated errors in the multivariate analysis of dietary data. IARC Sci Publ 2002;156:21-2.

54. Michels KB, Giovannucci E, Joshipura KJ, Rosner BA, Stampfer MJ, Fuchs CS, Colditz GA, Speizer FE, Willett WC. Fruit and vegetable consumption and colorectal cancer incidence. *IARC Sci Publ* 2002;156:139-40.

55. Michels KB. Hormone replacement therapy in epidemiologic studies and randomized clinical trials – are we checkmate? *Epidemiology* 2003;14:3-5.

56. Michels KB. Early life predictors of chronic disease. *J Womens Health* 2003;12:157-61.

57. Michels KB, Manson JE. Postmenopausal hormone therapy – a reversal of fortune. Circulation 2003;107:1830-33.

58. Michels KB, Rothman KJ. Update on unethical use of placebos in randomised trials.

*Bioethics* 2003;17:188-204.

59. Michels KB, Solomon CB, Hu FB, Rosner BA, Hankinson SE, Colditz GA, Manson JE. Type 2 diabetes mellitus and subsequent incidence of breast cancer in the Nurses' Health Study. *Diabetes Care* 2003;26:1752-58.

60. Michels KB. Early life predictors of chronic disease. J Women's Health 2003;12:157-61.

61. Michels KB. Nutritional epidemiology – past, present, future. Int J Epidemiol 2003;32:486-8.

62. Sills ES, Fryman JT, Perloe M, Michels KB, Tucker MJ. Chromatin fluorescence characteristics and standard semen analysis parameters: correlations observed in andrology testing among 136 males referred for infertility evaluation. J Obstet Gynaecol. 2004;24:74-7.

63. Michels KB, Ekbom A. Caloric restriction and incidence of breast cancer. JAMA 2004 (in press).

64. Michels KB, Xue F, Brandt L, Ekbom A. Hyperparathyroidism and subsequent incidence of breast cancer. Int J Cancer 2004 (in press).

65. Michels KB, Bingham SA, Luben R, Welch AA, Day NE. The effect of Correlated Measurement error in multivariate models of diet. Am J Epidemiol 2004 (in press)

66. Rich-Edwards JW, Stampfer MJ, Manson JE, Rosner B, Hu FB, Michels KB, Willett WC. History of breastfeeding in infancy and the risk of cardiovascular disease in adult women. Epidemiology 2004 (in press)

## BOOK

Michels KB, Napier K. *The Gift of Health.* New York: Pocket Books, Simon & Schuster, August 2001.

## PRESENTATIONS

1. 26th Annual Meeting of the Society for Epidemiologic Research, Keystone, Colorado, June 16-18, 1993
   Invited presentation: *Unethical use of placebo controls*

2. 27th Annual Meeting of the Society for Epidemiologic Research, Miami Beach, Florida, June 15-18, 1994
   *Does abortion affect the risk of breast cancer?*

3. 10th International Conference on Pharmacoepidemiology, Stockholm, Sweden, August 28-31, 1994
   *The continuing unethical use of placebo controls*

4.  39. Jahrestagung der Deutschen Gesellschaft für Medizinische Informatik, Biometrie und Epidemiologie (GMDS), Dresden, Germany, September 18-22, 1994
    *Beeinflussen Abtreibungen und Fehlgeburten das Risiko für Brustkrebs?*

5.  67th Annual Scientific Sessions of the American Heart Association, Dallas, Texas, November 14-16, 1994
    *The randomized controlled clinical trials of PTCA in acute myocardial infarction: a systematic overview (meta-analysis)*

6.  Dana-Faber Cancer Institute, Boston, February 25, 1995
    Breast Cancer Symposia: *Abortion and breast cancer.*

6.  28th Annual Meeting of the Society for Epidemiologic Research, Snowbird, Utah, June 21-24, 1995
    *A prospective assessment of breastfeeding and breast cancer incidence in a large cohort of U.S. women*

8.  31st Annual Meeting of the Drug Information Association, Orlando, Florida, June 25-29, 1995
    Invited presentation: *The continuing unethical use of placebo-controlled studies*

9.  Department of Human Nutrition, Agricultural University, Wageningen, The Netherlands, August 25, 1995
    Invited presentation: *Epidemiological evidence on dietary fat and chronic disease with special reference to the Women's Health Initiative*

10. Institute for Epidemiology and Social Medicine, University of Münster, Germany, January 31, 1996
    Invited presentation: *Epidemiology of breast cancer: Does breastfeeding really prevent breast cancer?*

11. Department of Medicine, University Hospital, University of Freiburg, Germany, April 1996
    Invited presentation: *How can epidemiology advance cancer research?*

12. Lectures on Controversial Topics. Belgian College of Neuropsychopharmacology and Biological Psychiatry. Grimbergen, Belgium, April 26, 1996
    Invited presentation: *The continuing unethical use of placebo controls*

13. 11th Annual Scientific Meeting of the American Society of Hypertension, New York, N.Y., May 15-18, 1996
    Invited presentation: *Are placebos obsolet?*

14. American Cancer Society, Framingham, Massachusetts, October 23, 1996
    Invited presentation: *Does Abortion Influence Breast Cancer Risk?*

15. Department of Neonatology, Beth Israel Hospital, Boston, January 30, 1997
    Invited presentation: *Perinatal risk factors for chronic disease*

16. Jahrestagung der Deutschen Gesellschaft für Kardiologie, Mannheim, Germany, April 3-5, 1997
    Invited presentation: *Beeinflußt PTCA beim akuten Myokardinfarkt die Mortalitäts- und*

*Reinfarktraten? Eine quantitative Übersicht (Meta-Analyse) randomisierter klinischer Studien*

17. 12th Annual Scientific Meeting of the American Society of Hypertension, San Francisco, May 27-31, 1997
    *Antihypertensive medications and cardiovascular disease in a large cohort of U.S. women*

18. University of California, Los Angeles, Department of Epidemiology, June 2, 1997
    Invited presentation: *Calcium channel blockers - are they doing more harm than good?*

19. University of Southern California Norris Comprehensive Cancer Center, Los Angeles, June 3, 1997
    Grand Rounds: *Is breast cancer initiated earlier in life than we have so far appreciated?*

20. National Council on Ethics in Human Research. Ottawa, Canada, May 28-29, 1998
    Invited presentation: *Good science does not always require a placebo control*

21. American College of Neuropsychopharmacology, Puerto Rico, December 13-18, 1998
    Invited presentation: *The continuing unethical use of placebo controls*

22. Whitehead Institute, Cambridge, Massachusetts, May 20, 1999
    Invited presentation: *In utero exposures and breast cancer risk*

23. 32nd Annual Meeting of the Society for Epidemiologic Research, Baltimore, MD, June 1999.
    *Consumption of fruit and vegetables and colorectal cancer incidence among women and men.*

24. Department of Epidemiology Research, Statens Serum Institute, Copenhagen, Denmark, September 1999
    Invited presentation: *Early life origins of chronic disease*

24. Emerging Perspectives on Obesity, North American Association for the Study of Obesity, Charleston, SC, November 1999
    Invited presentation: *Issues in the modeling of height and weight*

25. Dietary Pattern Workshop, Potsdam/Berlin, Germany, February 2000
    Invited presentation: *Misspecification of dietary intake using different diet assessment methods -- Results from EPIC Norfolk, UK*

26. Symposium Placebo in Mental Health, University of Texas, Houston, TX, April 2000
    Invited presentation: *Is it ethical to use placebo in mental health research?*

27. MRC Environmental Epidemiology Unit, University of Southampton, UK, June 2000
    Invited presentation: *In utero exposures and breast cancer risk*

28. 5th European Congress on Menopause, Copenhagen, Denmark, July 1-5, 2000
    Invited presentation: *The risk of breast cancer with hormone replacement therapy*

29. 5th International Congress of the Society for Nutritional Oncology Adjuvant Therapy, Philadelphia, PA, September 7-9, 2000
    Invited presentation: *Critical timepoints of nutrition in relation to the risk of cancer: in utero*

*nutrition and diet during the first years of life*

30. 4th International Conference on Dietary Assessment Methods, Tucson, Arizona, September 17-20, 2000
    *The effect of different multivariate correlation structures: a comparison of 7DD and FFQ* (poster presentation)

31. Department of Epidemiology, University of California, Los Angeles, September 21, 2000
    Invited presentation: *Diet assessment in epidemiologic studies – what are we measuring?*

32. Strangeways Research Laboratory, Institute of Public Health, University of Cambridge, United Kingdom, January 16, 2001
    Invited presentation: *Measurement error in the assessment of diet in observational studies*

33. National Cancer Institute, Bethesda, MD, March 21, 2001
    Invited presentation: *Does fruit and vegetable consumption affect colorectal cancer incidence?*

34. Congress of Epidemiology, Toronto, Canada, June 13-16, 2001
    *Multivariate diet models and the effect of correlated errors*

35. Brigham & Women's Hospital, Department of Obstetrics, Gynecology & Reproductive Biology, Boston, MA, February 20, 2002
    Grand Rounds: *The risks and benefits of postmenopausal hormone use – evidence from epidemiologic studies and clinical trials*

36. 4th Postgraduate Nutrition Symposium on Nutrition and Women's Health, Harvard University, Boston, June 14-15, 2002
    Invited presentation: *Early life predictors of chronic disease*

37. 7th Annual Conference on Women's Health and the Environment, Boston, October 25, 2002
    Invited presentation: *Women's Health: Taking control of our future*

38. 5th International Conference on Dietary Assessment Methods, Chiang Rai, Thailand, January 26-29, 2003
    Invited presentation: *Can dietary patterns help us detect diet-disease associations?*

39. Symposium: The Timing of Dietary Exposure and Breast Cancer Risk, Georgetown University, Lombardi Cancer Center, Washington, DC, April 2-3, 2003
    Invited presentation: *Early life, diet and breast cancer*

40. Erasmus University, Thoraxcenter, Rotterdam, The Netherlands, April 15, 2003
    Invited presentation: *Postmenopausal hormone therapy and coronary heart disease: friend or foe?*

41. Bristol University, Department of Social Medicine, Bristol, United Kingdom, April 25, 2003
    Invited presentation: *Hormone replacement therapy: what can we learn from the Women's Health Initiative?*

42. London School of Hygiene and Tropical Medicine, London, United Kingdom, April 30, 2003
    Invited presentation: *Epidemiologic studies and randomized clinical trials on the effects of*

*hormone replacement therapy: what do the data tell us?*

43. German Cancer Center, Heidelberg, Germany, August 19, 2003
    Invited presentation: *Diet and cancer – is there an association?*

44. European Society of Cardiology Congress 2003, Vienna, Austria, August 31, 2003
    Invited presentation: *Can diet and lifestyle changes improve cardiovascular health?*
    *Experience from the Nurses Health Study*