UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE ANN HAPPEL,<br><br>   Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>   Defendant. | CIVIL ACTION No. 04-12218 (WGY) |

## EXPERT REPORT OF RICHARD E. BLACKWELL, Ph.D., M.D.

(1) Dr. Blackwell is Professor of Obstetrics and Gynecology, Department of Obstetrics and Gynecology, Reproductive Biology and Endocrinology at the University of Alabama at Birmingham School of Medicine in Birmingham, Alabama. Dr. Blackwell has been involved in reproductive medicine since 1968 and received a Ph.D. in medical physiology from Baylor College of Medicine in Houston, Texas in 1971. Dr. Blackwell completed a fellowship in reproductive endocrinology at the Salk Institute under Dr. Roger Guillemin, the 1977 Nobel Prize laureate in medicine, and then returned to Baylor as a member of the physiology faculty and completed his M.D. degree in 1975. Dr. Blackwell completed a residency in obstetrics and gynecology at the University of Alabama School of Medicine, Birmingham, Alabama in 1979. During that time he was a faculty member of the Department of Physiology at the School of Medicine. Subsequently, Dr. Blackwell completed a fellowship in reproductive medicine under the directorship of Dr. John Benjamin Younger in 1980, and has been involved in the clinical practice of reproductive medicine from 1979 to the present. Dr. Blackwell was certified by the American Board of Obstetrics and Gynecology in 1982, and by the American Board of Obstetrics and Gynecology, Reproductive Medicine Division in 1987. Dr. Blackwell is licensed to practice in the state of Texas and the state of Alabama, and served as the director of the

FHBOSTON/1143054.2

Division of Reproductive Biology and Endocrinology from 1987 to 1995 and is currently Professor of Obstetrics and Gynecology, Acting Director of the Division of Reproductive Biology and Endocrinology, Professor of Surgery, Professor of Public Health, Associate Professor of Physiology and Biophysics, Director of the Center for Contraceptive Research and Technology Transfer, Senior Scientist in the Lister Hill Center for Health Policy, Senior Scientist in the Matrix Biology Center, Senior Scientist in the Diabetes Center, Senior Scientist in the Bone Center, and Senior Scientist in the Comprehensive Cancer Center, University of Alabama at Birmingham, Birmingham, Alabama.

(2)    The plaintiff alleges that she suffers from a T-shaped uterus, secondary infertility, one pregnancy loss in September, 2000 and multiple failed treatments by intrauterine insemination and in-vitro fertilization. None of these conditions can reasonably be related to the maternal use of DES, even if such use were proven.

**INFERTILITY**

(3)    The literature suggesting a relationship between DES use during pregnancy and infertility in female off-springs is tenuous at best. These studies are plagued by poor controls, limited access to medical records to validate either in utero exposure to diethylstilbestrol or the self-reported conditions described by study participants in the questionnaires that are the primary vehicle of these studies, e.g., Palmer (Am. J Epidemiology, 154(4) 316-321 (2001)). These studies also are marred by recall bias, the effect of litigation on recall bias, the failure to control a myriad of conditions that affect fertility such as genetics, age of men and women, smoking, drug abuse, traffic pollution, obesity, insulin resistance; concurrent disorders such as ovulatory dysfunction, endometriosis, and occult male factor infertility. These concerns were voiced by the original principal investigator of the DESAD study, Ann Barnes (N Engl J Med 203:609-19,

1980). Kaufman, in a follow-up study on pregnancy outcome, based on questionnaire responses from a portion of the original DESAD group (Ob & Gyn, 96(4) 483, 2000), voiced similar concerns about the study group design. Further, studies such as those presented by Bibbo (J Ob & Gyn 49:1, 1997) reported lower pregnancy rates in DES exposed females but failed to acknowledge that the study group - the DES females - was skewed toward infertility by having almost twice the incidence of ovulatory disorders, a common cause of infertility. Other studies, such as Cousins (Ob & Gyn 56:70, 1980), concluded that in utero DES use and infertility were not associated.

(4) Further, no adequate explanation has been put forward to explain how hypothetical exposure to diethylstilbestrol would result in reproductive failure. Salle, et al, (Human Reprod Vol. 11, p. 2531, 1996) suggested that "the uterine artery pulsatile index (PI) of DES exposed in utero was significantly higher than that of normal uteri. Blood flow remains stable throughout the menstrual cycle." Even if the findings are accurate for the small sample of women studied, a higher PI may be the result of many factors that were not controlled or addressed in the Salle study. For instance, in women with endometriosis the peristaltic activity of the uterus is significantly enhanced and may become dysparistaltic at mid-cycle (Kunz, Human Reprod Vol. 15, 76, 1999). Further, hormonal dynamics are exceedingly important in predicting the response of the uterus in reproduction, including blood flow in the uterus. As example, normal ovulation, (Serifini, Fertil Steril 62:815, 1994; Dickey, Fertil Steril 59:756, 1993), and ovulation induction has been shown to decrease impedance of blood flow in the uterine ovarian circulation. (Weiner, et al, Fertil Steril 59:743, 1993; Habara, Human Reprod 17:1990, 2002; and Hickey, Human Reprod Vol. 18, 1100, 2003). None of these factors are considered in the historical DES literature.

(5)     The preclinical pregnancy loss rates in women are around 25% in natural cycles and 40% in assisted reproductive technology ("ART") cycles, (Troncoso, et al, Fertil Steril 79:449, 2003). Further, it has been shown that fertilization is frequently followed by preclinical or early clinical pregnancy loss and this is the rule in reproduction, not the exception (Baird, Gen Endocrinol & Metab 72:793, 1991). Against this background of normal pregnancy wastage, the most common diagnosed causes of infertility, in order of frequency, are (1) male factor - there is a change in count, morphology, or motility of sperm; (2) ovulatory dysfunctions; (3) uterine and tubal factors; and (4) unexplained infertility, which oftentimes represents subtle disorders of ovulation or unrecognized gamete dysfunction, either sperm or egg, that is only diagnosed at the time of in vitro fertilization.

(6)     Other causes of infertility are well established in the medical and scientific literature. For example, it is also well known that genetics play a profound role in the reproductive capacity of the off-spring. Diseases such as congenital adrenal hyperplasia, polycystic ovary syndrome, endometriosis, premature ovarian failure, insulin resistance, all have strong hereditary basis. Many of these factors are not considered or investigated during infertility workups in many women and have certainly not been accounted for in the DES literature.

(7)     All patients who are trying to reproduce, including those who participated in studies of DES, are subject to some fundamental laws of biology. Reproductive potential begins to decline about age 27 and by age 35 there is an exponential fall in pregnancy rates, an exponential rise in the incidence of trisomys (chromosomal abnormality in the fetus), and an exponential rise in miscarriages. Every complication of obstetrics involving both the mother and neonate increases after age 35. Not only does the number of a women's oocytes decrease after

age 35 but there is an exponential rise in the accumulation of structurally chromosomally damaged oocytes (Wramsby, N Engl J Med 316:121, 1987; Rubio, Human Reprod, Vol. 18, pg. 182, 2003). In fact, karyotyping spontaneous abortions has shown a high incidence of anomalies. Advanced age of both male or female seem to be linked to poor clinical response, infertility, and poor pregnancy outcome (Stovall, et al, Ob & Gyn 33, 1991; Rochebrochard and Thonneau, Human Reprod 17:1649, 2002; Zonneveld, et al, Human Reprod 18:498, 2003; and T. L-Toukhy, et al, Human Reprod 18:527, 2003). In addition, there seems to be a continuous decrease in sperm quality between 22 years of age and 80 years of age (Eskenazi, et al Human Reprod 18:447, 2002).

(8)   Other causes of infertility established in the medical and scientific literature, include endometriosis, an hereditary autoimmune disease involving a gene deletion in the glutathionestransferace detoxification pathway. Patients with endometriosis and associated infertility respond with significantly decreased levels of all markers of the reproductive process which results in a pregnancy rate of 50% of that achieved with couples with other indications for IVF, (Barnhardt, Fertil Steril 6:1448, 2002). Mutated progesterone receptor alleles have been described in patients with unexplained infertility (Pisarska, et al, Fertil Steril 80:651, 2003).

(9)   Surgical procedures such as laparoscopies and laparotomies oftentimes result in subfertility secondary to adhesion formation. Trauma to the cervix induced by D&C, LEEP, cryotherapy or laser treatment may further contribute to infertility, and lesions of the uterine cavity produced by D&C.

(10)  Uterine polyps and fibroids are linked to reduced fertility. While some literature about DES associates certain uterine malformations to DES in utero exposure, that literature does not establish a cause and effect relationship for such anomalies and, in any event, those

anomalies are not correlated with the ability to achieve pregnancy. E.g., Senekjian, et al, Am J Ob/Gyn 158:493, (1988). There is considerable inter-observer disagreement when evaluating uterine anomalies by transvaginal sonography, hysteroscopy, or magnetic resonance imaging (Dueholm, et al, Human Reprod 195, 2001). The findings of Salim, et al (Human Reprod 18:162, 2003) suggested that of 509 women with a history of unexplained recurrent miscarriages, 121 anomalies of all types were found, whereas in 1,976 low risk women examined by sonar, 105 anomalies were detected. This would suggest a rate of uterine anomalies of about 1 in 14 women at low risk for pregnancy loss undergoing sonography. Patients being evaluated for infertility by hysterosalpingogram would show a considerably higher rate. In fact, it is not uncommon in a typical infertility clinic for at least half of the patients to have some abnormality seen on hysterosalpingogram which could be uterine malformation, polyp, fibroid, or adhesion.

(11) A wide variety of lifestyle associated issues have been shown to have a major effect on fertility. For instance, Houserman, et al (Supplement to Fertil Steril 79:14, 2003) were one of many to demonstrate that body mass index ("BMI") greater than 25 resulted in approximately 50% reduction in pregnancy rate. Traffic pollution has been shown to have a profound effect on male infertility (deRosa, Human Reprod 18:1055, 2003). Depression has been suggested to be a causative factor of pregnancy wastage (Sugiura-Ogasawara, Human Reprod 17:2580, 2002). Vaginal bleeding confers an increased risk of pregnancy loss (Williams, Ob & Gyn 78:14, 1991). Insulin resistance and its associated dysglycemia has been linked with infertility, ovulatory dysfunction and pregnancy loss (Craig, et al, Fertil Steril 79:487, 2002), and (Glueck, et al, Fertil Sterl 78, 2001).

(12) Cigarette smoke contains greater than 4,000 chemical compounds including 43 known carcinogens or poisons, and 300 polycyclic aromatic hydrocarbons. Cigarette smoke also

contains methylisocyanate, cyanide, DDT, formaldehyde, lead, carbon monoxide, and a variety of other noxious agents. Cigarette smoking has been known to have a major effect on the outcome of in vitro fertilization (Hughes, Fertil Steril, 62:807; van Voorhis, et al, Ob & Gyn 785, 1996). In fact, many in vitro fertilization programs estimate the reduction in take home baby rate by smokers as much as 50%. Many centers will not perform in vitro fertilization cycles on smokers. In addition, ovarian reserve and semen quality have been shown to be markedly affected by cigarette smoking (Kunzel, Fertil Steril 79:287, 2003).

(13) Finally, exposure of men and women to chemicals in the work place such as heavy metals, organic solvents, pesticides, and cigarettes, has a marked effect on human reproduction. It has been estimated that 75% of all working women of reproductive age, 63% of working women are employed during their pregnancy, and 17% of these women are exposed to known teratogens in the work place (Makuc, et al, Health United States Prevention Profile, 1983, National Center for Health Statistics, DHHS Publication #PHS 841232, Washington, D.C., U.S. Government Printing Office, Dec. 1983, 25-32).

**Plaintiff's Claims**

(14) <u>Uterine Anomaly</u>. An HSG on this Plaintiff in May, 1997 was read as showing a small cavity and "the contours appear to be slightly irregular." This description was accompanied by a differential diagnosis that listed submucosal fibroids or DES exposure. The presence of slight irregularities is a common finding in HSG's of women with or without *in utero* DES exposure and does not suggest a uterine factor for infertility. A second HSG in 2001 was read as "T-shaped," but by that time several uterine traumas to this retroflexed uterus had occurred (D&C and hysteroscope in 1997), and polyps were identified and removed later that year. The characterization of this uterus as "T-shaped," in juxtaposition to the earlier reading,

shows the reader variability of HSG findings and the bias to supply an explanation for fertility difficulties.

(15) <u>Pregnancy Loss</u>. The 2002 pregnancy loss was an early pregnancy loss, common to women with or without *in utero* DES exposure. There is nothing to indicate that this loss was related to any *in utero* DES exposure. Indeed, the presence of persistent smoking and endometriosis in this Plaintiff are the most likely explanations for this loss, if explanation other than the frequency of early loss in general is needed.

(16) <u>Secondary Infertility</u>. The most likely explanations for infertility in this Plaintiff are smoking and endometriosis, as discussed above.

(17) As noted in paragraph 8 above, endometriosis, diagnosed in this Plaintiff in 1997, reduces pregnancy rates, even on IVF, by 50%.

(18) As noted in paragraph 12 above, smoking substantially reduces fertility, reducing the take home baby rate by up to 50%. This Plaintiff was noted to be a heavy smoker for many years.

(19) In addition, this Plaintiff had a uterine polyp, diagnosed and removed in 2001. The presence of this polyp, from an indeterminate date, also reduced Plaintiff's chances of pregnancy.

(20) The fertility prognosis for this couple was diminished by the observation, during IVF procedures, that fertilization rates were variable or low. This factor would be present in normal intercourse as well as on IVF.

(21) Lastly, the IVF efforts in this Plaintiff took place when Plaintiff was about 35 years old, a time when advancing age diminishes reproductive capacity, as noted in paragraph 7 above.

(22) Dr. Blackwell may also be asked to testify in rebuttal to any medical causation evidence that plaintiff may adduce at trial.

(23) Dr. Blackwell has testified by deposition as an expert in the following cases in the last 5 years:

1. Moyer v. Eli Lilly and Co., U.S.D.C., E.D.Pa., 01-CV-4751 (2/12/03);

2. Wall v. Eli Lilly and Co., U.S.D.C., D.D.C. 00-CV-769, 8/1/01;
Seele v. Eli Lilly and Co., U.S.D.C., D.D.C. 00-CV-925, 8/1/01;
Barba v. Eli Lilly and Co., U.S.D.C., D.D.C., 00-CV-656, 8/1/01;

3. Garrett v. Houserman, Circuit Court, Jefferson Co., Al. CV-97-002606;

4. Elliott v. Veren, M.D., Circuit Court, Jefferson Co., Al. CV-01-0124-TK;

5. Navarro v. Centre de Fertilidad del Caribe, Inc., U.S.D.C., D.P.R., 01-977 [JAL];

6. Allegiance Healthcare Corp. v. London Intern'l Group, U.S.D.C., N.D. Ga., 1:98-CV-1796-CC

(24) Dr. Blackwell is compensated at the rate of $500.00 per hour for his work as an expert consultant and witness.

_____
Richard E. Blackwell, Ph.D., M.D.

Dated: 1/3/05