Revised 6/4/2001

**CURRICULUM VITAE**
**RICHARD E. BLACKWELL, Ph.D., M.D.**

**PERSONAL DATA:**

*[handwritten note: G-M-T = Papers on G-M-T Pages as Marked]*

| | |
|---|---|
| Birth Date: | August 4, 1943, Atlanta, Georgia |
| SSN: | 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 |
| Office Address: | University of Alabama at Birmingham |
| | Department of Obstetrics and Gynecology |
| | 618 South 20th Street |
| | 555 Old Hillman Building |
| | Birmingham, Alabama 35233-7333 |

**EDUCATION:**

| | | | |
|---|---|---|---|
| B.A. | Jacksonville University, Jacksonville, Florida | | 1966 |
| M.A. | University of South Florida, Tampa, Florida | | 1968 |
| Ph.D. | Baylor College of Medicine, Houston, Texas | | 1971 |
| M.D. | Baylor College of Medicine, Houston, Texas | | 1975 |

**RESIDENCY:**

Chief Resident and Instructor, Obstetrics/Gynecology — 1978-1979
University of Alabama School of Medicine, Birmingham, Alabama

Third Year Resident, Obstetrics/Gynecology — 1977-1978
University of Alabama School of Medicine, Birmingham, Alabama

Second Year Resident, Obstetrics/Gynecology — 1976-1977
University of Alabama School of Medicine, Birmingham, Alabama

First Year Resident, Obstetrics/Gynecology — 1975-1976
University of Alabama School of Medicine, Birmingham, Alabama

**PROFESSIONAL APPOINTMENTS:**

Director, Reproductive Endocrine Laboratory — 2001 - Present
University of Alabama at Birmingham, Birmingham, Alabama

Director, Center for Contraceptive Research and Technology Transfer — 1998 - Present
University of Alabama at Birmingham, Birmingham, Alabama

Professor of Public Health — 1999 - Present
University of Alabama at Birmingham, Birmingham, Alabama

| | |
|---|---|
| Senior Scientist, Center for Metabolic Bone Disease<br>University of Alabama at Birmingham, Birmingham, Alabama | 1999 - Present |
| Senior Scientist, The Cell Adhesion and Matrix Research Center<br>University of Alabama at Birmingham, Birmingham, Alabama | 1997 - Present |
| Scholar, Lister Hill Center for Health Policy<br>University of Alabama at Birmingham, Birmingham, Alabama | 1997 - Present |
| Professor, Department of Surgery<br>University of Alabama at Birmingham, Birmingham, Alabama | 1991-Present |
| Professor of Obstetrics and Gynecology<br>University of Alabama at Birmingham, Birmingham, Alabama | 1987 - Present |
| Professor of Obstetrics and Gynecology,<br>Director Division of Reproductive Biology and Endocrinology<br>University of Alabama at Birmingham, Birmingham, Alabama | 1987-1995 |
| Associate Professor of Physiology and Biophysics<br>University of Alabama at Birmingham, Birmingham, Alabama | 1986 - Present |
| Associate Professor of Obstetrics/Gynecology<br>University of Alabama at Birmingham, Birmingham, Alabama | 1981 - 1986<br>(Tenured 1984) |
| Assistant Professor of Physiology and Biophysics<br>University of Alabama at Birmingham, Birmingham, Alabama | 1979 - 1986 |
| Assistant Professor of Obstetrics/Gynecology<br>University of Alabama at Birmingham, Birmingham, Alabama | 1979 - 1981 |
| Member Scientist, Comprehensive Cancer Center<br>University of Alabama at Birmingham, Birmingham, Alabama | 1977 - Present |
| Associate Scientist, Comprehensive Cancer Center<br>University of Alabama at Birmingham, Birmingham, Alabama | 1975 - Present |
| Instructor of Physiology and Biophysics<br>University of Alabama at Birmingham, Birmingham, Alabama | 1975 - 1979 |
| Junior Medical Fellow<br>M.D. Anderson Hospital and tumor Institute, Houston, Texas | 1975 |
| Postdoctoral Fellow<br>U.S. Public Health Service | 1972 |

| | |
|---|---|
| Instructor of Physiology | 1971 - 1975 |
| Baylor College of Medicine, Houston, Texas | |
| Postdoctoral Fellow | 1971 - 1972 |
| | |
| The Salk Institute, San Diego, California | |
| A.L.D. Postdoctoral Fellow | 1971 - 1972 |
| | |
| Ford Foundation Fellow in Reproductive Biology | 1970 - 1971 |
| | |
| U.S. Public Predoctoral Fellow | 1968 - 1971 |
| (5-Fol-GM39, 257-02-Pe) | |
| | |
| Teaching Fellow | 1967 - 1968 |
| University of South Florida | |
| Research Fellow | 1966 - 1967 |
| University of South Florida | |

**PROFESSIONAL SOCIETIES:**

American College of Obstetrics and Gynecology, Fellow
American College of Surgeons, Fellow
Society for Gynecologic Investigation
Endocrine Society
American Physiological Society
Society for the Study of Reproduction
Society for Neuroscience
Society for Experimental Biology and Medicine
Society of Reproductive Endocrinologists
Association of Professors of Gynecology and Obstetrics
Birmingham Surgical Society
Alabama Association of Obstetricians and Gynecologists
Greater Birmingham Ob/Gyn Society
Southern Medical Association
American Medical Association
Medical Association of the State of Alabama
Jefferson County Medical Society

**LICENSES:**

Texas license - 4209
Alabama license - 7352

**THESIS:** (M.A.) Major Professor - Dr. Joe R. Linton
Isolation and Characterization of Neurohypophysial Principles from the Pituitary Gland of the Gray Mullet, Mugil Cephalus Linnaeus

**DISSERTATION:** (Ph.D.)  Major Professor - Dr. Roger Guillemin
Nature of the Hypothalamic control of the Secretion of the Gonadotrophins

**FELLOWSHIPS:**

Reproductive Endocrinology                                1971 - 1972
The Salk Institute, San Diego, California

Reproductive Medicine                                     1979 - 1980
University of Alabama at Birmingham, Department of Ob/Gyn
Birmingham, Alabama

**CERTIFICATION:**

American Board of Obstetrics and Gynecology (Ob/Gyn)
Certified 1982

American Board of Obstetrics and Gynecology (Reproductive Medicine)
Certified 1987

American Registry of Diagnostic Medical Sonographers (ARDMS), Registry # 53979,
Certified 1998

University of South Florida, Business of Medicine - Online
Certificate (100 hr./10 hr. MBA)

**STUDY SECTIONS:**

NSF - Ad Hoc Reviews Regulatory Biology
NIH - Physiology/Toxicology and Small Business committee

**COMMITTEES:**

American Fertility Society Board of Directors, Associate Member (1983-1984)
American Fertility Society, Society Development Committee
American Fertility Society, Sessions Management Committee
American Fertility Society, Fellowship Committee
American Fertility Society, Public Relations Committee
American Fertility Society, Industry Committee
American Fertility Society, Press and Public Relations Committee
American Society for Reproductive Medicine, Research Committee
University of Alabama Cost Containment Committee
University of Alabama Clinical Research Center Committee
University of Alabama Department of Ob/Gyn Business Practice Committee
University of Alabama Department of Ob/Gyn Development Committee
University of Alabama Reynolds Historical Library Steering Committee

**INDUSTRY APPOINTMENTS:**

Board of Directors, Complete Health, Inc.
Scientific Advisory Board, Serono Laboratories, Inc.
Scientific Advisory Board, TAP Pharmaceuticals, Inc.
Medical Advisor, Serono Laboratories, Inc.
Consultant, Lewin VHI, Washington, DC
Algorithm Team, Serono Laboratories, Inc.
Scientific Advisory Board, Eli Lilly and Company
Special Consultant, Serono Laboratories, Inc.
Consultant, Jones & Bartlett
Consultant, William Mercer Company
Consultant, Pharmacia/Upjohn
Consultant, Parke-Davis
Consultant, Solvay Pharmaceuticals
Consultant, Wyeth-Ayerst Laboratories
Consultant, Sandoz Pharmaceuticals

**BUSINESSES:**

IndoAmerican Imports
Medlogic
Endotech, Inc.
Reproductive Medical Press

**EDITORIAL RESPONSIBILITIES:**

Ad Hoc Reviewer, Fertility and Sterility
Ad Hoc Reviewer, Obstetrics and Gynecology
Ad Hoc Reviewer, The Journal of Clinical Endocrinology and Metabolism
Corresponding Member, International Correspondence Society of Ob/Gyn
Ad Hoc Reviewer, New England Journal of Medicine
Ad Hoc Reviewer, American Journal of Obstetrics and Gynecology
Ad Hoc Reviewer, JAMA

**GRANT SUPPORT:**

+─ U.S. Public Health Service Predoctoral Fellowship (1968-1971)
 T─ National Institutes of Health Postdoctoral Fellowship (1971-1972)
  ┼─A.I.D. Postdoctoral Fellowship (1971-1972)
  ┬─Ford Foundation Fellowship (1970-1971)
    NIH General Research Support, Baylor College of Medicine (1972-1975, $5,000.00)
    University of Alabama at Birmingham comprehensive Cancer Center Grant (1979, $2,500.00)


+   =   Papu(s)

Progress for Applied Research on Fertility Regulation, "Development and Clinical Testing of an Estrogen/Bromocriptine Regime as an Interceptive and/or Abortifacient Means of Fertility Regulation," (1979, $7,500.00)

Ansell, Inc., "In Vitro Evaluation Testing of Spermicidal Activity of Condoms Coated with Nonoxynol-9," (1980, $16,200.00)

Ansell, Inc., "In Vivo Evaluation of condoms Utilizing a Two-Phase Nonoxynol-9 System," (1980, $8,100.00)

Ansell, Inc., "Condom User Study," (1985, $19,500.00)

Lilly Research Laboratories, "Phase II Controlled Clinical Trial of Pergolide Mesylate and Bromocriptine Mesylate in the Treatment of Galactorrhea-Amenorrhea due to Hyperprolactinemia Within Pituitary Tumors," (1983, $63,288.00)

Lilly Research Laboratories, "Phase II Controlled Clinical Trial of Pergolide Mesylate and Bromocriptine Mesylate in the Treatment of Prolactin Secreting Pituitary Tumors," (1983, $52, 663.50)

Lilly Research Laboratories, "Phase III Open-Label Clinical Trial of Pergolide Mesylate in the Treatment of Galactorrhea-Amenorrhea Due to Hyperprolactinemia Without Pituitary Tumors," (1983, $42,450.75)

Lilly Research Laboratories, "Phase III Open-label Clinical Trial of Pergolide Mesylate in the Treatment of Prolactin Secreting Pituitary Tumors," (1983, $23,962.87)

Sandoz Research Institute, "An Open-Label Study to Evaluate the Safety and Efficacy of Parlodel (CB-154 or Bromocriptine Mesylate) in Hyperprolactinemic Patients With Extrasellar Extension of Pituitary Adenomata" (1981, $27,628.00)

Sandoz Research Institute, "A Pilot Study of CV205-502 in Patients With Hyperprolactinemia," (1986, $26,309.36)

The Upjohn Company, "Efficacy of Ibuprofen in the Prevention of Adhesions Following Tubal Surgery," (1985, $4,875.00)

William H. Rorer, Inc., "A Double-Blind Comparative Study of Lidamadine Hydrochloride and Placebo in the Treatment of Moderate to Severe Dysmenorrhea" (1985, $12,687.50)

Abbott Laboratories, "Leuprolide Dept vs Placebo in the Treatment of Endometriosis Associated with Pain" (1986, $38,018.75)

Abbott Laboratories, "Leuprolide Depot vs Danazol in the Treatment of Endometriosis" (1987, $109,987.50)

Abbott Laboratories, "A Double-Blind Study of Leuprolide Depot vs. Placebo in the Treatment of Uterine Fibroids Using Acuson Ultrasound or NMR Imaging" (1987, $29,967.50)

Sandoz Laboratories, "An Open Label Multicenter Study to Evaluate the Safety and Efficacy of CV205-502 in Patients with Prolactin Levels Above 100 ng/ml" (1988, $30,000.00)

Johnson & Johnson Patient Care, Inc., "Evaluation of TC7 Adhesion Barrier for the Reduction of Postoperative Sidewall Adhesions" (1988, $28.500.00)

Serono Laboratories, Inc., "A Randomized Comparative Trial of Lupron Metrodin (pure FSH) vs Metrodin Alone in Infertile Women with Polycystic Ovarian Syndrome" (1988, $20,000.00)

Ansell, Inc., "Evaluation of Polyurethane Condom Prototype" ( 1988, $6,000.00)

Sandoz Laboratories, Inc., "A Double-Blind Study of CV205-502 vs Parlodel in Hyperprolactinemic Women" (1988, $33,240.00)

Sandoz Laboratories, Inc., "A Retrospective Study of the Long-Term Effects of Parlodel for the Treatment of Prolactin-Secreting Macroadenomas" (1988)

Family Health International, "Evaluation of Consumer Preference, Attitudes, and Acceptance of the New Vaginal Contraceptive Device and its Potential Functionality" (1989, $3,918.00)

Sandoz Laboratories, Inc., "An Open Label Study of CV205-502 in Hyperprolactinemic Patients, Inclusion of Patients Having Prolactin Secreting Macroadenomas" (1990, $9,247.00)

Family Health International, "Phase I Comparison of the Spermicidal Activity of a Vaginal Cream Containing D-Popranolol and a Vaginal Gel Containing Nonoxynol-9" (1990, $24,380.00)

Abbott Laboratories, "Proficiency Protocol for Urinary EIG/PDG by RIA" (1991, $71,500.00)

Pharmaquest Laboratories, "A Double-Blind, Randomized, Parallel, Placebo-Controlled Study to Determine the Efficacy and Safety of TX 1066 (Nomegestrol Acetate) in the Treatment of Oligomenorrhea and Secondary Amenorrhea" (1992, $20,092.00)

Abbott Laboratories, "Assayed Sample Collection Project, Phase II, Urinary Reproductive Hormones Estrone-3-Glucuronide Pregnanediol Glucuronide" (1993, $64,960.00)

Serono Laboratories, "Unexplained Infertility Treated with Metrodin XP" (1993, (medication provided, $10,000.00)

⊣⊢ Gyn-Pharma, Inc., "A Multiple Dose Pharmacokinetic/Pharmacodynamic Study of Gyno-300 (Progesterone Vaginal Suppositories to Determine the Optimum Dose for Pregnancy Maintenance)", Study D94-32001 (1994, $104,867.00)

Aladan Corp., "FDA Protocol for Spermicide Test (1994, $2,400.00)

NIH, Phase I "Special Interest Project #10: Women of Reproductive Age, Female-Controlled Methods of Contraception" (1996, $6,500.00)

⊣⊢ Centers for Disease Control and Prevention, Cooperative agreement U48/CCU409679-02, Special Interest Project No. 10: Women of Reproductive Age: Female Controlled Methods of Contraception (in collaboration with the Department of Epidemiology), (1996, $16,050.00)

⊣⊢ National Institute of Child Health and Human Development RFA CRE-96-03: Study to Standardize and Quantitate the Measurement of Acid Phosphatase or Another Male Biologic Marker in Vaginal fluids After Intercourse (in collaboration with the Department of Epidemiology), ($9,685.00, 1997).

⊣⊢ NIH, "A Study of Mechanical Failure of the Female Condom", in association with Dr. Maurizio Macaluso and Dr. Glen Hartin (Epidemiology) CDC/Assoc. Of Schools of Public Health ($45,438.00, 1997)

Testing of Finish of Condom (Calcium Carbonate, Magnesium Carbonate, In Vivo", London International Mobile, AL (1998, $18,522.00).

Serono Laboratories, "A phase III, open-label, multicenter study to evaluate the safety and efficacy of recombinant human follicle stimulating hormone (Gonal-F) administered by the subcutaneous route to induce follicular development in oligo-anovulatory infertile women," $10,000.00, 1998).

Ansell, Inc., "Evaluation of new detergent agents for spermicidal activity, in vitro," ($9,000.00, unrestricted gift to Department of Ob/Gyn, 1998).

⊣⊢ Ansell, Inc., "A slippage and breakage study of the Xtra Pleasure condom," ($332,000.00, 1999).

⊣⊢ Family Health International, NIH Project No. NO1-HD-73271, Study 9631, "Efficacy Trial of Spermicidal Agents," (1999, $330,784.00).

⊣⊢ CDC Cooperative Agreement, Project No. ASPH/50747, "Condom failure and semen exposure in high risk women," Dr. Maurizio Macaluso PI, (1999, $74,254.00).

Condax LLC, Phase I NICHD study to evaluate the congrip antislip condom, $26,250, pending

Condax LLC, Phase II Kwikeze applicator study, $144,000, pending

**SCIENTIFIC EXHIBITS:**

"In Vivo and In Vitro Evaluation of Latex Condoms Using a Two-Phase Nonoxynol-9 Coaging System"
(American Fertility Society, 1983)

**HOSPITAL APPOINTMENTS:**

University of Alabama Hospitals
Brookwood Medical Center
Baptist Medical Center Montclair
Saint Vincent's Hospital
Medical Center East
Columbia Outpatient Service Center
HealthSouth Medical Center

**RESEARCH INTERESTS:**

| | |
|---|---|
| 1983 - 1966 | Regulation of neurotransmission in crayfish ventral ganglion toxicology of organophosphates in mammals (Dept. Of Navy) |
| 1966 - 1968 | Isolation and comparative endocrinology of octapeptide principals from bony fish Toxicology of organophosphates in marine invertebrates (Dept. Of Army)<br>Electron microscope evaluation of bony fish pituitaries exposed to osmotic gradients |
| 1968 - 1972 | Isolation of hypothalamic releasing and inhibiting factors from ovine hypothalami |
| 1973 - 1975 | Control of prolactin secretion in the isolated sheep model in vivo |
| 1975 - 1986 | Natural history, diagnosis and management pediatric, adolescents, and adults with prolactin secreting micro- and macroadenomas: evaluation of the regulation of prolactin secretion in human pituitary cell monolayers<br>Pharmacology of dopamine agonists<br>Paracrine control of prolactin secretion by gonadotropes in vitro<br>Development of a new nonoxynol-9 coated barrier contraceptive device |
| 1986 - Present | Pituitary cell social behavior<br>Application of molecular biology to the study of male infertility<br>Evaluation of the female secretory immune system and its association with reproduction<br>Contraceptive development |

**INVITED LECTURES:**

Jack A. Atkinson Memorial Lecture Series on Endocrinology, King's Daughters Hospital, Jacksonville, MS
1981
University of Mississippi Medical Center, Dept. Of Ob/Gyn, Jackson, MS, 1981
American College of Ob/Gyn 27th Annual Meeting, Las Vegas, NV, 1981
Continental Gynecological Society, Point Clear, AL, 1981
Continental Gynecological Society, Bermuda, 1984
American Fertility Society 37th Annual Meeting, Atlanta, GA, 1981

**SCIENTIFIC EXHIBITS:**

"In Vivo and In Vitro Evaluation of Latex Condoms Using a Two-Phase Nonoxynol-9 Coaging
    System" (American Fertility Society, 1983)

**HOSPITAL APPOINTMENTS:**

University of Alabama Hospitals
Brookwood Medical Center
Baptist Medical Center Montclair
Saint Vincent's Hospital
Medical Center East
Columbia Outpatient Service Center
HealthSouth Medical Center

**RESEARCH INTERESTS:**

1983 - 1966    Regulation of neurotransmission in crayfish ventral ganglion toxicology of
               organophosphates in mammals (Dept. Of Navy)

1966 - 1968    Isolation and comparative endocrinology of octapeptide principals from bony fish
               Toxicology of organophosphates in marine invertebrates (Dept. Of Army)
               Electron microscope evaluation of bony fish pituitaries exposed to osmotic gradients
1968 - 1972    Isolation of hypothalamic releasing and inhibiting factors from ovine hypothalami
1973 - 1975    Control of prolactin secretion in the isolated sheep model in vivo
1975 - 1986    Natural history, diagnosis and management pediatric, adolescents, and adults with
               prolactin secreting micro- and macroadenomas: evaluation of the regulation of
               prolactin secretion in human pituitary cell monolayers
               Pharmacology of dopamine agonists
               Paracrine control of prolactin secretion by gonadotropes in vitro
               Development of a new nonoxynol-9 coated barrier contraceptive device
1986 - Present Pituitary cell social behavior
               Application of molecular biology to the study of male infertility
               Evaluation of the female secretory immune system and its association with
               reproduction
               Contraceptive development

**INVITED LECTURES:**

Jack A. Atkinson Memorial Lecture Series on Endocrinology, King's Daughters Hospital,
    Jacksonville, MS 1981
University of Mississippi Medical Center, Dept. Of Ob/Gyn, Jackson, MS, 1981
American College of Ob/Gyn 27th Annual Meeting, Las Vegas, NV, 1981
Continental Gynecological Society, Point Clear, AL, 1981
Continental Gynecological Society, Bermuda, 1984

American Fertility Society 37th Annual Meeting, Atlanta, GA, 1981
American Fertility Society 38th Annual Meeting, Las Vegas, NV, 1982
American Fertility Society 39th Annual Meeting, San Francisco, CA, 1983
American Fertility Society 40th Annual Meeting, New Orleans, LA, 1984
American Fertility Society Postgraduate Course, Keystone, CO, 1982
American Fertility Society Postgraduate Course, Vail, CO, 1985
American College of Ob/Gyn Family Planning Seminar, Atlanta, GA, 1983
American Fertility Society 41st Annual Meeting, Chicago, IL, 1985
Controversies in Ob/Gyn, Dept. Ob/Gyn, Baptist Medical Center, Jacksonville, FL, 1984
Southern Gynecological and Obstetrical Society, Birmingham, AL, 1985
Charles E. Flowers Symposium, Birmingham, AL, 1985
Southern Ob/Gyn Society 31st Annual Meeting, Asheville, NC, 1984
University of Miami, Dept. Ob/Gyn, Miami, FL, 1986
Pergonal Roundtable, sponsored by Serono Laboratories, Washington, DC, 1986
Ovulation Induction Regional Symposium, sponsored by Serono Laboratories, Atlanta, GA, 1986
National Symposium on the Clinical Management of Prolactin-Related Reproductive Disorders,
    sponsored by Sandoz Pharmaceuticals, Scottsdale, AR, 1985
National Symposium on Prolactin Disorders, sponsored by Sandoz Pharmaceuticals, Marco Island,
    FL, 1986
American Fertility Society 42nd Annual Meeting, Ontario, CA, 1986
American College of Ob/Gyn 34th Annual Meeting, New Orleans, LA, 1986
American College of Ob/Gyn Postgraduate Course, New Orleans, LA, 1986
American College of Ob/Gyn Postgraduate Course, Las Vegas, NV, 1987
National Symposium on the Clinical Management of Prolactin-Related Reproductive Disorders,
    sponsored by Sandoz Pharmaceuticals, Key Biscayne, FL, 1987
American Fertility Society Postgraduate Course, Oahu, Hawaii, 1986
American Fertility Society Postgraduate Course, Bermuda, 1987
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1980
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1981
Progress in Ob/Gyn, UAB, Dept Ob/Gyn, Birmingham, AL, 1982
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1983
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1984
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1985
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1986
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1987
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1988
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, Al, 1989
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1990
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1991
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1992
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1993
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1994
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1995
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1996
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1997

Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1998
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 1999
Progress in Ob/Gyn, UAB, Dept. Ob/Gyn, Birmingham, AL, 2000
National Symposium on Ovulation Induction, Washington, DC, 1986
Ft. Lauderdale Ob/Gyn Society, Ft. Lauderdale, FL, 1987
American Fertility Society 43rd Annual Meeting, Reno, NV, 1987
Serono Laboratories symposium, Ovulation Induction: State of the Art, Scottsdale, AR, 1988
Frank Locke symposium, Winston-Salem, NC, 1998
TAP Pharmaceutical symposium, Current Role of GnRH Agonists in Obstetrics and Gynecology, Boston, MA, 1988
Serono Laboratories Investigator's Conference, Multicenter Lupron + Metrodin PCO Study, Boston, MA, 1988
Charles Flowers Society, Current Evaluation of the Infertile Couple, and Application of GnRH Analogs to Gynecology, Big Sky, MT, 1989
Grand Rounds, Endometriosis, Springhill Memorial Hospital, Mobile, AL, 1989
Grand Rounds, Evaluation of the Infertile Couple, University of Louisville, Louisville, KY, 1989
TAP Pharmaceuticals Ob/Gyn lecture, Application of GnRH Analogs to Gynecology, Huntsville, AL, 1989
Grand Rounds sponsored by Serono Laboratories, George Washington University, Washington, DC, 1989
Serono Laboratories symposium, Medical and Surgical Induction of Ovulation, San Francisco, CA, 1989
TAP Pharmaceuticals symposium, The Role of GnRH Agonists in Obstetrics and Gynecology, Orlando, FL, 1989
Grand Rounds, University of Florida, Tampa, FL, 1989
ACOG Postgraduate Course, Infertility: An Update 1989, Atlanta, GA, 1989
Regional AFS Postgraduate Course, "Infertility 1989: Meeting the challenge, Ft. Lauderdale, FL, 1989
Serono Laboratories symposium, Gonadotropin Therapy in Practice, Atlantic City, NJ, 1989
Grand Rounds sponsored by TAP Pharmaceuticals, Singing River Hospital, Pascagoula, MS, 1989
TAP Pharmaceuticals symposium, General Application of GnRH Agonists, Jacksonville, FL, 1989
Grand Rounds sponsored by TAP Pharmaceuticals, General Application of GnRH Agonists, University of Tulsa, Tulsa, OK, 1989
Symposium sponsored by UAB Division of Reproductive Biology and Endocrinology, New Techniques in the Management of the Infertile Couple, Embassy Suites Hotel, Birmingham, AL, 1989
Grand Rounds, sponsored by TAP Pharmaceuticals, Clinical Application of GnRH Agonists in Gynecology, University of Texas SW Medical Center, Dallas, TX, 1989
Grand Rounds, sponsored by TAP Pharmaceuticals, General Application of GnRH Agonists, University of South Alabama, Mobile, AL, 1989
AFS Postgraduate Course, Ovulation Induction, Rochester, NY, 1989
Ob/Gyn lecture, sponsored by TAP Pharmaceuticals, General Application of GnRH Analogs, Anniston, AL, 1989
Grand Rounds, sponsored by Serono Laboratories, Chicago, IL, 1989
Sandoz Pharmaceuticals conference, Southern Baptist Hospital, New Orleans, LA, 1989

Hysteroscopy/KTP, YAG Course, Hysteroscopy: Indications, Instrumentations and Distention Systems, Brookwood Hospital, Birmingham, AL, 1989

Serono Laboratories lecture to the Serono Board of Directors, Boston, MA, 1990

Grand Rounds, sponsored by TAP Pharmaceuticals, General Application of GnRH Analogs, Piedmont Hospital, Atlanta, GA, 1990

Serono Laboratories lecture to the Serono sales force, A Physician's Perspective on Parlodel, Phoenix, AR, 1990

Serono Laboratories National Symposium, Evaluation of Ovulatory Disorders, Scottsdale, AR, 1990

Serono Laboratories Regional Workshop, Ovulation Induction with Emphasis on Gonadotropin Therapy, Dallas, TX, 1990

Grand Rounds, Hyperprolactinemic Syndrome, University of Alabama at Birmingham, Birmingham, AL, 1990

Sandoz Laboratories Symposium, Office Infertility for the Obstetrician/Gynecologist, Atlanta, GA, 1990

Takeda Laboratories, Inc. lecture, Endometriosis and the Emerging Role of GnRH Agonist Therapy, Osaka, Japan, 1990

Grand Rounds, sponsored by TAP Pharmaceuticals, Endometriosis: New Trends and Current Therapy, Grand Rapids, MI, 1990

American Fertility Society Postgraduate course, Infertility: Office to Operating Room, San Francisco, CA, 1990

Serono Laboratories Regional Workshop, Ovulation Induction with a Focus on Gonadotropin Therapy, Pittsburgh, PA, 1990

National Kaiser-Permanente Ob/Gyn Conference Diagnosis and Management of Pituitary Tumors. The Use of GnRH Analogs in Gynecology and Diagnosis and Treatment of Unexplained Infertility, Maui, Hawaii, 1990

Serono regional workshop, Ovulation Induction: With a Focus on Gonadotropin Therapy, Newport Beach, CA, 1990

Serono symposium, Ovulation Induction: With a Focus on Gonadotropin Therapy, New York, NY, 1990

Grand Rounds, sponsored by Serono Laboratories, Evaluation and Management of the Infertile Couple, Cornell University, New York, NY, 1990

Grand Rounds, sponsored by Serono Laboratories, Diagnosis and Treatment of Hyperprolactinemia, Rush University, Chicago, IL, 1990

Grand Rounds, sponsored by Serono Laboratories, Office Infertility and Evaluation of Ovulatory Disorders, Lutheran Hospital, Denver, CO, 1990

Grand Rounds, sponsored by Serono Laboratories, Current Evaluation of the Infertile couple, Rose Hospital, Denver, CO, 1990

Grand Rounds, sponsored by Serono laboratories, Diagnosis and Treatment of Hyperprolactinemia, University Hospital Health Sciences Center, Denver, CO, 1990

Grand Rounds, sponsored by Serono Laboratories, Unexplained Infertility, Albany Medical Center, Albany, NY, 1990

Grand Rounds, Diagnosis and Management of Hyperprolactinemic Syndromes, Vanderbilt University Medical Center, Nashville, TN 1990

Serono Laboratories regional workshop, Induction of Ovulation, St. Louis, MO, 1990

AAGL Postgraduate course, sponsored by Serono Laboratories, Ovulation Induction: The Art of Clinical Interpretation, Orlando, FL, 1990

Grand Rounds, sponsored by TAP Pharmaceuticals, General Application of GnRH Agonists in Gynecology, University of MA, Worcester, MA, 1990

Grand Rounds, sponsored by Serono laboratories, Diagnosis and Management of Prolactin Disorders, University of Oklahoma, Oklahoma City, OK, 1990

Grand Rounds, sponsored by Serono Laboratories, Patient with Unexplained Infertility, What to Do, University of Texas Health Sciences Center, San Antonio, TX, 1990

UAB Ob/Gyn seminar, New Techniques in the management of the Infertile Couple, Birmingham, AL, 1990

Grand Rounds, sponsored by TAP Pharmaceuticals, Treatment of the Infertile Couple, Maine Medical Center, Portland, ME, 1990

University of Oklahoma Postgraduate course, Infertility Update and Collaboration, Aspen, CO, 1991

Serono Laboratories symposium, Ovulation Induction: State of the Art III, San Diego, CA, 1991

TAP Pharmaceuticals symposium, The Role of GnRH Analogs in Ob/Gyn, Scottsdale, AR, 1991

American Fertility Society Regional Postgraduate Course, Contemporary management of Reproductive Endocrinology and Infertility, Vail, CO, 1991

Grand Rounds, sponsored by TAP Pharmaceuticals, Endometriosis, Bethlehem, PA, 1991

Gand Rounds, sponsored by TAP Pharmaceuticals, management of the Endometriosis Patient, University of Cincinnati, Cincinnati, OH, 1991

Grand Rounds, sponsored by TAP Pharmaceuticals, Treatment of the Infertile Couple, Bethesda Hospital, Cincinnati, OH, 1991

Piedmont Ob/Gyn Society lecture, sponsored by TAP Pharmaceuticals, Endometriosis, Durham, NC, 1991

Grand Rounds, sponsored by TAP Pharmaceuticals, Endometriosis, Goldsboro Hospital, Raleigh, NC, 1991

Grand Rounds, sponsored by TAP Pharmaceuticals, Endometriosis, Rex Hospital, Raleigh, NC, 1991

Grand Rounds, sponsored by TAP Pharmaceuticals, General Application of GnRH Analogs, University of Mississippi, Jackson, MS, 1991

Orlando Ob/Gyn Society lecture, sponsored by TAP Pharmaceuticals, Endometriosis, Orlando, FL, 1991

The Woodland Clinical Medical Group lecture, sponsored by Serono Laboratories, The Infertility Workup, Diagnosis, Monitoring, and Dosing, Sacramento, CA, 1991

Modesto Ob/Gyn Group lecture, sponsored by Serono Laboratories, Treatment of the PCO Patient, Modesto, CA, 1991

Tallahassee Ob/Gyn Group lecture, sponsored by TAP Pharmaceuticals, General Application of GnRH Analogs, Tallahassee, FL, 1991

Serono Laboratories symposium, Advanced Gonadotropin Therapy, Boston, MA, 1991

Grand Rounds lecture, sponsored by Serono Laboratories, Unexplained Infertility, Massachusetts General Hospital, Boston, MA, 1991

Baylor University Postgraduate Course, Infertility in the '90's, Dallas, TX, 1991

Greenville Ob/Gyn Society and Wilson Ob/Gyn Society lecture, sponsored by TAP Pharmaceuticals, Contemporary management of Endometriosis, Greenville & Wilson, NC, 1991

Grand Rounds, sponsored by TAP Pharmaceuticals, Operative endoscopy in Diagnosing and Managing Endometriosis, University of Florida at Gainesville, Gainesville, FL, 1991

Grand Rounds, sponsored by TAP Pharmaceuticals, Contemporary Management of Endometriosis, Greenville Hospital, Greenville, SC, 1991

Serono Symposium, Ovulation Induction in the '90's, San Antonio, TX, 1991

Grand Rounds, sponsored by TAP Pharmaceuticals, The Gynecological Application of GnRH Agonists, Hutzel Hospital, Detroit, MI, 1991

Grand Rounds, sponsored by TAP Pharmaceuticals, General Application of GnRH Agonists, Raleigh and Rocky Mount, NC, 1991

Grand Rounds, sponsored by Parke-Davis, Physiology of the Perimenopausal Patient, Baptist Hospital, Pensacola, FL, 1991

Serono Laboratories symposium, Fertility Diagnosis and Treatment, Chicago, IL, 1992

HCA Center for Research and Education, Fifth Reunion of Advances in Infertility and Reproductive Endocrinology, Steamboat Springs, CO, 1992

Grand Rounds, sponsored by Parke-Davis, Physiology of Perimenopausal Women, University of South Alabama, Mobile, AL, 1992

Grand Rounds, sponsored by Parke-Davis, Perimenopause and Oral Contraceptive Use, Francis Medical Center, Peoria, IL, 1992

Spring symposium, Reproductive Riddles-Round 2, Medical University of South Carolina, Charleston, SC, 1992

Female Health Care Seminar series, sponsored by Parke-Davis, Washington, DC, 1992

Grand Rounds, sponsored by TAP Pharmaceuticals, General Application of GnRH Analogs, Opelika, AL, 1992

Ob/Gyn Society lecture, sponsored by Parke-Davis, Physiology of the Perimenopausal Patient, Kennestone Hospital, Marietta, GA, 1992

American Fertility Regional Postgraduate Course, Reproductive Health Care: Practical Solutions for Common Problems, New York and Bermuda, 1992

AFS Hands-on Pelvic Endoscopy Advanced Course, Birmingham, AL, 1992

Ob/Gyn Society lecture, sponsored by TAP Pharmaceuticals, General Application of GnRH Analogs, Columbus, GA, 1992

Lecture, sponsored by Parke-Davis, Hormonal Needs of the Perimenopausal Woman, Naval Air Station Hospital, Pensacola, FL, 1992

Ob/Gyn Society lecture, sponsored by Parke-Davis, Hormonal Needs of the Perimenopausal Woman, Huntsville, AL, 1992

UAB Reproductive Endocrinology Postgraduate Course, sponsored by TAP Pharmaceuticals, Fundamentals and Frontiers: Myomectomy and Benign and Malignant Pathology of the Breast, Birmingham, AL, 1992

Ob/Gyn Society lecture, sponsored by TAP Pharmaceuticals, General Application of GnRH analogs, Oklahoma City, OK, 1992

Grand Rounds, Diagnosis and Strategies on the Treatment of Endometriosis, Metro Hospital and Mt. Sinai Hospital, Cleveland, OH, 1992

Serono Laboratories, An International Symposium on FSH, Hormonal Needs of the Perimenopausal Patient, Boston, MA, 1992

Grand Rounds, sponsored by Parke-Davis, Hormonal Needs of the Perimenopausal Patient, William Beaumont Hospital, Detroit, MI, 1992

Ovulation Induction Conference, sponsored by Serono Laboratories, Women's Center of Excellence, New Orleans, LA, 1992

Ob/Gyn Society of Rome, GA, sponsored by TAP Pharmaceuticals, Endometriosis, Rome, GA, 1992

Ob/Gyn Society of Dalton, GA lecture, sponsored by TAP Pharmaceuticals, Endometriosis, Dalton, GA, 1992

Ob/Gyn Society of Chattanooga, TN lecture, sponsored by TAP Pharmaceuticals, Endometriosis, Chattanooga, TN, 1992

Grand Rounds, sponsored by TAP Pharmaceuticals, Current Management of Pelvic Pain, Roanoke Medical Center, Roanoke VA, 1992

Grand Rounds, sponsored by TAP Pharmaceuticals, Current Management of Pelvic Pain, New Haven Ob/Gyn Group, New Haven, CT, 1992

Wall Lake Ob/Gyn group lecture, sponsored by Parke-Davis, Hormonal Needs of the Perimenopausal Woman, Wall Lake, MI, 1992

Grand Rounds, sponsored by Parke-Davis, Hormonal Needs of the Perimenopausal woman, Christ Hospital, Oak Lawn, IL, 1992

Guest speaker, Southern Medical Association Symposium, Myomectomy, and Evaluation and Treatment of the Unexplained Infertile couple, San Antonio, TX, 1992

Grand Rounds, sponsored by TAP Pharmaceuticals, Update in Appearance of Endometriosis and Importance of Treating It, Hackensack Medical Center, Hackensack, NJ, 1992

Dallas Area Ob/Gyn Group lecture, sponsored by Parke-Davis, Hormonal Needs of the Perimenopausal Woman, Dallas, TX, 1992

Reproductive Endocrinology Luminary Program, sponsored by Serono Laboratories, Santa Fe, NM, 1993

Medical Genetics Dept. Lecture, Workup of the Infertile Couple, UAB, Birmingham, AL, 1993

Grand Rounds, sponsored by TAP Pharmaceuticals, Endometriosis, Riverside Hospital, Newport News, VA, 1993

Grand Rounds, Update on Pathophysiology & Therapy of Hyperprolactinemia, Georgetown, VA, 1993

Lecture, sponsored by Serono Laboratories, The Changing Role of FSH in Ovulation Induction, Auckland, New Zealand, 1993

Lecture, sponsored by Serono Laboratories, Hyperstimulation, Sydney, Australia, 1993

Lecture, sponsored by Serono Laboratories, Diagnosis and management of Hyperstimulation Syndrome, Melbourne, Australia, 1993

Guest lecturer, VII World Congress on Human Reproduction Joint IV World Conference on Fallopian Tubes in Health and Disease, Hyperstimulation, and Endometriosis, Bali, Indonesia, 1993

Lecture, sponsored by TAP Pharmaceuticals, The Latest Treatment of Endometriosis in the USA, Bali, Indonesia, 1993

Symposium lecture, sponsored by Serono laboratories, Investigation of the Infertile Couple at Family Physician Level, Singapore, Japan, 1993

AAOG lecture, Issues in the Perimenopause, Orange Beach, AL, 1993

Grand Rounds, sponsored by Parke-Davis, The Biology of Aging, Milwaukee, WI, 1993

Grand Rounds, sponsored by Serono laboratories, Thomas Jefferson Medical Center, Philadelphia, PA, 1993

John C. Weed Conference, sponsored by Serono laboratories, Oschner Clinic, New Orleans, LA, 1993

Grand Rounds, sponsored by TAP Pharmaceuticals, Atypical Endometriosis, Pittsburgh, PA, 1993

Lecture, sponsored by Serono Laboratories, Medical College of Georgia, Augusta, GA, 1993

Lectures, sponsored by TAP Pharmaceuticals, Medical and Surgical Methods of Ovulation Induction, Benign and Malignant Pathology of the Breast, and Management of Uterine Fibroids, Sacramento, CA, 1993

TAP Consult Program, sponsored by TAP Pharmaceuticals, Endometriosis, Minneapolis, MN, 1993

Grand Rounds, sponsored by TAP Pharmaceuticals, Uterine Fibroids, Arnold Palmer Hospital, Orlando Regional Medical Center, Orlando, FL, 1993

The Central Florida Obstetrical and Gynecological Society Summer Forum, sponsored by Serono Laboratories, Ovulation Induction, Grand Cypress Resort, Orlando, FL, 1993

Memphis Ob/Gyn Society lecture, sponsored by Parke-Davis, Needs of the Perimenopausal Woman, Peabody Hotel, Memphis, TN, 1993

Lectures, sponsored by TAP Pharmaceuticals, General Application of GnRH Agonists, and Endometriosis, Detroit, MI, 1993

Grand Rounds, sponsored by Serono Laboratories, Unexplained Infertility: Changing Roles of LH/FSH, University of Arkansas, Little Rock, AK, 1993

Lecture, sponsored by Serono Laboratories, Ovulation Induction, Dallas, TX, 1993

Symposium, sponsored by Serono/Symedco, Critical Assessment of FSH and LH in Follicular Development: An International Conference, and Endogenous LH After Down-Regulation, Dallas, TX, 1993.

Symposium, sponsored by Serono Laboratories, Infertility: Advanced Diagnosis and Treatment, Birmingham, AL, 1993.

Lecture, sponsored by Parke-Davis, Needs of the Perimenopausal Woman, Chicago, IL, 1994

AFS Regional Postgraduate course, Hysteroscopy - Proximal Tubal Obstruction, Birmingham, AL, 1994

AFS Postgraduate course, Reproductive Endocrine/Infertility - The Future: Therapy, ethics, Cost Control and Regulation, Course Chairman, Aspen, CO, 1994

Lecture, sponsored by Serono Laboratories, Update on Ovulation Induction, Hampton Roads Fertility Society, Hampton, VA, 1994

Lecture, sponsored by Parke-Davis, Needs of the Perimenopausal woman, Louisville, KY, 1994

Symposium, sponsored by Serono Laboratories, Frontiers in Ovulation Induction, Boston, MA, 1994

Southern Ob/Gyn Seminar, Advanced Ovulation Induction and Endometriosis, Asheville, NC, 1994

Serono Laboratories Algorithm presentation, Medical Directors/MEDICO, Newark, NJ, 1994

Serono Laboratories Algorithm presentation, National Prescription Administration, East Hanover, NJ, 1994

Serono Laboratories Algorithm presentation, Prudential group, Newark, NJ, 1994

Serono Laboratories Algorithm presentation, Keystone Health Plan, Hershey, PA, 1994

Grand Rounds, "Diagnosis and Management of Unexplained Infertility," Brigham and Women's Center, Boston, MA, 1995

Etowah County Medical Society presentation, Advances in Reproductive Therapy, Gadsden, AL, 1995

Serono Laboratories Algorithm presentation, Sanus Health Plan of Texas, Dallas, TX, 1995

Grand Rounds, Medical History of Ob/Gyn, Carraway Methodist Hospital, Birmingham, AL, 1995

ESCAPE Infertility Support Group, Encyclopedia of Infertility, Birmingham, AL, 1995

Alabama Gerontology Society, Hormonal Therapy in Older women, Birmingham, AL, 1995

Lecture sponsored by Parke-Davis, Hormonal Needs of the Perimenopausal Woman, Ob/Gyn Group of Little Rock, Little Rock, AK, 1995

Ninth annual Texas Tech University Ob/Gyn Symposium, Practice of Medicine From Our Historical Past to Our Future, Complications of Ovulation Induction: Multiple Births, Ovarian Cancer, Hyperstimulation, Modern Management of Hyperprolactinemia and Prolactinomas, Amarillo, TX, 1995

Lecture, UAB Department of Family & Community Health, Endometriosis, Birmingham, AL, 1995

Serono Laboratories Algorithm presentation, Houston Ob/Gyn Society, Houston, TX, 1995

Serono Laboratories Algorithm presentation, San Francisco, CA, 1995

Serono Laboratories Algorithm presentation, San Diego, CA, 1995

UAB Family Medicine lecture, Infertility, Primary Care Physicians, 1995

Serono Laboratories Algorithm presentation, Baltimore, MD, 1995

MedWise Mini-Medical School lecture, UAB, Hormone Replacement, Birmingham, AL, 1995

Grand Rounds, sponsored by Kaiser-Permanente Medical Group, Inc., Chronic Pelvic Pain, San Francisco, CA, 1995

Lecture, sponsored by Kaiser-Permanente Medical Group, Inc., Hyperprolactinemic Syndrome, San Francisco, CA, 1995

Lecture, sponsored by TAP Pharmaceuticals, Inc., The Biology of Aging, San Francisco Gyn Society, San Francisco, CA, 1995

Grand Rounds, Stanford University, Breast Diseases, San Francisco, CA, 1995

Lecture, Stanford University, New Strategies in Ovulation Induction, San Francisco, CA, 1995

Grand Rounds, sponsored by TAP Pharmaceuticals, Inc., Santa Clara Valley Medical Center, Ovulation Induction, San Jose, CA, 1995

Lecture, sponsored by TAP Pharmaceuticals, Inc., Santa Clara Medical Center, Prolactin Disorders, San Jose, CA, 1995

Lectures, Update 1995: Current Issues and New Techniques in Gynecology, Overview of Chronic Pelvic Pain, Algorithm for Diagnosis and Treatment of Infertility, What's New in the Diagnosis of Endometriosis, Callaway Gardens, GA, 1995

Lecture, BWARE Group of Baltimore/Washington, Algorithm for Diagnosis and Treatment of Infertility, Baltimore, MD, 1995

Lecture, sponsored by Serono Laboratories, Algorithm for Diagnosis and Treatment of Infertility, Endometriosis, Mobile area physicians, Mobile, AL 1996

Lecture, sponsored by Serono Laboratories, Algorithm for Diagnosis and Treatment of Infertility, Washington, DC, 1996

Lecture, Indianapolis physicians and Serono representatives, Algorithm for the Diagnosis and Treatment of Infertility, Indianapolis, IN, 1996

Lecture, sponsored by Serono Laboratories, Sanus Health Plan of New York, Algorithm for the Diagnosis and Treatment of Infertility, New York, NY, 1996

Lecture, sponsored by Serono Laboratories, Independence Blue Cross and Blue Shield of Pennsylvania, Algorithm for Diagnosis and Treatment of Infertility, Philadelphia, PA, 1996

Lecture, sponsored by Serono Laboratories, Thrift Drug, Inc. Managed Care Services, Algorithm for Diagnosis and Treatment of Infertility, Pittsburgh, PA, 1996

Lecture, ACOG, Reproductive Medicine and Managed Health Care, Reproductive Medicine and Managed Health Care, San Destin, FL, 1996

Lecture, sponsored by Serono Laboratories, Algorithm for Diagnosis and Treatment of Infertility, Ft. Lauderdale, FL, 1996

Lectures, sponsored by Serono Laboratories, The Development of an Infertility Treatment Algorithm and its Application to Future Care and Reimbursement and Management and Treatment of Hyperprolactinemia, Orlando, FL, 1996

Lecture, sponsored by Serono Laboratories, Algorithm for diagnosis and Treatment of Infertility, Pittsburgh, PA, 1996

Grand Rounds and lecture, sponsored by Serono Laboratories, Algorithm for Diagnosis and Treatment of Infertility: Reproductive Medicine and Managed Care, Voorhes, NJ, 1996

Grand Rounds, UAB Department of Ob/Gyn, Medical and Surgical Treatment of Endometriosis, Birmingham, AL, 1996

Lecture, sponsored by Serono Laboratories, Medical and Surgical Treatment of Endometriosis, Boston, MA, 1996

Lecture, sponsored by Serono Laboratories, Advanced Paradigm Management, Algorithm for diagnosis and Treatment of Infertility: Reproductive Medicine and Managed Care, Baltimore, MD, 1997

Lecture, Serono National Business Meeting, Algorithm for diagnosis and Treatment of Infertility, Charleston, SC, 1997

Resident lecture, UAB Dept. Ob/Gyn, Diagnosis and Management of Abnormal Uterine Bleeding, Birmingham, AL, 1997

Second year medical students lecture, UAB Dept. Ob/Gyn, Infertility: Causes and Evaluation, Birmingham, AL, 1997

Lecture, sponsored by Serono laboratories, Express Pharmacy, General Overview of Infertility: Recent Update in Treatment, Birmingham, AL, 1997

Lecture, sponsored by Serono Laboratories, National Foundation for Women Legislators, Maui, HA, 1997

Panelist, Women's Health Forum - The National Museum of Women in the Arts, The Art of Women's Health, Washington, DC, 1997

Lecture, sponsored by Solvay Pharmaceuticals, What's Hot in Hormone Replacement Therapy?, Jackson, MS, 1997

ASRM Postgraduate Course, Twenty-first Century ART; Embracing Change, Cincinnati, OH, 1997

ASRM 53rd Annual Meeting, Cincinnati, OH, 1997

Symposium, Clinical and Business Solutions in ART, sponsored by The Resource Group, The Breakers, Palm Beach, FL, 1997

Lecture, sponsored by Solvay Pharmaceuticals, Hormone Replacement Therapy, Ft. Lauderdale, FL, 1997

Mercer/Serono Laboratories consult training program, Atlanta, GA, 1997

Chair, Infertility: Improvement, Outcomes, and Reducing Costs, sponsored by Cambridge Health Resources, New Orleans, LA, 1997

Lecture, sponsored by Upjohn/Pharmacia, Diagnosis and Management of Hyperprolactinemia, Atlanta Diabetes and Endocrinology Society, Atlanta, GA, 1998

Lecture to medical students, residents & faculty, "Infertility," UAB, Birmingham, AL, 1998

Lecture, sponsored by Serono, "Recombinant technology (Gonal-F) and infertility benefits, PCS faculty, Minneapolis, MN, 1998

Lecture, UAB Department of Ob/Gyn residents and faculty, "Alternatives to abdominal hysterectomy and managed care issues related to this," Birmingham, AL, 1998

Lecture, sponsored by Solvay Pharmaceuticals, "Hormone replacement therapy, Meridian, MS, 1998

Mother/Daughter program, "Endometriosis: mother to daughter," sponsored by Florence Ob/Gyn Associates, Lawrenceburg, TN, 1998

Symposium sponsored by Cambridge Health Resources, "Infertility Management: Improving Outcomes and Costs, " Boston, MA, 1998

Lecture, sponsored by Solvay Pharmaceuticals, Hormone replacement therapy, Dothan, AL, 1988.

Lecture, sponsored by Serono Laboratories, "Algorithm for diagnosis and treatment of infertility: Managed care." Baton Rouge, LA, 1998.

Lecture, sponsored by Serono Laboratories, "Algorithm for diagnosis and treatment of infertility: Managed care," Minneapolis, MN, 1998.

Grand Rounds, sponsored by Solvay Pharmaceuticals, Hormone replacement therapy, Arnold Palmer Hospital, Tampa, FL, 1998.

Lecture, sponsored by Serono Laboratories, "Managed care," Hartford, CT, 1998.

Lecture, sponsored by Serono Laboratories, "Managed care," New Orleans, LA, 1998.

54th Annual Meeting ASRM and IFFS, San Francisco, CA, 1998.

Grand Rounds, sponsored by Serono Laboratories, Endometriosis & Pelvic Pain: Our Experience With Fibroids, Thomas Jefferson University Hospital, Philadelphia, PA, 1998

Lectures sponsored by Serono Laboratories, Diagnosis and Management of Atypical Endometriosis, Fogelson Forum; Managing the Infertility Benefits Under Managed Care, Dallas symposium; Ovulation induction - case studies, Parkland Hospital, Dallas, TX, 1998

Lecture, sponsored by Serono Laboratories, "Managed care," Hartford, CT, 1999

Lecture, sponsored by Serono Laboratories, "Managed Health Care: Cost Effective Therapies & Guidelines," Mobile, AL, 1999

Symposium, "Survival Skills in Reproductive Medicine, Tampa, FL, 1999

Lecture, sponsored by Solvay Pharmaceuticals, "Problem Management in Hormone Replacement Therapy," Key West, FL, 1999

Lectures, sponsored by Solvay Pharmaceuticals, "Hormone Replacement Therapy," Opelika and Montgomery, AL 1999

Lecture, sponsored by Solvay Pharmaceuticals, "Hormone Replacement Therapy," Atlanta, GA, 1999

Grand Rounds, sponsored by Solvay Pharmaceuticals, "Hormone Replacement Therapy," Macon, GA, 1999

Southern Women's Show, "Treatment of the Menopausal Female," Birmingham, AL, 1999

Lecture, School of Public Health, UAB, "Infertility," 1999

Charles Flowers Society meeting, "Ovulation Induction: How to Maximize the Results," Arlington, GA, 1999

Lecture, sponsored by Parke-Davis, "Women and Menopause Education Initiatives," Lake Buena Vista, FL, 1999

Lecture, sponsored by Parke-Davis, "Menopause," Dothan, AL, 2000

Problem Solving in Hormone Replacement Therapy, "Androgens in Menopause, Wishful Thinking?" Key West, FL, 2000

UAB Lifestyles, "Perimenopause to menopause: making the journey smooth and safe," Birmingham, AL, 2000

UAB Lifestyles, "The perimenopause: women's health issues," Birmingham, AL, 2000

Lecture, sponsored by Parke-Davis, "Menopause," Pittsburgh, PA, 2000

Lecture, sponsored by Solvay Pharmaceuticals, "Androgens/estrogens, the benefit of androgens on bone," The New Orleans Ob/Gyn Society, Biloxi, MS, 2000

Lectures, sponsored by Wyeth-Ayerst, Enterprise and Geneva, AL, 2000

Lecture, sponsored by Serono Laboratories, "Managed care," Buffalo, NY, 2000

Lecture, sponsored by Solvay Pharmaceuticals, "Androgens and Menopause: Fact or Fancy?", Memphis, TN, 2000

Lecture, sponsored by Parke-Davis, "Menopause and beyond: realizing the promise of HRT", Huntsville, AL, 2000

Lecture, sponsored by Wyeth-Ayerst, Tennessee Valley Critical Care Nurses Association Spring Symposium, "Management of perimenopause: Issues and controversies," Huntsville, AL, 2000

Lecture, ACOG, Alabama Section, "Medical dilemmas of the perimenopause, Destin, FL, 2000

Women's Health Luncheon, UAB, "Menopause," Birmingham, AL, 2000

Lecture, sponsored by Parke-Davis, "Perimenopause or menopause: What's a doctor to do?" Pensacola, FL, 2000

Lecture, UAB Department of Public Health, "Interventions to overcome infertility," Birmingham, AL, 2000

Lecture, sponsored by Pharmacia-Upjohn, Florence, AL, 2000

Southwestern Gynecologic Assembly: Complicated Issues in the New Millennium, "Office treatment of infertility," Dallas, TX, 2000

Alabama Academy of Family Practice, Lecture, "Menopause and hormone replacement therapy" and "hyperprolactinemia," Birmingham, AL, 2000

Lecture, Eastern Ob/Gyn, sponsored by Eli Lilly, "The only SERM for the treatment of postmenopause and osteoporosis," Birmingham, AL, 2000

Mayo Clinic symposium, "Problem solving in hormone replacement therapy: now and the future", Miami Beach, FL 2001

Lecture, sponsored by Eli Lilly, "The only SERM for prevention and treatment of osteoporosis", Cullman, AL, 2001

International Expeditions, "Women's Health Issues," Belize, 2001

Lecture, sponsored by Eli Lilly, "The only SERM for prevention and treatment of osteoporosis", Decatur, AL, 2001

Lecture, sponsored by Eli Lilly, "The only SERM for prevention and treatment of osteoporosis", Mobile, AL, 2001

Lecture, sponsored by Eli Lilly, "The only SERM for prevention and treatment of osteoporosis", Ft. Walton Beach and Pensacola, FL, 2001

Lecture, sponsored by Eli Lilly, "The only SERM for prevention and treatment of osteoporosis", Decatur, AL, 2001

Lecture, sponsored by Eli Lilly, "The only SERM for prevention and treatment of osteoporosis", Gadsden, AL, 2001

Lecture, Southwestern Virginia Medical Society, "Problem solving in hormone replacement therapy: now and the future, Blue Ridge Parkway, VA, 2001.

# PUBLICATIONS

## Journal Articles

1.  **Blackwell RE** and M. Amoss. A sex difference in the rate of rise of plasma LH in rate following gonadectomy, Proc Soc Exp Biol Med 1136:111, 1971

2.  Amoss M, R Burgus, **R Blackwell**, W Vale, R Fellows and R Guillemin. Purification, amino acid composition and N-terminus of the hypothalamic luteinizing hormone-releasing factor (LRF) of ovine origin, Biochem Biophys Res Commun 44:204, 1971.

3.  Amoss M, **R Blackwell**, W Vale and R Guillemin. Purification, amino acid composition and N-terminus of the hypothalamic-releasing factor (LHF) of ovine origin, with recent studies of its biological activity, Intern Symposium of Gonadotropin, June, 1971.

4.  Monahan M, J Rivier, R Burgus, M Amoss, **R Blackwell**, W Vale and R Guillemin. Synthase totals per phase solids d'um decapeptide qui stimule las secretion des gonadotropines hypophysalires LH eg FSH, C.R. Acad Sci (Paris)273:508, 1971.

5.  Burgus R, N Butcher, M Amoss, N Ling, M Monahan, J Rivier, R Fellows, **R Blackwell**, W Vale and R Guillemin. Structure molecular du facteur hypothalaminques (LRF) d'origine ovine controlant la secretion de l'hormone gonadotrop hypophysaire de luteinisation (LH), C.R. Acad Sci (Paris) 273:1611, 1971.

6.  Burgus R, M Butcher, M Amoss, N Ling, M Monahan, J Rivier, R Fellows, **R Blackwell**, W Vale and R Guillemin. Primary structure of the hypothalamic luteinizing hormone-releasing factor (L.F.) of ovine origin. Proc Nat Acad Sci (USA) 69:278, 1972.

7.  Amass M, **R Blackwell** and R Guillemin. Stimulation of ovulation in the rabbit triggered by synthetic L.F., J Cain Endocrinol Metab 39:434, 1972.

8.  Vale W, G Grant, M Amass, **R Blackwell** and R Guillemin. Culture of enzymatically dispersed anterior pituitary cells: Functional validation of a method, Endocrinology 91:562, 1972.

9.  Vale W, G Grant, J Rivier, M Monahan, M Amass, **R Blackwell**, R Burgus and R Guillemin. Synthetic polypeptide antagonists of the hypothalamic luteinizing hormone releasing factor, Science 176:933-4, 1972.

10. Rivier J, M Monahan, W Vale, G Grant, M Amass, **R Blackwell**, R Guillemin and R Burgus. Solid phase peptide synthesis on a benzhydralamine resin of L.F. (luteinizing hormone releasing factor) and analogues including antagonists, Chima 26:300-3, 1972.

11. Guillemin R, M Amass, **R Blackwell**, J Rivier, N Ling and W Vale.  On the biological activities of the synthetic tetrapeptide pyro-glutanyl-thyosyl-trytophanyl-ammide, <u>Biochem Biophys Res Commun</u> 48:1093-9, 1972.

12. **Blackwell R**, M Amass, W Vale, R Burgus, J Rivier, M Monahan, N Ling and R Guillemin.  Concomitant release of FSH and LH induced by native and synthetic L.F., <u>Amer J Physiol</u> 244:170, 1973.

13. **Blackwell R**, W Vale, M Amass, R Burgus, M Monahan, J Rivier, N Ling and R Guillemin.  Lack of effect of native or synthetic L.F. on the secretion of prolactin <u>in vitro</u>, <u>Amer J Physiol</u> 244:176, 1973.

14. Vale W, **R Blackwell**, G Grant and R Guillemin. TRF and thyroid hormones on prolactin secretion by rat anterior pituitary cells <u>in vitro</u>, <u>Endocrinology</u> 93:26-33, 1973.

15. **Blackwell R**, W Vale, J Rivier and R Guillemin.  Effect of perphenazine on the secretion of prolactin <u>in vivo</u> and <u>in vitro</u>,  <u>Proc Soc Exp Biol Med</u> 142:68-71, 1973.

16. Rivier J, W Vale, R Burgus, M Monahan, N Ling, M Amass, **R Blackwell** and R Guillemin.  Synthetic luteinizing hormone releasing factor analogues: Series of short chain amide LLRF homologues converting to the N-terminus.  <u>J Med Chem</u> 16:544, 1973.

17. **Blackwell R** and R Guillemin.  Hypothalamic control of adenohypophysial secretions.  <u>Ann Review of Physiology</u>  35:357-89, 1973.

18. **R Blackwell**, L Boots, R Goldenberg and B Younger.  Assessment of pituitary function in patients with serum prolactin levels greater than 100 ng/ml.  <u>Fertil Steril 32:177-89, 1979.</u>

19. **Blackwell R**.   Testing for pituitary tumor. Fertility and infertility:  what's new?  <u>Contemporary Ob/Gyn</u>  Vol 13, p 75-6, 1979.

20. **Blackwell R**.  "Comments" on 'Symbolic amenorrhea'" by Don Goldsmith, M.D., <u>Medical Aspects of Human Sexuality</u> p 12, Sept. 1979.

21. **Blackwell R**. Abnormal sexual development. <u>The Female Patient</u> Vol 5, p 56-60, Oct. 1980.

22. Rahn NH, J Orr, J Peek and **RE Blackwell**.  Pregnancy associated with the Sawyer/James-MacLeod syndrome: An initial report.  <u>The Female Patient</u> Vo. 6, p 21-3, 1981.

23. **Blackwell RE** and JB Younger.  "Letter to the Editor," <u>Fertil Steril</u> Vol 35/6, p 592-3, 1981.

24. **Blackwell RE**.  "Letter to the Editor," Collected letters of the <u>International Society of Obstetrics and Gynecology</u>, Vol. 22/12, p 89-90, 1981.

25. **Blackwell RE**. Medical induction of ovulation. <u>Drug Therapy</u> p 231-4, May, 1982.

26.     **Blackwell RE**.  "Office evaluation of menstrual dysfunction." Reviewer's comments of article by Alvin Goldfarb, M.D., <u>Patient Care</u> Vol 16/115, p 48-54, 1982.

27.     **Blackwell RE**.  "Letter to the Editor." Patients with unexplained infertility.  <u>Fertil Steril</u> Vol 38/2:261-2, 1982.

28.     Utley D and **R Blackwell**.  Endometriosis following surgery: Pain.  <u>The Female Patient</u> 7:29, 1982.

29.     Rogers-Neame NT and **RE Blackwell**.  Culture of normal human anterior pituitary cell monolayers, <u>Journal of Tissue Culture Methods</u> 7:181, 1982.

30.     **Blackwell RE**, J Musgrove and K Hatch.  Presentation of foreign body granuloma as a calcified vulvar mass:  An initial report and review of the literature.  <u>The Female Patient</u> 8:17-9, 1983.

31.     **Blackwell RE**, L Boots and D Potter.  Evaluation of delestrogen Parlodel as a luteolytic agent in humans.  <u>Fertil Steril</u> 37:213-7, 1983.

32.     Cassell GH, J Younger,  **R Blackwell**, J Davis, et al.  Micro-biologic study of infertile females at the time of diagnostic laparoscopy:  Association of ureaplasma with a defined subpopulation.  <u>N Engl J Med</u> 308:501, 1983.

33.     Cassell GH, M Brown, B Younger, **R Blackwell**, J Davis, P Marriott and S Stagno.  Incidence of genital mycoplasmas in women at the time of diagnostic laparoscopy.  <u>Yale J of Biol and Med</u> 56:557,1983.

34.     **Blackwell RE**, E Bradley, L Kline, E Duvall, J Vitek, G DeVane and J Chang.  Comparison of dopamine agonists in the treatment of hyperprolactinemic syndromes: A multicenter study.  <u>Fertil Steril</u> 39:744, 1983.

35.     **Blackwell RE** and PN Garrison.  Inhibition of prolactin (Prl) secretion by antiserum to gonadotropin alpha and beta subunits.  <u>Am J Obstet Gynecol</u> 156:863, 1983.

36.     Rogers-Neame NT, E Bradley and **RE Blackwell**.  Long-term monolayer culture of human pituitary cells: Functional validation of a method.  <u>Fertil Steril</u> 41:75, 1984.

37.     Bryars GL and **RE Blackwell**.  Acute abdomen associated with abdominal wall hematoma following diagnostic laparoscopy.  <u>The Female Patient</u> 9:74, 1984.

38.     **Blackwell RE**.  Detection of ovulation.  <u>Fertil Steril</u> 41:860, 1984.

39.     **Blackwell RE**, J Orr and K Hatch.  Pelvic mass and genital tract malformation.  <u>The Female Patient</u> 9:33, 1984.

40.     Molitch ME, E Elton, **RE Blackwell**, B Caldwell, RJ Chang, R Jaffe, G Joplin, R Robbins, J Tyson, M Thorner and the Bromocriptine Study Group.  Bromocriptine as a primary therapy for prolactin secreting macroadenomas: Results of a prospective multicenter study. J Cain Endocrinol Metab 60:698, 1985.

41.     **Blackwell RE**, S Duncan, N Neame and E Bradley.  In vitro and in vivo evaluation of latex condoms using a two-phase nonoxynol-9 lubricant system.  Fertil Steril 49:931, 1985.

42.     Varner ER, JB Younger and **RE Blackwell**.  Muellerian dysgenesis.  The Journal of Reprod Med, 1985.

43.     **Blackwell RE**.  Diagnosis and management of prolactinomas.  Fertil Steril 43:5, 1985.

44.     Shaw G and **R Blackwell**.  Amenorrhea with galactorrhea.  The Female Patient 10:90, 1985.

45.     **Blackwell RE**.  Use of bromocriptine therapy for medical management of prolactinomas. Contemporary Ob/Gyn, 1986.

46.     **Blackwell RE** and RJ Chang.  Report of the National Symposium on the Clinical Management of Prolactin Related Reproductive Disorders.  Fertil Steril 45:607, 1986.

47.     **Blackwell RE**, N Rogers-Neame, E Bradley and R Asch. Regulation of human prolactin secretion of GnRH in vitro, Fertil Steril 46:26,1986.

48.     **Blackwell RE** and JB Younger.  Long-term medical therapy and follow-up of pediatric-adolescent patients with prolactin-secreting macroadenomas, Fertil Steril 45:713, 1986.

49.     Rogers-Neame NT, PN Garrison, JB Younger and **RE Blackwell**.  Determination of antisperm antibiotics in infertile couples by multititer filtration.  Fertil Steril 45:299, 1986.

50.     Kutteh W, K Hatch, **R Blackwell** and J Mestecky.  Secretory immune system of the female reproductive tract: I immunoglobulin and secretory component-containing cells.  Ob/Gyn 71:56-60, 1987.

51.     **Blackwell RE**, Carr BR, Chang RJ, et al. Are we exploiting the infertile couple? Fertil Steril 48:25-9, 1987.

52.     Humphreys-Beher MG and **RE Blackwell**.  Identification of a DNA allelic variant for $\beta 1$-galactosyltransferase associated with male sperm binding/penetration infertility.  Am J Ob/Gyn 160:1160-5, 1989.

53.     **Blackwell RE**.  The infertility workup and diagnosis.  The J Reprod Med, Jan. 1989.

54.     **Blackwell RE**.  The management of prolactin-related disorders.  Contemporary Ob/Gyn 34:109-18, 1989.

55.    Vance ML, JR Cragun, C Reimnitz, RJ Change, E Rashef, **RE Blackwell,** MM Miller, ME Molitch. CV205-502 treatment of hyperprolactinemia. JEC&M 68:336-9, 1989.

56.    Kutteh WH, **RE Blackwell,** H Gore, CC Kutteh, BR Carr, J Mestecky. Local immune system in normal and infected human fallopian tube. Fertil Steril 54:51, 1990.

57.    Humphreys-Beher MG, PN Garrison, **RE Blackwell.** Detection of galactosyltransferase antibodies in plasma from patients with antisperm antibodies. Fertil Steril 54:133-7, 1990.

58.    Rashef E, WW Daniel, JC Foster, EL Bradley, **RE Blackwell,** JB Younger. Accuracy of 1-hour vs 24-hour follow-up films in hysterosalpingography. Fertil Steril 52:753-55, 1989.

59.    Hammond KR, PA Kretzer, **RE Blackwell** and MP Steinkampf. Performance anxiety during infertility treatment: Effect on semen quality. Fertil Steril 53:337, 1990.

60.    Steinkampf MP, KR Hammond and **RE Blackwell.** Effect of estrogen/progestin administration on the ovarian response to gonadotropins: A randomized, prospective study. Fertil Steril 55:6421, 1991.

61.    Steinkampf MP, KR Hammond and **RE Blackwell.** Hormonal treatment of functional ovarian cysts: A randomzied, prospective study. Fertil Steril 54:775, 1990.

62.    Friedman AJ, DI Hoffman, RW Browneller, JD Miller and **RE Blackwell.** Treatment of leiomyomata uteri with leuprolide acetate depot: A double-blind, placebo-controlled, multicenter study. Obstet/Gynecol 5:720-5, 1991.

63.    Hammond KR and **RE Blackwell.** Initial evaluation of the infertile couple. Ob/Gyn Nurse Forum, Vol. 2, 3:1-7, 1991.

64.    Steinkampf MP, **RE Blackwell** and JB Younger. Visualization of free peritoneal fluid with transvaginal sonography: A preliminary study. Reprod Med Vol. 36, 10:729-30, 1991.

65.    **Blackwell RE,** RJ Chang and GD Hodgen. Academics and industry: Evaluation of a relationship. Editorial The American Fertility Society (Fertility News) Vol 25, p 6-7, 1991.

66.    Hammond KR, **RE Blackwell,** JB Younger, R Azziz and MP Steinkampf. Monitoring techniques to predict ovulation: Evaluation of patient acceptance. AM J Gyn Health Vol. V, 4:88-9, 1991.

67.    Steinkampf MP, KR Hammond and **RE Blackwell.** Effects of estrogen/progestin administration on the ovarian response to gonadotropins: A randomized prospective study. Fertil Steril 55(3):642, 1991.

68.    **Blackwell RE.** Letter to the Editor: "Drug Companies Finance Much of Medical Research in the U.S.," The New York Times, Feb. 19, 1993.

68.    **Blackwell RE.** Letter to the Editor: "Drug Companies Finance Much of Medical Research in the U.S.," The New York Times, Feb. 19, 1993

69.    **Blackwell RE.** Hyperprolactinemia. Precis V Series, ACOG, 1993.

70.    **Blackwell RE.** Secondary amenorrhea. Precis V Series, ACOG, 1993.

71.    **Blackwell RE.** Exercise induced amenorrhea. Precis V Series, ACOG, 1993.

72.    Hammond KR, MP Steinkampf, LR Boots and **RE Blackwell.** Effect of routine breast examination on serum prolactin levels. Fertil Steril 65:869-70, 1996.

73.    **Blackwell RE.** Clinical treatment of infertility: A practice algorithm. Drug Benefit Trends, 8:17-22, 1996.

74.    **Blackwell RE.** Third generation oral contraceptives and risk of venous thromboembolic disorder. Review and Comment, Venous Digest, 1996.

75.    Pasquale SA, RA Foldesy, JP Levin, GA Bachmann, **RE Blackwell**, HM Doles and KR Hammond. Peripheral progesterone levels and endometrial response to various doses of vaginally administered progesterone in estrogen-primed women. Fertil Steril, 68:810-15, 1997.

76.    Steinkampf MP, D Guzick, KR Hammond and **RE Blackwell.** Identification of early pregnancy landmarks by transvaginal sonography: Analysis by logistic regression. Fertil Steril, 68:168-70, 1997.

77.    **Blackwell RE.** Venous thromboembolic disease in obstetrics and gynecology: the Scottish experience. Venous Digest, Vol 4, No. 1, Jan. 1997.

78.    Lawson L, M Macaluso, A Bloom, G Hortin, K Hammond, **R Blackwell.** Objective markers of condom failure, Sexually Transmitted Diseases 25:427-32, 1998.

79.    Macaluso M, L Lawson, G Hortin, A Duerr, K Hammond, **R Blackwell**, A Bloom. A prospective study of couples who use the female condom: occurrence of self-reported problems and semen exposure during use. International AIDS conference, Geneva, June 1998.

80.    Macaluso M, Akers R, Valappil T, Lawson L, Hortin G, Hammond K, **Blackwell R.** Prostate specific antigen in vaginal fluid as a quantitative biomarker of condom failure. Contraception 59:195-201, 1999.

81.    Lawson L, Macaluso M, Duerr A, Bloom A, Hortin G, Hammond K, **Blackwell R**, Artz L. Partner characteristics, intensity of the intercourse and semen exposure during use of the female condom. Submitted to Am J Epidemiol, 2000.

82.  Lawson L, M Macaluso, A Duerr, G Hortin, K Hammond, **R Blackwell**, L Artz, A Bloom. Determinants of semen exposure during use of the female condom.  Submitted for CDC clearance, 2000.

83.  Macaluso M, L Lawson, G Hortin, A Duerr, K Hammond, **R Blackwell**, A Bloom. Semen exposure during female condom use.  Submitted Am J Public Health, 2000.

84.  **Blackwell RE** and WM Mercer Actuarial Team.  Hidden costs of infertility treatment in employee health benefits plans.  Am J Ob/Gyn, 182:891-5, 2000.

85.  Macaluso M, **Blackwell RE**, Carr B, Meinzen-Derr J, Montgomery M, Lynch M, Roark M, Stringer E.  Safety and acceptability of a baggy latex condom.  Contraception, 61:217-23, 2000.

86.  **Blackwell RE**.  Reproductive medicine and research: Contract laboratories versus the university-based researcher.  Fertil & Steril, 73:677-9, 2000.

87.  **Blackwell RE**.  Initial management of the infertile couple.  OGB Management, 41-6, May 2000.

88.  **Blackwell RE**.  Intravenous leiomyomatosis with cardiac extension: tumor thrombectomy through an abdominal approach.  Abstract and Commentary, Venous Digest, Vol 7, Nov. 2000.

89.  **Blackwell RE**, Hammond KR, Steinkampf MP.  A one year experience with a capitated health care plan for infertility.  Fertil Steril 75:749-53, 2001

# PUBLICATIONS

## Abstracts

1. Amoss R, **R Blackwell**, W Vale, R Burgus and R Guillemin. Stimulation of concomitant secretion in vitro of LH and FSH by highly purified hypothalamic L.F.: Evidence for a prostaglandin receptor for the release of LH. XXV Intern Congress Physiological Science, Munich, July 1971, p 17 (Abstract/37, 1971, Vol. IV).

2. Vale W, M Amoss, **R Blackwell**, R Burgus, G Grant, N Ling, M Monahan, J Rivier and R Guillemin. Biological activity of structural analogues of the hypothalamic releasing factor (L.F.). International Congress of Endocrinology, June 1972.

3. Vale W, G Grant, R Burgus, J Rivier, M Amoss, **R Blackwell**, M Monahan, N Ling and R Guillemin. Effects of structural modification of thyrotropin and luteinizing hormone releasing factors on their biological activities. American Society of Neurochemistry meeting, March, 1972.

4. Burgus R, M Monahan, J Rivier, N Ling, G Grant, W Vale, M Amoss, **R Blackwell** and R Guillemin. Chemistry of physiology of ovine and synthetic TRF and L.F. Serono Foundation conference on Hypothalamic Hypophysiotropic Hormones, Acapulco, Mexico, June 29, 1972.

5. Guillemin R, M Amoss, **R Blackwell**, R Burgus, G Grant, N Ling, M Monahan, J Rivier and W Vale. Antagonists to the hypothalamic releasing factors. IVth International Seminar on Reproductive Biology, Brussels, Belgium May 23, 1972.

6. Guillemin R, M Amoss, **R Blackwell**, R Burgus, G Grant, N Ling, M Monahan, J Rivier and W Vale. Polypeptide antagonists of the hypothalamic luteinizing hormone releasing factor. IVth International Planned Parenthood Federation, Sydney, Australia, August 14, 1972.

7. Guillemin R, M Amoss, **R Blackwell**, R Burgus, G Grant, N Ling, M Monahan, J Rivier and W Vale. Polypeptide antagonists of the hypothalamic luteinizing hormone releasing factor. IVth International Seminar of Reproductive Biology, Brussels, Belgium, May 23, 1972.

8. **Blackwell RE**, W Vale, J Rivier and R Guillemin. Effect of an antipsychotic tranquilizer on the secretion of prolactin in vivo and in vitro. Society for Neuroscience 2nd Annual Meeting, Houston, TX, 1972.

9. Guillemin R, M Amoss, **R Blackwell**, R Burgus, G Grant, N Ling, M Monahan, J Rivier and W Vale. Polypeptides antagonists of the hypothalamic luteinizing hormone factor. International Planned Parenthood Federation Meeting, Sydney, Australia, Aug. 1972.

10. Vale W, G Grant, J Rivier, M Monahan, M Amoss, **R Blackwell**, R Burgus and R Guillemin. Synthetic polypeptide antagonists of the hypothalamic luteinizing hormone releasing factor. WHO Conference, Geneva, Switzerland, Oct. 1972.

11. Amoss M and **R Blackwell**. Gonadotropin response to luteinizing hormone gonadotropin response to luteinizing hormone releasing factor (L.F.) in rats maintained in constant light. Meeting of the Endocrine Society, June 20, 1973.

12. **Blackwell R**, L Boots, R Goldenberg and B Younger. Assessment of pituitary function in patients with serum prolactin levels greater than 100 ng/ml. Meeting of the American Fertility Society, San Francisco, CA, 1979.

13. Castracane V, **R Blackwell** and L Boots. An estrogen/bromocriptine regime as a potential means of fertility regulation. The American Fertility Society meeting, March 14, 1981.

14. Rogers-Neame NT and **RE Blackwell**. Long-term hormonal response of normal human anterior pituitary cell monolayers. The 64th Annual Meeting of the Endocrine Society, June 16, 1982.

15. Cassell GH, B Younger, **R Blackwell**, J Davis, et al. Microbiologic study of infertile females at the time of diagnostic laparoscopy: Association of ureaplasma urealyticum with a defined subpopulation. The 38th Annual American Fertility Society meeting, 1982.

16. Rogers-Neame NT and **RE Blackwell**. Effect of pergolide on the secretion of prolactin from normal human anterior pituitary cell monolayers. Presented at the 39th Annual Meeting of the American Fertility Society, San Francisco, CA, April 16-20, 1983.

17. Rogers-Neame NT and **RE Blackwell**. Effects of pergolide and bromocriptine on prolactin synthesis in human pituitary tissue. Presented at The Endocrine Society 65th Annual Meeting, June, 1983.

18. Rogers-Neame NT and **RE Blackwell**. Effect of a new dopamine agonist on the secretion of prolactin from normal human anterior pituitary cell monolayers. Presented at the 40th Annual Meeting of the American Fertility Society, New Orleans, LA, 1983.

19. Rogers-Neame NT, R Asch and **R Blackwell**. Effect of GnRH agonist and antagonist on the secretion of prolactin from human anterior pituitary cell monolayers. Published by the 32nd Annual Meeting of the Society for Gynecological Investigation, 1985 (Abstract 390).

20. **Blackwell RE** and JB Younger. Long-term medical therapy and follow-up of pediatric-adolescent patients with prolactin-secreting macroadenomas. Presented at the 41st Annual Meeting of the American Fertility Society, Chicago, IL, 1985.

21.    Rogers-Neame NT, P Garrison, B Younger and **R Blackwell**. Detection of antibodies to sperm using multiliter filtration. Abstract presented at the 41st Annual Meeting of the American Fertility Society, Chicago, IL, 1985.

22.    **Blackwell RE**, NT Rogers-Neame and R Asch. In vivo evaluation of possible paracrine control of prolactin (Prl) secretion of gonadotropes using GnRH agonists and antagonists. Abstract 78 published at the 41st Annual Meeting of the American Fertility Society, Chicago, IL, 1985.

23.    **Blackwell RE**, N Rogers-Neame, P Garrison and R Asch. Effect of LLH/FSH alpha and beta subunits on prolactin (prl) secretion in vitro. Abstract 368 presented at the 33rd annual Meeting of the Society for Gynecologic Investigation, Canada, 1986.

24.    **Blackwell RE**, N Rogers-Neame and P Garrison. Effect of calcium channel blockers on thyrotropin-releasing hormone (TRH) mediated prolactin (prl) release from human pituitary cell monolayers. Abstract 218 presented at the 34th Annual Meeting of the American College of Obstetricians and Gynecologists, New Orleans, LA, May 4-9, 1986.

25.    **Blackwell RE**, R Asch and P Garrison. Inhibition of Prolactin secretion by antiserum to alpha and beta subunits. Abstract presented at the American Gynecological and Obstetrical Society Annual Meeting, Hot Springs, VA, Sept. 4-7, 1986.

26.    **Blackwell RE**, N Rogers-Neame and P Garrison. Modulation of prolactin secretion by gonadotropin alpha and beta subunits. Abstract 218 presented at the American Fertility Society/Canadian Fertility and Andrology Society Meeting, Ontario, Canada, Sept. 27-Oct. 1, 1987.

27.    Dollar J, P Garrison and **R Blackwell**. Ultrastructure of human pituitary cells. Abstract 147 presented at the American Fertility Society 43rd Annual Meeting, Reno, NV, Sept. 28-Oct. 1, 1987.

28.    Kretzer P, E Pope, B Younger and **R Blackwell**. Long-term follow-up of patients with zero humster tests. Abstract 78 presented at the 43rd Annual Meeting of the American Fertility Society, Reno, NV, Sept. 28-Oct. 1, 1987.

29.    Kutteh W, K Hatch, **R Blackwell** and J Mestecky. Secretory immune system of the female reproductive tract: Immunoglobulin and secretory component-containing cells. Abstract presented at the American College of Obstetricians and Gynecologists, Las Vegas, NV, 1987.

30.    Rashef E, J Foster, W Daniel, **R Blackwell** and B Younger. Accuracy of 1-hour vs 24-hour follow-up films in hysterosalpingograms. Abstract 190 presented at the 43rd Annual Meeting of the American Fertility Society, Reno, NV, 1987.

31.   **R Blackwell** and M Humphreys-Beher. Identification of a DNA marker with sperm/egg binding infertility. (Abstract) Society for Gynecologic Investigation 38th Annual Meeting, Baltimore, MD, 1988.

32.   Kutteh W, J Mestecky and **R Blackwell**. Mucosal immunity of the female genital tract. (Abstract) Society of Gynecologic Investigation 35th Annual Meeting, Baltimore, MD, 1988.

33.   Moradi M, **R Blackwell**, B Younger, K Hammond and C. Parker. Adrenal function in parous and nulliparous women. (Abstract) Society of Gynecologic Investigation 35th Annual Meeting, Baltimore, MD, 1988.

34.   Kutteh WH, J Mestecky, CC Kutteh, H Gore and **RE Blackwell**. Immunological characterization of human fallopian tube lymphocytes. American Fertility Society, 1989.

35.   Steinkampf MP, KR Hammond, **RE Blackwell**, JB Younger and R Azziz. The vanishing fetus in multiple pregnancy early diagnosis by transvaginal sonography. American Fertility Society, 1989.

36.   Steinkampf MP, JB Younger and **RE Blackwell.** Visualization of free peritoneal fluid by transvaginal sonography: A prospective study. American Fertility Society, 1989.

37.   KR Hammond, MP Steinkampf, PA Kretzer and **RE Blackwell**. Performance anxiety during infertility treatment: Effect on semen quality. American Fertility Society, 1989.

38.   Steinkampf MP, KR Hammond and **RE Blackwell**. Hormonal treatment of functional ovarian cysts: A randomized, prospective study. American College of Ob/Gyn, 1990.

39.   Hammond KR, **RE Blackwell** and MP Steinkampf. Donor insemination using a single sample of cryopreserved semen: Impact of intrauterine insemination. American college of Ob/Gyn, 1990.

40.   **Blackwell RE**, PN Garrison, and MG Humphreys-Beher. Detection of antigalactosyltransferase antibodies in antisperm serum. Society for Gynecology Investigation, 1990.

41.   Hammond KR, JB Younger, **RE Blackwell** and MP Steinkampf. Monitoring techniques to predict ovulation: Evaluation of patient acceptance. The American Fertility Society 46th Annual Meeting, Washington, DC, Oct 13-18, 1992.

42.   Barger B, TW Shroyer, MA Burgamy, EW Stradtman, KL Honea and **RE Blackwell**. Low levels of HLA alloantibodies detected in recurrent spontaneous aborters (RSA) by flow cytometry panel reactive antibody (FC-PRA) screening. Presented at The American Society of Histocompatability and Immunogenetics, Washington, DC, Oct. 1991.

43.   Hammond KR, **RE Blackwell**, LR Boots and MP Steinkampf. Preovulatory cervical mucus collection: Evaluation of timing and technique. Presented at the American Fertility Society 48th Annual Meeting, New Orleans, LA, Oct. 1992.

44.   Steinkampf MP, DS Guzick, KR Hammond and **RE Blackwell**. Sonographic identification of early pregnancy landmarks in singe versus multiple gestation: analysis by logistic regression. Presented at the American Fertility Society 48th Annual Meeting, New Orleans, LA, Oct. 1992.

45.   Hammond KR, **RE Blackwell** and MP Steinkampf. Donor insemination using a single sample of cryopreserved semen: Impact of intrauterine insemination. Nurses' Association of the American College of Ob/Gyn, Ninth National Meeting, Minneapolis, MN, June 1-4, 1992.

46.   Steinkampf MP, DS Guzick, KR Hammond and **RE Blackwell**. Sonographic identification of early pregnancy landmarks in single vs multiple gestation: Analysis by logistic regression. The American Fertility Society 48th Annual Meeting, New Orleans, LA, Oct. 1992.

47.   Steinkampf MP, KR Hammond and **RE Blackwell**. Effect of functional cysts on the ovarian response to gonadotropins: A randomized, prospective study. Society for Gynecologic Investigation 40th Annual Meeting, Toronto, Ontario, March 31-April 3, 1993.

48.   **Blackwell RE**. Diagnosis and management of ovarian hyperstimulation syndrome (OHSS). Presented at the VII World Congress and Human Reproduction Joint IV World Conference on Fallopian Tubes in Health and Disease, Bali, Indonesia, April, 1993.

49.   Hammond KR, **RE Blackwell**, LR Boots and MP Steinkampf. Luteal phase sonographic examination is spontaneous cycles. The American Fertility Society 49th Annual Meeting, poster presentation, Quebec, Canada, Oct. 1993.

50.   Hammond KR, **RE Blackwell**, LR Boots, HMS Murthy and MP Steinkampf. Predictive value of home urinary hormone tests for ovulation screening: Comparison with ultrasound and luteal progesterone levels. The American Fertility Society 49th Annual Meeting, Quebec, Canada, Oct. 1993.

51.   Hammond KR, MP Steinkampf, LR Boots and **RE Blackwell**. Effect of oral ingestion of high-protein nutrition on serum prolactin levels. The American Fertility Society 50th Annual Meeting, San Antonio, TX, Nov. 7-10, 1994.

52.   Hammond KR, MP Steinkampf, LR Boots and **RE Blackwell**. Effect of routine breast examination on serum prolactin levels. The American Fertility Society 50th Annual Meeting, San Antonio, TX, Nov 7-10, 1994.

53. Steinkampf MP, BA Conway-Myers, PA Kretzer, KR Hammond and **RE Blackwell**. Effect of gamete/embryo coculture with human tubal cells on in vitro fertilization success. IXth World Congress on In Vitro Fertilization and Assisted Reproduction, Vienna, April 3-7, 1995.

54. Hammond KR, **RE Blackwell**, HMS Murthy and MP Steinkampf. Predictive value of home urinary tests for ovulation screening: Comparison with ultrasound and luteal progesterone levels. IXth World Congress on In Vitro Fertilization and Assisted Reproduction, Vienna, April 3-7, 1995.

55. Steinkampf MP, KR Hammond, BA Conway-Myers, PA Kretzer and **RE Blackwell**. Clinic vs hospital-based in vitro fertilization treatment: Effects on success and complication rates. IXth World Congress on In Vitro Fertilization and Assisted Reproduction. Vienna, April 3-7, 1995.

56. **Blackwell RE**, KR Hammond, JM Wang and R Morawetz. Ultra long-term follow-up of adolescents with prolactin secreting macroadenomas. Poster presentation at the 51st Annual ASRM Meeting, Seattle, WA, Oct. 1995.

57. Hammond KR, **RE Blackwell** and MP Steinkampf. Analysis of patient heterogeneity in an assisted reproduction program. Presented at the 51st Annual ASRM Meeting, Seattle, WA, 1995.

58. Steinkampf MP, KR Hammond, RD Alvarez and **RE Blackwell**. Assisted reproduction after treatment for ovarian malignancy. Presented at the 51st ASRM Annual Meeting, Seattle, WA, 1995.

59. Lawson L, M Macaluso, A Bloom, G Hortin, K Hammond **R Blackwell** and L Roddick. Design of a study to evaluate mechanical failure of the female condom. Poster presentation American Public Health Association, New York, NY, Nov. 17-21, 1996.

60. Macaluso M, R. R Akers, T Valappil, L Lawson, G Hortin K Hammond, and **R Blackwell.** Prostate specific antigen as a quantitative biomarker of semen exposure. Submitted International AIDS Conference, Geneva, Switzerland, 1998

61. Lawson L, M Macaluso, A Duerr, A Bloom, G Hortin, K Hammond, and **R Blackwell**. A prospective study of couples who use the female condom: Exposure to semen during use. Submitted International AIDS Conference, Geneva, Switzerland, 1998.

62. Lake GD, WM Mercer, **RE Blackwell**. Hidden costs of infertility treatment in employee health benefits plans. Poster presentation, ASRM Annual Meeting, San Francisco, CA, 1998.

63. Emig EC, **RE Blackwell**. Myomectomy in the large uterus: A retrospective review of a series of cases. Poster presentation, ASRM Annual Meeting, San Francisco, CA, 1998.

64.    **Blackwell RE**, KR Hammond, MP Steinkampf.  Cost analysis of a one year experience with a capitated health care plan for infertility.  Poster presentation, ASRM Annual Meeting, San Francisco, CA, 1998.

65.    Hammond KR, MP Steinkampf, PA Kretzer, **RE Blackwell**.  Poor embryo quality: A random phenomenon?  Oral presentation ASRM Annual Meeting, San Francisco, CA, 1998.

66.    Steinkampf MP, CW Childers, KR Hammond, **RE Blackwell**.  Incidence of local reactions with subcutaneous administration of conventional vs. highly purified urinary gonadotropins. Poster presentation ASRM Annual Meeting, Toronto, CA, 1999.

# PUBLICATIONS

## Book Chapters

1.  **Blackwell RE** and JB Younger.  Assessment of pituitary function, <u>Obstetrics and Gynecology Annual</u>, Vol. 10, 0 1349-61, 1981.

2.  **Blackwell RE** and JB Younger.  Precocious puberty, <u>Difficult Diagnosis</u>, W.B. Saunders Co., P 433, 1984.

3.  **Blackwell RE**.  Diagnosis and management of hyperprolactinemic syndrome, <u>Obstetrics and Gynecology Annual</u>, Appleton-Century-Crofts, Vol. 14, p 310, 1985.

4.  **Blackwell RE**.  The morphology of the normal breast and its hormonal control,  <u>Principles and Practice of Endocrinology and Metabolism</u>, JB Lippincott Co., Philadelphia, PA, p 968-71, 1985.

5.  Dollar JR and **RE Blackwell**.  Diagnosis and management of prolactinomas,  <u>Cancer and Metastasis Reviews</u>, 1986.

6.  **Blackwell RE** , RJ Chang and J Cragun.  Prolactin disorders in infertility,  <u>Infertility: A Comprehensive Text</u>, Seibel MM (ed), Appleton and Lange, Norwalk, CT, 1988.

7.  **Blackwell RE** and MP Steinkampf.  Infertility: Causes, diagnosis and treatment, <u>Problems in Reproductive Endocrinology and Infertility</u>, Soules M (ed), New York, NY, 1988.

8.  **Blackwell RE** and MS Gelder.  The biology of aging,  <u>Postreproductive Gynecology</u>, Shingleton HM (ed), Churchill and Livingstone, Inc., New York, NY, 1990.

9.  **Blackwell RE**. Galactorrhea, <u>Gynecology and Obstetrics</u>, Sciarra J (ed), JB Lippincott Co., 1991.

10.  **Blackwell RE**.  Management of dysmenorrhea, <u>Decision Making in Reproductive Endocrinology and Infertility</u>, Schlaff WD and Rock RA (eds), 1991.

11.  **Blackwell RE**.  Application of laser surgery in gynecology,  <u>Surgical Clinics of North America</u>, Shingleton HM (ed), Saunders Co., Philadelphia, PA, 1991.

13.  **Blackwell RE**.  Reproductive Processes, neurochemical control.  <u>Encyclopedia of Human Biology, Vol. 6</u>, Yesses (ed), p 555-7, 1991.

14.  **Blackwell RE**.  Operative hysteroscopic procedures,  <u>Practical Gynecologic Endoscopic Pelvic Reconstruction</u>, Azziz R and Murphy A (eds), Springer-Verlag, New York, NY, p 167-72, 1992.

15.  **Blackwell RE** and Azziz R.  GnRH analogs in gynecology, <u>Drug Therapy in Gynecology and Obstetrics, Third Edition</u>, Zuspan FP and Rayburn WF (eds), Mosby, p 503-17, 1992.

16.  **Blackwell RE**. Hyperprolactinemia: Evaluation and management, <u>Textbook of Reproductive Medicine</u>, **Blackwell RE** and Carr BR (eds), Appleton and Lange, Norwalk, CT, p 105-24, 1992.

17.  **Blackwell RE**.  Hormonal regulation of breast physiology, <u>Textbook of Reproductive Medicine</u>, **Blackwell RE** and Carr BR (eds), Appleton and Lange, Norwalk, CT., p 171-82, 1992.

18.  **Blackwell RE**. Neuroendocrinology of reproduction, <u>Textbook of Reproductive Medicine</u>, **Blackwell RE** and Carr BR (eds), Appleton and Lange, Norwalk, CT, p 157-70, 1992.

19.  Steinkampf MP and **RE Blackwell**.  Ovulation induction,  <u>Textbook of Reproductive Medicine</u>, **Blackwell RE** and Carr BR (eds), Appleton and Lange, Norwalk, CT, p 469-80, 1992.

20.  Steinkampf MP and **RE Blackwell**.  Contraception, <u>Textbook of Reproductive Medicine</u>, **Blackwell RE** and Carr BR (eds), Appleton and Lange, Norwalk, CT, p 427-42, 1992.

21.  **Blackwell RE** and KR Hammond.  Recent developments in ovulation induction, <u>Fourth Edition of Progress in Infertility</u>, Holtz G (ed), Little, Brown & Co., Boston, MA p 363-74, 1993.

22.  **Blackwell RE**.  Lactation, breast feeding and disorders of prolactin,  <u>Gynecology and Obstetrics: A Longitudinal Approach</u>, Moore, Reiter, Rebar, and Baker (eds), Churchill Livingstone, p 655-64, 1993.

23.  **Blackwell RE**. Benign and malignant pathology of the breast, <u>Gynecology and Obstetrics: A Longitudinal Approach</u>, Moore, Reiter, Rebar, and Baker (eds), Churchill Livingstone, p 665-73, 1993.

24.  **Blackwell RE**. Neuroendocrinology of the menstrual cycle, <u>Ovulation Induction</u>, **Blackwell RE** and Seibel MM (eds), Raven Press, p 13-22, 1994.

25.  **Blackwell RE**.  Over-stimulation prevention and management,  <u>Ovulation Induction</u>, **Blackwell RE** and Seibel MM (eds), Raven Press, p 191-200, 1994.

26.  **Blackwell RE**. Surgical aspects of ovulation induction, <u>Ovulation Induction</u>, **Blackwell RE** and Seibel MM (eds), Raven Press, p 201-8, 1994.

27.  **Blackwell RE**. Psychogenic amenorrhea, <u>Ovulation Induction</u>, **Blackwell RE** and Seibel MM (eds), Raven Press, p 57-64, 1994.

28.    **Blackwell RE**. Luteal phase defects and related dysfollicular entities, <u>Ovulation Induction</u>, **Blackwell RE** and Seibel MM (eds), Raven Press, p 73-80, 1994.

29.    **Blackwell RE**. The pathophysiology of the breast, <u>Principles and Practice of Endocrinology and Metabolism</u>, Becker K (ed), JB Lippincott Co., Philadelphia, PA, p 972-7, 1995.

30.    **Blackwell RE**. Lifestyle, nutrition and exercise, <u>Women's Medicine Text</u>, **Blackwell RE** (ed), Blackwell Science, Boston, MA, p 12-20, 1995.

31.    **Blackwell RE**. Bowel dysfunction, <u>Women's Medicine Text</u>, **Blackwell RE** (ed), Blackwell Science,, Boston, MA, p 177-81, 1995.

32.    **Blackwell RE** and KR Hammond. Current evaluation and management of hyperprolactinemia, <u>Women's Medicine Text</u>, **Blackwell RE** (ed), Blackwell Science, p 292-301, 1995.

33.    **Blackwell RE**. Hirsutism, <u>Women's Medicine Text</u>, **Blackwell RE** (ed), Blackwell Science, Boston, MA, p 302-9, 1995.

34.    Fulcher W and **RE Blackwell**. Chronic fatigue syndrome, <u>Women's Medicine Text</u>, **Blackwell RE** (ed), Blackwell Science, Boston, MA, p 373-83, 1995.

35.    **Blackwell RE**. Eating disorders, <u>Women's Medicine Text</u>, **Blackwell RE** (ed), Blackwell Science, Boston, MA, p 547-52, 1995.

36.    **Blackwell RE**. ES Knochenhauer and KR Hammond. Prolactin disorders in infertility, <u>Infertility: A Comprehensive Text</u>, Seibel MM (ed), Appleton & Lange, Norwalk, CT, p 155-70, 1996.

37.    **Blackwell RE** and ES Knochenhauer. Pituitary tumors, <u>Gynecology & Obstetrics</u>, Sciarra JJ (ed), Lippincott, Chicago, IL, p 1-13, 1996.

38.    **Blackwell RE** and KR Hammond. Galactorrhea, <u>Gynecology & Obstetrics</u>, Sciarra JJ (ed), JB Lippincott, 1996.

39.    **Blackwell RE**. Anatomy and physiology of breast disease, <u>Diagnosis and Management of Breast Disease</u>, **Blackwell RE** and Grotting JC (eds), Blackwell Science, Boston, MA, p 5-17, 1996.

40.    **Blackwell RE**. Benign tumors of the breast, <u>Diagnosis and Management of Breast Disease</u>, **Blackwell RE** and Grotting JC (eds), Blackwell Science, Boston, MA p 93-101, 1996.

41.    **Blackwell RE**. Epidemiology of breast cancer, <u>Diagnosis and Management of Breast Disease</u>, **Blackwell RE** and Grotting JC (eds), Blackwell Science, Boston, MA, p 135-47, 1996.

42.    **Blackwell RE**. Disorders of menstruation, <u>Precis V, ACOG</u>, 1996.

43.    **Blackwell RE**. The impact of managed care on office based infertility, <u>Office Infertility:</u> <u>Practice and Procedures</u>, Seifer & Collins (eds), Springer-Verlag, New York, NY, 1996.

44.    **Blackwell RE**. Differences in progestational compounds, <u>The Endocrine Management of</u> <u>Benign Gynecologic Disease</u>, Goldfarb AF (ed), Chapman & Hall, 1996.

45.    **Blackwell RE**. Reproductive medicine in the managed care market, <u>The Endocrine</u> <u>Management of Benign Gynecologic Disease</u>, Goldfarb AF (ed), Chapman & Hall, 1996.

46.    **Blackwell RE**. Reproductive processes: Neurochemical control. <u>Encyclopedia of Human</u> <u>Biology, Second Edition, Vol. 1</u>, Yesses (ed), p 511-13, 1997.

47.    **Blackwell RE**. Atypical endometriosis, its presentation and management, <u>Chronic Pelvic</u> <u>Pain</u>, **Blackwell RE** and Olive DL (eds), Springer-Verlag, New York, NY, pg 85-100, 1997.

48.    **Blackwell RE** and DL Olive. Physiology of pain, <u>Chronic Pelvic Pain</u>, **Blackwell RE** and Olive DL (eds), Springer-Verlag, New York, NY, 1997).

49.    **Blackwell RE**. Chronic pelvic pain: Overview of evaluation and treatment, <u>Chronic Pelvic</u> <u>Pain</u>, **Blackwell RE** and Olive DL (eds), Springer-Verlag, New York, NY, pg 1-6, 1997.

50.    **Blackwell RE** and DL Olive. Physiology of pain. <u>Chronic Pelvic Pain</u>, **Blackwell RE** and Olive DL (eds), Springer-Verlag, New York, NY, pg 7-18, 1997.

51.    Olive DL, **Blackwell RE**, Cooperman AB. Endometriosis and pelvic pain, <u>Chronic Pelvic</u> <u>Pain</u>, **Blackwell RE** and Olive DL (eds), Springer-Verlag, New York, NY, pg 61-83, 1997.

52.    **Blackwell RE**. Chronic pain syndrome: Its origin, pathophysiology and treatment. <u>Chronic</u> <u>Pelvic Pain</u>, **Blackwell RE** and Olive DL (eds), Springer-Verlag, New York, NY, pg 143-151, 1997.

53.    **Blackwell RE**, Farah LA. Amenorrhea, <u>Practical Strategies in Obstetrics and Gynecology</u>, Ransom SB (ed), W.B. Saunders, New York, NY, 1997.

54.    **Blackwell RE**. Hormonal control of normal breast morphology and function, <u>Endocrinology</u> <u>of the Breast</u>, Manni A (ed), The Humana Press Inc., Totowa, NJ, 1997, (in press).

55.    **Blackwell RE**. Neuroendocrinology of reproduction, <u>Second Edition, Textbook of</u> <u>Reproductive Medicine</u>, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, CT, 173-91, 1998

56.    **Blackwell RE** and KR Hammond. Hormonal regulation of breast physiology, <u>Second Edition, Textbook of Reproductive Medicine</u>, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, CT, 193-205, 1998.

57.    **Blackwell RE**. Chronic pelvic pain: Origin, physiology, Evaluation, and Treatment, <u>Second Edition, Textbook of Reproductive Medicine</u>, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, CT, 485-93, 1998.

58.    **Blackwell RE**. Reproductive medicine and the managed care market, <u>Second Edition, Textbook of Reproductive Medicine</u>, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, CT., 517-32, 1998.

59.    Steinkampf MP, **Blackwell RE** and KR Hammond. Ovulation induction, <u>Second Edition, Textbook of Reproductive Medicine</u>, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, CT, pg 565--82, 1998.

60.    **Blackwell RE**. Infertility and pregnancy loss: Psychological aspects of treatment, <u>Second Edition, Textbook of Reproductive Medicine</u>, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, CT, pg 693-706, 1998.

61.    Chang RJ, Knochenhauer ES, Slayden SC, **Blackwell RE**. Anovulation of CNS origin: Anatomic causes, <u>Second Edition, Textbook of Reproductive Medicine</u>, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, CT, pg 289-307, 1998.

62.    **Blackwell RE** and Hammond KR. Breast disease, <u>Second Edition, Textbook of Reproductive Medicine</u>, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, CT, pg 455-65, 1998.

63.    Farah LA and **Blackwell RE**. Female infertility: Evaluation and treatment. <u>Endocrinology, Fourth Edition</u>, Marshall JC (ed), pp 2112-21, 2001.

64.    **Blackwell RE.** Morphology and pathophysiology of the normal breast and its hormonal control. <u>Principles and Practice of Endocrinology and Metabolism</u>, Rebar RE (ed), 1999 (in press).

65.    **Blackwell RE**. Chief Complaint: Breast Problems. <u>Clinical Problem Solving Series,</u> Phelan S and Chiang S (eds), 1999, (in press).

66.    **Blackwell RE** and Hammond KR. Protocols for office-based care, <u>Making the Transition to Office-Based Care: A Guide for Reproductive Endocrinology Fellows</u>, Seifer D (ed), pp 24-35, 2000.

67.    Sanchez, L, Traynor KD, **Blackwell RE**. Unexplained Infertility. <u>Contemporary Clinical Gynecology and Obstetrics</u>, Marsh M and Ling F, (eds), 2001 (in press).

# PUBLICATIONS

## Books

1. Proceedings from the National Symposium on Prolactin-Related Disorders, **Blackwell RE** and Chang RJ (eds), MacMillan Professional Journals, Florham Park, NJ, 1987.

2. Textbook of Reproductive Medicine, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, NJ, 1994.

3. Ovulation Induction, Seibel MM and **Blackwell RE** (eds), Raven Press, 1994.

4. Women's Medicine Text, **Blackwell RE** (ed), Blackwell Science, Boston, MA, 1995.

5. Management of Breast Disease for the Practicing Gynecologist, **Blackwell RE** and Grotting JC (eds), Blackwell Science, 1996.

6. Second Edition, Textbook of Reproductive Medicine and Study Guide, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, NJ, 1998.

7. Chronic Pelvic Pain: Evaluation and Management, **Blackwell RE** and Olive DL (eds), Springer-Verlag, New York, NY, 1998.

8. Study Guide for Textbook of Reproductive Medicine, Second Edition, Carr BR and **Blackwell RE** (eds), Appleton and Lange, Norwalk, NJ, 1998.