UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE ANN HAPPEL,<br><br>   Plaintiff,<br><br> v.<br><br>ELI LILLY AND COMPANY,<br><br>   Defendant. | CIVIL ACTION No. 04-12218 (WGY) |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Defendant Eli Lilly and Company ("Lilly"), **with the consent of Plaintiff's counsel,** hereby moves the Court to amend the current Scheduling Order. As grounds for this Motion, Lilly states:

1. Discovery has been proceeding and currently is scheduled to end on January 31, 2005. The parties have exchanged written fact discovery and have conducted depositions of fact witnesses. There have been no previous extensions to the schedule.

2. The parties are engaging in expert discovery. This case involves complex issues in connection with injuries alleged by Plaintiff Julie Ann Happel. The parties have scheduled depositions of two expert witnesses for February 9, 2005 and March 1, 2005.

3. In order to accommodate expert discovery, including the depositions of expert witnesses who are physicians with busy practices, the parties seek a one and a half month extension of the case schedule.

4. This is one of many DES cases pending in United States District Courts in the Districts of Massachusetts or the District of Columbia. Defense counsel and Plaintiff's counsel

FHBOSTON/2053279.1

in these cases are working together to complete discovery as quickly as possible and to prepare these cases for settlement and/or trial.

5.  Despite these efforts, counsel anticipate they will be unable to complete all necessary discovery in this case and respectfully request the following amendments to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Discovery | January 31, 2005 | March 15, 2005 |
| Deadline for Filing Dispositive Motions | March 2, 2005 | April 15, 2005 |
| Final Pre-Trial Memo | May 2, 2005 | June 2, 2005 |
| Pre-Trial Conference | May 9, 2005 | June 9, 2005 (approximate) |
| Trial | June 6, 2005 | July 5, 2005 (approximate) |

Respectfully submitted,

/s/ James J. Dillon
James J. Dillon
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Counsel for Defendant
ELI LILLY AND COMPANY

Dated:  January 31, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(m)

Counsel for Lilly has conferred with counsel for Plaintiff pursuant to Local Rule 7.1(m).

Counsel for Plaintiff assents to this motion.

                                        /s/ Seth Nesin
                                        Seth Nesin