UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE ANN HAPPEL,<br><br>   Plaintiff,<br><br> v.<br><br>ELI LILLY AND COMPANY,<br><br>   Defendant. | CIVIL ACTION No. 04-12218 (WGY) |

[PROPOSED] AMENDED SCHEDULING ORDER

Upon consideration of Defendant Eli Lilly and Company's Consent Motion to Amend Scheduling Order, and for good cause shown, it is by this Court this _____ day of _____ 2005, hereby

ORDERED, that the Consent Motion to Amend Current Scheduling Order be and the same hereby is, GRANTED, and it is further

ORDERED, that the Scheduling Order be amended to reflect the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | January 31, 2005 | March 15, 2005 |
| Deadline for Filing Dispositive Motions | March 2, 2005 | April 15, 2005 |
| Final Pre-Trial Memo | May 2, 2005 | June 2, 2005 |
| Pre-Trial Conference | May 9, 2005 | June 9, 2005 (approximate) |
| Trial | June 6, 2005 | July 5, 2005 (approximate) |

                   _____
                   Judge William G. Young,
                   United States District Judge