UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE ANN HAPPEL,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | CIVIL ACTION No. 04-CV-12218 (WGY) |

## JOINT MOTION TO RESCHEDULE MEDIATION SESSION

Defendant Eli Lilly and Company ("Lilly"), together with Plaintiff Julie Ann Happel, hereby moves to reschedule the Mediation Session now set for March 21, 2005 at 10:00 a.m. to April 20, 2005 at 10:00 a.m., or alternatively to April 19, 2005 at 10:00 a.m. As grounds therefore, Lilly states:

1. Discovery is ongoing in this DES case and is not set to close until March 15, 2005.

2. Rescheduling the Mediation Session in this case would promote efficiency for this Court and for the parties. Lilly and Plaintiff's counsel will be moving to reschedule the mediation session in *Manning v. Eli Lilly and Company,* Civil Action No. 04-CV-11164 (RCL), another DES case referred to Magistrate Judge Bowler, to April 20, 2005 as well. The parties would like to conduct the *Happel* and *Manning* mediation sessions on the same day.

3. Rescheduling the Mediation Sessions for *Happel* and *Manning* to take place on the same day would prevent additional expense to the parties by eliminating the need for counsel to make two separate trips to Boston, Massachusetts.

B2983859.3

4. Past experience in DES cases suggests that mediation is most efficient and productive when held approximately one month after the close of discovery so that all parties have had the opportunity to fully evaluate the evidence on the record and to prepare for settlement discussions.

5. Rescheduling the mediation session will not interfere with the discovery, dispositive motion, or trial deadlines set by the Court. The parties do not intend to seek any additional changes to the current Scheduling Order.

Respectfully Submitted,

| ELI LILLY AND COMPANY, | JULIE ANN HAPPEL, |
| --- | --- |
| By Its Attorneys | By Her Attorneys |
| <u>/s/ Brian L Henninger</u><br>James J. Dillon (BBO # 124660)<br>Brian L. Henninger (BBO # 657926)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02111-2600<br>(617) 832-1000 | <u>/s/ Sheila Mone (by permission / BH)</u><br>Sheila Mone, Esq.<br>Kenneth M. Levine & Associates<br>370 Washington St.<br>Boston, MA 02445<br>617-566-2700 |

Dated: March 9, 2005