UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE ANN HAPPEL,<br><br>    Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>    Defendant. | CIVIL ACTION No. 04-12218 (WGY) |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Defendant Eli Lilly and Company ("Lilly"), **with the consent of Plaintiff's counsel,** hereby moves the Court to amend the current Scheduling Order. As grounds for this Motion, Lilly states:

1. Discovery closed on March 15, 2005. The parties have exchanged written fact discovery, conducted depositions of fact witnesses, and completed expert discovery. There has been one previous extension to the schedule.

2. The parties are engaging in additional fact discovery that will likely impact their settlement positions. The parties have scheduled the depositions of two of Plaintiff's treating physicians for April 18, 2005 and April 21, 2005.

3. In order to accommodate the depositions of these witnesses -- both physicians with busy practices -- the parties seek a two-week extension of the dispositive motions deadline. This extension will not affect any other deadlines in this case. Mediation will take place before Magistrate Judge Marianne B. Bowler as scheduled on May 5, 2005. Dispositive motions will be fully briefed before trial, currently set to begin on June 6, 2005.

4. This is one of many DES cases pending in United States District Courts in the District of Massachusetts and the District of Columbia. Defense counsel and Plaintiff's counsel in these cases are working together to complete discovery as quickly as possible and to prepare these cases for settlement and/or trial.

5. Despite these efforts, counsel anticipate they will be unable to complete all necessary discovery in this case before the current dispositive motion deadline and respectfully request the following amendment to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Filing Dispositive Motions | April 15, 2005 | April 29, 2005 |

Respectfully submitted,

/s/ James J. Dillon
James J. Dillon, DC Bar # 485593
Foley Hoag LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Counsel for Defendant
ELI LILLY AND COMPANY

Dated: April 7, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Counsel for Lilly has conferred with counsel for Plaintiff pursuant to Local Rule 7.1(A)(2). Counsel for Plaintiff assents to this motion.

/s/ James J. Dillon
James J. Dillon

- 3 -

## CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing Consent Motion was served on April 7, 2005 by U.S. First Class Mail, postage prepaid, upon:

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, DC 20036
**Attorney for Plaintiff**

                                                _____
                                                Ashley A. Weaver