UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE ANN HAPPEL,<br><br>         Plaintiff,<br><br>     v.<br><br>ELI LILLY AND COMPANY,<br><br>         Defendant. | CIVIL ACTION No. 04-12218 (WGY) |

[PROPOSED] AMENDED SCHEDULING ORDER

Upon consideration of Defendant Eli Lilly and Company's Consent Motion to Amend Scheduling Order, and for good cause shown, it is by this Court this _____ day of _____ 2005, hereby

ORDERED, that the Consent Motion to Amend Current Scheduling Order be and the same hereby is, GRANTED, and it is further

ORDERED, that the Scheduling Order be amended to reflect the following deadlines:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Deadline for Filing Dispositive Motions | April 15, 2005 | April 29, 2005 |

_____
Judge William G. Young,
United States District Judge

**With copies to:**

Aaron M. Levine, Esq.
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, DC 20036
**Attorney for Plaintiff**

James J. Dillon, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
**Attorney for Defendant**