IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE A. HAPPEL,        ]<br>                          ]<br>    **Plaintiff,**         ]<br>                          ]<br>    v.                    ]<br>                          ]<br>ELI LILLY AND COMPANY,    ]<br>                          ]<br>    **Defendant.**        ] | Civil Action No.: 04-cv-12218 (WGY) |

**PLAINTIFF'S FED. R. CIV. P. 26(a)(3) PRETRIAL DISCLOSURES**

COMES NOW the Plaintiff, pursuant to Local Rule 16.5(c) and Fed. R. Civ. P. 26(a)(3), and hereby submits their 26(a)(3) Pretrial Disclosures:

A.   **Witness List:**

Plaintiff expects to call the following as witnesses at trial in this cause:

1.   Plaintiff Julie A. Happel
     15 Kilby Street
     Quincy, MA  02169
     617-472-6845

2.   Frederick J. Happel
     15 Kilby Street
     Quincy, MA 02169
     617-472-6845
     (Plaintiff's husband on damages)

3.   Nora Fahy
     71 Hampstead Road
     Jamaica Plain, MA  02130
     617-522-1625
     (Plaintiff's mother on exposure, manufacturer identification and damages)

4. William R. Principe, R.Ph.
   45 DelPrete Avenue
   Rockland, MA   02370
   781-351-9929
   (Pharmacist on manufacturer identification)

5. Francis Boudreau, M.D.
   1180 Beacon Street
   Brookline, MA   02446
   617-739-1662
   (Boston Lying-In Group Obstetrician/Gynecologist on exposure)

6. Harold B. Sparr, R.Ph., M.D.
   216 Dimmock Road
   Otis, MA   01253
   413-269-7510
   (Expert/Pharmacist on manufacturer identification)

7. James P. DellaVolpe
   29 Benedict Road
   Buzzards Bay, MA   02532
   508-759-2240
   (Expert on manufacturer identification)

8. Harris Busch, M.D., Ph.D.
   Baylor College of Medicine
   1 Baylor Plaza, Room 319D
   Houston, TX   77030
   713-798-3145
   (Expert - Liability/State of the Art)

   or

   Richard J. Falk, M.D.
   1588 Lancaster Green
   Annapolis, MD   21401
   410-849-3204
   (Expert - Liability/State of the Art)

9. Brian Strom, M.D., M.P.H.
   University of Pennsylvania Medical Center
   Department of Epidemiology & Biostatistics
   824 Blockley Hall, 423 Guardian Drive

       Philadelphia, PA   19104
       215-898-2368
       (Expert - Epidemiology)

10.   Elena H. Yanushpolsky, M.D.
       Brigham and Women's Hospital
       75 Francis Street
       Boston, MA   02115
       617-732-4648
       (Treating/Expert - Reproductive Endocrinology)

11.   Edward E. Wallach, M.D.
       The Johns Hopkins University School of Medicine
       601 N. Caroline Street
       Baltimore, MD   21287
       410-583-2751
       (Expert - Reproductive Endocrinology)

*N.B.*   *Plaintiff reserves the right to present any of the aforementioned witnesses by de bene esse deposition.*

*N.B.*   *Plaintiffs reserves the right to provide Dr. Busch via his videotaped deposition of May15-16, 2001.*

*N.B.*   *Plaintiff reserves the right to call any witness(es):*

    a.   *Identified by the Defendant and/or*
    b.   *Any witness not identified to present rebuttal testimony.*

**B.**   **Exhibit List:**

Plaintiff expects to offer the following exhibits in evidence at trial:

1. Selected medical records of Brigham & Women's Hospital re: Julie A. Happel (1999-2002)
2. Selected medical records of Brigid McCue, M.D. re: Julie A. Happel (2000-2001)
3. Selected medical records of South Shore Hospital re: Julie A. Happel (1997-2001)
4. Selected medical records of Dr. Martin Crane & Dr. Jose Scerbo re: Julie A. Happel (1997-1998)
5. Selected medical records of Boston Lying-In Hospital re: plaintiff's mother, Nora Fahy, (1966-1968) (Custodian of records - Brigham and Women's Hospital)
6. 5/9/97 HSG Film and Report
7. 1/15/01 HSG Report

8. South Shore Hospital Billing Statements
9. Faulkner Hospital Billing Statements
10. Adoption Expenses Billing Statements
11. Drs. Crane & Scerbo Billing Statements
12. Future Surrogacy Costs Statements
13. Special Damages Itemization with supporting documentation attached
14. Chronology Chart
15. Lilly brochure: "Pharmaquiz," TILE AND TILL, January 1942
16. Pre-Printed prescription blanks with dosage instructions
17. DES Package Insert
18. Lilly advertisement: "Lilly Policy Guide to Better Profits," American Druggist, April 13, 1952: New York State Pharmacist, April 1952
19. Lilly advertisement: "Concentrate on the Lilly Label," Drug Topics, September 13, 1948
20. Lilly advertisement: "It's Your Money that Goes on Your Shelves," American Druggist, May 12, 1952
21. Lilly brochure: Pharmacist's Reference, 1957
22. Lilly publication: DE RE MEDICA
23. Lilly advertisement: "The Upset Family"
24. Lilly brochure: 1947 A Form, "Diethylstilbestrol in Accidents of Pregnancy"
25. Lilly brochure: 1955 A Form, "Diethylstilbestrol in Accidents of Pregnancy"
26. Lilly brochure: 1961 A Form, "Diethylstilbestrol in Accidents of Pregnancy"
27. Lilly brochure: "Stilbestrol," PHYSICIAN'S BULLETIN, Nov.-Dec. 1941
28. Lilly brochure: "Diethylstilbestrol in Cancer Patients," PHYSICIAN'S BULLETIN, Sept.-Oct. 1942
29. Lilly advertisement: "Lilly's Preferred Estrogen Androgen," May 1950
30. Lilly brochure: "Psoriasis," PHYSICIAN'S BULLETIN, July-Aug. 1950
31. Lilly brochure: "Acne," PHYSICIAN'S BULLETIN, July-Aug. 1952
32. Lilly brochure: "Steroid Hormones and Accidents of Pregnancy," PHYSICIAN'S BULLETIN, July-Aug. 1947
33. Lilly brochure: "Diethylstilbestrol-Carcinogenesis," PHYSICIAN'S BULLETIN, Jan.-Feb. 1946
34. DES Bottles/Pills/Labels
35. Charts/Documents presented at Dr. Busch's deposition of May 15-16, 2001
36. Transplacental Charts (Studies)
37. Cancer-Causing Charts (Studies)
38. Sexual Tract Abnormalities Chart (Studies)
39. Warnings Chart (Studies)
40. Offspring Follow-Up Chart (Studies)
41. Causality Chart (Studies)
42. Proof of Infertility Chart (Studies)
43. Efficacy Chart (Studies)
44. Animal Models Post-Herbst Chart (Studies)

45. Analysis of Efficacy Chart (Studies)
46. Transplacental Chart 2 (Studies)
47. Defendant's Wholesaler Agreements
48. Physician's Desk Reference re: DES (1965-1966)
49. Selected journal articles from Plaintiff's J-List (previously provided to defendant) with selected enlargements
50. Enlargement of PDR
51. Selected enlargements of Defendants labeling and publications, promotional materials, compendium inserts, A-Forms, etc.
52. Medical-Legal Illustration - Normal Female Reproductive Anatomy
53. Medical-Legal Illustration - GYN Exam
54. Chart of DES Sequella
55. Medical-Legal Illustration - DES Abnormalities
56. Netter - DES Syndrome
57. Blow-up of Adenosis (Herbst and Berne)
58. Poor Pregnancy Outcomes/Reproductive Tract Abnormalities Diagram
59. Plaintiff's Colorized HSG
60. Normal Colorized HSG
61. Model of T-Shaped Uterus
62. Model of Normal Uterus
63. Embryologic Diagram: Clinica Symposia (CIBA), Vol. 37, 1985, p. 22
64. Colposcopy Diagram: Clinica Symosia (CIBA), Vol. 37, 1985, p 3
65. 60's Warnings Chart (Studies)
66. Green, Burrill and Ivy 1939 Chart (Study)
67. Rosenblum Four Questions Chart (Study)
68. Fur Journal 1950 Chart (Study)
69. Wholesaler Agreement Enlargement
70. Physician's Desk Reference Enlargement
71. "The Upset Family" Enlargement
72. Annual Consumption Attributable to Specific Conditions Chart (1963-1968)
73. Market Sales of 25mg - NPA v. Conditions Index Chart (1945-1970)
74. Proposed Label Enlargement
75. Total DES Exposed Females by Year of Birth Enlargement
76. Embryology Chart

*N.B.   Plaintiff reserves the right to place the literature studies themselves into evidence in the event the above charts are held inadmissible.*

Respectfully submitted,

KENNETH M. LEVINE & ASSOCIATES


 /s/ Sheila Mone
SHEILA MONE, BBO#634615
370 Washington Street
Brookline, MA   02445
617-566-2700

Aaron M. Levine, DC #7864
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W., Suite 500
Washington, DC   20036
202-833-8040

Counsel for Plaintiff