IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JULIE ANN HAPPEL,

    Plaintiff,

vs.

ELI LILLY AND COMPANY,

    Defendant.

Civil Action No. 04-CV-12218 (WGY)

## AFFIDAVIT OF LAUREN E. DWYER IN SUPPORT OF ELI LILLY AND COMPANY'S MOTION FOR SUMMARY JUDGMENT

I, Lauren E. Dwyer, being first sworn on oath, say that the following is true and correct and made on personal knowledge:

1. I am an attorney at Foley Hoag LLP, counsel for Eli Lilly and Company in this action. I am duly admitted to practice in the District of Massachusetts.

2. Attached as Exhibit 1 is a true copy of Plaintiff Julie A. Happel's Answers to Defendant's First Set of Interrogatories.

3. Attached as Exhibit 2 is a true copy of Plaintiffs' Complaint.

4. Attached as Exhibit 3 is a true copy of excerpts from the deposition transcript of Mrs. Julie A. Happel.

5. Attached as Exhibit 4 is a true copy of an excerpt from the medical records of Julie Happel written by Dr. Martin Crane and dated May 9, 1997.

6. Attached as Exhibit 5 is a true copy of excerpts from the deposition transcript of Dr. Martin Crane.

7. Attached as Exhibit 6 is a true copy of an excerpt from the medical records of Julie Happel written by Dr. Martin Crane dated June 18, 1997.

8. Attached as Exhibit 7 is a true copy of an excerpt from the medical records of Julie Happel written by Dr. Elena Yanushpolsky dated June 12, 1998.

9. Attached as Exhibit 8 is a true copy of excerpts from the deposition transcript of Dr. Janis Fox.

10. Attached as Exhibit 9 is a true copy of an excerpt from the medical records of Julie Happel written by Dr. Janis Fox Dated November 22, 1999.

11. Attached as Exhibit 10 is a true copy of a letter from Dr. Yanushpolsky to Julie Happel dated January 5, 2000.

12. Attached as Exhibit 11 is a true copy of the Indices of Popular Literature.

13. Attached as Exhibit 12 is a true copy of a Westlaw search of Massachusetts media sources concerning diethylstilbestrol.

14. Attached as Exhibit 13 is a true copy of pages from the Westlaw website, http://westlaw.com, of Beverly Beckham, *Op-Ed, Still Learning From DES Flaws*, BOSTON HERALD, Jan. 17, 1996.

15. Attached as Exhibit 14 is a true copy of an excerpt of search results from http://www.yahoo.com and http://www.google.com concerning diethylstilbestrol.

16. Attached as Exhibit 15 are true copies of search results from an Internet Archive, http://www.archive.org search for "DESaction.org".

17. Attached as Exhibit 16 is a true copy of an excerpt of search results from http://www.yahoo.com concerning "DES".

18. Attached as Exhibit 17 is a true copy of search results performed on the PubMed website, found at http://www.ncbi.nlm.nih.gov/entrez/query.fcgi concerning diethylstilbestrol.

19. Attached as Exhibit 18 is a true copy of the slip opinion in *Reeves v. Eli Lilly and Co.*, 03-00237 (D. D.C. 2005).

20. Attached as Exhibit 19 is a true copy of the slip opinion granting summary judgment in *Roberge v. Eli Lilly and Co.*, 03-CV-01008 (D. D.C. 2005).

21. Attached as Exhibit 20 is a true copy of the slip opinion in *Epstein v. Eli Lilly & Co.*, 02-CA-236 (D.C. Super. March 3, 2003).

Dated: April 28, 2005

_____
Lauren Dwyer

Sworn before me this 29th day of April, 2005

_____
Notary Public

JESSICA LEIGH MARTINS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 6, 2006

My commission expires: 1/6/06

- 3 -