**EXHIBIT 3**

1

1   EXHIBITS None                VOL. 1, PGS. 1-87

2          UNITED STATES DISTRICT COURT

3          FOR THE DISTRICT OF COLUMBIA

4                  SUPERIOR COURT

5              C.A. NO: 03-CV-01799(RJL)

6   JULIE A. HAPPEL,                    )

7          Plaintiff,              )

8      V.                        )

9   ELI LILLY AND COMPANY,              )

10         Defendant.             )

11                      )

12

13          ***************

14      Deposition of JULIE A. HAPPEL

15      July 7, 2004, 11:24 a.m.

16          Foley Hoag LLP

17          155 Seaport Boulevard

18          Boston, Massachusetts

19          ***************

20

21   -----------------------------------------------

22      SHIRLEY E. BROWN, CSR, RPR

23          320 CONGRESS STREET

24      BOSTON, MASSACHUSETTS 02210

**Happel, Julie (7/7/04)**                    **Page 1**

15

1    MR. LEVINE:  Now you want to take a

2  break?

3    THE WITNESS:  Uh-huh.

4    MR. LEVINE:  We'll take a quick break.

5    (Interruption in proceedings.)

6    You want to say something?

7    THE WITNESS:  Yeah.

8  A.  I was confused on the last couple of

9  statements.  I thought you meant injured, not

10  exposed.  According to that document, yes, I did

11  know that in 1996 that I was exposed.

12    Q.  Going back to my original question, When

13  were you first aware that your mother took a

14  medication during her pregnancy with you?

15    A.  Well, DES-exposed was in 1996.

16    Q.  How did you acquire that knowledge?

17    A.  By Dr. Crane.

18    Q.  What was that conversation?

19    A.  I believe it -- I had had an HCG.

20    Q.  Do you mean HSG?

21    A.  HSG x-ray.  And I believe he had mentioned

22  it.

23    Q.  What was it that he mentioned?

24    A.  He said I might be DES-exposed.

**Happel, Julie (7/7/04)**                    **Page 15**

16

1    Q. And do you know, was that the term that

2  Dr. Crane used?  DES-exposed?

3    A. Yes.

4    Q. Did Dr. Crane say why that was important?

5    A. No.

6    Q. Or if it was?  Did you have any further

7  conversations about DES exposure with Dr. Crane?

8    A. No.

9    Q. Did he tell you anything else about your HSG

10  results?

11    A. No.

12    Q. Why he had ordered an HSG?

13    A. Because it was procedure with all cases -- I

14  mean all patients that were not getting pregnant.

15  That's what he had told me.

16    Q. After Dr. Crane -- did Dr. Crane tell you

17  what DES was?

18    A. No.

19    Q. Did he tell you how you became exposed to

20  it?

21    A. He said I was DES-exposed.  And that was

22  basically it.

23    Q. So did he mention that it was a drug that

24  your mother would have taken?

**Happel, Julie (7/7/04)**                    **Page 16**

17

1   A. Yes.

2   Q. Anything further?

3   A. In 1997, I had a laparoscopy. In the

4 laparoscopy he had found endometriosis and scarring

5 in my tubes.

6   Q. Did Dr. Crane relate those to DES?

7   A. No.

8   Q. I want to go back to when you had the HSG

9 and he told you that you might be DES-exposed. Did

10 you speak to your mother at that time about it?

11   A. No, I did not.

12   Q. Did Dr. Crane talk to you about calling your

13 mother?

14   A. No.

15   Q. Do you know if he called your mother?

16   A. No.

17   Q. Did you ask Dr. Crane any questions about

18 DES?

19   A. No.

20   Q. Did you ask anyone at that time about DES?

21   A. No.

22   Q. Did you look up what DES was?

23   A. No.

24   Q. During that HSG, did Dr. Crane tell you if

18

1  there were any problems or abnormalities?

2    A.  In the HSG?

3    Q.  Yes.

4    A.  No.  I'm confused.  I keep thinking about

5  the laparoscopy.

6        MR. LEVINE:  She asks about the DES.  If

7  it's no, it's no.  Maybe it's yes about something

8  else.

9    A.  No.

10    Q.  The first HSG when Dr. Crane told you you

11  might be DES-exposed there were no other problems?

12    A.  Huh-uh.

13    Q.  Did he talk to you at all about having a

14  T-shaped uterus?

15    A.  No.

16    Q.  When was the first time you and your mother

17  had a conversation about any drugs she took during

18  her pregnancy with you?

19    A.  The first conversation that my mother and I

20  had about the harmful side effects was probably

21  2001.

22        MR. LEVINE:  She didn't ask that.

23    Q.  That's not the question.  I want to know the

24  very first conversation you ever had with your

**Happel, Julie (7/7/04)**                    **Page 18**

19

1  mother about any medications she took with your

2  pregnancy with you.

3      MR. LEVINE:  We're going to go back down

4  the road you corrected.  Just hear her questions and

5  try to answer it.

6      MS. McMANUS:  We'll go down lots of

7  roads.

8      MR. LEVINE:  Right.

9   Q.  My question is, When is the first time you

10  and your mother had a conversation about any

11  medications she took during her pregnancy with you.

12   A.  I really sat her down in 2001.

13   Q.  So did you initiate that conversation?

14   A.  Uh-huh.

15   Q.  Where did that take place?

16   A.  At our house.

17   Q.  Why did you initiate that conversation?

18   A.  Because in -- I had had an x-ray done again,

19  and it again brought up DES and damage.  So at that

20  point, I said, you know, "Mom, did you take

21  something called -- did you take a pill during your

22  pregnancy?"  And she said yes.  But she couldn't

23  tell me what it was.  She wasn't hundred percent

24  certain it was DES.  She didn't even know what it

**Happel, Julie (7/7/04)**                    **Page 19**

37

1    A. He was doing IUIs.  And before that, I was

2  on Clomid.

3    Q. So let me go back to your first visit with

4  Dr. Crane.  What did you discuss at that visit?

5    A. Basically that my husband and I were trying

6  to get pregnant.  We had been married two years.

7    Q. Were you concerned at that time that you

8  were pregnant yet?

9    A. A little bit.

10    Q. And you had not used birth control for that

11  entire two years?

12    A. Uh-huh.

13    Q. What did Dr. Crane have to say on that first

14  visit?

15    A. On the very first visit, he started me off

16  with the basal temperature, the temperature stuff.

17  Started me from the very bottom.  And then the

18  ovulation thing, you know, when you feel a pain or

19  something.  Then that was a couple of months.  And

20  then he put me on the Clomid for I don't recall how

21  long.

22    Q. Did he put you --

23    A. Couple of months.

24    Q. We discussed earlier how you had had an HSG

38

1  with Dr. Crane.  Did he put you on the Clomid before

2  or after that HSG?

3      A. I don't remember.

4      Q. So then you did Clomid for a while but

5  you're not certain how long?

6      A. Uh-huh.

7      Q. And then at some point, did you decide to

8  try something else?

9      A. He did IUIs with Clomid and then with

10  injections.

11      Q. Did you have any success with any of those

12  treatments?

13      A. (Shakes head.)

14      Q. You just need to say it.

15      A. Oh.  No.

16      Q. Earlier you had also mentioned that you had

17  had a laparoscopy with Dr. Crane.  Do you recall

18  when that was?

19      A. I believe it was '97.

20      Q. Was it soon after the HSG?

21      A. I don't remember.

22      Q. And why did he -- did he talk with you about

23  why he wanted to do a laparoscopy?

24      A. Again, because I wasn't getting pregnant

41

1  pregnant?

2     A. No.

3     Q. How about DES and maintaining a pregnancy?

4     A. No.

5     Q. Did Dr. Crane ever talk to you about -- he

6  ever tell you that DES explained any of your

7  problems?

8     A. No.

9     Q. Did Dr. Crane ever tell you that you had any

10  uterine abnormalities?

11     A. He did say I had a small uterus and the

12  endometriosis and the scarring and the chlamydia.

13     Q. Did Dr. Crane ever tell you that the small

14  uterus may be related to DES?

15     A. No, he did not.

16     Q. Did he ever talk to you about endometriosis

17  being related to DES?

18     A. No, he did not.

19     Q. Did you ever discuss with Dr. Crane DES and

20  cancer?

21     A. No, I did not.

22     Q. I'm going to ask you to take a look at the

23  interrogatories, 10B.

24        MR. LEVINE:  Is this the original set?

**Happel, Julie (7/7/04)**                    **Page 41**

42

1        MS. McMANUS:  The original set.

2    A. I might have, but the cancer part -- but I

3    didn't -- I don't really recall, because it wasn't

4    made a big issue.  According to him, we were going

5    to keep going, IUIs.  There were other things that

6    were the main reason why I wasn't getting pregnant.

7    Q. But you weren't concerned about any possible

8    pre-cancer risk?

9    A. Huh-uh.  Everything causes cancer.

10    Q. At that time --

11    A. I mean, I was smoking at the time.  That

12    causes cancer.  That causes a lot of cancer.

13    Q. At that time did you do any research or look

14    into any connection between DES and cancer?

15    A. No, I did not.

16    Q. Besides that one conversation with Dr. Crane

17    regarding DES, do you recall any other conversations

18    with him regarding DES?

19    A. No, I don't.

20    Q. Did Dr. Crane ever perform any tests on your

21    husband to determine whether or not male factor was

22    a problem?

23    A. I think he did a sperm.

24    Q. What was the result of that?

**Happel, Julie (7/7/04)**                      **Page 42**

47

1    A. Did I?

2    Q. Yes.

3    A. I guess. Crane sent over what he had to

4  them. And Dr. Picariello from my physicals.

5    Q. So then what was your next step that you

6  took with that center?

7    A. IUIs.

8    Q. How long did you do that?

9    A. Seven months. Six, seven months.

10    Q. Did you have any success with the IUIs?

11    A. No, I did not.

12    Q. Did they talk to you about why you weren't

13  having success?

14    A. No.

15    Q. Did you ask any questions?

16    A. They kept saying, "Maybe not this time,

17  maybe next time." They were very optimistic. They

18  kept saying, "You're young. Except for the

19  endometriosis and the chlamydia, you're going to get

20  pregnant." They just kept pushing me that I was

21  going to get pregnant. Then after the IUIs, in

22  vitros.

23    Q. Did you ever ask whether or not people with

24  endometriosis never end up getting pregnant?

49

1   the IUI cycle.  Like the next step was in vitro.

2      Q. Okay.  Did you ever ask your doctors about

3   why you had a small uterus?

4      A. No.

5      Q. Did anybody ever tell you?

6      A. No.

7      Q. Did you ever do any research into what might

8   cause a small uterus?

9      A. No.

10     Q. Did you ever do any research into what the

11  effect of having a small uterus is?

12     A. No.

13     Q. And then what happened after your seven

14  months of -- am I correct it was about seven months

15  of IUIs?

16     A. Yes.

17     Q. And then what did you do?

18     A. Started in vitros.

19     Q. Did you start that immediately thereafter?

20     A. Yes.

21     Q. And approximately when was that?

22     A. I can't remember an exact time.  I want to

23  say sometime in '99.

24     Q. Prior to starting the in vitro cycles, what

50

1  doctor did you meet with prior to that?

2     A. I met with many. But -- can I just speak?

3  Ginsberg was the main one I met with.

4     Q. Did you have any conversation with

5  Dr. Ginsberg about what the success rates with IUF

6  were?

7     A. Yeah. She said the success rates were very

8  high.

9     Q. And did she ever give you a number?

10    A. I don't recall. She said they were very

11  good and in my favor.

12    Q. Did she ever talk about any of your risk

13  factors in regards to IVF?

14    A. With regard -- as far as the endometriosis,

15  she said with in vitro they put the embryo right

16  into your uterus and that that is a complete point

17  to getting -- it's right in the uterus, so it

18  doesn't have to interfere with the chlamydia

19  background. If there was a scarring, again, they're

20  putting it right into the uterus. Again, she kept

21  saying my small uterus was operable and workable.

22    Q. And then what happened with the first IVF?

23    A. Nothing. No pregnancy.

24    Q. And what did the doctors tell you about

**Happel, Julie (7/7/04)**                          **Page 50**

52

1    A. At the first one, two, I think.

2    Q. Do you recall receiving a letter from the

3  center regarding that cycle, that IVF cycle?

4    A. I don't.

5    Q. Do you generally recall getting letters

6  from --

7    A. I got tons of letters from them.

8    Q. Did you read those?

9    A. I did, yeah.

10    Q. At that treatment place, was there something

11  called an IVF committee?

12    A. I don't remember.

13    Q. And so what happened next?

14    A. Took -- usually they made you take a break

15  after the first IVF cycle for a couple of months and

16  then they'd do it again.

17    Q. So then you decided to do a second IVF

18  cycle?

19    A. Uh-huh.

20    Q. When was that?

21    A. Again, I think '99.

22    Q. How were the --

23    A. Same thing, except maybe I might have --

24  again, the number of oocytes or whatever was maybe a

**Happel, Julie (7/7/04)**                              **Page 52**

53

1  couple less than I had in the first cycle.  Like

2  maybe two.  But very optimistic.  The embryos were

3  good quality.  This time they increased it to like

4  three.

5    Q.  Did you have discussions with the doctors

6  about doing an increased number of transfers?

7    A.  Doing an increased number?  Yes.  From the

8  last one.  They wanted me to do more, like from the

9  first cycle.  The IVF cycle, they wanted to transfer

10  more embryos.

11    Q.  How many did they want to transfer?

12    A.  That's what I mean.  I think it was one.  It

13  might have been two for the second cycle, but I'm

14  not --

15    Q.  Had you spoken to them about your desire to

16  have more transferred?

17    A.  Did I speak to them?

18    Q.  (Nods head.)

19    A.  Yes.

20    Q.  And did you communicate to them that you

21  wanted more transferred?

22    A.  Yes.

23    Q.  Did you have discussions with Dr. Fox about

24  the risk of multiple pregnancies with having a DES

**Happel, Julie (7/7/04)**                    **Page 53**

54

1  uterus?

2     A. Yes.

3     Q. And what was that?

4     A. She basically said that DES would cause

5  multiple pregnancies. I was thrilled. I was

6  expecting DES was going to give me a lot of

7  pregnancies. I wanted to get pregnant that was my

8  dream. If it was triplets or it was twins, I wanted

9  to take that chance.

10    Q. I think there's a confusion with my

11  question. My question was whether or not you and

12  Dr. Fox had conversations about your multiple

13  pregnancies in your DES-exposed smaller uterus.

14    A. Yes.

15    Q. And what were the risks associated with

16  that?

17    A. Multiple -- the risks of -- can you restate

18  that.

19    Q. Sure. Do you recall having a talk with

20  Dr. Fox about it being risky to have multiple

21  pregnancies for you?

22    A. A risk? That -- well, like four or more

23  would be -- would not be good. But that I could

24  hold up to three embryos.

**Happel, Julie (7/7/04)**                    **Page 54**

55

1    Q. And did she tell you why you couldn't hold

2  four or more?

3    A. She basically thought that it was too many.

4    Q. Why was that too many?

5    A. Because it was just -- just too many at that

6  time and they wanted to go with three.

7    Q. Was there any -- ever any concern that your

8  uterus wasn't large enough for more than that?

9    A. No.

10    Q. And were the transfers at that time

11  generally of good quality?

12    A. Uh-huh.

13    Q. But what was the result of that IVF cycle?

14    A. No pregnancy.

15    Q. Did you have a talk with any of the doctors

16  about that cycle?

17    A. We had many talks.  Specifically in that

18  cycle, they just kept pushing me to do the next

19  cycle.  They were very optimistic again that it

20  would happen.

21    Q. I'm going to -- Exhibit 1 from your

22  husband's deposition.  Please just take a look at

23  that.

24        Have you seen this letter before?

56

1    A. I got many, many letters.

2    Q. So is this a familiar letter format to you?

3    A. Yes.

4    Q. And did you treat with Dr. Yanushpolsky?

5    A. She was one of many associates. It was

6  Ginsberg, Fox, Yanushpolsky. There was another,

7  Horns -- there was many of them.

8    Q. And do you recall -- did you read these

9  letters when you received them from the center?

10    A. Yes.

11    Q. And do you recall this letter mentioning

12  that your history of DES exposure might be

13  contributing to your difficulty in achieving

14  success?

15    A. I do recall it. But again, it was many --

16  they were mentioning the endometriosis, the

17  scarring, the chlamydia, my smoking. And

18  unexplained.

19    Q. So --

20    A. They kept pushing me to continue. This was

21  the last thing on my plate. I was concerned with

22  okay, they were saying this, they were saying this,

23  and we don't know. Ginsberg kept saying, "I don't

24  know why" -- she had a stack full of papers, like my

**Happel, Julie (7/7/04)**                    **Page 56**

57

1  husband said earlier.  "You're going to get

2  pregnant."  They kept pushing me and pushing me to

3  do these in vitros.  The endometriosis, the

4  scarring, we don't know.  Unexplained.  We don't

5  know.

6      Q.  The DES was placed as one of the possible

7  factors?

8      A.  It was one of many.  My smoking was.  The

9  scarring, the chlamydia.  I had many things.

10  Unexplained.  I didn't know.  They couldn't give me

11  a straight answer.  And they never did.

12      Q.  After you received this letter written in

13  January 2000, did you do any research or

14  investigation into DES?

15      A.  No, I did not.

16      Q.  Did you ever do any general investigation

17  into infertility treatment or IVF?

18      A.  Did I do any investigation?

19      Q.  (Nods head.)

20      A.  They gave me booklets from South Shore

21  reproductive about what IVFs was all about, what the

22  procedures were and the medications I'd have to

23  take.  And they gave us a video.

24      Q.  Did you ever do anything on your own?

**Happel, Julie (7/7/04)**                    **Page 57**

58

1    A. No.

2    Q. I believe you said that they recommended you

3  try another IVF cycle.

4    A. Uh-huh.

5    Q. Did you do that?

6    A. Uh-huh.

7    Q. When would that have been?

8    A. I think 2000.

9    Q. Do you recall how many embryos were

10  transferred at that time?

11    A. I don't recall.

12    Q. What was the result of that IVF?

13    A. No pregnancy.

14    Q. Do you recall any discussions regarding

15  about why you weren't having success at that time?

16    A. Again, it was -- maybe it wasn't enough of

17  the medication they were giving me. They wanted to

18  up that. Because again, it was basically

19  unexplained, because they kept -- they couldn't

20  understand. These embryo qualities were so great.

21  And, you know, his sperm and my oocytes and

22  everything was -- it was unexplained.

23        And a quote from Ginsberg on the first

24  in vitro -- she teaches at Harvard, and she showed

**Happel, Julie (7/7/04)**                        **Page 58**

76

1    A. After I got information from Brandon's law

2  firm.

3    Q. So that would have been in -- after what

4  year?

5    A. 2002, 2003.

6    Q. When was the first time you heard of DES

7  lawsuits?

8    A. Through my mother-in-law with that article.

9    Q. Had any of your doctors ever mentioned it?

10   A. No.

11   Q. Do you know any other DES plaintiffs?

12   A. No.

13   Q. Do you know any other women that were

14  exposed to DES?

15   A. No.

16   Q. Are you aware of other sorts of product

17  liability lawsuits where one sues the manufacturer

18  of a product?

19   A. Yeah.

20   Q. Prior to getting that ad from your

21  mother-in-law, were you aware that you could sue a

22  manufacturer if you believed you were injured by

23  their product?

24   A. Yeah.

**Happel, Julie (7/7/04)**                    **Page 76**

78

1    Q. How about after that?  Had you seen any news

2  stories about it?

3    A. No.

4    Q. Do you ever watch those news magazines,

5  Dateline, et cetera?

6    A. Sometimes.

7    Q. Do you recall ever seeing any stories on

8  there about women and infertility?

9    A. No.

10    Q. Up to today, have you ever taken any steps

11  to learn about or research DES?

12    A. Once I got the information from Brandon and

13  Aaron, I did.  I went on the Internet.

14    Q. What did you search for on the Internet?

15    A. What was it?  I wanted some more information

16  on it.  I can't even tell you the name of it today.

17  The true name isn't DES.  I know there's a chemical

18  name to it.

19    Q. How long -- where did you go on the

20  Internet?

21    A. I don't remember the sites.

22    Q. Do you have a computer at home?

23    A. Yes.

24    Q. How long have you had that computer?

**Happel, Julie (7/7/04)**                    **Page 78**

86

1                    *****

2            CERTIFICATE OF NOTARY PUBLIC

3        I, Shirley E. Brown, the officer before whom

4   the foregoing deposition was taken, do certify that

5   JULIE A. HAPPEL, whose testimony appears herein, was

6   duly sworn by me; that the testimony of said witness

7   was taken by me in machine shorthand and thereafter

8   reduced to writing by means of computer-aided

9   transcription; that said deposition is a true record

10  of the testimony given by said witness; that I am

11  neither counsel for, related to, nor employed by any

12  of the parties to the action in which this

13  deposition was taken; and further, that I am not a

14  relative or employee of any attorney or counsel

15  employed by the parties thereto, nor financially or

16  otherwise interested in the outcome of the action.

17

18

19          Shirley E. Brown
            Notary Public in and for
20          The Commonwealth of Massachusetts

21  My commission expires:  March 18, 2005

22

23

24

**Happel, Julie (7/7/04)**                    **Page 86**