**EXHIBIT 4**

Name: HAPPEL, JULIE A                    Physician: CRANE, MARTIN, MD

MRN: 514324      Pat type: O      Loc: RADFOG       A#:000601770886

Age: 30 Years    DOB: May-25-1966                   Date: May-9-1997

Clinical data: FERTILITY STUDY

Exam:HYSTEROSALPINGOGRAM                            Acc# 651219
    Cpt:74740 -628.9

    Water soluable contrast was introduced into the cervical os by Dr. Crane. The endometrial cavity is small in size and the contours appear to be slightly irregular. There is prompt filling of the right fallopian tube, and there is free spill of contrast on the right. The left fallopian tube never fills, and there is no evidence of spillage of contrast via the left fallopian tube.

IMPRESSION:

ENDOMETRIAL CAVITY IS SMALL AND IRREGULAR. DIFFERENTIAL DIAGNOSIS COULD INCLUDE MULTIPLE SMALL SUBMUCOSAL FIBROIDS OR PREVIOUS DES EXPOSURE. THERE IS PROMPT FILLING VIA THE RIGHT FALLOPIAN TUBE WITH FREE SPILL OF CONTRAST ON THE RIGHT. THE LEFT FALLOPIAN TUBE DOES NOT FILL.

D: 05/09/97 2P

                            signed by: RICHARD F. SULLIVAN, MD

RFS/JAG T:May-9-1997

781 340
4045

PL2400