**EXHIBIT 6**

South Shore Hospital
55 Fogg Road
South Weymouth, MA 02190

DISCHARGE SUMMARY

PATIENT:      HAPPEL, Julie
MR#:          514324
PHYSICIAN:    Martin Crane, M.D.
ADM.DATE:
D/C.DATE:     6|18|97 SC

cc:  Nicholas Picariello, M.D.

This 31 year old married white female gravida 0, para 0, admitted with question of pelvic endometriosis.  Her last menstrual period 5-27-97 .  Her histerosalpingogram showed T shaped uterus, right tube patent and left tube question cornual obstruction.  She underwent laparoscopy , fulguration of endometriosis and left salpingolysis, lavage of oviducts, hysteroscopy , D&C under general endotracheal anesthesia.  The pelvic picture was one of pelvic endometriosis with left tubal adhesions present. Hysteroscopy showed what appeared to be a small uterine cavity, question of T shaped uterine cavity. Postoperatively she did well without significant problems. She was discharged in satisfactory condition, recovered, ambulatory, regular diet. Routine postop instructions were given and she will be seen in the office in approximately one week for suture removal and postop review.

FINAL DIAGNOSIS:  Pelvic endometriosis, left tubal adhesions

Discharge medications - Tylenol #3 #21 PO q 3 prn pain. Ampicillin 500 mg po qid x five days.

Note: Patient does have history of heart murmur, question mitral valve prolapse and was given prophylactic antibiotics, Ampicillin 1 gram Gentamicin 80 mg pre and postoperatively.

Martin Crane, M.D.

Dict:      6-18-97
Tran:      06/18/97
Initials:  jb