**EXHIBIT 7**

*CENTE?  ?OR REPRODUCTIVE MEDICINE ?CREENING SHEET*

Name: Julie A. Happel   martin   Age 32   Date June 12, 1998

Name & address of referring physician: Dr. William Crane

Briefly describe the reason for this visit: Wanted a second opinion. Have been a patient of Dr. Crane (South Weymouth) for 1 year. Recommended by Linda DiCesare obstretic nurse Brigham and Women's Hospital

**Menstrual history**
Date of last menstrual period 5/30/98   Your age at first period  F̶7̶ 13
How often do they occur (interval) montly   How many days of bleeding 3
Severity of menstrual cramps minimal
Do you experience any bleeding or spotting between periods No

**Obstetrical history**
Pregnancies(# times) —   Premature babies No
Miscarriages —   Abortions No
Living children —   Current ages of children —

**Gynecological history**
Date of last pap smear 4/98
Have you ever had an abnormal pap smear no
If yes, when and what was done

Date of last mammogram —   Results —
Contraceptive history: current method —   IUD use:  yes   no   (circle one)
Sexual history:   Satisfactory ✓   Uncomfortable   Wish to discuss
Do you have any questions regarding your risk for HIV and sexually transmitted diseases (i.e. herpes, venereal warts, chlamydia) No

**If applicable**   Years of infertility 2 + more

**Past medical history**
Check (✓) if you have any of the following conditions

- ☐ heart disease — CC + IUI x many
- ☐ cancer
- ☐ hypertension
- ☐ diabetes
- ☐ depression/anxiety
- ☐ headache/migraine
- ☐ thyroid disease
- ☐ respiratory disease
- ☐ breast disease
- ☐ jaundice/hepatitis
- ☐ anemia
- ☐ hiatal hernia/ulcer disease
- ☐ bowel disorders
- ☐ kidney disease
- ☐ urinary tract infections
- ☐ urinary incontinence (loss of urine) with coughing or stress
- ☐ varicose veins/phlebitis
- ☐ skin diseases
- ☐ neurological diseases
- ☐ arthritis
- ☑ other  heart murmur
  DES daughter

PL5201