**EXHIBIT 8**

1

1          VOLUME: I

2          PAGES: 1 to 48

3          EXHIBITS: See Index

4

5     UNITED STATES DISTRICT COURT

6     DISTRICT OF MASSACHUSETTS

7 ------------------x

8 JULIE HAPPEL

9    Plaintiff        Civil Action

10  v.              No. 04-12218-WGY

11

12 ELI LILLY AND COMPANY

13    Defendant

14 ------------------x

15    TELECONFERENCE DEPOSITION of JANIS FOX, M.D.

16        Monday, April 18, 2005

17            4:04 p.m.

18        Offices of Janis Fox, M.D.

19           1032 Main Street

20        South Weymouth, Massachusetts

21

22    Michelle Keegan, Court Reporter

23

24

**Fox, Dr. Janis (4/18/05)**                              **Page 1**

8

1  Q. That's fine. Why don't I just simplify and
2  say, why the breakdown? Why do you spend some time
3  at Brigham and Women's and why do you have the one
4  day out at South Shore?
5  A. It's just what our practice calls a
6  satellite. Almost all of the physicians have a
7  satellite office where they -- we bring Brigham's
8  services to communities that are a distance from the
9  Brigham.
10     I'm a specialist. And so there aren't
11 many people in my specialty out on the South Shore,
12 and so there are three Brigham physicians who come
13 out here to provide our specialty services to this
14 community.
15 Q. Okay. And what's your specialty?
16 A. Infertility.
17 Q. Okay. Who are the other physicians that
18 provide infertility services?
19 A. At the South Shore or in my whole practice?
20 Q. Let's start at South Shore.
21 A. Dr. Elizabeth Ginsberg and Dr. Elena
22 Yanushpolsky.
23 Q. Okay. Do you have the opportunity to talk
24 to Dr. Yanushpolsky often? **Fox, Dr. Janis (4/18/05)**                **Page 8**

1     I mentioned to you they generally get a

2  letter.

3  Q. Okay.

4  A. That she's planning a day 3 transfer, that

5  there was a long discussion about implications of

6  DES, and I discussed the risks of -- that's my own

7  shorthand for high-order multiple gestation in DES

8  uterus, that she was having irritation from ethanol

9  swabs, and that she wanted IV general anesthesia.

10  That's the end of my note.

11     And then there's a note on December 16th

12  from the nurse. There's also a symbol on the top.

13  That's just my symbol to myself that the note was

14  dictated.

15     MR. HENNINGER: And I'm sorry, let's

16  enter this record into the record. This will be

17  Exhibit Number 3.

18     (Exhibit Number 3

19     marked for identification)

20  Q. Okay. And it may be clearer if I ask you

21  questions about the next record. If you'd turn to

22  the next page, which is PL 5218, this is another

23  record from South Shore Hospital. It's dated

24  11/22/1999.          Fox, Dr. Janis (4/18/05)          Page 25

29

1      MR. LEWIS: Do you have a specific
2  recollection of your concern in this particular
3  case?
4      THE WITNESS: I don't have a specific
5  recollection of my concern in this case, but in
6  general, if someone has already an increased risk
7  for premature delivery, then it goes to follow that
8  we would not want them to be carrying a pregnancy
9  that increases that risk further.
10   Q. So based on your notes here, that's what you
11  would have communicated to her during this
12  conversation or consultation?
13   A. Well, it sounds like we talked about high-
14  order multiple pregnancy being a very high-risk
15  situation for anyone and particularly for her,
16  given, I presume, you know, I was aware of
17  Dr. Yanushpolsky's findings on the hysteroscopy,
18  that there were concerns about the normalcy of her
19  uterus.
20   Q. Okay. And when you talk about -- When you
21  say here, "It would be extremely difficult in the
22  setting of a DES uterus," would you have explained
23  to her what a DES uterus was if she didn't know at
24  that time?

30

1   A. I presume so, but I would also assume she

2   was aware given that she had this hysteroscopy done.

3   Q. I'm sorry. You would presume so given that

4   she had done what?

5   A. That she was aware that her uterus was, you

6   know, showing some unusual features in terms of its

7   shape.

8   Q. Okay. And you say above that, "We discussed

9   the risk" -- I'm sorry. Above that. "We had a long

10  discussion about the implication of her DES

11  exposure." Would those discussions be the same that

12  we discussed earlier as far as the risks that you

13  understand or understood at that time of DES

14  exposure for fertility?

15  A. I presume so.

16  Q. And so what would those implications have

17  been?

18  A. Higher risk of mid-trimester losses, higher

19  rates of infertility. I doubt I would have gone

20  into the abnormal Pap smears and rare cancers in the

21  context that we saw the patient. It was probably

22  limited to the fertility-related implications.

23  Q. Would the DES exposure have been something

24  that you would have described to Ms. Happel as a18/05)            **Page 30**

34

1  what you told her. If you don't remember what you

2  told her --

3    A. I absolutely can't remember any specific

4  conversations with this patient.

5    Q. I'm asking -- Go ahead. All I'm asking

6  is --

7    A. It sounds like we were addressing the

8  implications of DES exposure. And I have to surmise

9  that that would be in the context of fertility-

10 related concerns because that's what we specialize

11 in.

12       MR. HENNINGER: I'm just reviewing my

13 notes. Bear with me for one second.

14       (Pause)

15   Q. Just going for one minute to the team

16 meeting, if Ms. Happel had been diagnosed with a, as

17 you say here, DES uterus, would that have been

18 something that would have been discussed in the team

19 meeting going into the consultation? Is that

20 correct?

21   A. I don't know that we specifically would have

22 discussed it, but I would suspect that we would have

23 been aware of the fact that she was DES-exposed when

24 we were reviewing her cycle and making

48

1 COMMONWEALTH OF MASSACHUSETTS

2 SUFFOLK, SS.

3

4   I, Michelle Keegan, Registered Professional

5 Reporter and Notary Public in and for the

6 Commonwealth of Massachusetts, do hereby certify

7 that JANIS FOX, M.D., the witness whose deposition

8 is hereinbefore set forth, was duly sworn by me and

9 that such deposition is a true record, to the best

10 of my ability, of the testimony given by the

11 witness.

12   I further certify that I am neither related to

13 or employed by any of the parties in or counsel to

14 this action, nor am I financially interested in the

15 outcome of this action.

16   In witness whereof, I have hereunto set my hand

17 and seal this 19th day of April, 2005.

18

19

20

21

22            Notary Public

23            My commission expires:

24            June 10, 2005 Fox, Dr. Janis (4/18/05)                Page 48