**EXHIBIT 9**

South Shore Hospital
55 Fogg Road
South Weymouth, MA  02190-2432

CONSULTATION REPLY

PATIENT:      HAPPEL, JULIE J
PHYSICIAN:    JANIS  FOX, MD
MR#:          0000000000514324          ACT#:  000605952696
CONSULT DATE: 11/22/1999               DOB:   05/25/1966

HISTORY:
Julie returns for IVF cycle review.  Her last menstrual period
was November 1, 1999, and she started Lupron on November 20th.
She has received her cycle review letter.  We discussed the
contents of the review letter in some detail.  She will do a day
3 transfer.  We had a long discussion about the implications of
her DES exposure.  We discussed the risks of a high order
multiple pregnancy in the setting of a DES uterus.  The patient
was anxious to have as many embryos transferred as as possible.
I discussed the fact that a high order multiple pregnancy might
be extremely difficult in the setting of a DES uterus as it is
difficult even in the setting of normal /\/\/\/\/ .  She is also
complaining of irritation from her ethanol swabs and we discussed
using alcohol on a cotton ball instead of prepackaged ethanol
swabs.  She wants IV general anesthesia rather than a spinal for
her next IVF cycle.

Approximately 20 minutes was spent with the couple, counseling
them.


_____
JANIS   FOX, MD


JF:EDiX11241
D: 11/22/99 16:09 T: 11/22/99 19:32 DOCUMENT: 991122210836450300

Page 1 of 1

☐

ORIGINAL                                                     PL5218