**EXHIBIT 10**

```
BRIGHAM AND WOMEN'S HOSPITAL                 155-11-02-5
HARVARD TEACHING AFFILIATE
BOSTON, MASSACHUSETTS 02115                  HAPPEL, JULIE

                         OB-GYN
```

Note on 01/05/00

NOTE:

January 5, 2000

Julie Happel (MRN 155-11-02-5)
15 Kilby Street
Quincy, MA  02169

Dear Julie and Frederick:

I am very sorry that the last IVF cycle did not result in pregnancy. As you know, you have undergone a low dose Lupron suppression protocol followed by ovulation induction starting at 6 ampules of FSH per day. On day 12 of stimulation your estradiol reached a level of 1930 pg/ml and there were 16 measurable follicles. Nineteen oocytes were retrieved and 16 of them fertilized normally. Two best quality embryos were transferred into your uterus and 5 good quality embryos were cryopreserved. Unfortunately the cycle did not result in a pregnancy. As you know, under the best of circumstances, the IVF pregnancy rates are 40-45% in your age category.

After careful consideration the IVF committee had the following remarks:
1. We remain optimistic regarding your success in the future. However, we have to consider the fact that your history of DES exposure may be contributing to our difficulty in achieving success. Since you have 5 good quality embryos currently cryopreserved in our laboratory, we would recommend that you use those embryos in the next cycle. You would need to contact the South Shore office and set up a cryo class to learn about the preparation involved with such a cycle. It should be significantly easier for you to go through a cryo cycle than a stimulated cycle as no gonadotropin injections or ultrasound monitoring is involved. We would plan to thaw all 5 embryos and transfer the best surviving ones.

If you have any questions, please don't hesitate to contact me. I would be glad to see you in the office to answer any of your concerns.

Sincerely,


Elena H. Yanushpolsky, M.D.
Center for Reproductive Medicine

EHY/srh

_____
Elena H. Yanushpolsky, M.D.

DD: 01/05/00
DT: 1/13/2000
DV: 01/05/00


******** Not reviewed by Attending Physician ********

Note by YANUSHPOLSKY, ELENA HESINA, M.D. (EY2)

Page 4

PL2702