**EXHIBIT 11**

LAY MAGAZINE PUBLICITY

1. Miscellaneous (no cite)
2. Time Aug. 1971
3. Today's Health 1971
4. Journal Nov. 1971
5. Good Housekeeping June 1972
6. The Atlantic Oct. 1972
7. Good Housekeeping July 1974
8. Kansas City Star Sept. 30, 1974
9. Vogue May 1975
10. Playboy June 1975
11. Good Housekeeping July 1975
12. Coalition for Rights of Women 7/75
13. Glamour Oct. 1975
14. Newsweek Jan. 26, 1976
15. Newsweek Sept. 1976
16. Mademoiselle Sept. 1976
17. Better Homes and Gardens Oct. 1976
18. Ms. March 1977
19. Mademoiselle April 1977
20. Kansas City Star April 26, 1977
21. Time May 9, 1977
22. New York May 16, 1977
23. Business Insurance May 30, 1977
24. Moneysworth July 4, 1977
25. Journal of Legal Medicine 8/77
26. Redbook Aug. 1977
27. People Nov. 7, 1977
28. McCalls March 1978
29. Kansas City Times June 3, 1978
30. Family Circle July 10, 1978
31. Glamour Sept. 1978
32. Readers Digest Nov. 1978
33. FDA Consumer Feb. 1979
34. The American Lawyer Feb. 1979
35. Outlook April 1979
36. FDA Consumer May 1979
37. New York Times May 10, 1979
38. New York Post May 10, 1979
39. New York Times June 30, 1979
40. Good Housekeeping July 1979
41. Lawrance Journal-World 7/17/79
42. New York Times 7/17/79
43. New York Times Aug. 2, 1979
44. Us Aug. 7, 1979
45. Detroit Free Press 8/14/79
46. Detroit Free Press 8/26/79
47. Ms. Sept. 1979
48. Chicago Tribune Sept. 1, 1979
49. The Detroit News Sept. 30, 1979
50. The Apothecary Sept./Oct. 1979
51. Philadelphia Inquirer Oct. 21, 1979
52. Parade Sept. 9, 1979
53. Business Week Oct. 29, 1979
54. People Dec. 3, 1979
55. Business Insurance Jan. 7, 1980
56. New York Times Feb. 22, 1980
57. Time March 24, 1980
58. The New Republic June 14, 1980
59. McCalls Aug. 1980
60. Time Aug. 25, 1980
61. Playboy Sept. 1980
62. New Orleans Sept. 1980
63. Good Housekeeping Oct. 1980
64. Cosmopolitan Nov. 1980
65. Changing Times Oct. 1981
66. Monthly Detroit Magazine 1982
67. Womens Life Jan 1981
68. Journal Living Jan 25, 1982
69. Mother Jones Feb./Mar., 1983
70. Newsweek March 21, 1983
71. Playgirl June 1983
72. People Magazine May 9, 1983
73. Ladies Home Journal April 1984
74. People Magazine March 25, 1985
75. Glamour Magazine March 1985
76. Readers Digest March 1985
77. McCalls April 1985
78. Savvy December 1984
79. Parents October 1986
80. Parents October 1986
81. Wisconsin Magazine 4/19/87
82. Savvy June 1988
83. Newsweek 8/15/88
84. Vogue 12/88
85. Woman's World 9/5/89
86. Weight Watchers News 12/88
87. Ladies' Home Journal 12/91
88. Spotlight 5/94
89. Ms. May/June 1996
90. Redbook 5/1998

LIBA/1119536.1

Scope Content                                                                 Page 1 of 2

Database Name: Dow Jones Major Newspapers

Database Identifier: NPMJ

The NPMJ database contains full text coverage of over 40 of the most widely circulated daily newspapers in the United States, as provided by Dow Jones Interactive to West Group. A document is an article, column, letter, briefing, or other section of text. Tabular and graphic material are not available.

This database contains the full-text articles and other materials from more than 40 of the most widely circulated daily newspapers in the United States, as provided by Dow Jones & Company, Inc. to West Group.

DERIVATION: A Dow Jones Interactive electronic transmission.
Coverage start dates vary by publication.

| PUBLICATION: | COVERAGE START DATE: |
|---|---|
| Age, The | April 9, 1991 |
| Arizona Republic/The Phoenix Gazette | September 25, 1989 |
| Atlanta Journal & Constitution | January 11, 1993 |
| Baltimore Sun | November 18, 1991 |
| Boston Globe | January 1, 1987 |
| Boston Herald | January 25, 1991 |
| Buffalo News | October 17, 1990 |
| Chicago Sun Times | January 11, 1993 |
| Chicago Tribune | December 27, 1984 |
| Columbus Dispatch | December 1993 |
| Courier-Journal (Louisville, KY) | March 19, 1988 |
| Dallas Morning News | 1993 |
| Denver Post | August 1988 – May 1989 and January 1, 1993 – Present |
| Detroit Free Press | January 4, 1994 |
| Detroit News | January 2, 1991 |
| Fort Worth Star-Telegram | January 11, 1993 |
| Globe and Mail, The | June 1, 1996 |
| Hartford Courant | January 1, 1991 |
| Houston Chronicle | January 2, 1985 |
| Idaho Statesman | June 5, 1995 |
| Kansas City Star | January 20, 1982 |
| Knight-Ridder Tribune Business News - KRTBN | September 10, 1997 |
| Los Angeles Times | January 1, 1985 |
| Milwaukee Journal & Sentinel | January 22, 1990 |
| New Orleans Times-Picayune | September 25, 1988 |
| New York Post | September 15, 1997 |
| New York Times News Service | same day coverage |
| Newsday | October 1, 1985 |
| Orange County (Calif.) Register | July 17, 1986 |
| Orlando Sentinel | October 13, 1987 |
| Pittsburgh Post-Gazette | Cov. of Selected Bus. Articles- July 1990 – January 1994 Full Coverage – January 1994 – Present |
| Plain Dealer (Cleveland) | January 1, 1989 |
| Portland Oregonian | January 12, 1987 |
| Rocky Mountain News | March 21, 1993 |
| San Antonio Express-News | February 2, 1994 |
| San Diego Union and Tribune | January 1, 1989 |
| San Francisco Chronicle | January 1, 1985 |
| St. Louis Post-Dispatch | August 28, 1986 |
| St. Petersburg Times | January 1, 1989 |
| Star-Ledger (Newark, NJ) | January 21, 1987 |
| Star-Tribune-Mpls. & St. Paul | January 1, 1986 |
| Sun Herald | June 7, 1987 |
| Sun-Sentinel (Ft. Lauderdale, FL) | Selected Business Coverage – December 24, 1991 – |

http://web2.westlaw.com/shared/scope/content.wl?DB=NPMJ&RecreatePath=%2Fshared%   12/21/2001

Scope Content                                                                                    Page 2 of 2

● USA TODAY
  Wall Street Journal, The
  Washington Post

October 31, 1993
Full Coverage - November 1,
1993 to the present
March 18, 1985
January 2, 1984
January 1, 1984

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES"...

1. 9/27/98 Rocky Mtn. News 12A, 1998 WL 7963470 Rocky Mountain News LAWYER GOES AFTER GUN MAKERS TEXT: Attorney Elisa Barnes was casually reading a report about gun violence when this question occurred to her: Why hadn't the gun industry been ... Word Count: 431

2. 9/26/98 Rocky Mtn. News 51A, 1998 WL 7963220 Rocky Mountain News GRANDDAUGHTERS MAY GET DES-INDUCED CANCER TEXT: The drug DES, given to women to prevent miscarriage until it was shown to cause cancer in their daughters, may also cause cancer in their ... Word Count: 217

3. 9/26/98 St. Petersburg Times 13A, 1998 WL 18293283 St. Petersburg Times New breast cancer therapy approved TEXT: Breast cancer patients won a breakthrough new treatment late Friday as the Food and Drug Administration approved Herceptin - the first in what ... Word Count: 774

4. 9/20/98 Orange County (Cal.) Reg. A08, 1998 WL 2649900 The Orange County Register Lawyer's suit targets gun manufacturers // COURTS: Slated for trial next month, this case has become one of the most closely watched assaults on the firearms industry. TEXT: Attorney Elisa Barnes was casually reading a report about gun violence when this question occurred to her: Why hadn't the gun industry been ... Word Count: 2010

5. 9/17/98 Wall St. J. A1 1998 WL-WSJ 18984737 The Wall Street Journal Aiming High: A Lawyer Goes After Gun Manufacturer; Has She Got a Shot? --- In a New Approach That Hints At Attacks on Tobacco, Ms. Barnes Goes to Court --- A Whistleblower Emerges TEXT: NEW YORK -- Attorney Elisa Barnes was casually reading a report about gun violence when this question occurred to her: Why hadn't the gun industry ...

6. 8/16/98 Plain Dealer (Clev.) 7J, 1998 WL 4149292 The Plain Dealer Cleveland, OH OHIO LAW MAKES IT HARD TO SUE OVER DES DISORDERS TEXT: You may recall that between 1938 and 1971 many women used a popular drug, diethylstilbestrol to replace hormones during menopause, to treat ... Word Count: 884

7. 7/1/98 Columbus Dispatch (Ohio) 03C, 1998 WL 5700143 The Columbus Dispatch OHIO SUPREME COURT TURNS DOWN CONCEPT OF MARKET-SHARE LIABILITY TEXT: The Ohio Supreme Court rang "the death knell" for most Ohio lawsuits involving a cancer-linked synthetic estrogen that was taken by millions ... Word Count: 448

8. 7/1/98 Plain Dealer (Clev.) 5B, 1998 WL 4142746 The Plain Dealer Cleveland, OH RULING LIMITS SUITS OVER PREGNANCY DRUG INJURED MUST KNOW SPECIFIC FIRM THAT MADE PRODUCT TEXT: Mothers and their children who claim they were harmed by a drug the women took to prevent miscarriages cannot sue drug companies unless they ... Word Count: 730

9. 10/27/97 Boston Herald 027, 1997 WL 5414917 Boston Herald BUSINESS MONDAY Research never ends for ERI founder TEXT: How do you mix a passionate concern for public health with a desire to run a business? Nancy Dreyer, who holds a doctorate in epidemiology ... Word Count: 793

10. 10/2/97 Boston Globe D1, 1997 WL 6273531 The Boston Globe House OKs 'fast track' for drugs Mass. biotech, medical firms hail speeding up FDA reviews TEXT: WASHINGTON -- Capping a two-year lobbying effort, Massachusetts biotechnology firms and medical device makers yesterday claimed a significant ... Word Count: 847

11. 8/22/97 Dallas Morning News 5C, 1997 WL 11514076 The Dallas Morning News Filmmaker goes from boom to bust TEXT: After three years as principal camera operator on Walker, Texas Ranger, Bob Horne is shooting a film without fights and explosions. Former ... Word Count: 617

12. 7/16/97 Denv. Post F01, 1997 WL 6079407 Denver Post Drug DES exacts high toll Film tracks emotions and pain from anti-miscarriage pill TEXT: It was because of a TV show, a Phil Donahue episode nearly 20 years ago, that Judith Helfand discovered she was a DES daughter. Then a ... Word Count: 918

13. 6/21/97 Star Trib. (Minneapolis-St. Paul) 01E, 1997 WL 7571124 Star-Tribune Newspaper of the Twin Cities Mpls.-St. Paul FYI // Hippies - the tragic aftermath TEXT: A recent issue of the Generation X magazine Swing contains a pity-me essay by a self-described "child of hippies." Her problem: Her parents ... Word Count: 487

14. 5/14/97 Plain Dealer (Clev.) 9B, 1997 WL 6594019 The Plain Dealer Cleveland, OH WOMEN LOSE FIGHT TO COLLECT ON DRUG LIABILITY LAWSUIT TEXT: A federal appeals court has rejected an effort to collect money damages for 27 women who sued manufacturers and distributors of a drug once ... Word Count: 336

15. 5/13/97 Columbus Dispatch (Ohio) 04B, 1997 WL 7359685 The Columbus Dispatch MARBLEHEAD TEXT: Questions remain in collision of 2 boats Questions still surround the collision of two small boats between Marblehead and Kelleys Island in ... Word Count: 861

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES"...

16. 2/2/97 Denv. Post E11, 1997 WL 6063927  Denver Post  It's no surprise: Sundance documentaries touch on heartstrings  TEXT:  PARK CITY, Utah - Supposedly, the most hotly debated award at the Sundance Film Festival was the Grand Jury Prize for documentary ...  Word Count: 784

17. 12/20/96 USA TODAY 20A, 1996 WL 15362668  USA Today  ACROSS THE USA: NEWS FROM EVERY STATE  TEXT:  Alabama  Jasper -- A Burlington-Northern Santa Fe train slammed into an ambulance at a rail crossing near Old Highway 78, killing two ...  Word Count: 2323

18. 11/26/96 L.A. Times B2, 1996 WL 12760000  Los Angeles Times  NEXT LA The Next Wave Anatomy of a Lawsuit Sufferers of back pain hoped that spinal implants would offer relief. Manufacturers contend that the devices did not aggravate their conditions. The cases are beginning to filter into California courtrooms.  TEXT:  Jon P. Stucky struggles with a wish to die. He said he has been in agonizing pain since he received a spinal implant in 1988 and often dreams of ...  Word Count: 1337

19. 11/12/96 Denv. Post B10, 1996 WL 12634509  Denver Post  LETTERS, FAXES & E-MAIL  TEXT:  Recruits sounded early warning on Aberdeen scandal On Sept. 18, I, along with two of my sisters, flew to Baltimore, rented a car and drove ...  Word Count: 1342

20. 11/5/96 Rocky Mtn. News 29A, 1996 WL 12354788  Rocky Mountain News  Right tools necessary for animal control  TEXT:  In an Oct. 30 article ("Traps saved for williest coyotes"), I was quoted as saying, "For coyotes, we only use traps and snares about 10% of the ...  Word Count: 1429

21. 09/25/1996 Globe & Mail (Toronto Can.) A1  The Globe and Mail  Fetus endured 'sleep-room' experiments  Man denied compensation claim for brainwashing conducted in 1960 on his mother  TEXT:  TORONTO -- Lloyd Schrier didn't officially exist when, still in the womb, he was subjected to a barrage of electric shocks and a cocktail of ...

22. 6/3/96 S.F. Chron. D2, 1996 WL 3221076  The San Francisco Chronicle  Tort Reformers Go For Female Votes / They're saying lawsuit limits are good for women  TEXT:  .  Tort reformers have had little success selling their anti-lawsuit agenda to Californians this year, so last month May they unveiled a new ...  Word Count: 824

23. 3/23/96 Wash. Post A14, 1996 WL 3070442  The Washington Post  Approval Process for Pharmaceuticals  TEXT:  In their March 19 op-ed "Don't Keep Doctors in the Dark," Georgetown physicians/pharmacologists Raymond L. Woosley and David A. Flockhart ...  Word Count: 842

24. 10/8/95 Orange County (Cal.) Reg. E01, 1995 WL 10759882  The Orange County Register  THE WAIT // SOCIAL ISSUES: Fertility problems force a Placentia couple into the heartbreaking world of adoption.  TEXT:  At the top of the stairway in Sheri and Neil Rosen's condo is a waiting room: a nursery painted in soft, cotton candy blue. Stuffed toys wait ...  Word Count: 2097

25. 8/20/95 Mail on Sunday (Pg. Unavail. Online), 1995 WL 11791206  The Mail on Sunday  Fighting Fisons in pounds 1.7bn bid battle.  TEXT:  DRUGS group Fisons plans to fight a pounds 1.7 billion bid from rival Rhone-Poulenc Rorer by going on the attack over the large number of ...  Word Count: 322

26. 6/20/95 Balt. Sun 1D, 1995 WL 2448632  The Baltimore Sun  TRACKING AN ELUSIVE KILLER Test for cervical cancer is only as reliable as doctors and labs  TEXT:  In an isolated section of SmithKline Beecham medical laboratory in Owings Mills, three women pore over microscopes in search of misshapen ...  Word Count: 2787

27. 6/20/95 Balt. Sun 1D, 1995 WL 2449368  The Baltimore Sun  TRACKING AN ELUSIVE KILLER Test for cervical cancer is only as reliable as doctors and labs  Series:  SERIES  --  MEDICAL LABS, PART 2 of 2  TEXT:  In an isolated section of SmithKline Beecham medical laboratory in Owings Mills, three women pore over microscopes in search of misshapen ...  Word Count: 2787

28. 3/7/95 Balt. Sun 1A, 1995 WL 2423259  The Baltimore Sun  House debates tort reform  TEXT:  WASHINGTON -- Marching into the more controversial reaches of the "Contract with America," the Republican-controlled House argued yesterday ...  Word Count: 543

29. 3/7/95 Buff. News A4, 1995 WL 5450739  Buffalo News  HOUSE DEBATES BILL TO CHANGE LEGAL SYSTEM  TEXT:  Marching into the more controversial reaches of the "Contract With America," the Republican-controlled House argued Monday over ...  Word Count: 446

30. 3/7/95 Orlando Sentinel A3, 1995 WL 6420615  Orlando Sentinel  HOUSE DEBATES BILL TO CHANGE CIVIL LAWSUITS THE BUSINESS-BACKED MEASURES WOULD MAKE IT EASIER TO DEFEND PRODUCT-LIABILITY AND SECURITIES-FRAUD CASES.  TEXT:  Marching into the more controversial reaches of the "Contract With America," the Republican-controlled House argued Monday over ...  Word Count: 326

31. 3/7/95 Star-Ledger (Newark N.J.) (Pg. Unavail. Online), 1995 WL 5192148  The Star-Ledger Newark, NJ  GOP targets civil suit rules and pits business vs. lawyers  TEXT:  WASHINGTON-Marching into the more

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES"...

controversial reaches of the "Contract With America," the Republican-controlled House argued yesterday over ... Word Count: 954

32. 3/7/95 St. Louis Post-Dispatch 04A, 1995 WL 3297768 St. Louis Post-Dispatch HOUSE GOP TARGETS MAJOR OVERHAUL OF CIVIL LEGAL SYSTEM TEXT: Marching into the more controversial reaches of the Contract with America, the Republican-controlled House argued Monday over business-backed ... Word Count: 820

33. 3/5/95 Wash. Post H01, 1995 WL 2081736 The Washington Post The Myths That Rule Us; In the Debate on Regulatory 'Reform,' Six Legends Bear a Closer Look TEXT: In recent weeks, a steady stream of executives has arrived on Capitol Hill in chauffeured cars to warn that pending legislation would tie their ... Word Count: 2082

34. 3/2/95 Portland Oregonian A06, 1995 WL 3562482 Portland Oregonian INJURY VICTIMS BRING STORIES TO HILL TEXT: Summary: A consumer group brings the wounded to Washington to lobby against a product liability bill that is part of the GOP contract They ... Word Count: 535

35. 2/28/95 Plain Dealer (Clev.) 10B, 1995 WL 7084720 The Plain Dealer Cleveland, OH CLASS ACTION IS REJECTED FOR DES DAUGHTERS TEXT: A federal judge yesterday rejected an attempt to turn a lawsuit against manufacturers of DES into a class action that would have represented ... Word Count: 285

36. 2/23/95 Newsday A41, 1995 WL 5096131 Newsday Medicine May Be Hard to Swallow GOP's assault on FDA would hurt consumers, agency officials claim TEXT: Washington - At 80, Dr. Frances O. Kelsey still comes to work each day at her chaotically cluttered desk at the Food and Drug Administration ... Word Count: 1340

37. 2/1/95 Plain Dealer (Clev.) 2B, 1995 WL 7080273 The Plain Dealer Cleveland, OH DES LAWSUIT VS. ELI LILLY SEEKS $205 MILLION TEXT: A Richmond Heights woman has filed a $205 million lawsuit charging that the synthetic hormone DES left her daughter with birth defects. The ... Word Count: 420

38. 10/26/94 New Orleans Times-Picayune D8, 1994 WL 3852341 The New Orleans Times-Picayune ANABOLIC STEROIDS AREN'T THE ANSWERS FOR ATHLETES TEXT: Athletes who use anabolic steroids to add muscle mass are taking a risk with their long-term health to achieve a goal that hard training and a ... Word Count: 569

39. 7/30/94 Plain Dealer (Clev.) 6B, 1994 WL 7199645 The Plain Dealer Cleveland, OH SUIT SEEKS $500 MILLION FOR DES DRUG DAMAGES TEXT: Hundreds of people joined in filing a single lawsuit in Common Pleas Court yesterday, seeking $500 million in damages for injuries past and ... Word Count: 314

40. 6/29/94 USA TODAY 14A, 1994 WL 11083779 USA Today Protect women from this bill TEXT: Women are at risk this week as the Senate considers the grossly mislabeled Product Liability Fairness Act. This bill is fair only to companies ... Word Count: 349

41. 6/26/94 L.A. Times 5, 1994 WL 2179958 Los Angeles Times Codifying Indifference and Exclusion Congress would protect manufacturers' interests to the detriment of women's health. TEXT: This week, the U.S. Senate will consider legislation that would take a heavy toll on the health of women in this country. By virtue of our ... Word Count: 618

42. 6/3/94 L.A. Times 1, 1994 WL 2171950 Los Angeles Times A Private Pain-and a Public Healing TEXT: Soon, the houselights would dim, and Darci Picoult, alone onstage, would start discussing her most intimate body parts and functions. ... Word Count: 1255

43. 5/18/94 USA TODAY 12A, 1994 WL 11100040 USA Today Ending the abortion war? TEXT: At last, some common sense on the controversial French abortion pill, RU 486. Manufacturer Roussel-Uclaf agreed Monday to donate its patent ... Word Count: 393

44. 5/10/94 Plain Dealer (Clev.) 1A, 1994 WL 7212947 The Plain Dealer Cleveland, OH 'YOU DIDN'T KNOW THESE THINGS BACK THEN' SUIT FILED FOR 'DES DAUGHTERS' INFERTILITY AND BREAST CANCER BLAMED ON 'MIRACLE' DRUG TEXT: After she had two miscarriages, Peggy Beaster's doctor prescribed a drug that miraculously allowed her to give birth to a baby girl. But 45 ... Word Count: 533

45. 3/16/94 Plain Dealer (Clev.) 6A, 1994 WL 7192493 The Plain Dealer Cleveland, OH BILL TO LIMIT DES SUITS OPPOSED TEXT: Without her knowledge, Rep. Patsy T. Mink was a subject of an experiment with the drug DES when she was pregnant in 1951. She sued. Now she ... Word Count: 342

46. 1/30/94 Columbus Dispatch (Ohio) 01G, 1994 WL 7838092 The Columbus Dispatch A DRUG'S LEGACY DECADES LATER, PRESCRIBED 'MIRACLE' AFFECTS CHILDREN, PERHAPS

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES" ...

GRANDCHILDREN *TEXT:* When her doctor offered diethylstilbestrol, Shirley Lewis was eager to try it. The drug, known as DES, promised to prevent another ... Word Count: 1160

47. 1/9/94 Boston Globe 11, 1994 WL 6003324 The Boston Globe 11 get $42.3m in DES lawsuit *TEXT:* NEW YORK -- A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to ... Word Count: 156

48. 1/9/94 Boston Herald 008, 1994 WL 5371665 Boston Herald NEWS IN BRIEF *TEXT:* Two die in fatal crash blamed on slick roads A Lynn couple was killed yesterday after they lost control of their car on Route 495 in Andover ... Word Count: 1112

49. 1/9/94 Boston Herald 008, 1994 WL 5371753 Boston Herald NEWS IN BRIEF *TEXT:* Two die in fatal crash blamed on slick roads A Lynn couple was killed yesterday after they lost control of their car on Route 495 in Andover ... Word Count: 1112

50. 1/9/94 Buff. News A1, 1994 WL 5029809 Buffalo News 11 WHOSE MOTHERS TOOK DES AWARDED $42.3 MILLION *TEXT:* A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 361

51. 1/9/94 Buff. News A1, 1994 WL 5030549 Buffalo News 11 WHOSE MOTHERS TOOK DES AWARDED $42.3 MILLION *TEXT:* A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 361

52. 1/9/94 Chi. Sun-Times 23, 1994 WL 5538578 Chicago Sun-Times Women Get $42 Million in DES Drug Case *TEXT:* NEW YORK A jury awarded $42.3 million to 11 women whose mothers took the drug DES during pregnancy, including eight who were the first to go ... Word Count: 393

53. 1/9/94 Chi. Sun-Times 23, 1994 WL 5539161 Chicago Sun-Times Women Get $42 Million in DES Drug Case *TEXT:* NEW YORK A jury awarded $42.3 million to 11 women whose mothers took the drug DES during pregnancy, including eight who were the first to go ... Word Count: 393

54. 1/9/94 Chi. Trib. 16, 1994 WL 6522512 Chicago Tribune $42 MILLION AWARDED IN DRUG LAWSUIT *TEXT:* A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 416

55. 1/9/94 Chi. Trib. 16, 1994 WL 6523545 Chicago Tribune $42 MILLION AWARDED IN DRUG LAWSUIT *TEXT:* A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 416

56. 1/9/94 Hous. Chron. 2, 1994 WL 4588221 Houston Chronicle DES jury award totals $42 million/Drug now barred during pregnancies *TEXT:* NEW YORK -- A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to ... Word Count: 582

57. 1/9/94 Hous. Chron. 2, 1994 WL 4588632 Houston Chronicle DES jury award totals $42 million/Drug now barred during pregnancies *TEXT:* NEW YORK -- A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to ... Word Count: 582

58. 1/9/94 Hous. Chron. 8, 1994 WL 4588261 Houston Chronicle 11 awarded $42 million in DES pregnancy suit *TEXT:* NEW YORK -- A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to ... Word Count: 422

59. 1/9/94 Hous. Chron. 8, 1994 WL 4588662 Houston Chronicle 11 awarded $42 million in DES pregnancy suit *TEXT:* NEW YORK -- A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to ... Word Count: 422

60. 1/9/94 New Orleans Times-Picayune A3, 1994 WL 3840473 The New Orleans Times-Picayune VICTIMS OF DES WIN CASE $42 MILLION GOES TO 11 WOMEN *TEXT:* A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 357

61. 1/9/94 New Orleans Times-Picayune A3, 1994 WL 3840839 The New Orleans Times-Picayune VICTIMS OF DES WIN CASE $42 MILLION GOES TO 11 WOMEN *TEXT:* A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 357

62. 1/9/94 Newsday 03, 1994 WL 7427145 Newsday $42.3M Award in DES Daughters Suit *TEXT:* A Manhattan jury awarded $42.3 million Friday to 11 women who had reproductive problems after their mothers took a synthetic hormone ... Word Count: 228

63. 1/9/94 Newsday 03, 1994 WL 7427683 Newsday $42.3M Award in DES Daughters Suit *TEXT:* A Manhattan jury awarded $42.3 million Friday to 11 women who had reproductive problems after their mothers took a synthetic hormone ... Word Count: 228

64. 1/9/94 Orange County (Cal.) Reg. A03, 1994 WL 4353464 The Orange County Register $42 million

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES"...

awarded in DES cases // COURTS: The New York trial was the first involving women who said the drug caused reproductive problems. TEXT: A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial alleging ... Word Count: 381

65. 1/9/94 Orlando Sentinel A12, 1994 WL 4913022  Orlando Sentinel  JURY SIDES WITH WOMEN WHOSE MOTHERS TOOK DES TEXT: A jury awarded $42.3 million to 11 women whose mothers took the drug DES during pregnancy, including eight who said the drug caused ... Word Count: 355

66. 1/9/94 Orlando Sentinel A12, 1994 WL 4914397  Orlando Sentinel  JURY SIDES WITH WOMEN WHOSE MOTHERS TOOK DES TEXT: A jury awarded $42.3 million to 11 women whose mothers took the drug DES during pregnancy, including eight who said the drug caused ... Word Count: 355

67. 1/9/94 Plain Dealer (Clev.) 17A, 1994 WL 7227335  The Plain Dealer  Cleveland, OH  11 WOMEN WIN $42 MILLION IN DES SUITS TEXT: A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 263

68. 1/9/94 Plain Dealer (Clev.) 17A, 1994 WL 7227843  The Plain Dealer  Cleveland, OH  11 WOMEN WIN $42 MILLION IN DES SUITS TEXT: A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 263

69. 1/9/94 Portland Oregonian B03, 1994 WL 4838970  Portland Oregonian  JURY AWARDS $42 MILLION TO 11 'DES DAUGHTERS' TEXT: Summary: The case is the first involving reproductive problems rather than cancer in the offspring of women who took the drug  A jury awarded ... Word Count: 601

70. 1/9/94 Portland Oregonian B03, 1994 WL 4840350  Portland Oregonian  JURY AWARDS $42 MILLION TO 11 'DES DAUGHTERS' TEXT: Summary: The case is the first involving reproductive problems rather than cancer in the offspring of women who took the drug  A jury awarded ... Word Count: 601

71. 1/9/94 Rocky Mtn. News 38A, 1994 WL 6691466  Rocky Mountain News  'DES daughters' awarded $42 million 11 women whose mothers took drug while pregnant win lawsuit over defects TEXT: A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 253

72. 1/9/94 Rocky Mtn. News 38A, 1994 WL 6692019  Rocky Mountain News  'DES daughters' awarded $42 million 11 women whose mothers took drug while pregnant win lawsuit over defects TEXT: A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 253

73. 1/9/94 St. Petersburg Times 10A, 1994 WL 5322060  St. Petersburg Times  N.Y. jury awards $42-million to 'DES daughters' Series: HEALTH & MEDICINE TEXT: A jury awarded $42.3-million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial claiming ... Word Count: 345

74. 1/9/94 Wash. Post A18, 1994 WL 2265130  The Washington Post  11 Women Awarded $42.3 Million in DES Suit TEXT: A jury awarded $42.3 million to 11 women whose mothers took DES during pregnancy, including eight who were the first to go to trial  ... Word Count: 160

75. 9/20/93 Wall St. J. B8  1993 WL-WSJ 683537  The Wall Street Journal  Market-Share Theory of Liability Is Rejected in Lead-Paint Lawsuit TEXT: Victims suing over exposure to lead paint must pinpoint when the paint was used, a federal appeals court ruled, making it harder to seek ... Word Count: 799

76. 7/6/93 Chi. Trib. 1, 1993 WL 11081787  Chicago Tribune  RULING ON 'JUNK SCIENCE' MAY AFFECT JURY AWARDS TEXT: After years of increasing concern about the qualifications of expert witnesses in trials, testimony that critics call "junk science" may now ... Word Count: 1508

77. 5/13/93 St. Louis Post-Dispatch 03C, 1993 WL 8020239  St. Louis Post-Dispatch  CANCER SCARE LINGERS OVER A GENERATION TEXT: About 20 years ago, doctors discovered that the synthetic estrogen given to millions of women to prevent miscarriage - diethylstilbestrol, or ... Word Count: 549

78. 4/28/93 USA TODAY 01D, 1993 WL 6706758  USA Today  THE CRYING GAME TEXT: Billy Ray Cyrus says his current hit, She's Not Cryin' Anymore,  came from his heart, not from another songwriter's work. Danny Moss  of ... Word Count: 574

79. 4/8/93 Plain Dealer (Clev.) 1A, 1993 WL 4283584  The Plain Dealer  Cleveland, OH  COURT OPENS DOOR FOR DES VICTIMS  DUMPS LAW THAT RESTRICTED SUITS OVER ANTI-MISCARRIAGE DRUG TEXT: The Ohio Supreme Court overturned a state law yesterday that restricted victims' ability to sue drug manufacturers for injuries related to the ... Word Count: 647

80. 1/31/93 Newsday 47, 1993 WL 11351295  Newsday  Who Should Pay? City wants lead companies to

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES"...

ants $50M for lawsuits *TEXT:* Tony, age 11, has an investment portfolio worth millions. He has three bicycles, his own Nintendo set, and his own room in a newly furnished ... Word Count: 1004

11. 1/24/93 S.F. Chron. 1Z1, 1993 WL 6391651 The San Francisco Chronicle The Morning After Pill / The controversy over the French drug RU-486 has obscured the fact that an American drug capable of terminating unwanted pregnancies has been available for years *TEXT:* . It is the morning after, and, still half-asleep, she begins to remember the night before. She is 15, and as she dressed for that party, ... Word Count: 3741

12. 12/8/92 Wash. Post Z14, 1992 WL 2152694 The Washington Post Drug Testing on Men Only *TEXT:* "For many if not most drugs on the market, no one really knows whether they behave any differently in women. Nobody really knows what their ... Word Count: 1063

13. 10/1/92 Wall St. J. B9 1992 WL-WSJ 634130 The Wall Street Journal Brown-Forman Held Partly Liable For Death by Alcohol Poisoning *TEXT:* A state court jury has found a manufacturer of alcoholic beverages partially liable for the death of a college student who died of alcohol ... Word Count: 1359

14. 9/28/92 Wall St. J. B14 1992 WL-WSJ 634677 The Wall Street Journal Florida Child-Divorce Decision Could Change Thinking if Not Law *TEXT:* The case of the 12-year-old Florida boy who was granted a divorce from his parents last week represents a natural evolution of the law, ... Word Count: 1509

15. 9/9/92 Balt. Sun 14A, 1992 WL 9535042 The Baltimore Sun LETTERS TO THE EDITOR *TEXT:* Poker Machines This is in response to the editorial "Video Poker Bluff" in The Sun of Aug. 30. Word Count: 1309

16. 8/22/92 Buff. News A6, 1992 WL 3653541 Buffalo News JUDGE SETS THE STAGE TO TRY DES SUITS KANE PUTS 500 CASES AGAINST DRUG COMPANIES ON DOCKET STATEWIDE *TEXT:* A Buffalo judge on Friday set the stage for trials statewide of 500 negligence cases against drug companies for pregnant women's use of the ... Word Count: 386

17. 6/9/92 Buff. News SPLIT, 1992 WL 3639255 Buffalo News DES TRIAL BREAKS FOR SETTLEMENT TALKS *TEXT:* A State Supreme Court trial in a class-action suit on damages linked to the synthetic hormone DES was adjourned Monday while lawyers for the ... Word Count: 107

18. 6/3/92 Wall St. J. B6 1992 WL-WSJ 646465 The Wall Street Journal Carpal-Tunnel-Syndrome Suits Are Consolidated by U.S. Judge *TEXT:* NEW YORK -- Complaints about carpal tunnel syndrome, a wrist disorder believed to be caused by the use of computer keyboards, are flooding the ... Word Count: 1118

19. 5/28/92 Newsday 06, 1992 WL 7535690 Newsday Victims Of DES Testify *TEXT:* Six people who last week were offered a settlement in their cases against a maker of the drug DES sat in a federal judge's chambers yesterday ... Word Count: 413

20. 5/13/92 Milwaukee J. & Sentinel A8, 1992 WL 8809311 The Milwaukee Journal Callow will retire as justice after 31 years on the bench *TEXT:* Journal Madison bureau Callow Word Count: 698

21. 5/6/92 Wall St. J. B6 1992 WL-WSJ 654129 The Wall Street Journal Drug Makers Settle A Group of Claims Over Hormone DES *TEXT:* NEW YORK -- Some 30 U.S. pharmaceutical companies agreed to an eleventh-hour settlement of claims by 150 women who said they were harmed by ... Word Count: 489

22. 4/28/92 Portland Oregonian B05, 1992 WL 6825653 Portland Oregonian DES HEARINGS REMINDER OF HOW WOMEN TREATED *TEXT:* It was an era when women did not question their doctors. It was, after all, the time the world was discovering miracle drugs like penicillin. ... Word Count: 786

23. 4/23/92 Wash. Post A02, 1992 WL 2191812 The Washington Post The Lingering Pain of DES *TEXT:* It was an era when women did not question their doctors. It was, after all, a time when the world was discovering miracle drugs such as ... Word Count: 765

24. 4/14/92 Wall St. J. B1 1992 WL-WSJ 657377 The Wall Street Journal Videotapes Give Appeals Cases New Dimension *TEXT:* Cameras in the courtroom are causing little-noticed but profound changes in the appeals process by enabling appellate judges to review trial ... Word Count: 1930

25. 4/2/92 Wall St. J. B8 1992 WL-WSJ 658823 The Wall Street Journal Breast-Implant Judge Sparks Controversy *TEXT:* A tug of war among lawyers over breast-implant litigation has turned more quarrelsome because of a telephone call a federal judge in ... Word Count: 1390

26. 2/11/92 L.A. Times 1, 1992 WL 2952465 Los Angeles Times Another Lifetime of Worry Over DES Concerns Grows That Onetime 'Miracle Drug' May Harm a Third Generation *TEXT:* Judy Horton was only 29 when she had a hysterectomy after doctors discovered she had cervical cancer. Later, she had a benign lump removed ... Word Count: 1752

27. 2/9/92 L.A. Times 1, 1992 WL 2953391 Los Angeles Times The Uncertain Legacy of DES Health: A growing number of medical experts and women whose mothers took the drug are calling for more research

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES" ...

into the possible effects on a third generation. *TEXT:* Back when Marillyn Myers was given the synthetic hormone DES, it was considered a miracle worker, a drug that could prevent premature labor. ... Word Count: 2274

98. 1/23/92 Dallas Morning News 23A, 1992 WL 7105454 The Dallas Morning News Dow's concern was sales, not safety *TEXT:* Because the plastic surgeon was using a local anesthetic, Marissa Hopkins heard his exclamation when he saw what was inside her. She heard him ... Word Count: 708

99. 1/21/92 Portland Oregonian B05, 1992 WL 6799927 Portland Oregonian ISSUE ISN'T SEXUALITY, IT'S SAFETY *TEXT:* Because the plastic surgeon was using a local anesthetic, Marissa Hopkins heard his exclamation when he saw what was inside her. She heard him ... Word Count: 716

100. 1/14/92 Wall St. J. B8 1992 WL-WSJ 669682 The Wall Street Journal Former Makers of Lead Pigment Win Round in Poisoning Lawsuit *TEXT:* Former manufacturers of lead pigment won an important victory in their battle against lawsuits seeking damages for injuries allegedly caused ... Word Count: 1800

101. 12/19/91 Wall St. J. B4 1991 WL-WSJ 579475 The Wall Street Journal Suit Charging General Dynamics With Fraud Finally Goes to Trial *TEXT:* The U.S. government is seeking about $240 million from General Dynamics Corp. in a civil case stemming from alleged fraud in a massive U.S. ... Word Count: 1658

102. 12/19/91 Newsday 18, 1991 WL 4045928 Newsday Drug Case Rejected *TEXT:* New York's highest court refused yesterday to extend the state's so-called Toxic Torts law to enable a husband to sue the makers of the drug ... Word Count: 177

103. 12/10/91 Wall St. J. B11 1991 WL-WSJ 580672 The Wall Street Journal Lead-Paint Litigation May Prove Tough Fight for Plaintiffs Lawyers *TEXT:* Personal-injury lawyers who had hoped their fight against lead-paint manufacturers would yield a litigation bonanza may be in for a tougher ... Word Count: 1589

104. 12/9/91 Wall St. J. B6 1991 WL-WSJ 580804 The Wall Street Journal Two EPA Hazardous-Waste Rules Are Thrown Out by Appeals Court *TEXT:* The federal court of appeals in Washington threw out two of the Environmental Protection Agency's key hazardous-waste regulations, ruling that ... Word Count: 1125

105. 11/15/91 USA TODAY 01D, 1991 WL 6770517 USA Today Women, DES and decades of desolation *TEXT:* Susan Simpson was just 19 when she went for her first pelvic exam, learned she had cancer - and was told the cure would mean removal of her ... Word Count: 1211

106. 11/13/91 Wall St. J. B5 1991 WL-WSJ 584278 The Wall Street Journal Lead-Paint Case Attorneys Debate Issue of Damages *TEXT:* BOSTON -- A federal judge heard arguments yesterday that damages caused by lead paint ought to be assigned to paint manufacturers according to ... Word Count: 295

107. 10/20/91 Boston Globe 25, 1991 WL 7440429 The Boston Globe Lawsuits rise in lead poisoning cases *TEXT:* When 10-year-old Maureen Roberts was 2 and living in a rented Dorchester apartment, her doctor found dangerously elevated levels of lead in ... Word Count: 1364

108. 10/19/91 L.A. Times 2, 1991 WL 2217457 Los Angeles Times OTHER NEWS *TEXT:* $12.2-Million Verdict Against Eli Lilly: Companies could be spurred to settle about 1,000 suits over the anti-miscarriage drug DES after a ... 

109. 10/19/91 L.A. Times 2, 1991 WL 2217484 Los Angeles Times $12.2-Million Verdict Against Lilly in DES Case Litigation: The jury's decision may prompt other drug makers to settle about 1,000 suits over the anti-miscarriage drug. *TEXT:* Companies could be spurred to settle about 1,000 suits over the anti-miscarriage drug DES following a $12.2 million verdict this week against Eli ... Word Count: 492

110. 10/19/91 Newsday 15, 1991 WL 4036485 Newsday DES Victim Awarded $12M Cancer patient's mother used hormone during pregnancy *TEXT:* A jury's $12 million award to a "DES daughter" - a woman whose cancer was caused by her mother's use of the synthetic hormone ... Word Count: 288

111. 10/19/91 Orange County (Cal.) Reg. C03, 1991 WL 8150496 The Orange County Register Verdict against Lilly may spur settlements in DES drug cases *TEXT:* Companies could be spurred to settle about 1,000 suits over anti-miscarriage drug DES after a $12.2 million verdict this week against Eli ... Word Count: 217

112. 10/18/91 Wall St. J. B6 1991 WL-WSJ 587437 The Wall Street Journal Eli Lilly Settles a DES Lawsuit After Big Award by New York Jury *TEXT:* A state court jury in New York awarded $12.2 million to the daughter of a woman who used the anti-miscarriage drug DES. The verdict against ... Word Count: 1546

113. 10/18/91 Balt. Sun A2, 1991 WL 5910235 The Baltimore Evening Sun *TEXT:* Gag rule showdown looms Congress seems to be driving toward another veto showdown with President Bush, this time over

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES" ...

an attempt by lawmakers ... Word Count: 481

114. 10/18/91 Orange County (Cal.) Reg. B12, 1991 WL 8135118  The Orange County Register  Record settlement awarded in DES suit // Cancer patient wins $4.25 million from drug maker  TEXT: Had she held out just a little longer, Margaret Perrotte might be $8.5 million richer. But for Perrotte, Thursday was still a day to ... Word Count: 558

115. 10/8/91 Wall St. J. A3  1991 WL-WSJ 589372  The Wall Street Journal  High Court To Consider Proposition 13 --- Inequities in California Law Are Alleged; Mail-Order Taxes Also on Docket  TEXT: WASHINGTON -- The Supreme Court, in a case that could affect property owners across the nation, agreed to decide whether California's ... Word Count: 1486

116. 10/8/91 Newsday 37, 1991 WL 4034404  Newsday  Top Court Rejects Bids By Eastern, Teamsters Also rules on DES and EPO hormone case  TEXT: The Supreme Court yesterday rejected defunct Eastern Airlines' bid to avoid financial liability for its refusal to reinstate pilots who went ...

117. 9/15/91 S.F. Chron. 6, 1991 WL 4205461  The San Francisco Chronicle  Exposing Chemical Myths  TEXT: . CHEMICAL DECEPTION  Word Count: 603

118. 8/14/91 Wash. Post C01, 1991 WL 2124077  The Washington Post  The Man Behind the Bitter Pill Debate; Lawyer Leonard Finz Presses the Case Against Eli Lilly and Prozac  TEXT: By now there are so many cases - each encompassing so many details of symptoms and injuries, medical histories, hospital records or coroners' ... Word Count: 3887

119. 8/11/91 Milwaukee J. & Sentinel 7, 1991 WL 9226621  The Milwaukee Journal  Press snake oil to high tech For a century Gundersen Clinic has been raising the quality of rural medicine  TEXT: ONE hundred years ago, when young Norwegian physician Adolf Gundersen came to the frontier town of La Crosse, medicine in rural America was ... Word Count: 3871

120. 5/30/91 Wall St. J. B5  1991 WL-WSJ 606326  The Wall Street Journal  Drug Firms Lose Bid for Data in DES Suits  TEXT: Former makers of the pregnancy drug DES lost an important procedural round in litigation over claims that hundreds of women in New York were ... Word Count: 890

121. 4/21/91 L.A. Times 17, 1991 WL 2294400  Los Angeles Times  Granddaughter of DES Victim Cannot Sue Justice: Liability must remain within limits or pharmaceutical companies could be discouraged from developing new drugs, New York court says.  TEXT: The effects of the synthetic hormone known as DES may well last for generations, but it is important not to discourage drug companies from ... Word Count: 1067

122. 3/17/91 Orange County (Cal.) Reg. A18, 1991 WL 4067566  The Orange County Register  HEALTH & SCIENCE BRIEFLY  TEXT: Dental patients of AIDS victim get free tests  Delaware health officials are offering free AIDS tests to more than 1,200 patients of a ... Word Count: 534

123. 2/21/91 Wall St. J. (Page Number Unavailable Online)  1991 WL-WSJ 619316  The Wall Street Journal  Michigan Abortion Curb Struck Down  TEXT: A Michigan appellate court yesterday struck down a statewide ban on publicly funded abortions for poor women, ruling that the state's ... Word Count: 1241

124. 2/21/91 Balt. Sun A3, 1991 WL 5856279  The Baltimore Evening Sun  TEXT: Hearing for a judge: A Florida judge who attempted suicide after his children were sent photos of him having sex with a man told a judicial ... Word Count: 859

125. 2/20/91 Newsday 13, 1991 WL 3993927  Newsday  Court Rules Against DES Suit  TEXT: - New York's highest court ruled yesterday that a child allegedly injured as a result of a drug her grandmother took cannot sue the drug's ... Word Count: 468

126. 2/19/91 Wash. Post Z14, 1991 WL 2155306  The Washington Post  DES Daughters and Their Children; Can the Anti-Miscarriage Drug Damage Third Generation Offspring?  TEXT: A lawsuit filed on behalf of a 7-year-old girl whose grandmother took the drug diethylstilbestrol (DES) 20 years before the child ... Word Count: 1067

127. 1/7/91 Wall St. J. B1  1991 WL-WSJ 625012  The Wall Street Journal  Grandchild May Widen Liability With DES Suit  TEXT: A lawsuit by the grandchild of a woman who took the pregnancy drug DES is opening a major new area of potential liability for former ... Word Count: 1202

128. 12/3/90 Wall St. J. B1  1990 WL-WSJ 551523  The Wall Street Journal  Mists of Memory Cloud Some Legal Proceedings  TEXT: A spate of recent legal cases involving incidents that occurred many years ago have raised fresh concerns about the reliability of witnesses' ... Word Count: 1143

129. 11/4/90 Chi. Trib. 4, 1990 WL 2880560  Chicago Tribune  Profiles of Illinois Supreme Court candidates  TEXT: The candidates running for the Cook County seat on the Illinois Supreme Court held by former Justice Seymour Simon are: Robert Chapman Buckley  Word Count: 1630

130. 10/9/90 Wash. Post Z11, 1990 WL 2105379  The Washington Post  Should France's Abortion Pill Be

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

Search Result Citations List - NPMJ - (DIETHYLSTILBESTROL ("DES" ...

Available Here? TEXT: Development of an oral method of inducing a spontaneous abortion has been long awaited. Although available in France, RU 486 is still not ... Word Count: 574

131. 8/7/90 Orange County (Cal.) Reg. A11, 1990 WL 7661493  The Orange County Register  State bill would limit punitive damages against drug makers  TEXT: Women whose lives were devastated by side effects of common pharmaceutical products asked legislators Monday to vote down a bill that would ... Word Count: 463

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works