**EXHIBIT 12**

**Westlaw.**

Search Result Citations List - MANEWS         DIETHYLSTILBESTROL & DA(AFT 01/01/1996 & BEF 01/01/2001)

1. External Beam Radiation Therapy for Prostate Cancer.
   **Ca**  Word Count: 14786
   11/1/00 CACA 349 2000 WLNR 1776366 ...

   ...combined definitive radiation with adjuvant hormones. Early studies investigated the efficacy and toxicity of various hormonal agents including megestrol and **diethylstilbestrol** (DES) as cytoreductive agents in combination with external beam RT. Differences in local control were observed between agents, but due ...

   ...339- 349. (59.) Pilepich MV, Buzydlowski JW, John MJ, et al: Phase II trial of hormonal cytoreduction with megestrol and **diethylstilbestrol** in conjunction with radiotherapy for carcinoma of the prostate: Outcome results of RTOG 83-07. Int J Radiat Oncol Biol ...

2. What price pregnancy?
   **Ms**  Word Count: 5448
   6/1/00 MSMAGAZINE 42 2000 WLNR 7431983 ...

   ...stunned halt when he warned, "Reproductive medicine has a short memory. I have only one word for you-'D.E.S.'" D.E.S. (**diethylstilbestrol**) was a drug widely used for decades to prevent miscarriages. It was shown in 1971 to cause a rare type ...

3. 25th anniversary: Berkeley event a success!
   **Network News**  Word Count: 303
   5/1/00 NETWKNWS 5 2000 WLNR 7431502 ...

   ...are taking place; and lessons learned about drug promotion from the experience of women exposed to the unsafe drug DFS (**diethylstilbestrol**). Future 25th Anniversary events are planned for Washington, D.C., on June 19 and Boston in November. If you live in ...

4. QUILT, DREAMS WEAVE A NEW STORY
   **Boston Globe (MA)**  Word Count: 589
   2/8/99 BOSTONG D7 1999 WLNR 2419381 ...

   ...children arrived. It seemed I was a DES daughter -- one of several million women whose mothers were given the drug **diethylstilbestrol** when pregnant during the 1940s and 1950s. Not all, but many of these daughters have had infertility problems, and I ...

5. Exposure to power frequency magnetic fields and risk of breast cancer in the Upper Cape Cod Cancer Incidence Study.
   **Archives of Environmental Health**  Word Count: 9245
   9/1/98 ARCHENVH 359 1998 WLNR 1908539 ...

   ...breast cancer. Additional variables (i.e., race, education, religion, marital status, ever worked, birthplace, history of oral contraceptive use, history of **diethylstilbestrol** (DES) use, history of medical treatment with ionizing radiation, history of menopausal hormone use, body mass index, and history of ...

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

...cigarette smoker         150    58.1    395    53.7 Ever regular alcohol drinker    207    81.2    564    78.4 Note: DES = **diethylstilbestrol**. (*) At diagnosis or index year. ((dagger)) Mother or sister. The distribution of several variables associated with breast cancer risk were ...

6.  A NET GAIN FOR MOTHERHOOD HOPEFUL PARENTS USING WEB TO LOCATE A SURROGATE MOM
    **Boston Globe (MA)** Word Count: 1919
    6/1/98 BOSTONG A1 1998 WLNR 2401380 ...

    ...and then cut off communication, says Elie Mohajerani, who is unable to carry a child because she was exposed to **diethylstilbestrol** as a baby. ( The hormone was prescribed to many baby boom mothers to prevent miscarriages, but created several health problems ...

7.  Home uterine activity monitoring in the prevention of very low birth weight.
    **Public Health Reports** Word Count: 6910
    9/19/97 PUBHLTHR 433 1997 WLNR 4639245 ...

    ...in recently published efficacy trials (published criteria),(1,2,4-6,8-10,11) including a history of preterm labor or delivery, incompetent cervix, **diethylstilbestrol** (DES) exposure or any uterine or cervical anatomical abnormality, and multiple gestation or preterm labor in the current pregnancy. (c ...

8.  Home Uterine Activity Monitoring in the Prevention of Very Low Birth Weight.
    **Public Health Reports** Word Count: 6402
    9/1/97 PUBHLTHR 433 1997 WLNR 4661395 ...

    ...in recently published efficacy trials (published criteria),(1,2,4-6,8-10,11) including a history of preterm labor or delivery, incompetent cervix, **diethylstilbestrol** (DES) exposure or any uterine or cervical anatomical abnormality, and multiple gestation or preterm labor in the current pregnancy. (c ...

9.  Panelists Support AZT Use
    **Newsday (USA)** Word Count: 786
    1/15/97 NWSDAY A23 1997 WLNR 567342 ...

    ...America by pregnant women - DES - didn't produce tumors in their offspring until the children were in their 20s and 30s. **Diethylstilbestrol**, or DES, was widely used in the United States during the 1950s to prevent miscarriages. The drug was banned more ...

10. Op Ed Still learning from DES flaws
    **Boston Herald (MA)** Word Count: 754
    1/17/96 BOSTONH 21 1996 WLNR 252516 ...

    ...she got pregnant again. In order to have another healthy baby, she was advised by her doctors to take DES (**diethylstilbestrol**). Over nine months, she took some 725 pills. Then Andrea was born, blonde, blue-eyed and perfect.    In 1971, when ...

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.