**EXHIBIT 14**



**Web**   Images   Groups   News   Froogle   Local^New!   **more »**

diethylstilbestrol infertility          [ Search ]   Advanced Search
                                                      Preferences

**Web**                    Results **1 - 100** of about **14,900** for <u>**diethylstilbestrol**</u> <u>**infertility**</u>. (0.53 seconds)

**Infertility** Among Women Exposed Prenatally to
Diethylstibestrol
... Hatch EE, Rao RS, Kaufman RH, Herbst AL, et al. **Infertility** among
women exposed prenatally to **diethylstilbestrol**. Am J Epidemiol
2001;154:316-21. ...
www.cdc.gov/DES/consumers/ research/recent_**infertility**.html - 31k -
<u>Cached</u> - <u>Similar pages</u>

Sponsored Links

<u>Injured by DES?</u>
Cure worse than the disease?
We represent victims of DES.
www.AaronLevineLaw.com

<u>Unable to get pregnant?</u>
And not sure why? Here's how we
conceived after 5 years of trying.
www.become-pregnant.com

> DES References - Men Exposed to DES In Utero (DES
> Sons)
> ... Possible relationship between in utero **diethylstilbestrol** (DES)
> exposure and male **infertility**. Am J Obstet Gynecol 1981;140:186-
> 93. 230. Stillman RJ. ...
> www.cdc.gov/DES/hcp/bibliography/bibli_sons.html - 31k -
> <u>Cached</u> - <u>Similar pages</u>
> [ More results from www.cdc.gov ]

IngentaConnect **Infertility** among Women Exposed Prenatally to ...
... of **diethylstilbestrol** exposure with specific types of **infertility**. ... that **diethylstilbestrol**-
exposed women have a higher risk of **infertility** than do ...
www.ingentaconnect.com/content/ oup/aje/2001/00000154/00000004/art00316 -
<u>Similar pages</u>

Murphy
... **Diethylstilbestrol** is a synthetic estrogen that caused cancerous birth ... of this type may
be the basis for **infertility** or reproductive cancers. ...
www.soyonlineservice.co.nz/Refs/murphy.htm - 43k - Apr 24, 2005 - <u>Cached</u> - <u>Similar pages</u>

**Infertility** among women exposed prenatally to **diethylstilbestrol**.
Although it is well established that women exposed to **diethylstilbestrol** in utero have an
increased ...
www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&
db=PubMed&list_uids=11495854&dopt=Abstract - <u>Similar pages</u>

> **Infertility** in women exposed to **diethylstilbestrol** in utero.
> To evaluate the reproductive consequences of prenatal **diethylstilbestrol** (DES) exposure,
> 33 infertil...
> www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&
> db=PubMed&list_uids=6663585&dopt=Abstract - <u>Similar pages</u>
> [ More results from www.ncbi.nlm.nih.gov ]

**Diethylstilbestrol** (DES) attorney - Aaron M. Levine & Associates
... Litigation help for those suffering from **diethylstilbestrol** exposure such as **infertility** is a
specialty at Aaron M. Levine & Associates. ...
www.aaronlevinelaw.com/ - 15k - <u>Cached</u> - <u>Similar pages</u>

> DES daughter - **diethylstilbestrol** exposure legal representation
> ... Aaron M. Levine & Associates are the international leaders in **diethylstilbestrol**
> exposure and **infertility** malpractice litigation. ...
> www.aaronlevinelaw.com/daughter.htm - 14k - <u>Cached</u> - <u>Similar pages</u>

[ More results from www.aaronlevinelaw.com ]

## Diethylstilbestrol Exposure - May 15, 2004 - American Family Physician
... **Infertility** among women exposed prenatally to **diethylstilbestrol**. Am J Epidemiol
2001;154:316-21. 24. Goldberg JM, Falcone T. Effect of ...
www.aafp.org/afp/20040515/2395.html - 50k - Apr 24, 2005 - Cached - Similar pages

### [PDF] Diethylstilbestrol Exposure
File Format: PDF/Adobe Acrobat - View as HTML
... 23. Palmer JR, Hatch EE, Rao RS, Kaufman RH, Herbst. AL, Noller KL, et al. **Infertility**
among women. exposed prenatally to **diethylstilbestrol**. Am J Epi- ...
www.aafp.org/afp/20040515/2395.pdf - Similar pages

## Infertility: Facts, Disease Prevention and Treatment Strategies
... [Over 100 Nutrients that focus on Male and Female **Infertility**] ... Prenatal Exposure to
**Diethylstilbestrol** (DES): DES is a synthetic estrogen given to ...
www.healingwithnutrition.com/ idisease/**infertility**/**infertility**.html - 14k -
Cached - Similar pages

## The Infertility File: Late-breaking Research
... **Infertility** among women exposed prenatally to **diethylstilbestrol**. ... the association of
**diethylstilbestrol** exposure with specific types of **infertility**. ...
https://secure.gcd.net/ lifestages/**infertility**/causes.html - 22k - Cached - Similar pages

## DES Daughter Lawyer diethylstilbestrol side effects Attorney
... women who took **diethylstilbestrol** and developed clear cell adenocarcinoma. ...
**Infertility** treatments for DES daughters are, in general, not different ...
www.yourlawyer.com/practice/ overview.htm?emailpage=yes&&topic=DES%
20Diethylstilbestrol - 28k - Cached - Similar pages

## Causes of Infertility
... About one-third of **infertility** cases are caused by problems with the ... **Diethylstilbestrol**
(DES), a synthetic estrogen, was given to some women who ...
www.healthatoz.com/healthatoz/ Atoz/dc/caz/repr/infr/infcause.jsp - 31k -
Cached - Similar pages

### Infertility
**Infertility** is not a subject that many couples are anxious to discuss. Deciding to seek help
in trying to conceive a baby is a decision that does not come ...
www.healthatoz.com/healthatoz/ Atoz/dc/caz/repr/infr/infr_gen_ovw.jsp - 19k -
Cached - Similar pages

## Health Concerns
... cancer, male **infertility**, spontaneous abortion, miscarriage, sex ratio, ... undescended,
DES, **diethylstilbestrol**, aromatic hydrocarbons, estradiol, ...
www.emcom.ca/health/index.shtml - 40k - Apr 24, 2005 - Cached - Similar pages

## UpToDate Outcome of diethylstilbestrol exposed individuals
... INTRODUCTION — **Diethylstilbestrol** (DES) is a nonsteroidal estrogen first ... such as
genitourinary tract anomalies, **infertility**, and pregnancy problems, ...
patients.uptodate.com/topic.asp?file=gen_gyne/ 17625&title=Breast+cancer - 21k -
Cached - Similar pages

## Infertility
Detailed information on **infertility**, including causes, diagnosis, and treatment. ... to DES
(**diethylstilbestrol**) taken by her mother during pregnancy. ...
www.healthsystem.virginia.edu/ uvahealth/adult_women/infertil.cfm - 35k -
Cached - Similar pages

American Family Physician: **Diethylstilbestrol** exposure
Full text of the article, '**Diethylstilbestrol** exposure' from American Family ... Because of the
patient's history of **infertility** and the consideration that ...
www.findarticles.com/p/articles/ mi_m3225/is_10_69/ai_n6048546 - 27k -
Cached - Similar pages

American Family Physician: **Diethylstilbestrol** exposure
... **Infertility** among women exposed prenatally to **diethylstilbestrol**. Am J Epidemiol
2001;154:316-21. (24.) Goldberg JM, Falcone T. Effect of ...
www.findarticles.com/p/articles/ mi_m3225/is_10_69/ai_n6048546/pg_3 - 23k -
Cached - Similar pages

Women's Health - **Infertility**
... **Infertility** is defined by the American Society for Reproductive Medicine (ASRM) as ... to
DES (**diethylstilbestrol**) taken by her mother during pregnancy. ...
www.rushcopley.com/HealthContent/ Adult/women/infertil.htm - 18k -
Cached - Similar pages

**Infertility**
Detailed information on **infertility**, including causes, diagnosis, and treatment . ... to DES
(**diethylstilbestrol**) taken by her mother during pregnancy. ...
www.mercyhealthnwa.smhs.com/ healthinfo/adult/women/infertil.asp - 22k -
Cached - Similar pages

AZ Index Results
... Discusses how **infertility** may affect a couple's relationship. ... on the effects of
**diethylstilbestrol** (DES) exposure 'in utero' on daughters, sons, ...
www.canadian-health-network.ca/.../Page/
SearchPageTemplate&c=Page&subjectID=383&lang=En - 32k - Cached - Similar pages

DES
DES - **Diethylstilbestrol** - a synthetic estrogen-like preparation. ... The Tyler Medical Clinic.
Assisted Conception - Affordable **Infertility** Treatments ...
www.tylermedicalclinic.com/DES.htm - 22k - Cached - Similar pages

Procedures - In Vitro Fertilization (IVF) - Indications for IVF
... less severe tubal and male factor **infertility**, immunologic **infertility**, **Diethylstilbestrol**
exposure in utero, and unexplained **infertility**. ...
www.**infertility**tutorials.com/ procedures_members/indications_ivf.cfm - 32k -
Cached - Similar pages

Understanding **Infertility**: Separating the Myths From the Facts
... and men bear nearly equal responsibility when it comes to **infertility**. ... your mother's
pregnancy to the synthetic hormone **diethylstilbestrol** (DES) or, ...
my.webmd.com/content/article/70/81036.htm - 35k - Cached - Similar pages

Discovery Health :: Men's Health :: Male **Infertility**
Learn the basics of male **infertility**. ... exposure to **diethylstilbestrol**, also known as DES,
as an infant in utero; exposure to toxins such as lead, ...
health.discovery.com/centers/ mens/articles/male**infertility**.html - 26k -
Cached - Similar pages

**Diethylstilbestrol**
... Prenatal Exposure Delayed Effects; Pregnancy; **Infertility**, Male; **Infertility**, Female;
**Diethylstilbestrol** / adverse effects; ...
omni.ac.uk/browse/mesh/D004054.html - 10k - Apr 24, 2005 - Cached - Similar pages

**Infertility, Female**
... Pregnancy; **Infertility**, Male; **Infertility**, Female; **Diethylstilbestrol** / adverse ...
discussion forum and a range of information on **infertility** issues. ...
omni.ac.uk/browse/mesh/D007247.html - 25k - Apr 24, 2005 - Cached - Similar pages

## States mandating **infertility** insurance coverage
A summary of the states mandating **infertility** insurance coverage. ... Endometriosis;; Fetal
exposure to **diethylstilbestrol**, also known as DES; ...
www.inciid.org/article.php?cat=statemandates&id=275 - 54k - Cached - Similar pages

### States Mandating Insurance Coverage for **Infertility** and Pregnancy Loss
... patient and her spouse must have at least a two-year history of unexplained **infertility**, ...
Fetal exposure to **diethylstilbestrol**, also known as DES; ...
www.inciid.org/printpage.php?cat=insurance101&id=15 - 13k - Cached - Similar pages
[ More results from www.inciid.org ]

## Sheller Ludwig & Badey: Defective Drugs: DES (**Diethylstilbestrol**)
... DES (**diethylstilbestrol**) is a synthetic form of estrogen that was prescribed to ... Vaginal,
breast or cervical cancer, **infertility**, epididymal cysts, ...
www.sheller.com/Practice.asp?PracticeID=26 - 41k - Cached - Similar pages

## **Diethylstilbestrol**
... **Diethylstilbestrol** (DES) is a Quick Facts about: drug ... tract structural differences,
pregnancy complications, and Quick Facts about: **infertility** ...
www.absoluteastronomy.com/ encyclopedia/D/Di/Diethylstilbestrol.htm - 14k -
Cached - Similar pages

## DES (**Diethylstilbestrol**): DES Daughters
... If your mother took DES (**diethylstilbestrol**) and you have suffered any serious ... in their
reproductive organs, **infertility** and pregnancy problems. ...
www.jimsokolove.com/case_types/dangerous_drugs/ **diethylstilbestrol**/des-daughters.php
- 22k - Cached - Similar pages

## Hannah's Prayer Medical Resource List
... Endometriosis | **Diethylstilbestrol** (DES) | Fibroids. **Infertility** Testing and Assisted
Reproduction. How to choose a doctor for **infertility** testing and ...
www.hannah.org/resources/med.htm - 23k - Cached - Similar pages

## Healthopedia.com - Hysteroscopy, Diagnostic for **Infertility**
... to get pregnant without success is considered a possible case of **infertility**. ... exposure
to **diethylstilbestrol** (DES) , a drug that used to be given to ...
www.healthopedia.com/ hysteroscopy-diagnostic-for-**infertility**/ - 21k -
Cached - Similar pages

## The University of Chicago Hospitals Section of Reproductive ...
... are naturally occurring defects (congenital) and those caused by exposure to
**diethylstilbestrol** (DES). - congenital anomalies uterus **infertility**.
babies.bsd.uchicago.edu/endo/UterineAnomalies.htm - 20k - Cached - Similar pages

## **Infertility** - Silicon Valley
**Infertility** - El Camino Hospital is located in the heart of Silicon Valley at ... exposure to DES
(**diethylstilbestrol**) taken by her mother during pregnancy. ...
www.elcaminohospital.org/15085.cfm - 116k - Cached - Similar pages

## Women's Health Advisor 2004.2: **Diethylstilbestrol** (DES)
... **Diethylstilbestrol** (DES) is a synthetic (man-made) estrogen that was used ... their
reproductive system and may have problems conceiving (**infertility**). ...

www.med.umich.edu/1libr/wha/wha_des_crs.htm - 10k - Cached - Similar pages

### NEJM -- Fertility in Men Exposed Prenatally to **Diethylstilbestrol**
... Background Prenatal exposure to **diethylstilbestrol** causes **infertility** in male ... The
existence of **diethylstilbestrol**-induced **infertility** among the sons ...
content.nejm.org/cgi/content/full/332/21/1411 - Similar pages

#### NEJM -- Fertility in Men Exposed Prenatally to **Diethylstilbestrol**
... Background Prenatal exposure to **diethylstilbestrol** causes **infertility** in male mice and
has been associated with malformations of the genital tract in ...
content.nejm.org/cgi/content/short/332/21/1411 - Similar pages
[ More results from content.nejm.org ]

### Support Groups **Infertility**
... online support group for daughters exposed to **diethylstilbestrol** (DES), which can result
in **infertility**, reproductive abnormalities and other problems. ...
www.ability.org.uk/support_groups_**infertility**.html - 13k - Cached - Similar pages

### FertilityRX.com
FertilityRX.com, specializing in Fertility Drugs and **Infertility** Treatment, ... Endometriosis;;
Fetal exposure to **diethylstilbestrol**, also known as DES; ...
www.fertilityrx.com/insurance/state.htm - 27k - Cached - Similar pages

### **Infertility** Books.com - Technology and **Infertility**: Clinical ...
... the intraovarian growth factor system, **diethylstilbestrol** and **infertility**, ... 44
**Diethylstilbestrol** and **Infertility**: The Past, the Present, ...
www.**infertility**books.com/.../titles/technology_
and_**infertility**_clinical_psychosocial_legal_ethical.html - 16k - Cached - Similar pages

#### **Infertility** Books.com - Endocrine Disruptors: Effects on Male and ...
Provides extensive **infertility** information including: in vitro ... Individual topics include: how
**diethylstilbestrol** and environmental estrogens influence ...
www.**infertility**books.com/professionals/ titles/endocrine_disruptors.html - 14k -
Cached - Similar pages
[ More results from www.infertilitybooks.com ]

### Women's Health - **Infertility**
... to DES (**diethylstilbestrol**) taken by her mother during pregnancy. ... The following tests
are often part of the basic medical workup for **infertility**. ...
www.nyp.org/health/cd_rom_content/ adult/women/infertil.htm - 26k -
Cached - Similar pages

### **Infertility** - Health Conditions - Conditions & Treatments - DrugDigest
... factors have been identified that can predispose a person to **infertility**. ... Use of
**diethylstilbestrol** (DES--used to treat certain types of cancer) by ...
www.drugdigest.org/DD/HC/ RiskFactors/0,4049,550080,00.html - 21k -
Cached - Similar pages

### CDC Launches New Comprehensive Information Resource about Exposure ...
... during 1938-1971 can access to learn more about **Diethylstilbestrol** (DES) exposure ...
and cervical cancer, reproductive complications, and **infertility**. ...
library.adoption.com/.../ article/8184/1.html - 46k - Cached - Similar pages

### Women's Health - **Infertility**
... exposure to DES (**diethylstilbestrol**) taken by her mother during pregnancy. ...
According to the ASRM, most **infertility** cases (85 to 90 percent) are ...
www.southeastmissourihospital.com/ health/adult/women/infertil.htm - 20k -
Cached - Similar pages

WebMD with AOL Health - Understanding **Infertility**: Separating the **...**
Understanding **Infertility**: Separating the Myths From the Facts. ... through your mother's
pregnancy to the synthetic hormone **diethylstilbestrol** (DES) or, ...
aolsvc.health.webmd.aol.com/ content/article/70/81036.htm - 27k - Cached - Similar pages

### Diethylstilbestrol (DES) Update
**...** **Diethylstilbestrol** (DES) Update. from Journal of Midwifery & Women's Health ...
Preconception counseling must include increased risks of **infertility**, ...
www.medscape.com/viewarticle/450670_10 - 34k - Cached - Similar pages

### Diethylstilbestrol (DES) Update
**...** **Infertility** among women exposed prenatally to **diethylstilbestrol**. Am J Epidemiol
2001;154:316 -21. Laitman Cynthia J. A uses and gratification's ...
www.medscape.com/viewarticle/450670_print - 63k - Cached - Similar pages

Obstetrical & Gynecological Survey - Fulltext: Volume 50(10 **...**
**...** Fertility in Men Exposed Prenatally to **Diethylstilbestrol ...** An actual diagnosis of male
**infertility** was reported no more often by exposed than by ...
www.obgynsurvey.com/pt/re/obgynsurv/ fulltext.00006254-199510000-00018.htm -
Similar pages

BookCloseouts.com Bargain Books - Bookstore - Book Sale
**...** the introvarian growth factor system, **diethylstilbestrol** and **infertility**, public policy and
the new technologies, the adoptee's search for birth parents ...
www.bookcloseouts.com/default.asp?N=-32021 - 26k - Cached - Similar pages

**Infertility** among Women Exposed Prenatally to **Diethylstilbestrol ...**
aje.oupjournals.org/cgi/reprint/154/4/316 - Similar pages

Women's Health : What is **infertility**? - New Hanover
Women's Health : What is **infertility**? - New Hanover Health Network of Wilmington, ... to
DES (**diethylstilbestrol**) taken by her mother during pregnancy. ...
www.nhhn.org/12658.cfm - 77k - Cached - Similar pages

## Women's Health - Infertility
**Infertility**. What is **infertility**? **...** birth defects occurs following a woman's exposure to DES
(**diethylstilbestrol**) taken by her mother during pregnancy. ...
www.marthajefferson.org/modules/women/infertil.htm - 32k - Cached - Similar pages

### Infertility in Men
**...** Risk factors for male **infertility** include the following: ... Exposure to **diethylstilbestrol**
(DES) in the womb; Chemotherapy; Smoking; Malnutrition **...**
healthgate.partners.org/browsing/browseContent. asp?
fileName=11688.xml&title=Infertility%20in%20Men - 31k - Cached - Similar pages

## Metro Drug Stores
New York pharmacies supply **infertility** medication, lowest prices, ... Endometriosis;; Fetal
exposure to **diethylstilbestrol**, also known as DES; ...
www.metrodrugs.com/laws/laws.html - 33k - Cached - Similar pages

## BioMed Central | Full text | Literature Alert
**...** Raman JD, Schlegel PN: Aromatase inhibitors for male **infertility**. ... with that of patients
on **diethylstilbestrol** alone or in conjunction with either **...**
www.biomedcentral.com/1527-2737/3/95 - Similar pages

### BioMed Central | Full text | DES Exposure and the Aging Woman **...**

**...** Palmer JR, Hatch EE, Rao RS: **Infertility** among women exposed prenatally to **diethylstilbestrol**. Am J Epidemiol 2001, 154:316-321. **...**
www.biomedcentral.com/1534-5874/2/390 - Similar pages

## Untitled Document
**...** **Infertility** in women exposed to **diethylstilbestrol** in utero. J Reprod Med **...** **Infertility** among women exposed prenatally to **diethylstilbestrol**. **...**
www.desstories.com/references.html - 29k - Cached - Similar pages

## UAB Health System | **Infertility**
**...** Reproductive Endocrinology and **Infertility**, Obstetrics and Gynecology - Physicians **...** to DES (**diethylstilbestrol**) taken by her mother during pregnancy. **...**
www.health.uab.edu/show.asp?durki=14937 - 38k - Cached - Similar pages

## Human Reproduction, Seminars: **Infertility**, Female Factors
**...** and recreational), rubella, or on utero **diethylstilbestrol** exposure. **...** Causes of Female **Infertility**. Ovulatory dysfunction and mechanical factors are **...**
medstat.med.utah.edu/kw/ human_reprod/seminars/seminar2D.html - 14k -
Cached - Similar pages

## DES ACTION CANADA
**...** "**Infertility** among women exposed prenatally to **diethylstilbestrol**," JR Palmer et al, American Journal of Epidemiology, Vol. 154, No. 4, 2001. **...**
www.web.net/~desact/anglais/whatsn/3current.htm - 12k - Cached - Similar pages

## **Infertility**. A guide to evaluation, treatment and counseling.
**...** physicians with clear clinical pathways to identify and treat **infertility** **...** **diethylstilbestrol** (DES) exposure; previous pelvic or abdominal surgery) **...**
www.guideline.gov/summary/summary. aspx?ss=15&doc_id=4742&nbr=3435 - 44k -
Cached - Similar pages

### **Infertility**. A guide to evaluation, treatment and counseling.
**...** of the **infertility** and to determine the most logical approach to treatment. **...** **diethylstilbestrol** (DES) exposure; previous pelvic or abdominal surgery) **...**
www.guideline.gov/summary/ summary.aspx?doc_id=4742&nbr=3435 - 36k -
Cached - Similar pages

## Male **Infertility** Symptoms
**...** **Infertility** is defined as a couple's inability to become pregnant after one **...** levels and decreases sperm production · exposure to **diethylstilbestrol**, **...**
www.testsymptomsathome.com/SYM_male_**infertility**.asp - 14k - Cached - Similar pages

## Toronto Public Library > Unique Collections > Consumer Health **...**
**...** Subject Headings: **Diethylstilbestrol**, **Infertility**. * Diabetes Dialogue / Dialogue Sur Le Diabète (1992 -). Canadian Diabetes Association, National **...**
www.tpl.toronto.on.ca/uni_chi_periodicals.jsp - 101k - Apr 24, 2005 -
Cached - Similar pages

## Oestrogen supplementation, mainly **diethylstilbestrol**, for **...**
**...** It was suggested that **diethylstilbestrol** was the oestrogen of choice for **...** Primary **infertility**, adenosis of the vagina/cervix in female offsprings, **...**
www.update-software.com/Abstracts/AB004353.htm - 7k - Cached - Similar pages

## (13) Drug-induced sexual dysfunction and **infertility**
**...** most frequently reported drug-induced sexual problems, including **infertility** **...** **Diethylstilbestrol** (DES), a synthetic oestrogen given to pregnant women **...**
www.pharmj.com/Editorial/19990529/ education/sexualdysfunction.html - 33k -
Cached - Similar pages

Cornell Physicians: Health Information: **Infertility**
Health information about **Infertility** from NewYork-Presbyterian. ... a woman's exposure to
DES (**diethylstilbestrol**) taken by her mother during pregnancy. ...
wo-pub2.med.cornell.edu/cgi-bin/WebObjects/ PublicA.woa/5/wa/viewHContent?
website=wmc+physicians&conte... - 42k - Cached - Similar pages

**Infertility** FAQ (part 4/4)
... your area and to get involved with other couples going through **infertility**. ... has put
together a page with **Diethylstilbestrol** info and links to FAQs. ...
www.faqs.org/faqs/medicine/**infertility**-faq/part4/ - 27k - Cached - Similar pages

    **Infertility** FAQ (part 2/4)
    ... 8.1 - CAUSES OF **INFERTILITY** IN MEN Cancer treatment: Chemotherapy and ... DES
    (**diethylstilbestrol**) exposure: Synthetic estrogen used in the 50s and 60s ...
    www.faqs.org/faqs/medicine/**infertility**-faq/part2/ - 31k - Cached - Similar pages

Barnes & Noble.com - Technology and **Infertility**: Clinical ...
... The **Infertility** Survival Handbook Elizabeth Swire Falker ... the intraovarian growth factor
system, **diethylstilbestrol** and **infertility**, public policy ...
btobsearch.barnesandnoble.com/booksearch/isbnInquiry. asp?
sourceid=00395996645644787198&btob=Y&end... - 38k - Cached - Similar pages

DES / **Diethylstilbestrol** Lawsuit Government Report - Detailed ...
... Reproduction, and **Infertility** - Find Trial Lawyers and Attorneys with Experience in DES /
**Diethylstilbestrol** Personal Injury Law.
www.injuryboard.com/view.cfm/Article=3167 - 40k - Cached - Similar pages

THE MERCK MANUAL, Sec. 18, Ch. 245, **Infertility**
... and physical examination is performed to search for causes of **infertility**. ... exposure to
**diethylstilbestrol** or anabolic steroids should be excluded. ...
www.merck.com/mrkshared/ mmanual/section18/chapter245/245b.jsp - 38k -
Cached - Similar pages

    THE MERCK MANUAL, Sec. 18, Ch. 245, **Infertility**
    ... Unexplained **Infertility**. Assisted Reproductive Techniques ... (an oral antiestrogen
    derived from **diethylstilbestrol**) is the most appropriate drug. ...
    www.merck.com/mrkshared/ mmanual/section18/chapter245/245c.jsp - 38k - Apr 24, 2005 -
    Cached - Similar pages

JAMA -- Abstract: Males exposed in utero to **diethylstilbestrol** ...
... risk of genitourinary abnormalities, **infertility**, or testicular cancer. ... frequencies of these
abnormalities in **diethylstilbestrol**-exposed men may ...
jama.ama-assn.org/cgi/content/abstract/252/21/2984 - Similar pages

Design and preliminary observations of National Cooperative ...
... **Infertility** among Women Exposed Prenatally to **Diethylstilbestrol** Am. J. Epidemiol.,
August 15, 2001; 154(4): 316 - 321. [Abstract] [Full Text] [PDF] ...
www.greenjournal.org/cgi/content/abstract/51/4/453 - Similar pages

    Risk of Benign Gynecologic Tumors in Relation to Prenatal ...
    ... **Infertility** among women exposed prenatally to **diethylstilbestrol**. Am J Epidemiol
    2001;154:316–21. [Abstract/Free Full Text]. 5. Kaufman RH, Binder GL, ...
    www.greenjournal.org/cgi/content/full/105/1/167 - Similar pages

eMJA: McLachlan & Kretser, Male **infertility**: the case for ...
... clinical assessment and basic research on male **infertility** are essential ... Fertility in men
exposed prenatally to **diethylstilbestrol**. ...

www.mja.com.au/public/issues/ 174_03_050201/mclachlan/mclachlan.html - 16k -
Cached - Similar pages

## RESOLVE: The National **Infertility** Association
... experiencing **infertility** and to increase awareness of **infertility** issues ... Endometriosis;;
Fetal exposure to **diethylstilbestrol**, also known as DES; ...
www.resolve.org/main/national/advocacy/insurance/ facts/stateinsurance.jsp?
name=advocacy&tag=insurance - 38k - Cached - Similar pages

## USATODAY.com - Hidden toll of DES, a generation later
Most people can't even pronounce **diethylstilbestrol**, let alone recall the ... The same
study, published in 2001, found that DES daughters' **infertility** ...
www.usatoday.com/news/health/2003-04-14-des_x.htm - 51k - Apr 24, 2005 -
Cached - Similar pages

## Reader's Companion to US Women's History - - **Diethylstilbestrol** (DES)
... **Diethylstilbestrol** (DES). DES, discovered in 1938, ... to have genital abnormalities and
may have a greater risk of **infertility** than nonexposed men. ...
college.hmco.com/history/readerscomp/ women/html/wh_009900_diethylstilb.htm - 17k -
Cached - Similar pages

## A Healthy Baby Girl -- DES Timeline
... but also show up in descendants as birth defects, cancer, or **infertility**. ... RE,Does the
Administration of **Diethylstilbestrol** During Pregnancy Have Any ...
www.itvs.org/external/babyg/timeline.html - 15k - Cached - Similar pages

## CDC launches new comprehensive information resource about exposure ...
... during 1938–1971 can access to learn more about **Diethylstilbestrol** (DES) exposure ...
and cervical cancer, reproductive complications, and **infertility**. ...
www.medicalnewsservice.com/ARCHIVE/MNS1563.cfm - 34k - Cached - Similar pages

## DES
... as a result of DES, formerly known as **Diethylstilbestrol**, please contact our ... But, so
far, there is no evidence that **infertility** is a concern for the ...
www.leflaw.net/des/ - 10k - Cached - Similar pages

## [DOC] (fte story of DES began in 1938, when Brit- 1 ish physician and ...
File Format: Microsoft Word 2000 - View as HTML
... pregnancy problems, **infertility**, and autoimmune disorders in daughters; ... conference
on DES: Long Term Effects of Exposure to **Diethylstilbestrol**. ...
www.dandl-law.com/dn/DES.TIMELINE1.doc - Similar pages

## **Infertility** In Women - UMMC
... diagnosis, treatment, and prevention of female **infertility**. ... **Diethylstilbestrol** (DES), an
estrogen compound, was used by some pregnant women in the ...
www.umm.edu/patiented/articles/ what_risk_factors_female_**infertility**_000022_3.htm - 23k
- Cached - Similar pages

## DES Action Ireland
... "The Effects on Men of Prenatal Exposure to **Diethylstilbestrol**" ... Morten Jonler, and
Edward M. Messing: Chapter 14 of **Infertility** in the Male, ...
www.desaction.ie/winter_2000.html - 10k - Cached - Similar pages

## Go Ask Alice!: DES (**Diethylstilbestrol**)
... DES (it's fifty-cent name is **diethylstilbestrol**) was used between about 1940 and ...
cancer of the testicles; low sperm counts; possible **infertility** ...
www.goaskalice.columbia.edu/2158.html - 15k - Apr 24, 2005 - Cached - Similar pages

RSC Bay Area - DES
... Gynecological and **infertility** medical services include IVF, GIFT, TET, ICSI, ... DES
(**diethylstilbestrol**) is a synthetic version of the female hormone ...
www.rscbayarea.com/articles/des.html - 27k - <u>Cached</u> - <u>Similar pages</u>

IAAC
... **Diethylstilbestrol**(DES):, a synthetic estrogen formerly thought to have ... it may have
caused certain problems, including **infertility** and vaginal ...
www.iaac.ca/english/articles/glossary.asp - 31k - Apr 24, 2005 - <u>Cached</u> - <u>Similar pages</u>

Las Vegas **Diethylstilbestrol** Lawyers, Nevada **Diethylstilbestrol** ...
... Harding have experience in handling **Diethylstilbestrol** cases in Las Vegas, Nevada. ...
As a result, DES daughters have suffered from **infertility,** ...
www.lvjustice.com/areas_drugs_des.html - 20k - <u>Cached</u> - <u>Similar pages</u>

Google Directory - Health > Medicine > Medical Specialties ...
... Health > Reproductive Health > **Infertility** (539) ... of the vagina and/or cervix, a rare
cancer linked to exposure to **diethylstilbestrol** before birth. ...
directory.google.com/.../Medicine/Medical_Specialties/
Obstetrics_and_Gynecology/Obstetrics/DES_Syndrome/ - 11k - <u>Cached</u> - <u>Similar pages</u>

Overview, Male **Infertility**, UPMC | University of Pittsburgh ...
... Stress-induced **Infertility**. It is not always possible to identify the cause of ... exposure to
**diethylstilbestrol** (DES) in the womb; chemotherapy ...
**infertility**.upmc.com/MaleInfertility/Overview.htm - 15k - <u>Cached</u> - <u>Similar pages</u>

**Infertility** in Men Seattle, Washington
**Infertility** in Men Seattle, Washington - Swedish Medical Center, Seattle, Washington. ...
Exposure to **diethylstilbestrol** (DES) in the womb; Chemotherapy ...
www.swedish.org/14464.cfm - 19k - <u>Cached</u> - <u>Similar pages</u>

Learn about fertility medication that can help your **infertility** ...
The National Fertility Directory speacialzing in fertility, **infertility** ... is an orally active
nonsteroidal agent distantly related to **diethylstilbestrol**. ...
www.fertilitydirectory.org/fertility-medications.html - 40k - <u>Cached</u> - <u>Similar pages</u>

[PDF] Gestational and Lactational Exposure of Male Mice to ...
File Format: PDF/Adobe Acrobat - <u>View as HTML</u>
... male mice exposed to **diethylstilbestrol** through gestation. and lactation ... causes
alteration of spermatogenesis and **infertility**. ...
www.bch.msu.edu/~zacharet/publications/ pdf/Fielden-Endo143(8),3044-59,2002.pdf -
<u>Similar pages</u>



Goooooooooogle ▶

Result Page:    **1** 2 3 4 5 6 7 8 9 10    **Next**

Free! Get the Google Toolbar. Download Now - About Toolbar

| Google ▾ | | ▾ | 🔍 Search Web ▾ | 📷 | PageRank | 🔲 3 blocked | 📑 AutoFill | 🖉 Options |

diethylstilbestrol infertility          Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google

Yahoo! My Yahoo! Mail   Welcome, **Guest** [Sign In]                    Search Home  Help

**Web** | Images | Video | Directory | Local | News | Products

**YAHOO!** SEARCH     diethylstilbestrol infertility            [Search]

**My Web** BETA                                    Shortcuts   Advanced Search   Preferences

**Search Results**        Results **1 - 100** of about **20,400** for **diethylstilbestrol infertility** - 0.30 sec. (About this

✿ We've saved your preferences to this computer. To save your preferences to your ID, accessible from any computer, please sign in, then save your preferences again.

1. MEDLINEplus: **Infertility** ⊞
   links to news, research, treatment, articles, organizations, and other resources.
   Category: Reproductive Health > Infertility
   www.nlm.nih.gov/medlineplus/**infertility**.html - 46k - Cached - More from this site

2. **Infertility** among Women Exposed Prenatally to **Diethylstilbestrol** --
   Palmer et al. 154 (4): 316 -- American Journal ... ⊞
   This Article. Services. PubMed. ORIGINAL CONTRIBUTIONS. **Infertility** among
   Women Exposed Prenatally to **Diethylstilbestrol**. Julie R. Palmer1, Elizabeth E.
   Hatch2, R. Sowmya Rao1, Raymond H. Kaufman3, Arthur L. Herbst4, Kenneth L. ...
   association of **diethylstilbestrol** exposure with specific types of **infertility**. A
   greater ... **diethylstilbestrol**; **infertility**. Abbreviations: CI, confidence interval;
   DESAD, National ...
   aje.oupjournals.org/cgi/content/abstract/154/4/316 - More from this site

3. DES daughter - **diethylstilbestrol** exposure legal representation ⊞
   ... for the DES daughter who suffered prenatal **diethylstilbestrol** exposure. Aaron
   M ... are the international leaders in **diethylstilbestrol** exposure and **infertility**
   malpractice litigation ...
   www.aaronlevinelaw.com/daughter.htm - 14k - Cached - More from this site

4. **Diethylstilbestrol** Exposure - May 15, 2004 - American Family
   Physician ⊞
   **Diethylstilbestrol** Exposure. SARINA SCHRAGER, M.D., and BETH E. POTTER,
   M.D., University of Wisconsin Medical School, Madison, Wisconsin ...
   **Diethylstilbestrol** is a synthetic nonsteroidal estrogen that ... to **diethylstilbestrol**
   in utero may have structural reproductive tract anomalies, an increased **infertility**
   rate, and ...
   www.aafp.org/afp/20040515/2395.html - 51k - Cached - More from this site

5. **Diethylstilbestrol** (DES) exposure attorneys from Aaron Levine ⊞
   Aaron M. Levine & Associates is the nationally recognized law firm leader in
   **diethylstilbestrol** (DES) malpractice litigation. ... court between prenatal
   **diethylstilbestrol** exposure and cancer, **infertility** and premature delivery. ... client
   suffers from **diethylstilbestrol** effects such as **infertility** as well as the ...
   www.aaronlevinelaw.com/welcome.htm - 15k - Cached - More from this site

6. eMedicine - **Infertility** : Article by Jairo E Garcia, MD ⊞
   ... absent uterus, uterine malformation, DES, **diethylstilbestrol**, sexual history,
   intrauterine fibroid, submucous ... many patients with severe male-factor **infertility**
   to have a family ...
   www.emedicine.com/med/topic3535.htm - 347k - Cached - More from this site

7. PHRC Study 343 Members ⊞

**Infertility** among women exposed prenatally to **diethylstilbestrol**. REFERENCE.
Am J Epidemiol 2001 Aug 15;154(4):316-21. PLACE OF STUDY. USA.
ABSTRACT ... established that women exposed to **diethylstilbestrol** in utero have
an increased ... the association of **diethylstilbestrol** exposure with specific types of
**infertility**. A greater ...
www.birthworks.org/primalhealth/databank.phtml?study=343 - 7k - <u>Cached</u> - <u>More</u>
<u>from this site</u>

8. <u>Ohio Reproductive Medicine</u> 🗗
advanced **infertility** and reproductive endocrinology services.
Category: <u>Ohio > Columbus > **Infertility** Clinics and Practices</u>
www.ohiorepromed.com - 28k - <u>Cached</u> - <u>More from this site</u>

9. **<u>Infertility</u>** <u>Among Women Exposed Prenatally to Diethylstibestrol</u> 🗗
DES Research. Recent DES Research. DES Daughters. DES Sons. **Infertility**
Among Women Exposed Prenatally to Diethylstibestrol (Palmer et al., 2001) ... s)
during which exposure to DES took place) had some effect on **infertility** rates. ...
AL, et al. **Infertility** among women exposed prenatally to **diethylstilbestrol**. Am J
Epidemiol ...
www.cdc.gov/des/consumers/research/recent_**infertility**.html - 31k - <u>Cached</u> - <u>More</u>
<u>from this site</u>

10. <u>DES Daughter Lawyer **diethylstilbestrol** side effects Attorney</u> 🗗
DES lawyer representing DES daughters and women who took **diethylstilbestrol**
and developed clear cell adenocarcinoma. Free DES lawsuit case review by DES
attorney. ... Overview: DES **Diethylstilbestrol**. DES (**diethylstilbestrol**) is a
synthetic form of estrogen that ... have an increased risk for **infertility**. **Infertility**
treatments for DES daughters are ...
www.yourlawyer.com/practice/overview.htm?topic=DES+**Diethylstilbestrol** - 24k -
<u>Cached</u> - <u>More from this site</u>

11. <u>DES Diethylsilbestrol side effects lawsuits</u> 🗗
... grandchildren of women who took DES (**Diethylstilbestrol**) during pregnancy are
at an increased ... have an increased risk for **infertility**. **Infertility** treatments for
DES daughters are ...
www.injury-lawyer-network.com/des.htm - 22k - <u>Cached</u> - <u>More from this site</u>

12. <u>Welcome to CDC's DES Update Homepage</u> 🗗
CDC's DES Update, a comprehensive information resource for consumers and
health care providers on **diethylstilbestrol** (DES) and DES-related health effects ...
**Diethylstilbestrol** (DES) is a drug once prescribed during pregnancy to prevent
miscarriages or premature deliveries ...
www.cdc.gov/DES - 23k - <u>Cached</u> - <u>More from this site</u>

13. **<u>Infertility</u>** 🗗
Related TopicsClose. Referral Assistance. On the Web or call 1-877-YALEMDS ...
Critical Care Medicine Reproductive Endocrinology & **Infertility** Rheumatology
(Joint Diseases) Sports ... a woman's exposure to DES (**diethylstilbestrol**) taken
by her mother during ...
ymghealthinfo.org/content.asp?pageid=P01532 - 40k - <u>Cached</u> - <u>More from this site</u>

14. <u>Prenatal Exposure to **Diethylstilbestrol**</u> 🗗
... Prenatally Exposed to **Diethylstilbestrol**: Initial Evidence from a 5-Year Study ...
exposure to **diethylstilbestrol**. In L. I. Lipschultz and S. S. Howards (eds.),
**Infertility** in the male ...

www.desexposed.org/aboutdes/dessons5yrstudy.html - 58k - <u>Cached</u> - <u>More from this site</u>

15. <u>DES</u> 🖺
DES - **Diethylstilbestrol** - a synthetic estrogen-like preparation. ... Assisted Conception - Affordable **Infertility** Treatments. DES - (**Diethylstilbestrol**) ... abnormalities, cervical deformities, miscarriages, dysplasias, **infertility**, and even cancer. ...
tylermedicalclinic.com/DES.htm - 21k - <u>Cached</u> - <u>More from this site</u>

16. <u>Latest News - Patricia Martin Stanford, PA</u> 🖺
Personal injury law, with an emphasis on pharmaceutical product liability actions on behalf of individuals injured as a result of DES exposure. ... up of Pregnancy Outcomes in **Diethylstilbestrol**-exposed Offspring". OBSTET GYNECOL, Oct 2000 ... et al. " **Infertility** Among Women Exposed Prenatally to **Diethylstilbestrol**" AM J EPIDEM ...
www.deslaw.com/news.htm - 26k - <u>Cached</u> - <u>More from this site</u>

17. <u>Healthopedia.com - DES Exposure in Utero (**Diethylstilbestrol** Exposure in the Womb)</u> 🖺
... Ectopic Pregnancy. Female **Infertility**. Incompetent Cervix ... From the 1940s to the 1970s, **diethylstilbestrol** (DES) was used in some pregnant women to prevent miscarriage ...
www.healthopedia.com/des-exposure-in-utero - 20k - <u>Cached</u> - <u>More from this site</u>

18. <u>Metro Drug Stores</u> 🖺
New York pharmacies supply **infertility** medication, lowest prices, free nationwide delivery, Help-line with IVF nurses 24/7 ... **infertility**, OR the **infertility** must ... **diethylstilbestrol**, also known as DES; Blocked or surgically removed fallopian tubes; or. Abnormal male factors contributing to the **infertility** ...
www.metrodrugs.com/laws/laws.html - 33k - <u>Cached</u> - <u>More from this site</u>

19. <u>DES: Questions and Answers, Cancer Facts 3.4</u> 🖺
... DES (**diethylstilbestrol**), a synthetic form of estrogen (a female hormone), was ... RS, et al. **Infertility** among women exposed prenatally to **diethylstilbestrol**. American Journal of ...
cis.nci.nih.gov/fact/3_4.htm - 27k - <u>Cached</u> - <u>More from this site</u>

20. <u>UpToDate Outcome of **diethylstilbestrol** exposed individuals</u> 🖺
Find on Page. Outline of Topic. Graphics. Related Topics. These materials have been written for trained healthcare professionals and assume specialized knowledge. ... INTRODUCTION — **Diethylstilbestrol** (DES) is a nonsteroidal estrogen first synthesized in 1938 ... such as genitourinary tract anomalies, **infertility**, and pregnancy problems, have also ...
patients.uptodate.com/topic.asp?file=gen_gyne/17625 - 20k - <u>Cached</u> - <u>More from this site</u>

21. <u>**Infertility**. A guide to evaluation, treatment and counseling.</u> 🖺
Welcome to NGC. Skip directly to: Search Box, Navigation, Content. Brief Summary. GUIDELINE TITLE. **Infertility**. A guide to evaluation, treatment and counseling. BIBLIOGRAPHIC SOURCE(S) Brigham and Women's Hospital. **Infertility**. ... the likely cause of the **infertility** and to determine the most logical ... dysplasia; intrauterine device [IUD] use; **diethylstilbestrol** (DES) exposure; previous pelvic or abdominal ...
www.guideline.gov/summary/summary.aspx?view_id=1&doc_id=4742 - 35k -

Cached - More from this site

22. DES, **diethylstilbestrol**, Cancer, DES, **diethylstilbestrol**, Cancer ▣
The women who took DES and the children they carried are at risk for certain health
problems and many need special medical care. ... **diethylstilbestrol**. ecoptic
pregnancy. HSG. hypoplastic uterus. hysterosalpingorgram. incompetent cervix.
**infertility** ... colposcopy. dienestrol. **diethylstilbestrol**. ecoptic pregnancy ...
www.deslaw.com/des3.htm - 12k - Cached - More from this site

23. **Diethylstilbestrol** - Cancer information on MedicineNet.com ▣
Information on many different cancers includes symptoms, cancer detection and
prevention, and treatment options. ... **Diethylstilbestrol** (DES) was once widely
prescribed to prevent miscarriages and premature births ... organs and to face
elevated rates of **infertility** and miscarriages themselves. ...
www.medterms.com/script/main/art.asp?articlekey=2990 - 31k - Cached - More
from this site

24. Health Risks and Side Effects of DES ▣
... Side Effects and Risks of DES **Diethylstilbestrol**. DES Daughters: DES
daughters (women whose ... have an increased risk for **infertility**. **Infertility**
treatments for DES daughters are ...
www.deslawyernetwork.com/page1.php - 11k - Cached - More from this site

25. Hannah's Prayer Medical Resource List ▣
Medical Resource List. Compiled by Hannah's Prayer. Last updated 3/12/99. The
information presented on these links are the opinions of the site authors. ... than one
year or new to the world of **infertility**. For more information or to join ... Syndrome)
Endometriosis | **Diethylstilbestrol** (DES) | Fibroids. **Infertility** Testing and
Assisted ...
www.hannah.org/resources/med.htm - 23k - Cached - More from this site

26. News 97-99 ▣
A provider of comprehensive **infertility** and reproductive endocrinology services ...
1996 **Infertility** Clinic Success Rates published by Centers for Disease Control ...
Repair of uterine malformations due to DES (**diethylstilbestrol**) exposure ...
www.ohioepromed.com/news_97-99.htm - 24k - Cached - More from this site

27. Dallas Medical Products Liability Attorney - DES Miscarriage
Prevention, Pharmaceutical Products, **Diethylstilbestrol**... ▣
... Primary **infertility** (never becoming pregnant) Secondary **infertility** (pregnant but
can't ... child. **Infertility** treatment due to **infertility** ...
medical-recall-lawyer.com/des_impact.html - 9k - Cached - More from this site

28. TASC: The American Surrogacy Center. Comprehensive information
for surrogacy and egg donation! ▣
... Two - **Diethylstilbestrol** (DES) Exposure-2 diagnostic images of exposured
uterus deformity. **Infertility**- **Infertility** tests ... FAQs that may help DES Daughters
stuggling with **infertility** ...
www.surrogacy.com/online_support/des/deslinks.html - 21k - Cached - More from
this site

29. DES_Links ▣
A Special TransAdvocate Links Section for information on DES (**Diethylstilbestrol**)
Provided by Scott Kerlin, Ph.D. (Thanks to TransAdvocate Webmaster some links
on this list were found to have changed since Dr. ... Relationship Between in utero

**Diethylstilbestrol** Exposure and Male **Infertility** (1981, abstract ...
www.kindredspiritlakeside.homestead.com/DES_Links.html - 256k - Cached - More from this site

30. **Infertility** (Print Version) 🖻
**Infertility** ... Male Factor **Infertility** (American Society ... **Infertility** in Men (UpToDate) - http://patients.uptodate.com/topic.asp?file=endo_hor/8386. Known Health Effects for DES (**Diethylstilbestrol** ...
www.nlm.nih.gov/medlineplus/print/**infertility**.html - 26k - Cached - More from this site

31. **Diethylstilbestrol** Exposure (PDF) 🖻
... **Diethylstilbestrol** is a synthetic nonsteroidal estrogen that was used to prevent miscarriage ... KL, et al. **Infertility** among women. exposed prenatally to **diethylstilbestrol**. Am J Epi- ...
www.aafp.org/afp/20040515/2395.pdf - 80k - View as html - More from this site

32. Causes of **Infertility** 🖻
How to you increase your odds of getting pregnant. ... **Infertility** - Causes. Home>Diseases & Conditions>**Infertility**>Causes ... **Diethylstilbestrol** (DES), a synthetic estrogen, was given to some women who were at risk for miscarriage during ...
www.healthatoz.com/healthatoz/Atoz/dc/caz/repr/infr/infcause.jsp - 31k - Cached - More from this site

33. Pregnancy & Childbirth | Women Exposed to Miscarriage Prevention Drug In Utero At Greater Risk for **Infertility**, ... 🖻
... the drug **diethylstilbestrol** (DES) during pregnancy are at increased risk for **infertility**, according to a ... unexposed women to have **infertility** associated with uterine problems, and ...
www.kaisernetwork.org/daily_reports/rep_index.cfm?DR_ID=6506 - 35k - Cached - More from this site

34. RSC Bay Area - DES 🖻
... Treatment & Procedures Overview. **Infertility** Workup ... DES (**diethylstilbestrol**) is a synthetic version of the female hormone (estrogen) that was used to prevent miscarriages ...
rscbayarea.com/articles/des.html - 27k - Cached - More from this site

35. **Infertility** Books.com - Endocrine Disruptors: Effects on Male and Female Reproductive Systems, by Rajesh K. Naz 🖻
... of **Infertility** Services ... **diethylstilbestrol** and environmental estrogens influence the developing female reproductive system; dietary phytoestrogens; endocrine disrupters and male **infertility** ...
**infertility**books.com/professionals/titles/endocrine_disruptors.html - 14k - Cached - More from this site

36. Effect of in-utero diethylstilboestrol exposure on human oocyte quality and fertilization in a programme of in-vitro... 🖻
... Couples suffering from male **infertility** were excluded. The parameters compared were oocyte ... 1986) Upper genital tract changes and **infertility** in **diethylstilbestrol**-exposed women ...
humrep.oupjournals.org/cgi/content/full/14/6/1578 - More from this site

37. Human Reproduction, Seminars: **Infertility**, Female Factors 🖻

SEMINARS -->QUICKMENU 1. Contraception / Sexual Differentiation 2. **Infertility** 3. Obstetrical Hemorrhage 4. Ovarian Tumors. SEMINAR 2 : **INFERTILITY**. Female Factors ... and recreational), rubella, or on utero **diethylstilbestrol** exposure. We like to identify personal ...
www-medlib.med.utah.edu/kw/human_reprod/seminars/seminar2D.html - 13k - Cached - More from this site

38. Discovery Health :: Diseases & Conditions :: female **infertility** 🖺
... female **infertility**. Written by Eva Martin, MD on 01 ... **Infertility** is defined as a couple's inability to become pregnant ... regular, unprotected sex. Female **infertility** means the male is ...
health.discovery.com/encyclopedias/illnesses.html?article=2049&am p;page=1 - 22k - Cached - More from this site

39. DES **Diethylstilbestrol** Birth Drug Side Effects 🖺
DES **Diethylstilbestrol** Injury Lawyers representing victims of this birth drugs side effects. Free lawsuit case evaluation offered by lawyer. ... DES (**diethylstilbestrol**) is a synthetic estrogen drug that was given to millions of pregnant women primarily from ... see if you have an DES **Diethylstilbestrol** related case, click here ...
www.deslawyernetwork.com - 9k - Cached - More from this site

40. **Diethylstilbestrol** 🖺
... **Diethylstilbestrol**. Fetal and maternal risks of diethylstilboestrol exposure ... Delayed Effects; Pregnancy; **Infertility**, Male; **Infertility**, Female; **Diethylstilbestrol** / adverse effects ...
omni.ac.uk/browse/mesh/D004054.html - 10k - Cached - More from this site

41. **Infertility** 🖺
... Endometriosis. **Diethylstilbestrol** (DES) Pelvic adhesions ... **Infertility** is a disorder of the reproductive system that impairs the ability to conceive a baby or give birth ...
www.healthatoz.com/healthatoz/Atoz/dc/caz/repr/infr/infr_gen_ovw.jsp - 19k - Cached - More from this site

42. The Presence of Gender Dysphoria... 🖺
TransAdvocate.org. The Presence of Gender Dysphoria... and men whose mothers and grandmothers took **diethylstilbestrol** (DES) for prevention of miscarriage ... a possible source of male **infertility** and testicular cancer (Giusti, Iwamato, and ...
transadvocate.org/id33.html - 122k - Cached - More from this site

43. **Infertility**: Facts, Disease Prevention and Treatment Strategies 🖺
... **Infertility**. Facts, Prevention, and Treatment Strategies ... of accessory glands, coital disorders, exposure to **diethylstilbestrol** (DES) a synthetic estrogen used in the 1950's ...
www.healingwithnutrition.com/idisease/**infertility**/**infertility**.html - 14k - Cached - More from this site

44. male **infertility** 🖺
male **infertility**. Alternative Names. **infertility** due to male factors. Definition. **Infertility** is defined as a couple's inability to become pregnant after one year of regular, unprotected sex. ... exposure to **diethylstilbestrol**, also known as DES, as an infant in utero ...
atoz.iqhealth.com/HealthAnswers/encyclopedia/HTMLfiles/3053.html - 12k - Cached - More from this site

45. **Infertility** in Men Welcome to Kissimmee Surgery Center's Web Site

Provides a range of health and wellness services for the Kissimmee community. Site also contains medical information, interactive health features, and employment opportunities. ... Diseases, Conditions and Injuries. **Infertility** in Men ... Use of certain prescription drugs. Exposure to **diethylstilbestrol** (DES) in the womb ...
ehc.healthgate.com/GetContent.asp?...&docid=/dci/male**infertility** - 68k - Cached - More from this site

46. RESOLVE: The National **Infertility** Association

... The **Infertility** Work-Up. **Infertility** Diagnosis ... **Diethylstilbestrol** (DES) is a synthetic hormone which was given to pregnant women for approximately 20 years, until the ...
resolve.org/main/national/treatment/diagnosis/uterine/uterine4.jsp?... - 18k - Cached - More from this site

47. DES exposure

... DES (**diethylstilbestrol**) is a hormone that was prescribed for pregnant women in the 1950s and early ... a variety of problems, including **infertility**, premature labor, and cancer of the ...
www.chclibrary.org/micromed/00045160.html - 18k - Cached - More from this site

48. UAB Health System | **Infertility**

... **Infertility** is defined by the American Society for Reproductive Medicine (ASRM) as a disease of ... a woman's exposure to DES (**diethylstilbestrol**) taken by her mother during pregnancy ...
www.health.uab.edu/show.asp?durki=14937 - 38k - Cached - More from this site

49. eMedicine - **Infertility** : Article Excerpt by: Jairo E Garcia, MD

... Excerpt from **Infertility**. Synonyms, Key Words, and Related Terms: fertility ... uterus, uterine malformation, DES, **diethylstilbestrol**, sexual history, intrauterine fibroid, submucous ...
www.emedicine.com/med/byname/**infertility**.htm - 19k - Cached - More from this site

50. SIRM: Causes of **Infertility**

Learn more about the main causes of **infertility**. ... Many patients classified as having unexplained **infertility** are likely to have undiagnosed issues ... Some of these drugs, like **Diethylstilbestrol** (DES) cause reproductive failure, but ...
www.haveababy.com/infert/infertcauses.asp - 13k - Cached - More from this site

51. Pregnancy Weekly - Helpful and trusted information about Pregnancy

The online resource for issues concerning pregnant women, parenting, family, moms, and baby. ... Understanding the Effects of DES (**diethylstilbestrol**) DES (**diethylstilbestrol**) was given to more than a million ... fallopian tubes are a cause of **infertility** in some DES-exposed women ...
www.pregnancyweekly.com/topics/understanding_des.htm - 20k - Cached - More from this site

52. **Infertility**

Detailed information on **infertility**, including causes, diagnosis, and treatment ... occurs within about 12 months. However, **infertility** affects about 10 percent of couples of ... a woman's exposure to DES (**diethylstilbestrol**) taken by her mother during pregnancy ...

www.healthsystem.virginia.edu/uvahealth/adult_women/infertil.cfm - 34k - Cached -
More from this site

53. DES_Info 🔖
... whose mothers and grandmothers took **diethylstilbestrol** (DES). DES was the
first available ... Prenatal Exposure to **Diethylstilbestrol**. In Larry I. Lipschultz,
**Infertility** in the Male ...
www.kindredspiritlakeside.homestead.com/DES_Info.html - 201k - Cached - More
from this site

54. **Infertility**. A guide to evaluation, treatment and counseling. 🔖
Welcome to NGC. Skip directly to: Search Box, Navigation, Content. Complete
Summary. GUIDELINE TITLE. **Infertility**. A guide to evaluation, treatment and
counseling. BIBLIOGRAPHIC SOURCE(S) Brigham and Women's Hospital.
**Infertility**.
www.guideline.gov/summary/summary.aspx?ss=15&doc_id=4742& nbr=3435 - 44k
- Cached - More from this site

55. links library, northern california fertility medical center 🔖
... **Infertility**. Coping with the Holidays. Sperm Sorting for Gender Selection. Herbal
Remedies: Adverse Effects and Drug Interactions. DES (**Diethylstilbestrol** ...
**Infertility** Support Group ...
www.ncfmc.com/hotlnk.htm - 36k - Cached - More from this site

56. Welcome to CJW Medical Center's Web Site 🔖
... Use of certain prescription drugs. Exposure to **diethylstilbestrol** (DES) in the
womb ... and any physical abnormalities that might cause **infertility**. Basic urine
and blood tests ...
ehc.healthgate.com/GetContent.asp?...&docid=/dci/male**infertility** - 66k - Cached -
More from this site

57. **Infertility** Internet Abbreviations 🔖
**infertility** abbreviations,**infertility** bulletin boards,list of abbreviations ... **Infertility**
Abbreviations. AF ... DES. **Diethylstilbestrol** (a synthetic estrogen) ...
www.acrm.com/Terminology/Abbreviations.htm - 29k - Cached - More from this site

58. **Infertility** FAQ for alt.**infertility** and misc.health.**infertility**
newsgroups 🔖
Information on **infertility** causes, tests, and treatments. Also includes newsgroup
nettiquette for alt.**infertility** and misc.health.**infertility**. ... **Infertility** FAQ. From:
bec@fertilityplus.org (Rebecca Smith ... **diethylstilbestrol** (DES). Tubal (ectopic)
pregnancies, miscarriages, premature labor, and both male and female **infertility** ...
www.fertilityplus.org/faq/**infertility**.html - 126k - Cached - More from this site

59. National Cancer Institute - DES Daughters - Women Exposed in
Utero 🔖
... Although some early studies on **infertility** did not find a link to DES exposure in
utero (Barnes et al ... 1986). Primary **infertility** in women exposed to
**diethylstilbestrol** in utero ...
newscenter.cancer.gov/cancertopics/daughters-exposed-to-des/print - 53k - Cached
- More from this site

60. DES / **Diethylstilbestrol** Lawyers , Lawsuits , Attorneys , Law 🔖
DES / **Diethylstilbestrol** Overview - - Find Trial Lawyers and Attorneys with
Experience in DES / **Diethylstilbestrol** Personal Injury Law. Contact an attorney

who can help you protect your legal rights, free of charge. ... Ask an Attorney. **Diethylstilbestrol**, or DES, is a synthetic estrogen ... increased risk of suffering from irregular menstruation and **infertility**. Furthermore, these daughters may have ...
www.injuryboard.com/view.cfm/Topic=678 - 37k - Cached - More from this site

61.  The Basic **Infertility** Evaluation 🗐
     ... The Basic **Infertility** Evaluation. Tests and questions to expect at a medical evaluation. ... pelvic surgery, miscarriage, or DES (**diethylstilbestrol**, a synthetic hormone taken by women ...
     lhj.com/lhj/story.jhtml?storyid=/.../story/data/1857.xml&a mp;catref=bcat72 - 15k - Cached - More from this site

62.  DES Sons' DES Links Directory 🗐
     ... A Special Links Section for information. on DES (**Diethylstilbestrol**) Provided by Scott Kerlin, Ph.D ... A guide to various causes of male **infertility**, diminished libido, and other ...
     www.transadvocate.org/dess2.htm - 32k - Cached - More from this site

63.  **Infertility** Support 🗐
     The Web MEDLINA.com CDC WHO FDA NIH. CATEGORIES. **Infertility** Support Groups. Trying Times - http://pages.ivillage.com ... daughters exposed to **diethylstilbestrol** (DES), which can result in **infertility**, reproductive abnormalities and ...
     www.medlina.com/**infertility**_support.htm - 76k - Cached - More from this site

64.  Immunomodulatory Effects of **Diethylstilbestrol** During Prenatal and Adult Life 🗐
     Immunomodulatory Effects of **Diethylstilbestrol** During Prenatal and Adult Life Immunomodulatory Effects of **Diethylstilbestrol** During Prenatal and Adult Life For nearly forty years **diethylstilbestrol** (DES) was ...
     scholar.lib.vt.edu/theses/available/etd-03242003-232327 - More from this site

65.  The DES Cancer Network 🗐
     ... History of DES (**Diethylstilbestrol**) DES, **diethylstilbestrol**, is a drug that was ... medical condition – menstrual problems, morning sickness, **infertility**, and many other applications ...
     www.descancer.org/timeline.html - 19k - Cached - More from this site

66.  Orange County IVF - California In Vitro Fertilization 🗐
     ... chromosomes in an egg and that is why **infertility** and miscarriages are more common in older women ... **Diethylstilbestrol** (DES): A synthetic estrogen prescribed in the 1950s, 1960s, and ...
     coastalfertility.com/glossaryindex.htm - 83k - Cached - More from this site

67.  DES exposure in utero 🗐
     DES exposure in utero. Images ( Alternative Names. **diethylstilbestrol** exposure in the womb. Definition. From the 1940s to the 1970s, **diethylstilbestrol** (DES) was used in some pregnant women to prevent miscarriage. ... A DES-exposed man is at risk for **infertility**, which may be caused by undescended testicles ...
     www.northmemorial.com/HealthEncyclopedia/content/2003.asp - 19k - Cached - More from this site

68.  **Infertility**, Female 🗐
     ... **Infertility**, Female. **Infertility**, Female; **Infertility**, Female / diagnosis ... Effects;

Pregnancy; **Infertility**, Male; **Infertility**, Female; **Diethylstilbestrol** / adverse
effects ...
omni.ac.uk/browse/mesh/D007247.html - 25k - <u>Cached</u> - <u>More from this site</u>

69. <u>Risk factors for ectopic pregnancy</u> 🖺
... surgery, in utero **diethylstilbestrol** exposure, tubal pathology and **infertility**.
Previous genital infections ... surgery and in utero **diethylstilbestrol**\* exposure (\*a
synthetic form of ...
www.jr2.ox.ac.uk/bandolier/booth/hliving/Ectopreg.html - 9k - <u>Cached</u> - <u>More from</u>
<u>this site</u>

70. <u>Law firm</u> 🖺
As a law firm, newyorknegligencedefense strives to represent our clients
professionally, individually and personally. Our law firm keep our clients informed of
the progress of their cases. You can speak with a lawyer if you call and, if they
are ...
www.newyorknegligencedefense.com/des.htm - 29k - <u>Cached</u> - <u>More from this site</u>

71. <u>Psych Central - **Diethylstilbestrol**</u> 🖺
**Diethylstilbestrol**. Missing image. DES_structure.png. **Diethylstilbestrol**.
**Diethylstilbestrol** (DES) is a drug, a synthetic estrogen that was developed to
supplement a woman's natural estrogen production. ... tract structural differences,
pregnancy complications, and **infertility**. Although DES Daughters appear ...
psychcentral.com/psypsych/**Diethylstilbestrol** - <u>More from this site</u>

72. <u>Learn about fertility medication that can help your **infertility** treatment</u>
<u>- The National Fertility Directory</u> 🖺
The National Fertility Directory speacialzing in fertility, **infertility** treatment, and
**infertility** medication. ... active nonsteroidal agent distantly related to
**diethylstilbestrol**. "...The similarity of ... (Excerpts from: Clinical Gynecologic
Endocrinology and **Infertility**. Speroff, Glass, and Kase ...
www.fertilitydirectory.org/fertility-medications.html - 40k - <u>Cached</u> - <u>More from this</u>
<u>site</u>

73. <u>Sons of DES moms should seek urologic exam</u> 🖺
... The hormone DES (**diethylstilbestrol**), given to prevent miscarriage, might
cause cysts, testicular problems and ... the man has a higher risk of **infertility** and
cancer," Lipshultz said ...
www.bcm.edu/pa/desson.htm - 10k - <u>Cached</u> - <u>More from this site</u>

74. <u>Hidden Toll of DES, A Generation Later Anti-Miscarriage Drug Now</u>
<u>Linked To Cancer</u> 🖺
... 04/14/03 - Most people can't even pronounce **diethylstilbestrol**, let alone recall
the drug's legacy ... oldest were in their early 50s when diagnosed. **Infertility**
problems more likely ...
yourlawyer.com/practice/news.htm?story_id=5466&...+ **Diethylstilbestrol** - 29k -
<u>Cached</u> - <u>More from this site</u>

75. <u>Support Groups **Infertility**</u> 🖺
Support Groups **Infertility**. CHILD - The National **Infertility** Support Network.
Providing support and information to people undergoing **infertility** investigations or
treatment in Great Britain. ... Support Groups **Infertility**. Australian **Infertility**
Support Group - Support for people ... exposed to **diethylstilbestrol** (DES), which
can result in **infertility**, reproductive abnormalities ...
www.ability.org.uk/../support_groups_**infertility**.html - 12k - <u>Cached</u> - <u>More from this</u>

site

76. DES 🗗
If you or anyone you know have had complications, or have developed a condition.
as a result of DES, formerly known as **Diethylstilbestrol**, please contact our. office
by using the survey form or by calling 215-885-3302. ... But, so far, there is no
evidence that **infertility** is a concern for the DES grandchildren, the ...
www.leflaw.net/des - 10k - Cached - More from this site

77. Hormone Drug Linked To Male Genital Disorder 🗗
... AIDS/HIV/STDs. Impotence. Fertility/**Infertility**. Male Menopause. Male
Sexuality ... The drug **diethylstilbestrol** (DES) was previously prescribed to prevent
spontaneous abortion and preterm ...
www.altpenis.com/penis_news/20020624205049data_trunc_sys.shtml - 11k -
Cached - More from this site

78. In Vitro Fertilization 🗗
In Vitro Fertilization. What is IVF? IVF stands for In Vitro Fertilization. ... The woman
was exposed to **diethylstilbestrol** (DES) as a fetus ... Dysplasia can cause
**infertility** as well as premature birth; increased risk of miscarriage; ectopic
pregnancy; irregular ...
fertilityproregistry.com/content/ivf.asp - 30k - Cached - More from this site

79. FertilityRX.com 🗗
... **Infertility**. **Infertility** is defined as the inability of a couple to conceive after one
year ... due to exposure to DES (**diethylstilbestrol**) during her fetal development,
thus preventing ...
www.fertilityrx.com/**infertility**/infert-page.htm - 14k - Cached - More from this site

80. Fertility Community - **Infertility** Info 🗗
... MALE **INFERTILITY**. Back to main male **infertility** page ... Prenatal exposure to
**diethylstilbestrol** (DES), a hormone used in the past to prevent miscarriage, can
dramatically ...
www.fertility-community.com/**infertility**-male3.html - 19k - Cached - More from this
site

81. **diethylstilbestrol** information 🗗
... Your search for '**diethylstilbestrol**' seem to be correctly spelled ... tract structural
differences, pregnancy complications, and **infertility** . Although DES Daughters
appear to be at ...
www.pin-outs.com/**diethylstilbestrol**.html - 11k - Cached - More from this site

82. Sheller Ludwig & Badey: Defective Drugs: DES (**Diethylstilbestrol**) 🗗
... Defective Drugs: DES (**Diethylstilbestrol**) DES (**diethylstilbestrol**) is a synthetic
form of ... risk of miscarriage, tubal (ectopic) pregnancy, **infertility** and premature
delivery. ...
www.sheller.com/Practice.asp?PracticeID=26 - 41k - Cached - More from this site

83. Abbreviations & Acronyms 🗗
Abbreviations and Acronyms related to Secondary **Infertility** ... a.i = alt.**infertility**
newsgroup. a.i.a, aia = alt.**infertility**.alternatives newsgroup ... DE = Donor Eggs.
DES = **Diethylstilbestrol** (a synthetic estrogen) ...
by-his-mercies.com/abbr.html - 15k - Cached - More from this site

84. E-Democracy.Org - Open Directory 🗗

... Health: Reproductive Health: **Infertility** (453) Health: Women's Health: Support Groups (36) ... to informing the public about DES (**diethylstilbestrol**) and helping DES-exposed individuals ...
e-democracy.org/directory/index.php?c=/.../Obstetrics/DES_Syndrome - 8k - Cached - More from this site

85. Google Directory - Health > Medicine > Medical Specialties > Obstetrics and Gynecology > Obstetrics > DES Syndrome 🗐
... Health > Reproductive Health > **Infertility** (539) Health > Women's Health > Support Groups ... to informing the public about DES (**diethylstilbestrol**) and helping DES-exposed individuals ...
google.com/alpha/Top/Health/Medicine/.../Obstetrics/DES_Syndrome - 9k - Cached - More from this site

86. **Diethylstilbestrol** - Wikipedia, the free encyclopedia 🗐
**Diethylstilbestrol**. From Wikipedia, the free encyclopedia. **Diethylstilbestrol** (DES) is a drug, a synthetic estrogen that was developed to supplement a woman's natural estrogen production. ... tract structural differences, pregnancy complications, and **infertility**. Although DES Daughters appear ...
en.wikipedia.org/wiki/**Diethylstilbestrol** - 12k - Cached - More from this site

87. MedPage 🗐
... the public about DES (**diethylstilbestrol**) and helping DES-exposed individuals ... exposed to **diethylstilbestrol** (DES), which can result in **infertility**, reproductive abnormalities and ...
www.medpage.com/7513.html - 8k - Cached - More from this site

88. Miscarriage Resources (Page 10) 🗐
Web Sites for Miscarriage Support and Information (alphabetical): Best 25 **Infertility** & Miscarriage Research Studies. Listing of citations and very short descriptions of journal articles on miscarriage and **infertility**. ... **Diethylstilbestrol** info and FAQs . . . for anyone whose loss(es) may be related ...
members.aol.com/mybabyqst/Page10.html - 13k - Cached - More from this site

89. Understanding **Infertility**: Separating the Myths From the Facts 🗐
... bear nearly equal responsibility when it comes to **infertility**. **Infertility** is a female problem in 40% of ... pregnancy to the synthetic hormone **diethylstilbestrol** (DES) or, if you are a ...
my.webmd.com/content/article/70/81036.htm - 35k - Cached - More from this site

90. **infertility** history Resources 🗐
**Infertility** Resources. Web Directory and Resources. Featured Links. Buy Thousand of Products at WHOLESALE ... **diethylstilbestrol**, sexual history, intrauterine fibroid, submucous fibroid, placental ... During the history of previous **infertility** ...
**infertility**.research-finder.com/**infertility**/**infertility**-history.html - 42k - Cached - More from this site

91. **Infertility** Books.com - **Infertility** in the Male, by Larry I. Lipshultz, Stuart S. Howards 🗐
... 12 Testicular Biopsy in Male **Infertility** Evaluation. 13 Abnormalities in Sperm Motility ... Prenatal Exposure to **Diethylstilbestrol**. 15 Genetic Aspects of **Infertility**. 16 Immunopathology ...
**infertility**books.com/professionals/titles/**infertility**_in_the_male.html - 13k - Cached - More from this site

92. Discovery Health :: Men's Health :: Male **Infertility** ▥
Learn the basics of male **infertility**. ... **Infertility** is defined as a couple's inability to become pregnant after one year of regular, unprotected sex ... exposure to **diethylstilbestrol**, also known as DES, as an infant in utero ...
health.discovery.com/centers/mens/articles/male**infertility**.html - 26k - Cached - More from this site

93. A Healthy Baby Girl -- DES Timeline ▥
... Increased risk for **infertility** in sons and daughters; ... Pottinger, R.E.,Does the Administration of **Diethylstilbestrol** During Pregnancy Have Any Therapeutic Value ...
www.itvs.org/external/babyg/timeline.html - 14k - Cached - More from this site

94. FertilityPlus: Acronyms & Abbreviations ▥
Acronyms and abbreviations for fertility newsgroups, listservs, and bulletin boards. ... a.i = alt.**infertility** newsgroup. a.i.a, aia = alt.**infertility**.alternatives newsgroup ... DE = Donor Eggs. DES = **Diethylstilbestrol** (a synthetic estrogen) ...
www.fertilityplus.org/faq/acronyms.html - 14k - Cached - More from this site

95. Health Concerns ▥
... hormone replacement therapy, exposure to **diethylstilbestrol** DES), obsesity, alcohol consumption, and ... Fertility, or rather, **infertility** is a growing concern among many couples ...
www.emcom.ca/health/index.shtml - 41k - Cached - More from this site

96. DES Gender ▥
... Between Gender Identity And Prenatal Exposure to **Diethylstilbestrol** (DES) in 46XY Individuals ... uncomplicated hypospadias (204, 205), by **infertility** in a phenotypically normal male ...
www3.telus.net/des1/Table_1.htm - 28k - Cached - More from this site

97. **Infertility** -- What Increases Your Risk ▥
**Infertility** has many causes that involve either the woman's, the man's, or both partners' reproductive ... system that were present at birth (congenital birth defects). Exposure to DES (**diethylstilbestrol**) before birth. ...
my.webmd.com/hw/**infertility**_reproduction/hw203764.asp - 43k - Cached - More from this site

98. Pet - Direct MediCare Online ▥
Supplier for Cadd infusion pumps, **infertility** drugs, vaginal inserts for vaginismus and bathroom safety products. ... for animal prescription needs (**diethylstilbestrol**, methimazole, potassium bromide and ... store, drugs, drugstore, fertility, **infertility**, medications, pain management, pharmaceutical ...
www.directmedicare.com/directory/pet.html - 23k - Cached - More from this site

99. Cats - Direct MediCare Online ▥
Supplier for Cadd infusion pumps, **infertility** drugs, vaginal inserts for vaginismus and bathroom safety products. ... for animal prescription needs (**diethylstilbestrol**, methimazole, potassium bromide and Tapizole ... animals, avain, cats, compounding, **diethylstilbestrol**, dogs, flavoring, horses, mail ...
www.directmedicare.com/directory/cats.html - 11k - Cached - More from this site

100. diethylstilestrol information,**diethylstilbestrol** ▥
... Did you mean '**diethylstilbestrol**' instead ?. We hope thats what you meant! : ... structural differences, pregnancy complications, and **infertility** . Although DES

Daughters appear to be ...
www.pin-outs.com/diethylstilestrol.html - 7k - Cached - More from this site

**Results Page:**
1 2 3 4 5 6 7 8 9 10 ▶ **Next**

---

**Web** | Images | Video | Directory | Local | News | Products

Your Search: diethylstilbestrol infertility      [ Search ]

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site - Job Openings