**EXHIBIT 15**



INTERNET ARCHIVE
WayBackMachine

Enter Web Address: http://             All         [ Take Me Back ]    Adv. Search  Compare Archi

Searched for http://desaction.org                                      **80** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Apr 26, 2005

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 20 |
|---|---|---|---|---|---|---|---|
| 1 pages | 0 pages | 3 pages | 5 pages | 9 pages | 9 pages | 11 pages | 25 p |
| Dec 19, 1996 * | | Dec 02, 1998 * | Feb 08, 1999 * | Feb 29, 2000 * | Feb 01, 2001 * | Jan 24, 2002 * | Jan 29, |
| | | Dec 07, 1998 | Feb 21, 1999 | Apr 09, 2000 * | Feb 02, 2001 | Feb 02, 2002 | Feb 04, |
| | | Dec 12, 1998 | Apr 20, 1999 | May 10, 2000 | Feb 03, 2001 | May 26, 2002 | Feb 14, |
| | | | Apr 21, 1999 | Jun 17, 2000 * | Mar 02, 2001 | Aug 01, 2002 | Mar 21, |
| | | | Apr 29, 1999 | Jun 21, 2000 | Apr 05, 2001 * | Aug 11, 2002 | Mar 23, |
| | | | | Aug 15, 2000 | May 16, 2001 * | Sep 26, 2002 | Apr 20, |
| | | | | Oct 18, 2000 | Jul 01, 2001 * | Sep 27, 2002 | May 22, |
| | | | | Nov 09, 2000 | Aug 26, 2001 * | Oct 16, 2002 | Jun 05, |
| | | | | Dec 02, 2000 * | Sep 25, 2001 | Nov 27, 2002 * | Jun 09, |
| | | | | | | Nov 28, 2002 | Jun 18, |
| | | | | | | Dec 12, 2002 | Jul 25, ? |
| | | | | | | | Jul 26, ? |
| | | | | | | | Aug 03, |
| | | | | | | | Aug 08, |
| | | | | | | | Sep 27, |
| | | | | | | | Oct 02, |
| | | | | | | | Oct 09, |
| | | | | | | | Oct 13, |
| | | | | | | | Oct 30, |
| | | | | | | | Nov 26, |
| | | | | | | | Dec 01, |
| | | | | | | | Dec 08, |
| | | | | | | | Dec 13, |
| | | | | | | | Dec 14, |
| | | | | | | | Dec 14, |

Home | Help

Copyright © 2001, Internet Archive | Terms of Use | Privacy Policy

| HOME | About DES | What's New | Services We Provide | Membership Information | Affiliates | FAQ's | Resources | Site Map |

 # Health Risks and Care for DES Daughters

## General Information

*Cancer:*
All DES daughters (women whose mothers took DES while pregnant with them) have a risk of about 1 in 1,000 for a rare cancer of the vagina or cervix called clear cell adenocarcinoma. If you or someone you know has been diagnosed with clear cell adenocarcinoma, we urge you to contact the **DES Cancer Network**. This cancer is practically non-existent in non-exposed women in this age group. Because of this risk DES daughters need a **special exam** at least once a year.

*Infertility:*
DES Daughters have an increased risk for infertility. Infertility treatments for DES daughters are, in general, not different from those for other women. DES daughters may want to see a doctor experienced in treating DES-exposed women.

*Pregnancy Problems:*
DES Daughters have a higher risk for ectopic pregnancy, miscarriage, and preterm labor and delivery. Most DES daughters can become pregnant and carry their babies to term. However, because of the above risks, all DES daughters (whether they have had previous normal pregnancies or not) require *high risk obstetric care* and *early confirmation of pregnancy*. DES daughters should have their pregnancies confirmed by a health care provider as soon as pregnancy is suspected, and should be seen more frequently throughout their pregnancies.

*Structural Changes in Reproductive Organs:*
DES daughters have an increased incidence of structural changes in their reproductive organs. These may or may not be linked to pregnancy problems, and are not known to be linked to cancer.

*The Recommended Annual Pelvic Exam for DES Daughters:*
The **recommended annual pelvic exam for DES daughters** is somewhat different from the routine exam for other women.

## Finding the Right Doctor

It is important to see a doctor who knows how to care for DES-exposed individuals. You have a right to question your doctor and seek a second opinion. DES Action has a **National Physician Referral List** available free of charge. Simply contact DES Action at **desact@well.com** or **1-800-DES-9288**

## For More Information

For more detailed information on infertility, pregnancy care, specific structural changes in reproductive organs, and other DES-related health issues, contact DES

Action at **desact@well.com** or **1-800-DES-9288**. You may also want to look at our **publications** and **resources** pages and become a **member of DES Action** so you can stay informed through *The DES Action Voice*. For a response to an inquiry or to receive information, please include your postal address in your e-mail request to us.

---

*DES Action USA*
*Ph: 510.465.4011 | FAX: 510.465.4815 | E-Mail: desact@well.com*
*1615 Broadway, Suite 510, Oakland, CA 94612*

This page, and all contents, are Copyright (C) 1995-1998 by DES Action USA, Oakland, CA.
All rights are reserved.