**EXHIBIT 16**

Yahoo!  My Yahoo!  Mail  Welcome, **Guest** [Sign In]                                    Search Home  Help

**YAHOO! SEARCH**       Web | Images | Video | Directory | Local | News | Products
                         DES                                                       [ Search ]

My Web BETA                                          Shortcuts   Advanced Search   Preferences
**Search Results**              Results **1 - 20** of about **542,000,000** for **DES** - 0.09 sec. (About this page

Also try: **des** moines, **des** jeux, arizona **des**, **des** plaines   More...

SPONSOR

(*) We've saved your preferences to this computer. To save your preferences to your ID, accessible from any computer, please sign in, then save your preferences again.

Kryptel Encrypt
Reliable and ea
encryption solu
encrypted data
www.kryptel.cc

**SPONSOR RESULTS**

- **Aaron Levine - DES Attorney** Litigation to compensate families suffering reproductive injuries from defective drugs, including Diethylstilbestrol (**DES**). Get information online.
  www.aaronlevinelaw.com

- **Diethylstilbestrol Injury Lawyers** Representing victims of **DES** (Diethylstilbestrol) injuries including birth abnormalities and defects. Click here for information and a free legal case review.
  www.deslawyernetwork.com

**Des on eBay**
Find **des** items
With over 5 mil
sale every day,
www.ebay.com

**Aldec - IP Core**
IP Cores from a
is in the busine
verification, sti
www.aldec.con

**News Results for DES**
Man arrested after chase at **Des** Moines airport - Waterloo Cedar-Falls Courier - 1 hour ago
Management of dams will be subject of **DES** hearing - Portsmouth Herald - 1 hour ago
Info 690 - La radio **des** nouvelles - 940 News - 13 minutes ago
Yahoo! Shortcut - About

**DES**
Highly optimize
audio, video, gi
compression, c
www.intel.com

See your me

1. **City of Des Moines**
   official site.
   Category: Iowa > **Des** Moines > Government
   www.ci.**des**-moines.ia.us - 90k - Cached - More from this site

2. **distributed.net: Project DES**
   This site will look much better in a browser that supports web standards, but is accessible to any browser and/or Internet device. Find on this site: **DES**-III: Success! **des**-iii: in review ... RSA officially announced that they would sponsor the **DES**-III contest, which would start January 18, 1999 at ... The **DES**-III contest started January 18, 1999 at 9am PST, and ...
   www.distributed.net/**des** - 8k - Cached - More from this site

3. **FIPS 46-2 - Data Encryption Standard (DES)**
   description of the standard.
   Category: Security and Encryption > Encryption Policy
   www.itl.nist.gov/fipspubs/fip46-2.htm - More from this site

4. **DES Action USA**
   national, nonprofit consumer organization dedicated to informing the public about **DES** (diethylstilbestrol) and helping **DES**-exposed individuals.
   Category: Reproductive Health > Organizations
   www.**des**action.org - More from this site

5. **DES Encryption**
   DES Encryption. Overview. In 1972, the National Institute of Standards and Technology (called the National Bureau of Standards at the time) decided that a strong cryptographic algorithm was needed to protect non-classified information. ... offer, RSA Data Security has been sponsoring a series of **DES** cracking contests since early 1997 ... Foundation won the RSA **DES** Challenge II-2 contest by breaking **DES** in less ...
   www.tropsoft.com/strongenc/**des**.htm - 50k - Cached - More from this site

6. **Triple DES, DES, and Skipjack - FIPS 46-3, 81, and 185**
   Advanced Encryption Standard (AES), Data Encryption Standard (**DES**), Triple-**DES**, and Skipjack Algorithms. Overview:
   csrc.nist.gov/cryptval/**des**.htm - 7k - Cached - More from this site

7. The **DES** Algorithm Illustrated
   ... The **DES** (Data Encryption Standard) algorithm is the most widely used encryption algorithm in the world ... 000 machine to crack **DES**-encrypted messages, **DES** will live on in government ...
   www.aci.net/kalliste/**des**.htm - 42k - Cached - More from this site

8. Arizona Department of Economic Security
   human service agency.
   Category: Arizona > Government Departments and Agencies
   www.de.state.az.us - 21k - Cached - More from this site

9. Data Encryption Standard - Wikipedia, the free encyclopedia
   ... This article is about the **DES** encryption algorithm. For other uses, see **DES** (disambiguation). ...
   en.wikipedia.org/wiki/**DES** - 67k - Cached - More from this site

10. **FIPS 46-3, Data Encryption Standard (DES)** (PDF)
    FIPS PUB 46-3. FEDERAL INFORMATION. PROCESSING STANDARDS PUBLICATION. Reaffirmed. 1999 October 25. U.S. DEPARTMENT OF COMMERCE/National Institute of Standards and Technology. DATA ENCRYPTION STANDARD (**DES**) ... cryptographic algorithms, the Data Encryption Standard. (**DES**) and the Triple Data Encryption Algorithm (TDEA) which may ...
    csrc.nist.gov/publications/fips/fips46-3/fips46-3.pdf - 183k - View as html - More from this site

11. **Des Moines Convention and Visitors Bureau**
    general information, attractions, hotels/motels, dining, shopping, entertainment, major annual events, convention information, group tour information, regional map and more.
    Category: Iowa > **Des** Moines > Convention and Visitors Bureaus
    www.**des**moinesia.com - 16k - Cached - More from this site

12. The Ross Institute - Dissociative Experiences Scale
    ... The Dissociative Experiences Scale (**DES**) was developed by Eve Bernstein Carlson, Ph.D ... The overall **DES** score is obtained by adding up the 28 item scores and dividing by ...
    www.rossinst.com/**des**.htm - 36k - Cached - More from this site

13. **Des Moines - Cities & Travel - Iowa.com**
    Community Profiles > South Central Iowa > **Des** Moines. Downtown **Des** Moines. **Des** Moines ... Downtown **Des** Moines. **Des** Moines. Culture and commerce

converge in **Des** Moines, Iowa's capital city. ...
www.**des**moines.com - 26k - Cached - More from this site

14. **DES Reader** (PDF)
    Safe Software Inc. 303. **DES** Reader. The **DES** Reader module provides the Feature Manipulation Engine (FME) with the ability to read **DES** files. The **DES** is a published ASCII format used in. the design industry. Overview
    www.safe.com/reader_writerPDF/**des**.pdf - 71k - View as html - More from this site

15. **Des Moines International Airport**
    information on the terminal layout, parking, passenger flights, business services, and more.
    Category: Iowa > **Des** Moines > Airports
    www.dsmairport.com - More from this site

16. **City of Des Moines**
    official site.
    Category: Washington State > **Des** Moines > Government
    www.**des**moineswa.gov - 13k - Cached - More from this site

17. **Des Lynam Page**
    highlights some of his amusing quotes and presents a selection of **Des**-related jokes.
    Category: United Kingdom > TV Sportscasters > **Des** Lynam
    mrbongo1.homestead.com/**des**.html - 31k - Cached - More from this site

18. **Des-Case Corporation - Desiccant Breathers for Preventative Maintenance!**
    KEEP CONTAMINANTS OUT! **DES**-CASE DESICCANT BREATHERS extend fluid and equipment life using a patented design.**Des**-Case breathers replace the standard breather or ventilation system on industrial equipment that contain hydrocarbons and non-aqueous ... <- Quick Navigation -> Home Page About **Des**-Case Breathers -> HydroGuard -> Oil Coalescing ...
    www.**des**-case.com - 34k - Cached - More from this site

19. **form-Z**
    official site.
    Category: Software Reviews > Form-Z
    www.formz.com - 39k - Cached - More from this site

20. **Welcome to CDC's DES Update Homepage**
    CDC's **DES** Update, a comprehensive information resource for consumers and health care providers on diethylstilbestrol (**DES**) and **DES**-related health effects ... Diethylstilbestrol (**DES**) is a drug once prescribed during pregnancy to prevent miscarriages or premature ... million persons were exposed to **DES** from 1938 to 1971, including pregnant ...
    www.cdc.gov/**DES** - 23k - Cached - More from this site

**SPONSOR RESULTS**

- **Kryptel Encryption Suite** Reliable and easy to use file encryption solution. Supports encrypted data backup and secure file deletion.
  www.kryptel.com

- **Des on eBay** Find **des** items at low prices. With over 5 million items for sale every day, you'll find all kinds of unique things on eBay - the World's Online

Marketplace.
www.ebay.com

- **Aldec - IP Cores C-DCT** IP Cores from a company that is in the business of HDL verification, stimulated the creation of a design service and IP Core development group within Aldec.
www.aldec.com

**Results Page:**
1 2 3 4 5 6 7 8 9 10 ▶ **Next**

---

**Web** | Images | Video | Directory | Local | News | Products

Your Search: DES                                          [ Search ]

Copyright © 2005 Yahoo! Inc. All rights reserved.   Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site - Job Openings