**EXHIBIT 17**

  

All Databases    PubMed    Nucleotide    Protein    Genome    Structure    OMIM    PMC    Journals    Bool

Search PubMed    ☐ for diethylstilbestrol    [Go] [Clear] Save Sea

Limits    Preview/Index    History    Clipboard    Details

Display Summary    Show 100    Pub Date    Send to

About Entrez

Text Version

Entrez PubMed
Overview
Help | FAQ
Tutorial
New/Noteworthy
E-Utilities

PubMed Services
Journals Database
MeSH Database
Single Citation Matcher
Batch Citation Matcher
Clinical Queries
LinkOut
My NCBI (Cubby)

Related Resources
Order Documents
NLM Catalog
NLM Gateway
TOXNET
Consumer Health
Clinical Alerts
ClinicalTrials.gov
PubMed Central

All: 8790    Review: 549    ✗

Items 901 - 1000 of 8790    Previous [Page] 10    of 88 Next

☐ **901:** Horiguchi A, Hatakeyama N, Ikeuchi K.    Related Articles, Links

[Dynamics of prostate-specific antigen as prognostic factors in endocrine treatment for prostate cancer]
Hinyokika Kiyo. 1999 Jan;45(1):31-5. Japanese.
PMID: 10086263 [PubMed - indexed for MEDLINE]

☐ **902:** Jenkin L, Nicholson HD.    Related Articles, Links

Evidence for the regulation of prostatic oxytocin by gonadal steroids in the rat.
J Androl. 1999 Jan-Feb;20(1):80-7.
PMID: 10100477 [PubMed - indexed for MEDLINE]

☐ **903:** Ashby J, Tinwell H, Pennie W, Brooks AN, Lefevre PA, Beresford N, Sumpter JP.    Related Articles, Links

Partial and weak oestrogenicity of the red wine constituent resveratrol: consideration of its superagonist activity in MCF-7 cells and its suggested cardiovascular protective effects.
J Appl Toxicol. 1999 Jan-Feb;19(1):39-45.
PMID: 9989476 [PubMed - indexed for MEDLINE]

☐ **904:** Wingfield M.    Related Articles, Links

Not just a cervical ectropion. Three case reports of diethylstilbestrol (DES) exposed women presenting with vaginal discharge and cervical ectropion.
J Obstet Gynaecol. 1999;19(6):649-51.
PMID: 15512425 [PubMed - in process]

☐ **905:** Zheng J, Ramirez VD.    Related Articles, Links

Purification and identification of an estrogen binding protein from rat brain: oligomycin sensitivity-conferring protein (OSCP), a subunit of mitochondrial F0F1-ATP synthase/ATPase.
J Steroid Biochem Mol Biol. 1999 Jan;68(1-2):65-75.
PMID: 10215039 [PubMed - indexed for MEDLINE]

☐ **906:** Dopp E, Vollmer G, Hahnel C, Grevesmuhl Y, Schiffmann D.    Related Articles, Links

Modulation of the intracellular calcium level in mammalian cells caused by 17beta-estradiol, different phytoestrogens and the anti-estrogen ICI 182780.
J Steroid Biochem Mol Biol. 1999 Jan;68(1-2):57-64.
PMID: 10215038 [PubMed - indexed for MEDLINE]

**907:** Klotz L, McNeill I, Fleshner N.    Related Articles, Links

A phase 1-2 trial of diethylstilbestrol plus low dose warfarin in advanced prostate carcinoma.
J Urol. 1999 Jan;161(1):169-72.
PMID: 10037391 [PubMed - indexed for MEDLINE]

**908:** Tano M, Minegishi T, Kishi H, Kameda T, Abe Y, Miyamoto K.    Related Articles, Links

The effect of follicle-stimulating hormone (FSH) on the expression of FSH receptor in cultured rat granulosa cells.
Life Sci. 1999;64(12):1063-9.
PMID: 10210289 [PubMed - indexed for MEDLINE]

**909:** Karabelyos C, Horvath C, Hollo I, Csaba G.    Related Articles, Links

Effect of perinatal synthetic steroid hormone (allylestrenol, diethylstilbestrol) treatment (hormonal imprinting) on the bone mineralization of the adult male and female rat.
Life Sci. 1999;64(9):PL105-10.
PMID: 10075115 [PubMed - indexed for MEDLINE]

**910:** Cologer-Clifford A, Simon NG, Richter ML, Smoluk SA, Lu S.    Related Articles, Links

Androgens and estrogens modulate 5-HT1A and 5-HT1B agonist effects on aggression.
Physiol Behav. 1999 Jan 1-15;65(4-5):823-8.
PMID: 10073487 [PubMed - indexed for MEDLINE]

**911:** Nonclercq D, Zanen J, Toubeau G, Laurent G, Heuson-Stiennon JA.    Related Articles, Links

Apoptosis and cell proliferation in the seminal vesicles and coagulating glands of male Syrian hamsters exposed to diethylstilboestrol (DES).
Reprod Fertil Dev. 1999;11(2):111-22.
PMID: 10735555 [PubMed - indexed for MEDLINE]

**912:** Genc S, Gurdol F, Oner-Iyidogan Y, Suzme R.    Related Articles, Links

Acute effects of estradiol and of diethylstilbestrol: pro- or antioxidant potential?
Res Commun Mol Pathol Pharmacol. 1999;105(3):253-61.
PMID: 10954129 [PubMed - indexed for MEDLINE]

**913:** Kelly MJ, Lagrange AH, Wagner EJ, Ronnekleiv OK.    Related Articles, Links

Rapid effects of estrogen to modulate G protein-coupled receptors via activation of protein kinase A and protein kinase C pathways.
Steroids. 1999 Jan-Feb;64(1-2):64-75.
PMID: 10323674 [PubMed - indexed for MEDLINE]

**914:** Welshons WV, Nagel SC, Thayer KA, Judy BM, Vom Saal FS.    Related Articles, Links

Low-dose bioactivity of xenoestrogens in animals: fetal exposure to low doses of methoxychlor and other xenoestrogens increases adult prostate size in mice.
Toxicol Ind Health. 1999 Jan-Mar;15(1-2):12-25.
PMID: 10188188 [PubMed - indexed for MEDLINE]

**915:** Shiau AK, Barstad D, Loria PM, Cheng L, Kushner PJ, Agard DA, Greene GL.    Related Articles, Links

The structural basis of estrogen receptor/coactivator recognition and the antagonism of this interaction by tamoxifen.
Cell. 1998 Dec 23;95(7):927-37.
PMID: 9875847 [PubMed - indexed for MEDLINE]

☐ **916:** Erskine JM.                                                Related Articles, Links

The complete control and possible cure of a recurrent carcinoma of the breast by means of hormonal therapy over a 22-year period: a case report.
Am J Clin Oncol. 1998 Dec;21(6):624-5. No abstract available.
PMID: 9856670 [PubMed - indexed for MEDLINE]

☐ **917:** Arts JM, van Baak MJ, Elliot CJ, Hewitt SA, Cooper J, van de      Related Articles, Links
Velde-Fase K, Witkamp RF.

Comparison of conventional immunoassays and the oestrogen radioreceptor assay for screening for the presence of oestrogenic anabolic compounds in urine samples.
Analyst. 1998 Dec;123(12):2579-83.
PMID: 10435303 [PubMed - indexed for MEDLINE]

☐ **918:** Leal AM, Begona Ruiz-Larrea M, Martinez R, Lacort M.      Related Articles, Links

Cytoprotective actions of estrogens against tert-butyl hydroperoxide-induced toxicity in hepatocytes.
Biochem Pharmacol. 1998 Dec 1;56(11):1463-9.
PMID: 9827578 [PubMed - indexed for MEDLINE]

☐ **919:** Xiao Y, Tates AD, Boei JJWA, Natarajan AT.      Related Articles, Links

Aging and diethylstilbestrol-induced aneuploidy in male germ cells: a transgenic mouse model.
Chromosoma. 1998 Dec;107(6-7):507-13.
PMID: 9914384 [PubMed - indexed for MEDLINE]

☐ **920:** Kubo M, Taguchi K, Fujisue H, Ihara H, Ikoma F.      Related Articles, Links

[Prostatic cancer with cystic formation: a case report]
Hinyokika Kiyo. 1998 Dec;44(12):883-6. Review. Japanese.
PMID: 10028435 [PubMed - indexed for MEDLINE]

☐ **921:** Martin C, Barturen K, Martinez R, Lacort M, Ruiz-Larrea MB.      Related Articles, Links

In vitro inhibition by estrogens of the oxidative modifications of human lipoproteins.
J Physiol Biochem. 1998 Dec;54(4):195-202.
PMID: 10225411 [PubMed - indexed for MEDLINE]

☐ **922:** Li Y, Rinehart CA.      Related Articles, Links

Regulation of keratinocyte growth factor expression in human endometrium: implications for hormonal carcinogenesis.
Mol Carcinog. 1998 Dec;23(4):217-25.
PMID: 9869450 [PubMed - indexed for MEDLINE]

☐ **923:** Chun TY, Wendell D, Gregg D, Gorski J.      Related Articles, Links

Estrogen-induced rat pituitary tumor is associated with loss of retinoblastoma susceptibility gene product.
Mol Cell Endocrinol. 1998 Nov 25;146(1-2):87-92.
PMID: 10022766 [PubMed - indexed for MEDLINE]



☐ **924:** Kuo SM, Lin CP.                                    Related Articles, Links

17beta-estradiol inhibition of ascorbic acid accumulation in human intestinal Caco-2 cells.
Eur J Pharmacol. 1998 Nov 20;361(2-3):253-9.
PMID: 9865515 [PubMed - indexed for MEDLINE]

☐ **925:** van Kooij RJ, Tielemans E, Weber RF, te Velde ER.    Related Articles, Links

[Exposure to pseudo-estrogens and the quality of sperm]
Ned Tijdschr Geneeskd. 1998 Nov 14;142(46):2505-8. Review. Dutch.
PMID: 10028337 [PubMed - indexed for MEDLINE]

☐ **926:** Sharpe RM, Atanassova N, McKinnell C, Parte P, Turner KJ,    Related Articles, Links
Fisher JS, Kerr JB, Groome NP, Macpherson S, Millar MR,
Saunders PT.

Abnormalities in functional development of the Sertoli cells in rats treated neonatally with diethylstilbestrol: a possible role for estrogens in Sertoli cell development.
Biol Reprod. 1998 Nov;59(5):1084-94.
PMID: 9780313 [PubMed - indexed for MEDLINE]

☐ **927:** Migliaccio S, Washburn TF, Fillo S, Rivera H, Teti A, Korach    Related Articles, Links
KS, Wetsel WC.

Modulation of estrogen receptor levels in mouse uterus by protein kinase C isoenzymes.
Endocrinology. 1998 Nov;139(11):4598-606.
PMID: 9794471 [PubMed - indexed for MEDLINE]

☐ **928:** Ashby J, Tinwell H.                                Related Articles, Links

Uterotrophic activity of bisphenol A in the immature rat.
Environ Health Perspect. 1998 Nov;106(11):719-20.
PMID: 9799186 [PubMed - indexed for MEDLINE]

☐ **929:** Gutierrez M, Menendez L, Brieva R, Hidalgo A, Baamonde A.    Related Articles, Links

Different types of steroids inhibit [3H]diprenorphine binding in mouse brain membranes.
Gen Pharmacol. 1998 Nov;31(5):747-51.
PMID: 9809473 [PubMed - indexed for MEDLINE]

☐ **930:** Silva EG, Tornos C, Deavers M, Kaisman K, Gray K,    Related Articles, Links
Gershenson D.

Induction of epithelial neoplasms in the ovaries of guinea pigs by estrogenic stimulation.
Gynecol Oncol. 1998 Nov;71(2):240-6.
PMID: 9826466 [PubMed - indexed for MEDLINE]

☐ **931:** Ashby J, Tinwell H.                                Related Articles, Links

Oestrogenic activity of burgen bread to female rats.
Hum Exp Toxicol. 1998 Nov;17(11):598-9. No abstract available.
PMID: 9865415 [PubMed - indexed for MEDLINE]

☐ **932:** Barua A, Yoshimura Y, Tamura T.                    Related Articles, Links

The effects of age and sex steroids on the macrophage population in the ovary of the chicken, Gallus domesticus.
J Reprod Fertil. 1998 Nov;114(2):253-8.
PMID: 10070355 [PubMed - indexed for MEDLINE]

**933:** Miller C, Degenhardt K, Sassoon DA.                    Related Articles, Links

Fetal exposure to DES results in de-regulation of Wnt7a during uterine morphogenesis.
Nat Genet. 1998 Nov;20(3):228-30. No abstract available.
PMID: 9806537 [PubMed - indexed for MEDLINE]

**934:** Sugihara A, Maeda O, Tsuji M, Tsujimura T, Nakata Y, Akedo    Related Articles, Links
H, Kotake T, Terada N.

Expression of cytokines enhancing the osteoclast activity, and parathyroid hormone-related protein in prostatic cancers before and after endocrine therapy: an immunohistochemical study.
Oncol Rep. 1998 Nov-Dec;5(6):1389-94.
PMID: 9769374 [PubMed - indexed for MEDLINE]

**935:** Karlsson S, Iatropoulos MJ, Williams GM, Kangas L,    Related Articles, Links
Nieminen L.

The proliferation in uterine compartments of intact rats of two different strains exposed to high doses of tamoxifen or toremifene.
Toxicol Pathol. 1998 Nov-Dec;26(6):759-68.
PMID: 9864093 [PubMed - indexed for MEDLINE]

**936:** Guzman ER, Forster JK, Vintzileos AM, Ananth CV, Walters    Related Articles, Links
C, Gipson K.

Pregnancy outcomes in women treated with elective versus ultrasound-indicated cervical cerclage.
Ultrasound Obstet Gynecol. 1998 Nov;12(5):323-7.
PMID: 9819870 [PubMed - indexed for MEDLINE]

**937:** Ohmori K, Miyazaki K, Umeda M.                    Related Articles, Links

Detection of tumor promoters by early antigen expression of EB virus in Raji cells using a fluorescence microplate-reader.
Cancer Lett. 1998 Oct 23;132(1-2):51-9.
PMID: 10397453 [PubMed - indexed for MEDLINE]

**938:** Shinohara Y, Matsumoto A, Mori T.                    Related Articles, Links

Effects of prenatal exposure to diethylstilbestrol on the sympathetic nervous system in the rat ovary.
Neurosci Lett. 1998 Oct 23;255(3):123-6.
PMID: 9832188 [PubMed - indexed for MEDLINE]

**939:** Amlal H, Goel A, Soleimani M.                    Related Articles, Links

Activation of H+-ATPase by hypotonicity: a novel regulatory mechanism for H+ secretion in IMCD cells.
Am J Physiol. 1998 Oct;275(4 Pt 2):F487-501.
PMID: 9755120 [PubMed - indexed for MEDLINE]

**940:** Visser JA, McLuskey A, Verhoef-Post M, Kramer P,    Related Articles, Links
Grootegoed JA, Themmen AP.

Effect of prenatal exposure to diethylstilbestrol on Mullerian duct development in fetal male mice.
Endocrinology. 1998 Oct;139(10):4244-51.
PMID: 9751506 [PubMed - indexed for MEDLINE]

**941:** Milligan SR, Khan O, Nash M.                    Related Articles, Links

Competitive binding of xenobiotic oestrogens to rat alpha-fetoprotein

and to sex steroid binding proteins in human and rainbow trout (Oncorhynchus mykiss) plasma.
Gen Comp Endocrinol. 1998 Oct;112(1):89-95.
PMID: 9748407 [PubMed - indexed for MEDLINE]

□ **942:** [No authors listed]     Related Articles, Links

DES daughters and cancer.
Health News. 1998 Oct 1;4(12):6. No abstract available.
PMID: 9772837 [PubMed - indexed for MEDLINE]

□ **943:** Garbin O, Ohl J, Bettahar-Lebugle K, Dellenbach P.     Related Articles, Links

Hysteroscopic metroplasty in diethylstilboestrol-exposed and hypoplastic uterus: a report on 24 cases.
Hum Reprod. 1998 Oct;13(1O):2751-5.
PMID: 9804225 [PubMed - indexed for MEDLINE]

□ **944:** Coe JE, Ishak KG, Ross MJ.     Related Articles, Links

Estrogen-induced hepatic toxicity and hepatic cancer: differences between two closely related hamster species.
Liver. 1998 Oct;18(5):343-51.
PMID: 9831364 [PubMed - indexed for MEDLINE]

□ **945:** Shull JD, Birt DF, McComb RD, Spady TJ, Pennington KL, Shaw-Bruha CM.     Related Articles, Links

Estrogen induction of prolactin-producing pituitary tumors in the Fischer 344 rat: modulation by dietary-energy but not protein consumption.
Mol Carcinog. 1998 Oct;23(2):96-105.
PMID: 9808163 [PubMed - indexed for MEDLINE]

□ **946:** Sanderson M, Williams MA, Daling JR, Holt VL, Malone KE, Self SG, Moore DE.     Related Articles, Links

Maternal factors and breast cancer risk among young women.
Paediatr Perinat Epidemiol. 1998 Oct;12(4):397-407.
PMID: 9805713 [PubMed - indexed for MEDLINE]

□ **947:** Brown NM, Wang J, Cotroneo MS, Zhao YX, Lamartiniere CA.     Related Articles, Links

Prepubertal genistein treatment modulates TGF-alpha, EGF and EGF-receptor mRNAs and proteins in the rat mammary gland.
Mol Cell Endocrinol. 1998 Sep 25;144(1-2):149-65.
PMID: 9863635 [PubMed - indexed for MEDLINE]

□ **948:** Strauss L, Makela S, Joshi S, Huhtaniemi I, Santti R.     Related Articles, Links

Genistein exerts estrogen-like effects in male mouse reproductive tract.
Mol Cell Endocrinol. 1998 Sep 25;144(1-2):83-93.
PMID: 9863629 [PubMed - indexed for MEDLINE]

□ **949:** DiPaola RS, Zhang H, Lambert GH, Meeker R, Licitra E, Rafi MM, Zhu BT, Spaulding H, Goodin S, Toledano MB, Hait WN, Gallo MA.     Related Articles, Links

Clinical and biologic activity of an estrogenic herbal combination (PC-SPES) in prostate cancer.
N Engl J Med. 1998 Sep 17;339(12):785-91.
PMID: 9738085 [PubMed - indexed for MEDLINE]

□ **950:** Gorodeski GI.     Related Articles, Links



Estrogen increases the permeability of the cultured human cervical epithelium by modulating cell deformability.
Am J Physiol. 1998 Sep;275(3 Pt 1):C888-99.
PMID: 9730974 [PubMed - indexed for MEDLINE]

**951:** Waggoner SE, Baunoch DA, Anderson SA, Leigh F, Zagaja VG.    Related Articles, Links

Bcl-2 protein expression associated with resistance to apoptosis in clear cell adenocarcinomas of the vagina and cervix expressing wild-type p53.
Ann Surg Oncol. 1998 Sep;5(6):544-7.
PMID: 9754764 [PubMed - indexed for MEDLINE]

**952:** Newbold RR, Hanson RB, Jefferson WN, Bullock BC, Haseman J, McLachlan JA.    Related Articles, Links

Increased tumors but uncompromised fertility in the female descendants of mice exposed developmentally to diethylstilbestrol.
Carcinogenesis. 1998 Sep;19(9):1655-63.
PMID: 9771938 [PubMed - indexed for MEDLINE]

**953:** Fisher JS, Turner KJ, Fraser HM, Saunders PT, Brown D, Sharpe RM.    Related Articles, Links

Immunoexpression of aquaporin-1 in the efferent ducts of the rat and marmoset monkey during development, its modulation by estrogens, and its possible role in fluid resorption.
Endocrinology. 1998 Sep;139(9):3935-45.
PMID: 9724049 [PubMed - indexed for MEDLINE]

**954:** Marques MA, Lima LA, Bizarri CH, Neto FR, Cardoso JN.    Related Articles, Links

Development and validation of a screening method for DES, zeranol, and beta-zearalanol in bovine urine by HRGC-MS and evaluation of robustness for routine survey of the Brazilian herd.
J Anal Toxicol. 1998 Sep;22(5):367-73.
PMID: 9737331 [PubMed - indexed for MEDLINE]

**955:** Pennie WD, Aldridge TC, Brooks AN.    Related Articles, Links

Differential activation by xenoestrogens of ER alpha and ER beta when linked to different response elements.
J Endocrinol. 1998 Sep;158(3):R11-4.
PMID: 9846177 [PubMed - indexed for MEDLINE]

**956:** Sohoni P, Sumpter JP.    Related Articles, Links

Several environmental oestrogens are also anti-androgens.
J Endocrinol. 1998 Sep;158(3):327-39.
PMID: 9846162 [PubMed - indexed for MEDLINE]

**957:** Zheng WM, Yoshimura Y, Tamura T.    Related Articles, Links

Effects of age and gonadal steroids on the localization of antigen-presenting cells, and T and B cells in the chicken oviduct.
J Reprod Fertil. 1998 Sep;114(1):45-54.
PMID: 9875154 [PubMed - indexed for MEDLINE]

**958:** Barua A, Yoshimura Y, Tamura T.    Related Articles, Links

Effects of ageing and oestrogen on the localization of immunoglobulin-containing cells in the chicken ovary.
J Reprod Fertil. 1998 Sep;114(1):11-6.



PMID: 9875150 [PubMed - indexed for MEDLINE]

☐ **959:** Cho MM, Ziats NP, Abdul-Karim FW, Pal D, Goldfarb J, Utian WH, Gorodeski GI.                                                    Related Articles, Links

Effects of estrogen on tight junctional resistance in cultured human umbilical vein endothelial cells.
J Soc Gynecol Investig. 1998 Sep-Oct;5(5):260-70.
PMID: 9773402 [PubMed - indexed for MEDLINE]

☐ **960:** Khan MZ, Hashimoto Y, Iwanaga T.                                                    Related Articles, Links

Macrophages in the chicken oviduct: morphometrical studies by light and transmission electron microscopy and the possible influence of sex hormones.
Zentralbl Veterinarmed B. 1998 Sep;45(7):427-33.
PMID: 9780830 [PubMed - indexed for MEDLINE]

☐ **961:** Hatch EE, Palmer JR, Titus-Ernstoff L, Noller KL, Kaufman RH, Mittendorf R, Robboy SJ, Hyer M, Cowan CM, Adam E, Colton T, Hartge P, Hoover RN.                                                    Related Articles, Links

Cancer risk in women exposed to diethylstilbestrol in utero.
JAMA. 1998 Aug 19;280(7):630-4.
PMID: 9718055 [PubMed - indexed for MEDLINE]

☐ **962:** Kulling SE, Jacobs E, Pfeiffer E, Metzler M.                                                    Related Articles, Links

Studies on the genotoxicity of the mammalian lignans enterolactone and enterodiol and their metabolic precursors at various endpoints in vitro.
Mutat Res. 1998 Aug 7;416(1-2):115-24.
PMID: 9725997 [PubMed - indexed for MEDLINE]

☐ **963:** Ishidate M Jr, Miura KF, Sofuni T.                                                    Related Articles, Links

Chromosome aberration assays in genetic toxicology testing in vitro.
Mutat Res. 1998 Aug 3;404(1-2):167-72.
PMID: 9729363 [PubMed - indexed for MEDLINE]

☐ **964:** Ruiz-Larrea MB, Martin C, Babenko NA, Martinez R, Lacort M.                                                    Related Articles, Links

Diethylstilbestrol antagonizes the oxidant-induced transformations of membrane phospholipids.
Biochem Soc Trans. 1998 Aug;26(3):S224. No abstract available.
PMID: 9765943 [PubMed - indexed for MEDLINE]

☐ **965:** Boxall DK, Ford AP, Choppin A, Nahorski SR, Challiss RA, Eglen RM.                                                    Related Articles, Links

Characterization of an atypical muscarinic cholinoceptor mediating contraction of the guinea-pig isolated uterus.
Br J Pharmacol. 1998 Aug;124(8):1615-22.
PMID: 9756376 [PubMed - indexed for MEDLINE]

☐ **966:** Lama G, Angelucci C, Bruzzese N, Iacopino F, Nori SL, D'Atri S, Turriziani M, Bonmassar E, Sica G.                                                    Related Articles, Links

Sensitivity of human melanoma cells to oestrogens, tamoxifen and quercetin: is there any relationship with type I and II oestrogen binding site expression?
Melanoma Res. 1998 Aug;8(4):313-22. Erratum in: Melanoma Res 1999 Oct;9(5):530.

PMID: 9764806 [PubMed - indexed for MEDLINE]

**967:** Logie C, Nichols M, Myles K, Funder JW, Stewart AF.                    Related Articles, Links

Positive and negative discrimination of estrogen receptor agonists and antagonists using site-specific DNA recombinase fusion proteins.
Mol Endocrinol. 1998 Aug;12(8):1120-32.
PMID: 9717838 [PubMed - indexed for MEDLINE]

**968:** Honda M, Umeda H, Yoshida K.                    Related Articles, Links

[High-dose intravenous diethylstilbestrol diphosphate therapy for hormone refractory prostate cancer]
Nippon Rinsho. 1998 Aug;56(8):2145-9. Review. Japanese. No abstract available.
PMID: 9750524 [PubMed - indexed for MEDLINE]

**969:** Akimoto S.                    Related Articles, Links

[Antiandrogen withdrawal syndrome]
Nippon Rinsho. 1998 Aug;56(8):2135-9. Review. Japanese.
PMID: 9750522 [PubMed - indexed for MEDLINE]

**970:** Xiao L, Becker JB.                    Related Articles, Links

Effects of estrogen agonists on amphetamine-stimulated striatal dopamine release.
Synapse. 1998 Aug;29(4):379-91.
PMID: 9661256 [PubMed - indexed for MEDLINE]

**971:** Smith DC, Redman BG, Flaherty LE, Li L, Strawderman M, Pienta KJ.                    Related Articles, Links

A phase II trial of oral diethylstilbesterol as a second-line hormonal agent in advanced prostate cancer.
Urology. 1998 Aug;52(2):257-60.
PMID: 9697791 [PubMed - indexed for MEDLINE]

**972:** Aubriot FX, Chapron C, Dubuisson JB, Hamou JE.                    Related Articles, Links

[Uterus and diethylstilbestrol: which examinations, which antecedents for an active management? Which treatments?]
Contracep Fertil Sex. 1998 Jul-Aug;26(7-8):598-604. French.
PMID: 9810140 [PubMed - indexed for MEDLINE]

**973:** Roselli CE, Klosterman SA.                    Related Articles, Links

Sexual differentiation of aromatase activity in the rat brain: effects of perinatal steroid exposure.
Endocrinology. 1998 Jul;139(7):3193-201.
PMID: 9645693 [PubMed - indexed for MEDLINE]

**974:** Uchida K, Takeshima H, Kikuchi K, Shimazui T, Miyanaga N, Kawai K, Akaza H, Tsuchiya A, Noguchi R, Hattori K, Manabe F, Matsuki K, Suzuki R, Ishikawa S, Kondo F, Kobayashi T, Koiso K.                    Related Articles, Links

[Effect of UFT on treatment of urological cancer--effect of UFT on treatment of invasive bladder cancer and advanced prostate cancer. Ibaraki Urological Cancer Chemotherapy Study Group]
Gan To Kagaku Ryoho. 1998 Jul;25(8):1179-87. Japanese.
PMID: 9679581 [PubMed - indexed for MEDLINE]

**975:** Morohashi K.                    Related Articles, Links

[Function and expression of transcription factors implicated in gonadal

differentiation]
Nippon Rinsho. 1998 Jul;56(7):1739-44. Review. Japanese.
PMID: 9702047 [PubMed - indexed for MEDLINE]

**976:** Wang G, Sun J.                                    Related Articles, Links

[Clear cell carcinoma of vagina: report of 3 cases and review of
literatures]
Zhonghua Fu Chan Ke Za Zhi. 1998 Jul;33(7):425-7. Review. Chinese.
PMID: 10806705 [PubMed - indexed for MEDLINE]

**977:** Sadler BR, Cho SJ, Ishaq KS, Chae K, Korach KS.         Related Articles, Links

Three-dimensional quantitative structure-activity relationship study of
nonsteroidal estrogen receptor ligands using the comparative molecular
field analysis/cross-validated r2-guided region selection approach.
J Med Chem. 1998 Jun 18;41(13):2261-7.
PMID: 9632359 [PubMed - indexed for MEDLINE]

**978:** Yang J, Duerksen-Hughes P.                        Related Articles, Links

A new approach to identifying genotoxic carcinogens: p53 induction as
an indicator of genotoxic damage.
Carcinogenesis. 1998 Jun;19(6):1117-25.
PMID: 9667752 [PubMed - indexed for MEDLINE]

**979:** van der Merwe PJ, Pretorius A, Burger W.            Related Articles, Links

Urinary excretion of diethylstilbestrol in the ostrich.
J S Afr Vet Assoc. 1998 Jun;69(2):57-8.
PMID: 9760398 [PubMed - indexed for MEDLINE]

**980:** Pisters LL, Troncoso P, Navone N.                  Related Articles, Links

Prolonged survival with metastatic prostate cancer to bone.
J Urol. 1998 Jun;159(6):2100. No abstract available.
PMID: 9598540 [PubMed - indexed for MEDLINE]

**981:** Pawlikowski M, Lachowicz L, Kunert-Radek J, Winczyk K,   Related Articles, Links
Janiszewska G, Szkudlarek J.

Differential effects of somatostatin and its analog on protein tyrosine
kinases activity in the rat pituitary and the murine colonic tumors.
Biochem Biophys Res Commun. 1998 May 19;246(2):375-7.
PMID: 9610366 [PubMed - indexed for MEDLINE]

**982:** Berstein LM, Tsyrlina EV, Krjukova OG, Dzhumasultanova   Related Articles, Links
SV.

Influence of tobacco smoke on DNA unwinding and uterotrophic effect
of estrogens in rats.
Cancer Lett. 1998 May 15;127(1-2):95-8.
PMID: 9619863 [PubMed - indexed for MEDLINE]

**983:** Rajaniemi H, Mantyla E, Hemminki K.                Related Articles, Links

DNA adduct formation by tamoxifen and structurally-related
compounds in rat liver.
Chem Biol Interact. 1998 May 15;113(2):145-59.
PMID: 9717515 [PubMed - indexed for MEDLINE]

**984:** Ma L, Benson GV, Lim H, Dey SK, Maas RL.           Related Articles, Links

Abdominal B (AbdB) Hoxa genes: regulation in adult uterus by estrogen



and progesterone and repression in mullerian duct by the synthetic estrogen diethylstilbestrol (DES).
Dev Biol. 1998 May 15;197(2):141-54.
PMID: 9630742 [PubMed - indexed for MEDLINE]

985: Yeh S, Miyamoto H, Shima H, Chang C.                    Related Articles, Links

From estrogen to androgen receptor: a new pathway for sex hormones in prostate.
Proc Natl Acad Sci U S A. 1998 May 12;95(10):5527-32.
PMID: 9576916 [PubMed - indexed for MEDLINE]

986: Jan ST, Devanesan PD, Stack DE, Ramanathan R, Byun J,    Related Articles, Links
Gross ML, Rogan EG, Cavalieri EL.

Metabolic activation and formation of DNA adducts of hexestrol, a synthetic nonsteroidal carcinogenic estrogen.
Chem Res Toxicol. 1998 May;11(5):412-9.
PMID: 9585471 [PubMed - indexed for MEDLINE]

987: Jan ST, Rogan EG, Cavalieri EL.                          Related Articles, Links

Large-scale synthesis of the catechol metabolites of diethylstilbestrol and hexestrol.
Chem Res Toxicol. 1998 May;11(5):408-11.
PMID: 9585470 [PubMed - indexed for MEDLINE]

988: Uzumcu M, Brigstock DR, Lin YC.                          Related Articles, Links

Partial purification and characterization of two non-FSH steroid-modulating factors in rat thymic epithelial cell-conditioned medium (TCM).
Domest Anim Endocrinol. 1998 May;15(3):155-68.
PMID: 9606597 [PubMed - indexed for MEDLINE]

989: Sharpe RM, Turner KJ, Sumpter JP.                        Related Articles, Links

Endocrine disruptors and testis development.
Environ Health Perspect. 1998 May;106(5):A220-1. No abstract available.
PMID: 9647885 [PubMed - indexed for MEDLINE]

990: Berkowitz GS, Blackmore-Prince C, Lapinski RH, Savitz DA.   Related Articles, Links

Risk factors for preterm birth subtypes.
Epidemiology. 1998 May;9(3):279-85.
PMID: 9583419 [PubMed - indexed for MEDLINE]

991: Spears N, Murray AA, Allison V, Boland NI, Gosden RG.    Related Articles, Links

Role of gonadotrophins and ovarian steroids in the development of mouse follicles in vitro.
J Reprod Fertil. 1998 May;113(1):19-26.
PMID: 9713372 [PubMed - indexed for MEDLINE]

992: Gell JS, Oh J, Rainey WE, Carr BR.                       Related Articles, Links

Effect of estradiol on DHEAS production in the human adrenocortical cell line, H295R.
J Soc Gynecol Investig. 1998 May-Jun;5(3):144-8.
PMID: 9614644 [PubMed - indexed for MEDLINE]

993: Denis L.                                                 Related Articles, Links

European Organization for Research and Treatment of Cancer (EORTC) prostate cancer trials, 1976-1996.
Urology. 1998 May;51(5A Suppl):50-7.
PMID: 9610558 [PubMed - indexed for MEDLINE]

☐ **994:** Hudson CE, Kelly MM, Schwartz DA, Schofield DA, DeHaven JE, Schulte BA, Norris JS.                    Related Articles, Links

Glutathione S-transferase in hormonal carcinogenesis.
Chem Biol Interact. 1998 Apr 24;111-112:343-50.
PMID: 9679565 [PubMed - indexed for MEDLINE]

☐ **995:** Toppari J, Skakkebaek NE.                    Related Articles, Links

Sexual differentiation and environmental endocrine disrupters.
Baillieres Clin Endocrinol Metab. 1998 Apr;12(1):143-56. Review.
PMID: 9890066 [PubMed - indexed for MEDLINE]

☐ **996:** Mastroianni AC.                    Related Articles, Links

HIV, women, and access to clinical trials: tort liability and lessons from DES.
Duke J Gend Law Policy. 1998 Spring;5(1):167-91. No abstract available.
PMID: 11979601 [PubMed - indexed for MEDLINE]

☐ **997:** Harandian F, Farookhi R.                    Related Articles, Links

Contact-dependent cell interactions determine hormone responsiveness and desensitization in rat granulosa cells.
Endocrinology. 1998 Apr;139(4):1700-7.
PMID: 9528952 [PubMed - indexed for MEDLINE]

☐ **998:** Nonclercq D, Toubeau G, Wattiez R, Laurent G, Bernard A, Journe F, Falmagne P, Heuson-Stiennon JA.                    Related Articles, Links

Sublethal alterations and sustained cell proliferation associated with the diethylstilbestrol-induced renal carcinogenesis in male Syrian golden hamsters.
Eur J Morphol. 1998 Apr;36(2):83-96.
PMID: 9651742 [PubMed - indexed for MEDLINE]

☐ **999:** Vingerhoets AJ, Assies J, Goodkin K, Van Heck GL, Bekker MH.                    Related Articles, Links

Prenatal diethylstilbestrol exposure and self-reported immune-related diseases.
Eur J Obstet Gynecol Reprod Biol. 1998 Apr;77(2):205-9.
PMID: 9578280 [PubMed - indexed for MEDLINE]

☐ **1000:** Steinberg EP, Holtz PM, Sullivan EM, Villar CP.                    Related Articles, Links

Profiling assisted reproductive technology: outcomes and quality of infertility management.
Fertil Steril. 1998 Apr;69(4):617-23. Review.
PMID: 9548148 [PubMed - indexed for MEDLINE]

Items 901 - 1000 of 8790          Previous  | Page |  10     of 88  Next

Display  Summary          Show  100   Pub Date   Send to

Apr 18 2005 07:10:12

  

National Library of Medicine NLM

My NC
[Sign In] [Regis

All Databases    PubMed    Nucleotide    Protein    Genome    Structure    OMIM    PMC    Journals    Bool

Search  PubMed                    for diethylstilbestrol                    Go    Clear    Save Sea

Limits    Preview/Index    History    Clipboard    Details

Display  Summary              Show  100    Pub Date    Send to

About Entrez

Text Version

All: 8790    Review: 549

**Entrez PubMed**
Overview
Help | FAQ
Tutorial
New/Noteworthy
E-Utilities

**PubMed Services**
Journals Database
MeSH Database
Single Citation Matcher
Batch Citation Matcher
Clinical Queries
LinkOut
My NCBI (Cubby)

**Related Resources**
Order Documents
NLM Catalog
NLM Gateway
TOXNET
Consumer Health
Clinical Alerts
ClinicalTrials.gov
PubMed Central

Items 1001 - 1100 of 8790    Previous    Page 11    of 88 Next

☐ **1001:** Berson A, De Beco V, Letteron P, Robin MA, Moreau C, El    Related Articles, Links
Kahwaji J, Verthier N, Feldmann G, Fromenty B, Pessayre D.

Steatohepatitis-inducing drugs cause mitochondrial dysfunction and
lipid peroxidation in rat hepatocytes.
Gastroenterology. 1998 Apr;114(4):764-74.
PMID: 9516397 [PubMed - indexed for MEDLINE]

☐ **1002:** Geary M, Hindmarsh PC.    Related Articles, Links

Childhood influences on adult disease.
Hosp Med. 1998 Apr;59(4):298-303. Review.
PMID: 9722370 [PubMed - indexed for MEDLINE]

☐ **1003:** Laurent S, Lanoue M, Lecomte C, Bourgeois L, Lecomte P.    Related Articles, Links

[Female fertility prognosis and diethylstilbestrol. Personal data and
review of the literature]
J Gynecol Obstet Biol Reprod (Paris). 1998 Apr;27(3):277-84. Review. French.
PMID: 9648005 [PubMed - indexed for MEDLINE]

☐ **1004:** Kippenberger S, Loitsch S, Solano F, Bernd A, Kaufmann R.    Related Articles, Links

Quantification of tyrosinase, TRP-1, and Trp-2 transcripts in human
melanocytes by reverse transcriptase-competitive multiplex PCR--
regulation by steroid hormones.
J Invest Dermatol. 1998 Apr;110(4):364-7.
PMID: 9540976 [PubMed - indexed for MEDLINE]

☐ **1005:** Maeda O, Kinouchi T, Meguro N, Saiki S, Kuroda M, Usami    Related Articles, Links
M, Wada A, Kotake T.

Adjunctive value of cell proliferation but not of apoptosis to interpret
pathologic effects on prostatic cancer after neoadjuvant endocrine
therapy.
Jpn J Clin Oncol. 1998 Apr;28(4):262-6.
PMID: 9657012 [PubMed - indexed for MEDLINE]

☐ **1006:** Lai ZW, Fiore NC, Gasiewicz TA, Silverstone AE.    Related Articles, Links

2,3,7,8-Tetrachlorodibenzo-p-dioxin and diethylstilbestrol affect
thymocytes at different stages of development in fetal thymus organ
culture.
Toxicol Appl Pharmacol. 1998 Apr;149(2):167-77.
PMID: 9571985 [PubMed - indexed for MEDLINE]

☐ **1007:** Chun TY, Gregg D, Sarkar DK, Gorski J.    Related Articles, Links



Differential regulation by estrogens of growth and prolactin synthesis in pituitary cells suggests that only a small pool of estrogen receptors is required for growth.
Proc Natl Acad Sci U S A. 1998 Mar 3;95(5):2325-30.
PMID: 9482884 [PubMed - indexed for MEDLINE]

☐ **1008:** Cheng SC, Fine JP, Wei LJ.                    Related Articles, Links

Prediction of cumulative incidence function under the proportional hazards model.
Biometrics. 1998 Mar;54(1):219-28.
PMID: 9544517 [PubMed - indexed for MEDLINE]

☐ **1009:** Li JJ, Hou X, Bentel J, Yazlovitskaya EM, Li SA.    Related Articles, Links

Prevention of estrogen carcinogenesis in the hamster kidney by ethinylestradiol: some unique properties of a synthetic estrogen.
Carcinogenesis. 1998 Mar;19(3):471-7.
PMID: 9525282 [PubMed - indexed for MEDLINE]

☐ **1010:** Golden RJ, Noller KL, Titus-Ernstoff L, Kaufman RH,    Related Articles, Links
Mittendorf R, Stillman R, Reese EA.

Environmental endocrine modulators and human health: an assessment of the biological evidence.
Crit Rev Toxicol. 1998 Mar;28(2):109-227. Review.
PMID: 9557209 [PubMed - indexed for MEDLINE]

☐ **1011:** Sheehan DM.                    Related Articles, Links

Herbal medicines, phytoestrogens and toxicity: risk:benefit considerations.
Proc Soc Exp Biol Med. 1998 Mar;217(3):379-85. Review.
PMID: 9492351 [PubMed - indexed for MEDLINE]

☐ **1012:** Nagel SC, vom Saal FS, Welshons WV.                    Related Articles, Links

The effective free fraction of estradiol and xenoestrogens in human serum measured by whole cell uptake assays: physiology of delivery modifies estrogenic activity.
Proc Soc Exp Biol Med. 1998 Mar;217(3):300-9.
PMID: 9492339 [PubMed - indexed for MEDLINE]

☐ **1013:** Gamache PH, Acworth IN.                    Related Articles, Links

Analysis of phytoestrogens and polyphenols in plasma, tissue, and urine using HPLC with coulometric array detection.
Proc Soc Exp Biol Med. 1998 Mar;217(3):274-80.
PMID: 9492335 [PubMed - indexed for MEDLINE]

☐ **1014:** Chae K, Lindzey J, McLachlan JA, Korach KS.                    Related Articles, Links

Estrogen-dependent gene regulation by an oxidative metabolite of diethylstilbestrol, diethylstilbestrol-4',4"-quinone.
Steroids. 1998 Mar;63(3):149-57.
PMID: 9558716 [PubMed - indexed for MEDLINE]

☐ **1015:** Newton M, Kosier JH.                    Related Articles, Links

Nonsteroidal anti-androgens: role in treating advanced prostate cancer.
Urol Nurs. 1998 Mar;18(1):56-7, 83. Review. No abstract available.
PMID: 9582897 [PubMed - indexed for MEDLINE]

☐ **1016:** Spady TJ, Harvell DM, Snyder MC, Pennington KL, McComb RD, Shull JD.    Related Articles, Links

Estrogen-induced tumorigenesis in the Copenhagen rat: disparate susceptibilities to development of prolactin-producing pituitary tumors and mammary carcinomas.
Cancer Lett. 1998 Feb 13;124(1):95-103.
PMID: 9500197 [PubMed - indexed for MEDLINE]

☐ **1017:** Tanfani F, Lapathitis G, Bertoli E, Kotyk A.    Related Articles, Links

Structure of yeast plasma membrane H(+)-ATPase: comparison of activated and basal-level enzyme forms.
Biochim Biophys Acta. 1998 Feb 2;1369(1):109-18.
PMID: 9528679 [PubMed - indexed for MEDLINE]

☐ **1018:** Kakuta Y, Pedersen LC, Chae K, Song WC, Leblanc D, London R, Carter CW, Negishi M.    Related Articles, Links

Mouse steroid sulfotransferases: substrate specificity and preliminary X-ray crystallographic analysis.
Biochem Pharmacol. 1998 Feb 1;55(3):313-7.
PMID: 9484797 [PubMed - indexed for MEDLINE]

☐ **1019:** Hendren WH.    Related Articles, Links

Construction of a female urethra using the vaginal wall and a buttock flap: experience with 40 cases.
J Pediatr Surg. 1998 Feb;33(2):180-7.
PMID: 9498383 [PubMed - indexed for MEDLINE]

☐ **1020:** Patterson E, Ma L, Szabo B, Robinson CP, Thadani U.    Related Articles, Links

Ovariectomy and estrogen-induced alterations in myocardial contractility in female rabbits: role of the L-type calcium channel.
J Pharmacol Exp Ther. 1998 Feb;284(2):586-91.
PMID: 9454801 [PubMed - indexed for MEDLINE]

☐ **1021:** Kishi H, Minegishi T, Tano M, Kameda T, Ibuki Y, Miyamoto K.    Related Articles, Links

The effect of activin and FSH on the differentiation of rat granulosa cells.
FEBS Lett. 1998 Jan 30;422(2):274-8.
PMID: 9490023 [PubMed - indexed for MEDLINE]

☐ **1022:** Sanderson M, Williams MA, White E, Daling JR, Holt VL, Malone KE, Self SG, Moore DE.    Related Articles, Links

Validity and reliability of subject and mother reporting of perinatal factors.
Am J Epidemiol. 1998 Jan 15;147(2):136-40.
PMID: 9457002 [PubMed - indexed for MEDLINE]

☐ **1023:** Yoshie Y, Ohshima H.    Related Articles, Links

Synergistic induction of DNA strand breakage by catechol-estrogen and nitric oxide: implications for hormonal carcinogenesis.
Free Radic Biol Med. 1998 Jan 15;24(2):341-8.
PMID: 9433910 [PubMed - indexed for MEDLINE]

☐ **1024:** Cui L, Mori T, Takahashi S, Imaida K, Akagi K, Yada H, Yaono M, Shirai T.    Related Articles, Links

Slight promotion effects of intermittent administration of testosterone propionate and/or diethylstilbestrol on 3,2'-dimethyl-4-aminobiphenyl-initiated rat prostate carcinogenesis.
Cancer Lett. 1998 Jan 9;122(1-2):195-9.
PMID: 9464510 [PubMed - indexed for MEDLINE]

☐ **1025:** Skakkebaek NE.    Related Articles, Links

Trends in male reproductive health. Environmental aspects.
Adv Exp Med Biol. 1998;444:1-2; discussion 3-4. No abstract available.
PMID: 10026928 [PubMed - indexed for MEDLINE]

☐ **1026:** Grise P, Mnif A, Navarra S, Foulatier O, Barret E, Sibert L, Pfister C.    Related Articles, Links

[ST52 treatment of cancer of the prostate during the hormonal resistance phase]
Ann Urol (Paris). 1998;32(1):39-44. French.
PMID: 9559075 [PubMed - indexed for MEDLINE]

☐ **1027:** McLachlan JA, Newbold RR, Li S, Negishi M.    Related Articles, Links

Are estrogens carcinogenic during development of the testes?
APMIS. 1998 Jan;106(1):240-2; discussion 243-4. Review.
PMID: 9524585 [PubMed - indexed for MEDLINE]

☐ **1028:** Khan SA, Ball RB, Hendry WJ 3rd.    Related Articles, Links

Effects of neonatal administration of diethylstilbestrol in male hamsters: disruption of reproductive function in adults after apparently normal pubertal development.
Biol Reprod. 1998 Jan;58(1):137-42.
PMID: 9472934 [PubMed - indexed for MEDLINE]

☐ **1029:** Fail PA, Hines JW, Zacharewski T, Wu ZF, Borodinsky L.    Related Articles, Links

Assessment of polystyrene extract for estrogenic activity in the rat uterotrophic model and an in vitro recombinant receptor reporter gene assay.
Drug Chem Toxicol. 1998;21 Suppl 1:101-21.
PMID: 10028405 [PubMed - indexed for MEDLINE]

☐ **1030:** Christian MS, Hoberman AM, Bachmann S, Hellwig J.    Related Articles, Links

Variability in the uterotrophic response assay (an in vivo estrogenic response assay) in untreated control and positive control (DES-DP, 2.5 microG/kg, bid) Wistar and Sprague-Dawley rats.
Drug Chem Toxicol. 1998;21 Suppl 1:51-100.
PMID: 10028404 [PubMed - indexed for MEDLINE]

☐ **1031:** Bachmann S, Hellwig J, Jackh R, Christian MS.    Related Articles, Links

Uterotrophic assay of two concentrations of migrates from each of 23 polystyrenes administered orally (by gavage) to immature female Wistar rats.
Drug Chem Toxicol. 1998;21 Suppl 1:1-30.
PMID: 10028402 [PubMed - indexed for MEDLINE]

☐ **1032:** Schuler M, Hasegawa L, Parks R, Metzler M, Eastmond DA.    Related Articles, Links

Dose-response studies of the induction of hyperdiploidy and polyploidy by diethylstilbestrol and 17beta-estradiol in cultured human

lymphocytes using multicolor fluorescence in situ hybridization.
Environ Mol Mutagen. 1998;31(3):263-73.
PMID: 9585265 [PubMed - indexed for MEDLINE]

1033: Dencker L, Eriksson P.                                    Related Articles, Links

Susceptibility in utero and upon neonatal exposure.
Food Addit Contam. 1998;15 Suppl:37-43. Review.
PMID: 9602910 [PubMed - indexed for MEDLINE]

1034: Ahmed M, Choksy S, Chilton CP, Munson KW, Williams JH.  Related Articles, Links

High dose intravenous oestrogen (fosfestrol) in the treatment of
symptomatic, metastatic, hormone-refractory carcinoma of the prostate.
Int Urol Nephrol. 1998;30(2):159-64.
PMID: 9607886 [PubMed - indexed for MEDLINE]

1035: Usuki S, Kobayashi S, Sugimoto M, Kotani E, Otani S, Kubo  Related Articles, Links
T, Ishii T, Murakami K, Miyazaki H.

Effects of follicle-stimulating hormone on endothelin receptors in
cultured rat ovarian granulosa cells.
J Cardiovasc Pharmacol. 1998;31 Suppl 1:S225-9.
PMID: 9595444 [PubMed - indexed for MEDLINE]

1036: Piroli G, Torres A, Grillo C, Lux-Lantos V, Aoki A, De   Related Articles, Links
Nicola AF.

Mechanisms in progestin antagonism of pituitary tumorigenesis.
J Steroid Biochem Mol Biol. 1998 Jan;64(1-2):59-67.
PMID: 9569011 [PubMed - indexed for MEDLINE]

1037: Kovalev BM, Nazarova IV, Khotimchenko IuS.            Related Articles, Links

[Methods of in vitro assessment of the degree of complement activation
by the classical pathway]
Klin Lab Diagn. 1998 Jan;(1):34-7. Russian.
PMID: 9532898 [PubMed - indexed for MEDLINE]

1038: Sanchis D, Balada F, Farrerons C, Virgili J, del Mar Grasa M,  Related Articles, Links
Adan C, Esteve M, Cabot C, Ardevol A, Vila R, Fernandez-
Lopez JA, Remesar X, Alemany M.

Structural determinants of oleoyl-estrone slimming effects.
Life Sci. 1998;62(15):1349-59.
PMID: 9566777 [PubMed - indexed for MEDLINE]

1039: Inaba T, Mori J, Ohmura M, Tani H, Kato Y, Tomizawa K,  Related Articles, Links
Kato T, Ihara T, Sato I, Ueda S.

Recombinant porcine follicle stimulating hormone produced in
baculovirus-insect cells induces rat ovulation in vivo and gene
expression of tissue plasminogen activator in vitro.
Res Vet Sci. 1998 Jan-Feb;64(1):25-9.
PMID: 9557801 [PubMed - indexed for MEDLINE]

1040: Crain DA, Noriega N, Vonier PM, Arnold SF, McLachlan JA,  Related Articles, Links
Guillette LJ Jr.

Cellular bioavailability of natural hormones and environmental
contaminants as a function of serum and cytosolic binding factors.
Toxicol Ind Health. 1998 Jan-Apr;14(1-2):261-73.
PMID: 9460179 [PubMed - indexed for MEDLINE]

Santti R, Makela S, Strauss L, Korkman J, Kostian ML.     Related Articles, Links

☐ **1041:**

Phytoestrogens: potential endocrine disruptors in males.
Toxicol Ind Health. 1998 Jan-Apr;14(1-2):223-37. Review.
PMID: 9460177 [PubMed - indexed for MEDLINE]

☐ **1042:** Furuya Y, Akimoto S, Akakura K, Igarashi T, Murakami S,    Related Articles, Links
Shimazaki J, Ito H.

Response of prostate-specific antigen after androgen withdrawal and
prognosis in men with metastatic prostate cancer.
Urol Int. 1998;60(1):28-32.
PMID: 9519418 [PubMed - indexed for MEDLINE]

☐ **1043:** Trukhanova LS, Samoilov DV, Turusov VS.    Related Articles, Links

[Effect of prenatal treatment with diethylstilbestrol on 1,2-
dimethylhydrazine-induced carcinogenesis in male CBA mice]
Vopr Onkol. 1998;44(3):342-5. Russian.
PMID: 9695784 [PubMed - indexed for MEDLINE]

☐ **1044:** Kaminski T, Akinola L, Poutanen M, Vihko R, Vihko P.    Related Articles, Links

Growth factors and phorbol-12-myristate-13-acetate modulate the
follicle-stimulating hormone- and cyclic adenosine-3',5'-
monophosphate-dependent regulation of 17beta-hydroxysteroid
dehydrogenase type 1 expression in rat granulosa cells.
Mol Cell Endocrinol. 1997 Dec 31;136(1):47-56.
PMID: 9510067 [PubMed - indexed for MEDLINE]

☐ **1045:** Nunez-Delicado E, Sanchez-Ferrer A, Garcia-Carmona F.    Related Articles, Links

Hydroperoxidative oxidation of diethylstilbestrol by lipoxygenase.
Arch Biochem Biophys. 1997 Dec 15;348(2):411-4.
PMID: 9434755 [PubMed - indexed for MEDLINE]

☐ **1046:** Gehm BD, McAndrews JM, Chien PY, Jameson JL.    Related Articles, Links

Resveratrol, a polyphenolic compound found in grapes and wine, is an
agonist for the estrogen receptor.
Proc Natl Acad Sci U S A. 1997 Dec 9;94(25):14138-43.
PMID: 9391166 [PubMed - indexed for MEDLINE]

☐ **1047:** Neuhaus-Steinmetz U, Rensing L.    Related Articles, Links

Heat shock protein induction by certain chemical stressors is correlated
with their cytotoxicity, lipophilicity and protein-denaturing capacity.
Toxicology. 1997 Dec 5;123(3):185-95.
PMID: 9355937 [PubMed - indexed for MEDLINE]

☐ **1048:** Miglietta A, Bocca C, Rampa A, Bisi A, Gabriel L.    Related Articles, Links

Geiparvarin and derivatives in combination with taxol: effect on
microtubular organization in 3T3 fibroblasts.
Anticancer Drug Des. 1997 Dec;12(8):607-20.
PMID: 9448701 [PubMed - indexed for MEDLINE]

☐ **1049:** Newbold RR, Jefferson WN, Padilla-Burgos E, Bullock BC.    Related Articles, Links

Uterine carcinoma in mice treated neonatally with tamoxifen.
Carcinogenesis. 1997 Dec;18(12):2293-8.
PMID: 9450472 [PubMed - indexed for MEDLINE]

☐ **1050:** Boutin EL, Cunha GR.                                      Related Articles, Links

Estrogen-induced epithelial proliferation and cornification are uncoupled in sinus vaginal epithelium associated with uterine stroma.
Differentiation. 1997 Dec;62(4):171-8.
PMID: 9503601 [PubMed - indexed for MEDLINE]

☐ **1051:** Shughrue PJ, Lane MV, Merchenthaler I.                    Related Articles, Links

Regulation of progesterone receptor messenger ribonucleic acid in the rat medial preoptic nucleus by estrogenic and antiestrogenic compounds: an in situ hybridization study.
Endocrinology. 1997 Dec;138(12):5476-84.
PMID: 9389534 [PubMed - indexed for MEDLINE]

☐ **1052:** Tournaire M, Lepercq J, Epelboin S.                      Related Articles, Links

The daughters of diethylstilbestrol. Lessons from an error.
Eur J Obstet Gynecol Reprod Biol. 1997 Dec;75(1):25-7. Review.
PMID: 9447342 [PubMed - indexed for MEDLINE]

☐ **1053:** Morozova OV, Riboli E, Turusov VS.                       Related Articles, Links

Estrogenic effect of DDT in CBA female mice.
Exp Toxicol Pathol. 1997 Dec;49(6):483-5.
PMID: 9495650 [PubMed - indexed for MEDLINE]

☐ **1054:** Shigeta H, Zuo W, Yang N, DiAugustine R, Teng CT.        Related Articles, Links

The mouse estrogen receptor-related orphan receptor alpha 1: molecular cloning and estrogen responsiveness.
J Mol Endocrinol. 1997 Dec;19(3):299-309.
PMID: 9460651 [PubMed - indexed for MEDLINE]

☐ **1055:** Li J, Ayyadevera R, Shmookler Reis RJ.                   Related Articles, Links

Carcinogens stimulate intrachromosomal homologous recombination at an endogenous locus in human diploid fibroblasts.
Mutat Res. 1997 Dec;385(3):173-93.
PMID: 9506887 [PubMed - indexed for MEDLINE]

☐ **1056:** Yamasita A, Sakurai M, Kondo T, Arima K.                 Related Articles, Links

[A case of papillary cystadenocarcinoma of the prostate]
Nippon Hinyokika Gakkai Zasshi. 1997 Dec;88(12):1028-31. Review. Japanese.
PMID: 9465603 [PubMed - indexed for MEDLINE]

☐ **1057:** Zerbib M, Conquy S.                                      Related Articles, Links

[Intermittent hormonal treatment in prostatic cancer]
Prog Urol. 1997 Dec;7(6):1026-7. Review. French. No abstract available.
PMID: 9490134 [PubMed - indexed for MEDLINE]

☐ **1058:** Nimrod AC, Benson WH.                                    Related Articles, Links

Xenobiotic interaction with and alteration of channel catfish estrogen receptor.
Toxicol Appl Pharmacol. 1997 Dec;147(2):381-90.
PMID: 9439733 [PubMed - indexed for MEDLINE]

☐ **1059:** Zheng WM, Yoshimura Y, Tamura T.                         Related Articles, Links

Effects of sexual maturation and gonadal steroids on the localization of

IgG-, IgM- and IgA-positive cells in the chicken oviduct.
J Reprod Fertil. 1997 Nov;111(2):277-84.
PMID: 9462296 [PubMed - indexed for MEDLINE]

**1060:** Tate KM, Strickland JL.                                    Related Articles, Links

A randomized controlled trial to evaluate the use of the endocervical brush after endocervical curettage.
Obstet Gynecol. 1997 Nov;90(5):715-7.
PMID: 9351750 [PubMed - indexed for MEDLINE]

**1061:** Poulet FM, Roessler ML, Vancutsem PM.                      Related Articles, Links

Initial uterine alterations caused by developmental exposure to tamoxifen.
Reprod Toxicol. 1997 Nov-Dec;11(6):815-22.
PMID: 9407592 [PubMed - indexed for MEDLINE]

**1062:** Matias-Guiu X, Lerma E, Prat J.                            Related Articles, Links

Clear cell tumors of the female genital tract.
Semin Diagn Pathol. 1997 Nov;14(4):233-9. Review.
PMID: 9383823 [PubMed - indexed for MEDLINE]

**1063:** Jones JA, Nguyen A, Straub M, Leidich RB, Veech RL, Wolf S.    Related Articles, Links

Use of DHEA in a patient with advanced prostate cancer: a case report and review.
Urology. 1997 Nov;50(5):784-8. Review.
PMID: 9372895 [PubMed - indexed for MEDLINE]

**1064:** Wyllie S, Liehr JG.                                         Related Articles, Links

Release of iron from ferritin storage by redox cycling of stilbene and steroid estrogen metabolites: a mechanism of induction of free radical damage by estrogen.
Arch Biochem Biophys. 1997 Oct 15;346(2):180-6.
PMID: 9343364 [PubMed - indexed for MEDLINE]

**1065:** Bigas i Farreres J, Sarasa Claver P, Morales Murillo S, Balil Gilart A, Bordalba JR, Mitjavila i Lopez J.    Related Articles, Links

[Advanced cancer of the prostate. Study of 60 cases treated in our milieu]
Actas Urol Esp. 1997 Oct;21(9):922-5. Spanish.
PMID: 9471876 [PubMed - indexed for MEDLINE]

**1066:** Amlal H, Wang Z, Soleimani M.                              Related Articles, Links

Functional upregulation of H+-ATPase by lethal acid stress in cultured inner medullary collecting duct cells.
Am J Physiol. 1997 Oct;273(4 Pt 1):C1194-205.
PMID: 9357763 [PubMed - indexed for MEDLINE]

**1067:** Boone DL, Tsang BK.                                        Related Articles, Links

Identification and localization of deoxyribonuclease I in the rat ovary.
Biol Reprod. 1997 Oct;57(4):813-21.
PMID: 9314585 [PubMed - indexed for MEDLINE]

**1068:** Li S, Washburn KA, Moore R, Uno T, Teng C, Newbold RR, McLachlan JA, Negishi M.    Related Articles, Links



Developmental exposure to diethylstilbestrol elicits demethylation of estrogen-responsive lactoferrin gene in mouse uterus.
Cancer Res. 1997 Oct 1;57(19):4356-9.
PMID: 9331098 [PubMed - indexed for MEDLINE]

☐ **1069:** Maruoka M, Hamano K, Nishikawa Y, Nagayama T.    Related Articles, Links

[Histopathological effect of neoadjuvant chemohormonal therapy for prostatic cancer]
Gan To Kagaku Ryoho. 1997 Oct;24(13):1975-80. Japanese.
PMID: 9350245 [PubMed - indexed for MEDLINE]

☐ **1070:** Pawlikowski M, Kunert-Radek J, Grochal M, Zielinski K, Kulig A.    Related Articles, Links

The effect of somatostatin analog octreotide on diethylstilbestrol-induced prolactin secretion, cell proliferation and vascular changes in the rat anterior pituitary gland.
Histol Histopathol. 1997 Oct;12(4):991-4.
PMID: 9302560 [PubMed - indexed for MEDLINE]

☐ **1071:** Raga F, Bauset C, Remohi J, Bonilla-Musoles F, Simon C, Pellicer A.    Related Articles, Links

Reproductive impact of congenital Mullerian anomalies.
Hum Reprod. 1997 Oct;12(10):2277-81.
PMID: 9402295 [PubMed - indexed for MEDLINE]

☐ **1072:** Pal L, Shifren JL, Isaacson KB, Chang Y, Marean M, Leykin L, Toth TL.    Related Articles, Links

Outcome of IVF in DES-exposed daughters: experience in the 90s.
J Assist Reprod Genet. 1997 Oct;14(9):513-7.
PMID: 9401869 [PubMed - indexed for MEDLINE]

☐ **1073:** Miller M.    Related Articles, Links

Patients with troublesome sweating.
J Palliat Care. 1997 Autumn;13(3):53-4. No abstract available.
PMID: 9354042 [PubMed - indexed for MEDLINE]

☐ **1074:** Cologer-Clifford A, Simon NG, Lu SF, Smoluk SA.    Related Articles, Links

Serotonin agonist-induced decreases in intermale aggression are dependent on brain region and receptor subtype.
Pharmacol Biochem Behav. 1997 Oct;58(2):425-30.
PMID: 9300602 [PubMed - indexed for MEDLINE]

☐ **1075:** Bershtein LM, Tsyrlina EV, Kriukova OG, Dzhumasultanova SV.    Related Articles, Links

[The effect of tobacco smoke on the uterotropic and genotoxic effects of estrogens in the rat uterus]
Ross Fiziol Zh Im I M Sechenova. 1997 Oct;83(10):84-6. Russian. No abstract available.
PMID: 9487090 [PubMed - indexed for MEDLINE]

☐ **1076:** Shughrue PJ, Lubahn DB, Negro-Vilar A, Korach KS, Merchenthaler I.    Related Articles, Links

Responses in the brain of estrogen receptor alpha-disrupted mice.
Proc Natl Acad Sci U S A. 1997 Sep 30;94(20):11008-12.
PMID: 9380750 [PubMed - indexed for MEDLINE]

Paech K, Webb P, Kuiper GG, Nilsson S, Gustafsson J,    Related Articles, Links

☐ **1077:** Kushner PJ, Scanlan TS.

Differential ligand activation of estrogen receptors ERalpha and
ERbeta at AP1 sites.
Science. 1997 Sep 5;277(5331):1508-10.
PMID: 9278514 [PubMed - indexed for MEDLINE]

☐ **1078:** Sangvai M, Thie J, Hofmann GE.                    Related Articles, Links

The effect of intrauterine diethylstilbestrol exposure on ovarian reserve
screening.
Am J Obstet Gynecol. 1997 Sep;177(3):568-72.
PMID: 9322625 [PubMed - indexed for MEDLINE]

☐ **1079:** Bershtein LM, Tsyrlina EV, Kriukova OG, Dzhumasultanova    Related Articles, Links
SV, Kolesnik OS.

[A study of the effect of tobacco smoke on the uterotropic effects of
estrogens]
Biull Eksp Biol Med. 1997 Sep;124(9):331-3. Russian. No abstract available.
PMID: 9445620 [PubMed - indexed for MEDLINE]

☐ **1080:** Inano H, Suzuki K, Onoda M, Wakabayashi K.              Related Articles, Links

Anti-carcinogenic activity of simvastatin during the promotion phase of
radiation-induced mammary tumorigenesis of rats.
Carcinogenesis. 1997 Sep;18(9):1723-7.
PMID: 9328167 [PubMed - indexed for MEDLINE]

☐ **1081:** Smith BJ, Holladay SD.                              Related Articles, Links

Immune alterations in geriatric mice dosed subacutely with
diethylstilbestrol (DES).
J Appl Toxicol. 1997 Sep-Oct;17(5):265-71.
PMID: 9339738 [PubMed - indexed for MEDLINE]

☐ **1082:** Sharma N, Mehta AA, Santani DD, Goyal RK.            Related Articles, Links

Evidence for alpha 2-adrenoceptor agonist activity of minoxidil.
J Pharm Pharmacol. 1997 Sep;49(9):935-7.
PMID: 9306265 [PubMed - indexed for MEDLINE]

☐ **1083:** Ahotupa M, Mantyla E, Kangas L.                      Related Articles, Links

Antioxidant properties of the triphenylethylene antiestrogen drug
toremifene.
Naunyn Schmiedebergs Arch Pharmacol. 1997 Sep;356(3):297-302.
PMID: 9303565 [PubMed - indexed for MEDLINE]

☐ **1084:** Okada K, Hachiya T.                                  Related Articles, Links

[Significance of neoadjuvant therapy for prostate cancer]
Nippon Hinyokika Gakkai Zasshi. 1997 Sep;88(9):769-77. Review. Japanese. No
abstract available.
PMID: 9364842 [PubMed - indexed for MEDLINE]

☐ **1085:** Vancutsem PM, Roessler ML.                           Related Articles, Links

Neonatal treatment with tamoxifen causes immediate alterations of the
sexually dimorphic nucleus of the preoptic area and medial preoptic
area in male rats.
Teratology. 1997 Sep;56(3):220-8.
PMID: 9358609 [PubMed - indexed for MEDLINE]

☐ **1086:** Baldini E, Gardin G, Giannessi P, Brema F, Camorriano A,    Related Articles, Links
Carnino F, Naso C, Pastorino G, Pronzato P, Rosso R,
Rubagotti A, Torretta G, Conte PF.

A randomized trial of chemotherapy with or without estrogenic
recruitment in locally advanced breast cancer. North-West Oncology
Group (GONO) Study, Italy.
Tumori. 1997 Sep-Oct;83(5):829-33.
PMID: 9428917 [PubMed - indexed for MEDLINE]

☐ **1087:** Kitahara S, Yoshida K, Ishizaka K, Kageyama Y, Kawakami    Related Articles, Links
S, Tsujii T, Oshima H.

Stronger suppression of serum testosterone and FSH levels by a
synthetic estrogen than by castration or an LH-RH agonist.
Endocr J. 1997 Aug;44(4):527-32.
PMID: 9447285 [PubMed - indexed for MEDLINE]

☐ **1088:** Kowalik A, Vichnin M, Liu HC, Branch W, Berkeley AS.    Related Articles, Links

Midfollicular anticardiolipin and antiphosphatidylserine antibody titers
do not correlate with in vitro fertilization outcome.
Fertil Steril. 1997 Aug;68(2):298-304.
PMID: 9240260 [PubMed - indexed for MEDLINE]

☐ **1089:** Couse JF, Davis VL, Hanson RB, Jefferson WN, McLachlan    Related Articles, Links
JA, Bullock BC, Newbold RR, Korach KS.

Accelerated onset of uterine tumors in transgenic mice with aberrant
expression of the estrogen receptor after neonatal exposure to
diethylstilbestrol.
Mol Carcinog. 1997 Aug;19(4):236-42.
PMID: 9290700 [PubMed - indexed for MEDLINE]

☐ **1090:** de Stoppelaar JM, de Roos B, Mohn GR, Hoebee B.    Related Articles, Links

Analysis of DES-induced micronuclei in binucleated rat fibroblasts:
comparison between FISH with a rat satellite I probe and
immunocytochemical staining with CREST serum.
Mutat Res. 1997 Aug 1;392(1-2):139-49.
PMID: 9269338 [PubMed - indexed for MEDLINE]

☐ **1091:** Ashby J, Tinwell H, Lefevre PA, Odum J, Paton D, Millward    Related Articles, Links
SW, Tittensor S, Brooks AN.

Normal sexual development of rats exposed to butyl benzyl phthalate
from conception to weaning.
Regul Toxicol Pharmacol. 1997 Aug;26(1 Pt 1):102-18.
PMID: 9339487 [PubMed - indexed for MEDLINE]

☐ **1092:** Ashby J, Tinwell H, Lefevre PA, Odum J, Paton D, Millward    Related Articles, Links
SW, Tittensor S, Brooks AN.

Normal Sexual Development of Rats Exposed to Butyl Benzyl
Phthalate from Conception to Weaning
Regul Toxicol Pharmacol. 1997 Aug;26(1):102-18.
PMID: 9325212 [PubMed - as supplied by publisher]

☐ **1093:** Kliesch S, Behre HM, Roth S.    Related Articles, Links

[The effective therapy of the hot flashes during hormone withdrawal
treatment in patients with advanced prostatic carcinoma]
Dtsch Med Wochenschr. 1997 Jul 25;122(30):940-5. Review. German. No abstract

available.
PMID: 9280708 [PubMed - indexed for MEDLINE]

1094: Gauthier S, Caron B, Cloutier J, Dory YL, Favre A, Larouche    Related Articles, Links
D, Mailhot J, Ouellet C, Schwerdtfeger A, Leblanc G, Martel
C, Simard J, Merand Y, Belanger A, Labrie C, Labrie F.

(S)-(+)-4-[7-(2,2-dimethyl-1-oxopropoxy)-4-methyl-2-[4-[2-(1-
piperidinyl)-ethoxy]phenyl]-2H-1-benzopyran-3-yl]-phenyl 2,2-
dimethylpropanoate (EM-800): a highly potent, specific, and orally
active nonsteroidal antiestrogen.
J Med Chem. 1997 Jul 4;40(14):2117-22. No abstract available.
PMID: 9216828 [PubMed - indexed for MEDLINE]

1095: Dodge AH, Reid IA, Inagami T.    Related Articles, Links

Renin and angiotensin II receptor expression in the brains of DES-
treated Syrian hamsters.
Anat Rec. 1997 Jul;248(3):442-6.
PMID: 9214562 [PubMed - indexed for MEDLINE]

1096: Coldham NG, Dave M, Sivapathasundaram S, McDonnell DP,    Related Articles, Links
Connor C, Sauer MJ.

Evaluation of a recombinant yeast cell estrogen screening assay.
Environ Health Perspect. 1997 Jul;105(7):734-42.
PMID: 9294720 [PubMed - indexed for MEDLINE]

1097: Nishimura N, Fukazawa Y, Uchiyama H, Iguchi T.    Related Articles, Links

Effects of estrogenic hormones on early development of Xenopus
laevis.
J Exp Zool. 1997 Jul 1;278(4):221-33.
PMID: 9206031 [PubMed - indexed for MEDLINE]

1098: Tsutsui T.    Related Articles, Links

[Mechanisms of estrogen-induced carcinogenesis--detection of DNA
adducts in cultured mammalian cells by 32P-postlabeling]
Nippon Yakurigaku Zasshi. 1997 Jul;110(1):1-9. Review. Japanese.
PMID: 9285831 [PubMed - indexed for MEDLINE]

1099: Daston GP, Gooch JW, Breslin WJ, Shuey DL, Nikiforov AI,    Related Articles, Links
Fico TA, Gorsuch JW.

Environmental estrogens and reproductive health: a discussion of the
human and environmental data.
Reprod Toxicol. 1997 Jul-Aug;11(4):465-81. Review.
PMID: 9241667 [PubMed - indexed for MEDLINE]

1100: Hanselaar A, van Loosbroek M, Schuurbiers O, Helmerhorst    Related Articles, Links
T, Bulten J, Bernhelm J.

Clear cell adenocarcinoma of the vagina and cervix. An update of the
central Netherlands registry showing twin age incidence peaks.
Cancer. 1997 Jun 1;79(11):2229-36.
PMID: 9179071 [PubMed - indexed for MEDLINE]

Department of Health & Human Services
Privacy Statement | Freedom of Information Act | Disclaimer

Apr 18 2005 07:10:12