**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>JULIE HAPPEL</u>
    Plaintiff(s)

      v.

                                    CIVIL ACTION NO. <u>04-12218-WGY</u>

<u>ELI LILLY & CO.</u>
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

<u>TO CHIEF JUDGE YOUNG</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On <u>May 5,, 2005</u>, I held the following ADR proceeding:

       \_\_\_\_\_ SCREENING CONFERENCE      \_\_\_\_ EARLY NEUTRAL EVALUATION

       \_X\_\_ MEDIATION      \_\_\_\_\_ SUMMARY BENCH / JURY TRIAL

       \_\_\_\_\_ MINI-TRIAL      \_\_\_\_\_ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[ X ]    Settled. Your clerk should enter a _____60_____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]


<u>May 5, 2005</u>                                <u>/s/ Marianne B. Bowler</u>
DATE                                         ADR Provider
                                                <u>MARIANNE B. BOWLER ,U.S.M.J.</u>

(ADRreport.wpd - 4/12/2000)                                                                  [adrrpt.]