# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No:04-12218-WGY

JULIE HAPPEL
Plaintiff

v.

ELI LILLY & CO
Defendant

SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

The Court having been advised on May 5, 2005, that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

By the Court,

  /s/ Marie Bell
Deputy Clerk

May 5, 2005

To: All Counsel